S

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | **JURY TRIAL REQUESTED** |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES**

Tejas Gas, LLC, defendant, pursuant to the Court's April 30, 2003 Order for Conference and Disclosure of Interested Parties, files this "certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:"

1.    Defendant, Tejas Gas, LLC

Parents/Owners – Kinder Morgan Operating L.P. "A" ("OLPA").

Subsidiaries – Hydrocarbon Development, LLC, East Texas Industrial Gas, LLC, Gulf Energy Marketing, LLC, Kinder Morgan Gas Pipelines G.P., Inc., KM Gas Pipelines L.P., LLC, and Tejas Natural Gas, LLC.

Affiliates - Too numerous to list.  However, OLPA's limited partner is <u>Kinder Morgan Energy Partners, L.P.</u>  OLPA's general partner is Kinder Morgan G.P., Inc., which is an indirect subsidiary of <u>Kinder Morgan, Inc. ("KMI")</u>.  Another affiliate is <u>Kinder Morgan Management, LLC</u>.

2.    Plaintiff, City of San Benito

30473913.1

Respectfully submitted,

Osborne J. Dykes, III
Federal ID No. 1796
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  713-651-5151
Facsimile:  713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline
Company, Tejas Gas Pipeline, L.L.C., Tejas Gas
Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas
Marketing, L.L.C., Gulf Energy Marketing
Company, Gulf Energy Marketing L.L.C., Coral
Energy Services L.L.C., Coral Energy Resources
L.P., and Shell Gas Trading Company

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
    William D. Wood
    Federal ID No. 2002
    State Bar No. 21916500
    Jeffrey D. Palmer
    Federal ID No. 27014
    State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
    David G. Oliveira
    State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas  78520
Telephone:  956-542-5666
Facsimile:  956-542-0016

30473913.1                          2

## **CERTIFICATE OF SERVICE**

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil

Procedure on May19, 2003.

David G. Oliveira