IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, § § § | |
| Plaintiff, § § § | |
| V. § § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL., § § § | JURY TRIAL REQUESTED |
| Defendants. § | |

## CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES

Coral Energy Services, LLC, defendant, pursuant to the Court's April 30, 2003 Order for Conference and Disclosure of Interested Parties, files this "certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:"

1. Defendant, Coral Energy Services, LLC

    Parents/Owners – Shell US Gas & Power LLC

    Subsidiaries – None.

    Affiliates - Too numerous to list. However, Shell US Gas & Power LLC is a member of the Royal Dutch/Shell Group of companies (which includes Royal Dutch Petroleum Company and The Shell Transport and Trading Company, p.l.c., and numerous subsidiaries, including Shell Oil Company).

2. Plaintiff, City of San Benito

30469393.1

Respectfully submitted,

*Osborne J. Dykes* (signature)

Osborne J. Dykes, III
Federal ID No. 1796
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., and Shell Gas Trading Company

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   Federal ID No. 2002
   State Bar No. 21916500
   Jeffrey D. Palmer
   Federal ID No. 27014
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on May 19, 2003.

*David G. Oliveira*
David G. Oliveira