IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, | § |
| Plaintiff, | § § § § |
| V. | §   C. A. NO. B03-080 |
| | §   JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § |
| Defendants. | § § |

### CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES

Tejas Gas Pipeline Company, Tejas Gas Pipeline, LLC, Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, LLC, defendants, pursuant to the Court's April 30, 2003 Order for Conference and Disclosure of Interested Parties, file this "certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:"

1. Defendants, Tejas Gas Pipeline Company, Tejas Gas Pipeline, LLC, and Tejas Gas Pipeline, L.P. were three of the previous names of the entity now known as Kinder Morgan Tejas Pipeline, L.P. Additionally, Tejas Gas Marketing, LLC has been merged into Kinder Morgan Tejas Pipeline, L.P.

    Parents/Owners – Kinder Morgan Tejas Pipeline GP, Inc. (1%) and Tejas Energy Partner, LLC (99%).

    Subsidiaries – None.

    Affiliates - Too numerous to list. However, affiliates include <u>Kinder Morgan Energy Partners, L.P.</u>, <u>Kinder Morgan, Inc.</u>, and <u>Kinder Morgan Management, LLC</u>.

2. Plaintiff, City of San Benito

30473920.1

Respectfully submitted,

*Osborne J. Dykes* w/p

Osborne J. Dykes, III
Federal ID No. 1796
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, LLC, Tejas Gas Pipeline, L.P., Tejas Gas, LLC, Tejas Gas Marketing, LLC, Gulf Energy Marketing Company, Gulf Energy Marketing LLC, Coral Energy Services LLC, Coral Energy Resources L.P., and Shell Gas Trading Company

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   Federal ID No. 2002
   State Bar No. 21916500
   Jeffrey D. Palmer
   Federal ID No. 27014
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on May 19, 2003.

                                          */s/ David G. Oliveira*
                                          David G. Oliveira

Case 1:03-cv-00080  Document 8  Filed in TXSD on 05/19/2003  Page 3 of 3

CERTIFICATE OF SERVICE