IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | CAUSE NO. B03-080 |
| ) | |
| TEJAS GAS PIPELINE COMPANY, ET AL., ) | |
| ) | |
| DEFENDANTS ) | |

United States District Court
Southern District of Texas
FILED

JUN 1 3 2003

Michael N. Milby
Clerk of Court

## CONSENT TO REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Gulf Coast Energy, Inc., expressly reserving all of its rights otherwise to respond to this lawsuit, file this consent to defendant Tejas Gas Pipeline Company *et al.*'s removal of this action from the 107th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Gulf Coast Energy, Inc. filed its original answer (mistakenly labeled as its First Amended Original Answer) on May 5, 2003 in the State Court unaware that the Notification of Removal had been filed on April 30, 2003.

Respectfully submitted,

Francis I. Gandy, Jr.
148 American Bank Plaza
Corpus Christi, Texas 78475
(361) 883-6333
(361) 883-0148 (fax)
Federal Court No. 7943
State Bar No. 07615000

ATTORNEY –IN– CHARGE FOR GULF COAST ENERGY, INC.

-1-

## **CERTIFICATE OF SERVICE**

This Consent to Removal was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on June 10th, 2003 to the Plaintiff and all Defendants listed in the Exhibit A attached hereto.

> Francis I. Gandy, Jr.

EXHIBIT "A"

SERVICE LIST
<u>CITY OF SAN BENITO v. TEJAS GAS PIPELINE COMPANY, et. al.</u>

| Company/Address/ State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| 1. Tejas Gas Pipeline Company<br>1301 McKinney, Suite 700<br>Houston, Texas 77010<br><br>State: Nevada | P. Anthony Lannie<br>1301 McKinney St., Suite 700<br>Houston, Texas 77010 | |
| 2. Tejas Gas Pipeline, L.L.C.,<br>Address is presently unknown.<br><br>State: Delaware | P. Anthony Lannie<br>1301 McKinney St., Suite 700<br>Houston, Texas 77010 | |
| 3. Tejas Gas Pipeline, L.P.<br>Address is presently unknown.<br><br>State: Delaware | Corporation Service Company d/b/a CSC – Lawyers Incorporating Service<br>800 Brazos, Suite 750<br>Austin, Texas 78701 | |
| 4. Tejas Gas, L.L.C.<br>909 Fannin St., Suite 700<br>Houston, Texas 77010<br><br>State: Delaware | Corporation Service Company d/b/a CSC – Lawyers Incorporating Service<br>800 Brazos, Suite 750<br>Austin, Texas 78701 | |
| 5. Tejas Gas Marketing, L.L.C.<br>909 Fannin St., Suite 700<br>Houston, Texas 77010<br><br>State: Delaware | Corporation Service Company d/b/a CSC – Lawyers Incorporating Service<br>800 Brazos, Suite 750<br>Austin, Texas 78701 | |
| 6. Conoco, Inc.<br>P.O. Box 2197<br>Houston, Texas 77252<br><br>State: Delaware | CT Corporation<br>1021 Main St., Suite 1150<br>Houston, Texas 77002 | |
| 7. Texaco Natural Gas, Inc.<br>P.O. Box 4696<br>Houston, Texas 77210<br><br>State: Delaware | Prentice Hall Corp. System, Inc.<br>800 Brazos<br>Austin, Texas 78701 | |

| Company/Address/<br>State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| 8. Texaco Gas Marketing, Inc.<br>C/O Texaco Natural Gas, Inc.<br>P.O. Box 4696<br>Houston, Texas 77210<br><br>State: Delaware | Prentice Hall Corp. System, Inc.<br>800 Brazos<br>Austin, Texas 78701 | |
| 9. Duke Energy Trading and Marketing, L.L.C.<br>10777 Westheimer Rd., Suite 650<br>Houston, Texas 77042<br><br>State: Delaware | CT Corporation System<br>1021 Main St., Suite 1150<br>Houston, Texas 77002 | |
| 10. Panenergy Trading & Marketing, L.L.C.<br>C/O Duke Energy Trading and Marketing, L.L.C.<br>10777 Westheimer Rd., Suite 650<br>Houston, Texas 77042<br><br>State: Delaware | CT Corporation System<br>1021 Main St., Suite 1150<br>Houston, Texas 77002 | |
| 11. Mobil Natural Gas, Inc.<br>3225 Gallows Rd.<br>Fairfax, Virginia 22031<br><br>State: Delaware | The Prentice Hall Corporation System<br>800 Brazos<br>Austin, Texas 78701 | |
| 12. Amoco Energy Trading Corp.<br>C/O BP Energy Company and Ernst & Young<br>P.O. Box 06325<br>Chicago, Illinois 60606<br><br>State: Delaware | CT Corporation System<br>350 St. Paul Street<br>Dallas, Texas 75201 | |
| 13. BP Energy Company<br>C/O Ernst & Young<br>P.O. Box 06325<br>Chicago, Illinois 60606<br><br>State: Delaware | CT Corporation System<br>350 St. Paul Street<br>Dallas, Texas 75201 | |
| | | |

| Company/Address/ State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| 14. Coral Energy Services, L.L.C. P.O. Box 2463 Houston, Texas 77252  State: Delaware | CT Corporation System 1021 Main St., Suite 1150 Houston, Texas 77002 | |
| 15. Coral Energy Resources, L.P. Address is presently unknown.  State: Delaware | CT Corporation System 1021 Main St., Suite 1150 Houston, Texas 77002 | |
| 16. Adonis Energy Corp. 1222 Commerce St., Apt 1902 Dallas, Texas 75202  State: Texas | Michael H. Newsome 1222 Commerce St., #1902 Dallas, Texas 75202 | |
| 17. J.C. Energy Resources, Inc. Clocktower Square 14241 E. Fourth Ave. Suite 200 Aurora, Colorado 80011  State: Colorado | Kaminski Andrew 14241 E. Fourth Ave. Suite 200 Aurora, Colorado 80011 | |
| 18. Anadarko Energy Services Co. P.O. Box 1330 Houston, Texas 77251-1330  State: Delaware | CT Corporation System 1021 Main Street, Suite 1150 Houston, Texas 77002 | |
| 19. Oneok Gas Marketing Co. C/O Oneok Energy Marketing and Trading Company, II P.O. Box 2405 Tulsa, Oklahoma 74101-2405  State: Delaware | Corporation Service Company d/b/a CSC – Lawyers Incorporating Service 800 Brazos, Suite 750 Austin, Texas 78701 | |
| 20. Oneok Exploration Co. Address is presently unknown.  State: Delaware | CT Corporation System 350 N. St. Paul St. Dallas, Texas 75201 | |
| | | |

| Company/Address/ State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| 21. Oneok Energy Marketing & Trading Co., L.P. 370 Van Gordon St. Lakewood, Colorado 80228-8304<br><br>State: Texas | Corporation Service Company d/b/a CSC – Lawyers Incorporating Service 800 Brazos, Suite 750 Austin, Texas 78701 | |
| 22. ICC Energy Corp. 311 N. Market St., Suite 300 Dallas, Texas 75202<br><br>State: Texas | Karl Butler 1700 Pacific Ave., Suite 1700 Dallas, Texas 75201 | |
| 23. Tenaska Marketing, Inc. 1044 N. 115th St, Suite 400 Omaha, Nebraska 68154<br><br>State: Nebraska | Prentice Hall Corporation System 800 Brazos Austin, Texas 78701 | |
| 24. Aquila Southwest Marketing Address is presently unknown.<br><br>State: Delaware | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201 | |
| 25. Aquila Energy Marketing Corp. 1100 Walnut St., Suite 3100 Kansas City, Missouri 64106; and/or 20 W. 9th St. Kansas City, Missouri 64105<br><br>State: Delaware | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201 | |
| 26. Houston Pipeline Co. P.O. Box 1188 EB 4676 Houston, Texas 77251<br><br>State: Texas and/or Delaware | Peggy B. Menchaca 1617 Houston Natural Gas Building 1200 Travis Street Houston, Texas 77001; and<br><br>CT Corporation 350 N. St. Paul Dallas, Texas 75201 | |
| 27. Crosstex Energy Services, Ltd. 2501 Cedar Springs Rd., Ste 600 Dallas, Texas 75201<br><br>State: Texas | Crosstex Energy, Inc. 2501 Cedar Springs Rd., Ste 600 Dallas, Texas 75201 | |

| Company/Address/ State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| | | |
| 28. Adams Resources Marketing, Ltd. 5 Post Oak Park, Suite 2700 Houston, Texas 77027 State: Texas | Richard B. Abshire 5 Post Oak Park, Suite 2700 Houston, Texas 77027 | |
| 29. Koch Energy Trading, Inc. Address is presently unknown. State: Oklahoma | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201 | |
| 30. National Energy & Trade, L.L.C. 3700 Buffalo Speedway, Suite 1100 Houston, Texas 77098 State: Texas | Jerry C. Dearling 5090 Richmond Ave., #148 Houston, Texas 77056 | |
| 31. Producers Energy Marketing, L.L.C. C/O Cinergy Marketing & Trading, L.L.C. 139 E. 4th St., Room 260 Cincinnati, Ohio 45202 State: Delaware | CT Corporation System 1021 Main Street, Suite 1150 Houston, Texas 77002 | |
| 32. Noram Energy Services, Inc. C/O Reliant Energy Services, Inc. P.O. Box 4567L Houston, Texas 77210 State: Delaware | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201; and/or Registered Agent for Reliant Energy Services, Inc.: Hugh Rice Kelly 1111 Louisiana Houston, Texas 77002 | |
| 33. Onyx Pipeline Co. 802 N. Carancahua, Suite 575 Corpus Christi, Texas 78470 State: Texas | Shane Riley 802 N. Carancahua, Suite 575 Corpus Christi, Texas 78470 | |
| | | |

| Company/Address/ State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| 34. HPL Resources Co. C/O EGS Hydrocarbons Corp. P.O. Box 1188 Houston, Texas 77251<br><br>State: HPL- Delaware EGS- Texas | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201; and/or<br><br>Registered Agent for EGS Hydrocarbons Corp.: National Registered Agents, Inc. 1614 Sidney Baker Street Kerrville, Texas 78208 | |
| 35. KN Marketing, L.P. C/O Oneok Energy Marketing and Trading Company, L.P. 370 Van Gordon St. Lakewood, Colorado 80228-8304<br><br>State: Texas | Corporation Service Company d/b/a CSC – Lawyers Incorporating Service 800 Brazos, Suite 750 Austin, Texas 78701 | |
| 36. Natural Gas Clearinghouse, Inc. 1000 Louisiana Street, Suite 5800 Houston, Texas 77002<br><br>State: Delaware | CT Corporation System 1021 Main Street, Suite 1150 Houston, Texas 77002 | |
| 37. Delhi Gas Pipeline Corp. C/O Koch Midstream Services Company P.O. Box 2768 Houston, Texas 77252-2768<br><br>State: Delaware | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201 | |
| 38. Panenergy Trading & Marketing Services, L.L.C. C/O Duke Energy Trading and Marketing, L.L.C. 10777 Westheimer Rd., Suite 650 Houston, Texas 77042<br><br>State: Delaware | CT Corporation System 1021 Main St, Suite 1150 Houston, Texas 77002 | |
| 39. Corpus Christi Leaseholds, Inc. P.O. Box 779 Corpus Christi, Texas 78403-0779<br><br>State: Deleware | Leslie W. Dunn 1400 The Six Hundred Building Corpus Christi, Texas 78403 | |

| Company/Address/ State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| 40. Gulf Coast Energy, Inc. 802 N. Carancahua Street, Suite 1010 Corpus Christi, Texas 78470<br><br>State: Texas | Charles A. Steen 802 N. Carancahua Street, Suite 1010 Corpus Christi, Texas 78470 | |
| 41. LaSalle Gas Corporation 5373 W. Alabama Street, Suite 502 Houston, Texas 77056<br><br>State: Texas | James D. Thompson 1990 Post Oak Blvd. #1500 Houston, Texas 77056 | |
| 42. Enjet, Inc. 5373 W. Alabama, Suite 502 Houston, Texas 77056<br><br>State: Texas | William E. Sutton 5373 W. Alabama, Suite 502 Houston, Texas 77056 | |
| 43. Gulf Energy Marketing Company 1301 McKinney St., Suite 700 Houston, Texas 77010<br><br>State: Delaware | P. Anthony Lannie 1301 McKinney St., Suite 700 Houston, Texas 77010 | |
| 44. Gulf Energy Marketing, L.L.C. 1301 McKinney St., Suite 700 Houston, Texas 77010<br><br>State: Delaware | Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company 800 Brazos, Suite 750 Austin, Texas 78701 | |
| 45. Arco Natural Gas Marketing, Inc. C/O Vaster Gas Marketing, Inc. P.O. Box 219271 Houston, Texas 77218-9271<br><br>State: Delaware | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201 | |
| 46. Oryx Gas Marketing Company P.O. Box 2880 Dallas, Texas 75221<br><br>State: Delaware | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201 | |

| Company/Address/ State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| 47. Oryx Gas Marketing Limited Partnership<br>Address presently unknown.<br><br>State: Delaware | CT Corporation System<br>350 N. St. Paul Street<br>Dallas, Texas 75201 | |
| 48. Southern Gas Pipeline Company<br>500 N. Water, Suite 910N<br>Corpus Christi, Texas 78471<br><br>State: Texas | Fred E Long<br>500 N. Water, Suite 910 N.<br>Corpus Christi, Texas 78471 | |
| 49. Balcones Pipeline Company<br>Address presently unknown<br><br>State: Texas | V.F. Neuhaus<br>1500 McAllen State Bank Tower<br>Drawer 1270<br>McAllen, Texas 78501 | |
| 50. Pennzoil Gas Marketing Company<br>C/O Devon Energy Gas Marketing Company<br>20 N. Broadway Ave., Suite 1500<br>Oklahoma City, OK 73102<br><br>State: Delaware | Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company<br>800 Brazos<br>Austin, Texas 78701 | |
| 51. Shell Gas Trading Company<br>P.O. Box 2463<br>Houston, Texas 77252-0000<br><br>State: Delaware | Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company<br>800 Brazos<br>Austin, Texas 78701 | |
| 52. Texaco Exploration and Production, Inc.<br>P.O. Box 4696<br>Houston, Texas 77210<br><br>State: Delaware | Prentice Hall Corp. System, Inc.<br>800 Brazos<br>Austin, Texas 78701 | |
| 53. Vastar Gas Marketing, Inc.<br>P.O. Box 219271<br>Houston, Texas 77218-9271<br><br>State: Delaware | CT Corporation System<br>350 N. St. Paul Street<br>Dallas, Texas 75201 | |
| | | |

| Company/Address/ State of Incorporation | Registered Agent Address | Certified Mail Return Receipt Requested No. for Service of Process: |
|---|---|---|
| 54. Republic Gas Corp. 333 Clay Street, Suite 4960 Houston, Texas 77002<br><br>State: Texas | Douglas C. Atnipp 711 Louisiana, Suite 1900 Houston, Texas 77002 | |
| 55. Transok Gas Company 1301 McKinney, Suite 700 Houston, Texas 77010<br><br>State: Delaware | P. Anthony Lannie 1301 McKinney, Suite 700 Houston, Texas 77010 | |
| 56. Transok Gas, L.L.C. 1301 McKinney Street, Suite 700 Houston, Texas 77010<br><br>State: Delaware | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201 | |
| 57. Transco Petro Source Company C/O Transco P-S Company P.O. Box 1396 Houston, Texas 77251-1396<br><br>State: Delaware | CT Corporation System 350 N. St. Paul Street Dallas, Texas 75201 | |
| 58. Chevron U.S.A. Inc. Address presently unknown<br><br>State: California | CT Corp System 1601 Elm Street Dallas, Texas 75201 | |
| 59. Seagull Gas Company C/O Seagull Argentina Corp. Address presently unknown<br><br>State: Texas | The Prentice Hall Corporation System, Inc. Dallas, Texas 75201 | |
| 60. Fina, Inc. P.O. Box 2159 Dallas, Texas 75221-2159<br><br>State: Delaware | CT Corp System 350 N. St. Paul Street Dallas, Texas 75201 | |
| 61. Union Pacific Resources Company C/O RME Petroleum Company P.O. Box 7 Fort Worth, Texas 76101<br><br>State: Delaware | CT Corp System 350 N. St. Paul Street Dallas, Texas 75201 | |