IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of ...
FILED
JUN 1 8 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| V. § | C. A. NO. B03-080 |
| § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., § | |
| § | |
| Defendants. § | |

### CONSENT TO REMOVAL

Defendant Cinergy Marketing & Trading, LP (formerly known as Producers Energy Marketing, LLC), expressly reserving all of their rights otherwise to respond to this lawsuit, file this consent to defendant Tejas Gas Pipeline Company *et al.*'s removal of this action from the 107th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

_____
Julie L. Ezell
State Bar No. 24014326
1000 East Main Street
Plainfield, IN 46168
Telephone: 317-838-1100
Facsimile: 317-838-6001

Randy Bevis
Cinergy Services, Inc.
110 Louisiana, Suite 4900
Houston, TX 77002

Attorneys-in-Charge for Cinergy Marketing & Trading, LP

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on /7th day of June 2003, to the following counsel of record:

>P. Anthony Lannie
>Fulbright & Jaworski L.L.P.
>1301 McKinney, Suite 700
>Houston, TX 77010
>
>Attorney for Tejas Gas Pipeline Company
>
>CT Corporation
>1021 Main Street, Suite 1150
>Houston, TX 77002
>
>>Resident Agent for:
>>Conoco, Inc.
>>Duke Energy Trading and Marketing, L.L.C.
>>Panenergy Trading & Marketing, L.L.C.
>>Coral Energy Services, L.L.C.
>>Coral Energy Resources, L.P.
>>Anadarko Energy Services Co.
>>Oneok Energy Marketing & Co.
>>Natural Gas Clearinghouse, Inc.
>>Panenergy Trading & Marketing
>
>CT Corporation System
>350 N. St. Paul Street
>Dallas, TX 75201
>
>>Resident Agent for:
>>Amoco Energy Trading Corp.
>>BP Energy Company
>>Oneok Exploration Co.
>>Aquila Energy Marketing Corp.
>>Koch Energy Trading, Inc.
>>Producers Energy Marketing, L.L.C.
>>Noram Energy Services, Inc. c/o Reliant Energy Services
>>HPL Resources Co. c/o EGS Hydrocarbons Corp.
>>Delhi Gas Pipeline Corp.
>>Arco Natural Gas Marketing, Inc.

      Oryx Gas Marketing Company
      Oryx Gas Marketing Limited
      Vastar Gas Marketing, Inc.
      Transok Gas, L.L.c.
      Transco Petro Source Company
      Fina, Inc.
      Union Pacific Resources

Prentice Hall Corp. System, Inc.
800 Brazos
Austin, TX 78701

      Resident Agent for:
      Texaco Natural Gas, Inc.
      Mobile Natural Gas, Inc.
      Tenaska Marketing, Inc.
      Texaco Exploration and Production, Inc.
      Seagull Gas Company c/o Seagull Argentina Corp.

Michael H. Newsome
1222 Commerce Street, No. 1902
Dallas, TX 75202

      Resident Agent for Adonis Energy Corp.

Corporation Service Company
d/b/a CSC – Lawyers
Incorporating Service
800 Brazos, Suite 750
Austin, TX 7870

      Resident Agent for:
      KN Marketing, L.P. c/o Oneok Energy Marketing
      Oneok Gas Marking Co.
      Oneok Energy Marketing & Trading Co., L.P.
      Gulf Energy Marketing, L.L.C.
      Pennzoil Gas Marketing
      Shell Gas Trading Company

Karl Butler
1700 Pacific Avenue, Suite 1700
Dallas, TX 75201

      Resident Agent for ICC Energy Corp.

Peggy B. Menchaca

1617 Houston Natural Gas Building
1200 Travis Street
Houston, TX 77001; and

CT Corporation System
350 N. St. Paul Street
Dallas, TX 75201

    Resident Agent for: Houston Pipeline Co.

Crosstex Energy, Inc.
2501 Cedar Springs Road, Suite 600
Dallas, TX 77027

    Resident Agent for Crosstex Energy Services, Ltd.

Richard B. Abshire
5 Post Oak Park, Suite 2700
Houston, TX 77027

    Resident Agent for Adams Resources Marketing, Ltd.

Jerry C. Dearling
5090 Richmond Avenue, #148
Houston, TX 77056

    Resident Agent for National Energy & Trade, L.L.C.

Shane Riley
802 North Carancahua, Suite 575
Corpus Christi, TX 78470

    Resident Agent for Onyx Pipeline Co.

Leslie W. Dunn
1400 The Six Hundred Building
Corpus Christi, TX 78403

    Resident Agent for Corpus Christi Leaseholds, Inc.

Charles A. Steen
802 N. Carancahua Street, Suite 1010
Corpus Christi, TX 78470

    Resident Agent for Gulf Coast Energy, Inc.

James D. Thompson
1990 Post Oak Blvd., #1500
Houston, TX 77056

    Resident Agent for LaSalle Gas Coroporation

William E. Sutton
5373 W. Alabama, Suite 502
Houston, TX 77056

    Resident Agent for Enjet, Inc.

P. Anthony Lannie
1301 McKinney Street, Suite 700
Houston, TX 77010

    Resident Agent for:
    Gulf Energy Marketing Company
    Transok Gas Company

Fred E. Long
500 North Water, Suite 910N
Corpus Christi, TX 78471

    Resident Agent for Southern Gas Pipeline Company

N.F. Neuhaus
1500 McAllen State Bank Tower
Drawer 1270
McAllen, TX 78501

    Resident Agent for Balcones Pipeline Company

Douglas C. Atnipp
711 Louisiana, Suite 1900
Houston, TX 77002

    Resident Agent for Republic Gas Corp.

Francis I. Gandy, Jr.
148 American Bank Plaza
Corpus Christi, TX 78475-1197

Osborne J. Dykes, II
1301 McKinney, Suite 5100
Houston, TX 77010

       J.D. Page
       3040 Post Oak Blvd., Suite 850
       Houston, TX 77056

       _____
       Julie L. Ezell

Julie L. Ezell
CINERGY SERVICES, INC.
1000 East Main Street
Plainfield, IN 46169
Telephone: (317) 838-1100
Fax: (317) 838-6001