IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pennzoil Gas Marketing Company has previously joined in and consented to defendant Tejas Gas Pipeline Company *et al.*'s removal of this action. However, out of an abundance of caution and to further evidence Pennzoil Gas Marketing Company's joinder in and consent to the removal, Defendant Pennzoil Gas Marketing Company, expressly reserving all of its rights otherwise to respond to this lawsuit, files this consent to defendant Tejas Gas Pipeline Company *et al.*'s removal of this action from the 107th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

_J.D. Page by permission Jim_
J.D. Page
State Bar No. 15406700
3040 Post Oak Blvd., Suite 850
Houston, Texas 77056

Telephone: 713-840-9200
Facsimile: 713-840-9217

Attorney-in-Charge for Pennzoil Gas Marketing Company

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on June 18, 2003.

_____
Bradley M. Whalen