IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| V. | § | |
| | § | C.A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, | § | |
| ET AL. | § | |

## CERTIFICATE OF INTERESTED PARTIES

Defendant Pennzoil Gas Marketing Company files this Disclosure of Interested Parties pursuant to the Court's Order for Conference and Disclosure of Interested Parties:

1. Defendants Pennzoil Gas Marketing Company by and through Attorneys-in-Charge, J. D. Page, 3040 Post Oak Boulevard, Suite 850, Houston, Texas 77056, Bradley M. Whalen, Doyle, Restrepo, Harvin & Robbins, L.L.P., 600 Travis, Suite 4700, Houston, Texas 77002 and Rene O. Oliveira, Roerig, Oliveira & Fisher, L.L.P., 855 West Price Road, Suite 9, Brownsville, Texas 78520-8718; Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing, L.L.C., Transok Gas Company, Coral Energy Services, L.L.C., Coral Energy Resources, L.P., Shell Gas Trading Company, by and through Attorney-in-Charge, Osborne J. Dykes, III, 1301 McKinney St., Suite 5100, Houston, Texas 77010; Gulf Coast Energy, Inc., by and through Attorney-in-Charge, Francis I. Gandy, Jr., 148 American Bank Plaza, Corpus Christi, Texas 78475; and Cinergy Marketing & Trading, LP, by and through Attorney-in-Charge, Randy Bevis, 1100 Louisiana, Suite 4900, Houston, Texas 77002 ("Defendants").

2. Plaintiff City of San Benito, by and through Attorneys-in-Charge, Adam Poncio, Low Offices of Cerda & Poncio, 924 McCullough, San Antonio, Texas 78215-1642 and Ramon Garcia, Law Office of Ramon Garcia, P.C., 222 West University Drive, Edinburg, Texas 78539.

3. Defendants reserve the right to supplement this Certificate as other interested parties are identified through discovery and the course of litigation.

Respectfully submitted,

J. D. Page
State Bar No. 15406700
3040 Post Oak Blvd., Suite 850
Houston, Texas 77056
(713) 840-9200 Telephone
(713) 840-9217 Facsimile

By: *[signature]*

Bradley M. Whalen  by cmt
State Bar No. 21238800
Doyle, Restrepo, Harvin
    & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

Attorneys for Pennzoil Gas Marketing Company

### CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on August 26, 2003

*[signature]*

Bradley M. Whalen  by cmt