United States District Court
Southern District of Texas
FILED

AUG 28 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-03-080

CITY OF SAN BENITO

VS.

TEJAS GAS PIPELINE COMPANY, ET AL.

DATE & TIME: 08-28-03 AT 1:30 P.M.

PLAINTIFF(S) RAMON GARCIA
COUNSEL ADAM PONCIO

DEFENDANT(S) OSBORNE J. DYKES, III
COUNSEL DAVID OLIVEIRA
JULIE L. EZELL
FRANCIS GANDY, JR.
JOHN DAVID PAGE

---

ERO: Gabriel Mendieta
CSC: Tony Yanez

Attorneys Adam Poncio, Osborne Jeff Dykes, David Oliveira, John David Page and Jeff Palmer appeared.

Plaintiff's counsel will notify court whether Exxon will be included as a defendant because of the merger with Mobil Oil. Mobil Natural Gas is the named defendant.

Plaintiffs sent courtesy copies of the petition to defendants. Defendants have not been served. Some defendants have answered.

A report and recommendation will be prepared for Judge Hanen on remand issue.