IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-080 |
| TEJAS GAS PIPELINE CO., ET AL., | § | |
|     Defendants. | § | |

## ORDER OF RECUSAL

As provided in 28 U.S.C. § 455, any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned. Subsection (b) sets forth specific circumstances in which disqualification is appropriate, including instances in which:

> "(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;"

A judge has an affirmative duty to identify the existence of grounds for recusal without first waiting for a filed motion. *Njie v. Lubbock County, Tex.*, 999 F.Supp. 858 (N.D.Tex.1998).

Pursuant to the above statutory mandate and out of an abundance of caution, I hereby recuse myself from further participation in the above styled and numbered cause.

DONE at Brownsville, Texas, this 9th day of September, 2003.

                                        John Wm. Black
                                        United States Magistrate Judge