IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-080 |
| | § | |
| TEJAS GAS PIPELINE CO., ET AL. | § | |

**ORDER**

Due to the recusal of Judge John Black, the referral of this matter to the United States Magistrate Judge is hereby rescinded as are all orders that may have been entered to date. All matters will be handled by the undersigned.

The court will hold a Rule 16 Initial Pretrial Scheduling Conference on October 14, 2003 at 1:30 p.m. All attorneys-in-charge or their designee with authority to bind the client shall attend. In addition to effectuating a schedule to govern this lawsuit (should it remain in federal court), the court will hear argument on all pending motions including the Motion to Remand and any objections to venue.

Each counsel receiving this Order shall transmit a copy of it to all known counsel of record.

Signed on this 2nd day of October, 2003.

Honorable Andrew S. Hanen
United States District Judge