|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION | United States District Court<br>Southern District of Texas<br>FILED<br>OCT 0 8 2003<br>Michael N. Milby<br>Clerk of Court |

CITY OF SAN BENITO, §
§
Plaintiff, §
§
§
V. § C. A. NO. B03-080
§ JURY TRIAL REQUESTED
TEJAS GAS PIPELINE COMPANY, ET AL., §
§
Defendants. §

## DEFENDANTS' MOTION TO CONTINUE RULE 16 CONFERENCE

Come Now Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., and Shell Gas Trading Company and ask the Court to continue the Rule 16 Conference (currently scheduled for October 14, 2003) to October 27, 2003 or such other date as may be convenient to the Court.

1.

The undersigned counsel is committed to be in Dallas on October 14, 2003 with approximately twelve other lawyers concerning matters of law firm policy. The Dallas meeting cannot be rescheduled, and the undersigned counsel would like to attend this meeting, if possible.

**2.**

The undersigned counsel has contacted counsel for plaintiff and counsel for all defendants who have filed an appearance in this case. All have agreed that this motion is not opposed. Further, all would be available for a Rule 16 Conference on October 27, 2003.

WHEREFORE, PREMISES CONSIDERED, movants pray that the Rule 16 Conference be continued until October 27, 2003 or such other day as may be convenient for the Court.

Respectfully submitted,

*Osborne J. Dykes, III* w/perm -
Osborne J. Dykes, III
Federal ID No. 1796
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., and Shell Gas Trading Company

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   Federal ID No. 2002
   State Bar No. 21916500
   Jeffrey D. Palmer
   Federal ID No. 27014
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF CONFERENCE

I have contacted counsel for all parties who have appeared in this case, and they do not oppose this motion.

_____
Osborne J. Dykes, III

w/ perm.

## CERTIFICATE OF SERVICE

This pleading was served to all counsel of record in compliance with the Federal Rules of Civil Procedure on October 8, 2003.

_____
Osborne J. Dykes, III

w/ perm.