IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER RESCHEDULING RULE 16 CONFERENCE

On this _10th_ day of October, 2003, came on for hearing Defendants' Motion to Continue Rule 16 Conference; and the Court was of the opinion that it should be granted.

It is accordingly ORDERED that the conference previously scheduled for October 14, 2003 is continued until October _27th_, 2003 at ~~xx:xx o'x xx xx~~ 1:30 p.m.

_____
Honorable Andrew S. Hanen
United States District Judge

City of San Benito v Tejas_Motion to Continue Rule 16 Conference.DOC