United States District Court
Southern District of Texas
FILED

OCT 2 7 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

## INITIAL PRETRIAL SCHEDULING CONFERENCE

CIVIL ACTION NO. **B-03-080**   DATE & TIME **10/27/03 @ 1:32 - 2:27 pm**

                                              COUNSEL:

**CITY OF SAN BENITO**                   §   **Adam Poncio**

**VS**                                   §

**TEJAS GAS PIPELINE CO., ET AL**        §   **Osborne J. Dykes**
                                             **Julie Ezell, Charles Sweetman,**
                                             **John D. Page**

Courtroom Deputy: **Irma Soto**
Law Clerk:        **Christian Southwick**
Court Reporter:   **Barbara Barnard**
CSO:              **Tony Yanez**

Case called on the docket. Adam Poncio appeared for the Plaintiff. Osborne J. Dykes appeared Tejas Gas Pipeline Co., Tejas Gas Pipeline LLC, Tejas Gas Pipeline LP, Tejas Gas LLC, Tejas Gas Marketing LLC, Gulf Energy Marketing Co., Gulf Energy Marketing LLC, Coral Energy Resources LLP, and Shell Gas Trading, Defendants. Julie Ezell appeared Cinergy Marketing, Deft. Charles Sweetman appeared Gulf Coast Energe, Deft. Mr. Sweetman appeared for Francis Gandy and filed Motion & Order Pursuant to Local Rule 1 and is GRANTED by Court without objection. John D. Page appeared for Pennzoil Gas Marketing, Defendant.

Court addresses scheduling. Plaintiff to submit initial disclosures by 12/31/03. Defendants have until 2/27/04 to research this.

Plaintiff to submit any interrogatories by 2/27/04. Defendants to respond by 3/31/04.

Following deadlines are set by the Court:

  Jury selection set for 11/4/04 @ 9:00 am. Counsel allowed to voir dire.
  Final pretrial set for 10/28/04 @ 1:30 pm
  Joint Pretrial Order due by 10/14/04
  Plaintiff's experts be named by 6/30/04
  Defendants' experts be named by 8/13/04
  Dispositive motions be filed by 9/17/04
  Discovery cutoff will be 10/8/04

```
Initial Pretrial Scheduling Conference
October 27, 2003
```

Attorneys allowed to change any of the above deadlines by agreement with the exception of the joint pretrial order date, final pretrial and jury selection dates. No written motion necessary. Attorneys to inform the Court by letter of any agreed change of deadlines for the Court's information.

Motion to Remand will be ruled by 11/14/03. Attorneys can file an additional information for the Court's consideration.

Court is adjourned.