United States District Court
Southern District of Texas
FILED

OCT 2 7 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO § | |
| VS. § | CIVIL ACTION NO. B-03-80 |
| TEJAS GAS PIPELINE CO., ET AL § | |

## MOTION AND ORDER PURSUANT TO LOCAL RULE 1

The undersigned, an attorney at law, licensed to practice by the United States District Court for the Southern District, Brownsville Division hereby requests:

1. Leave for Charles E. Sweetman to appear on October 27, 2003 as ATTORNEY IN CHARGE for Francis Gandy, Attorney for Gulf Coast Energy, Inc., and he submits to the jurisdiction of this Court for discipline purposes and to the Local Rules, and certifies that he will be available for hearings on 48 hours' notice.

In support of this motion, the undersigned represents that Charles Sweetman, has authority to represent Gulf Coast Energy, Inc., in this matter.

Respectfully submitted,

FRANCIS I. GANDY, JR.
Fed. I.D. No. 7943
State Bar No. 07615000
LAW OFFICES OF FRANCIS I. GANDY, JR.
Suite 148, American Bank Plaza
Corpus Christi, TX 78403-1316
(361) 883-6333
(361) 883-0148 Fax
Lead Counsel for Defendant
Gulf Coast Energy, Inc.

Date: October 27, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above motion has been furnished to all counsel of record in this case.

_____
Charles E. Sweetman

## ORDER

ON representation of counsel, the requests to appear as counsel are hereby GRANTED.

DONE at Brownsville, Texas, this the 27th day of October, 2003.

_____
UNITED STATED DISTRICT JUDGE