| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

CITY OF SAN BENITO §
§
VS. § CIVIL ACTION NO. B-03-080
§
TEJAS GAS PIPELINE COMPANY, ET AL. §

United States District Court
Southern District of Texas
ENTERED
NOV 0 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.          ☐ Bench   ■ Jury

2. New parties must be joined by:  _____
   *Furnish a copy of this scheduling order to new parties.*

2a  Plaintiff to submit initial disclosures by:*          December 31, 2003
2b  Defendants to do research by:                        February 27, 2004
2c  Plaintiff to submit pipeline ownership discovery by: February 27, 2004
2d  Defendants to respond by:                            March 31, 2004
2e  Defendants may file summary judgments after          April 30, 2004

3. The plaintiff's experts will be named with a report furnished by:   June 30, 2004

4. The defendant's experts must be named with a report furnished by:   August 13, 2004

5. Discovery must be completed by:                                     October 8, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:          September 17, 2004

   Non-Dispositive Motions will be filed by:      October 14, 2004

*********************** The court will provide these dates. ***********************
7. Joint pretrial order is due:                   October 14, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial conference is set for 1:30 p.m. on:    October 28, 2004

9. Jury Selection is set for 9:00 a.m. on:**             November 4, 2004

*Defendants to do initial disclosures 30 days later if no question regarding ownership of relevant pipelines.
**Counsel to do voir dire. Jury to be twelve (12) members (not including alternates) with ten (10) or more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the 4th day of November, 2003.

_____
Andrew S. Hanen
United States District Judge

**xc:** **ALL COUNSEL OF RECORD**