AO435
(Rev 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

Read Instructions on Back

FOR COURT USE ONLY
DUE DATE: JAN 21 2004
Michael N. Milby
Clerk of Court
DATE: 1/7/04

| | | |
|---|---|---|
| 1 NAME: Larry Hall | 2 PHONE NUMBER: 713 621 8315 | 3. DATE: 1/7/04 |
| 4 MAILING ADDRESS: 1301 McKinney, Suite 5100 | 5 CITY: Houston | 6. STATE: TX | 7 ZIP CODE: 77010 |
| 8 CASE NUMBER: B03-030 | 9 JUDICIAL OFFICIAL: Hon. Hanen | 10 FROM: 10/27/03 | 11 TO: 10/27/03 |
| 12 CASE NAME: City of San Benito v. ... | 13 CITY: Brownsville | 14 STATE: TX |

15 ORDER FOR
APPEAL ___    CRIMINAL ___    CRIMINAL JUSTICE ACT ___    BANKRUPTCY ___
NON APPEAL ___    X CIVIL    IN FORMA PAUPERIS ___    OTHER (Specify) ___

16 TRANSCRIPT REQUESTED: 10-27-03 Rule 16 Conference Hearing

United States District Court
Southern District of Texas
FILED
JAN 21 2004
Michael N. Milby
Clerk of Court

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

## 17 ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | 38 | 125.40 |
| EXPEDITED | X | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| | | | ESTIMATE TOTAL | | 125.40 |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional)

18. SIGNATURE: Larry Hall
19. DATE: 1/7/04

PROCESSED BY:
PHONE NUMBER: 956 548-2591

TRANSCRIPT TO BE PREPARED BY: Barbara Barnard

COURT ADDRESS: 600 E. Harrison, Box 301
Brownsville, TX 78520

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 1/9/04 | | | |
| DEPOSIT PAID | 1/9/04 | | DEPOSIT PAID | 120.00 |
| TRANSCRIPT ORDERED | 1/7/04 | | TOTAL CHARGES | 125.40 |
| TRANSCRIPT RECEIVED | 1/22/04 | | LESS DEPOSIT | 120.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | 1/21/04 | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 1/22/04 | | TOTAL DUE | 5.40 |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY