```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JAN 21 2004

Michael N. Milby
Clerk of Court

```
CITY OF SAN BENITO                    )
                                      )
                                      ) CIVIL ACTION NO.
VS.                                   ) CA B-03-080
                                      )
TEJAS GAS PIPELINE, ET AL             )
                                      )
```

INITIAL PRETRIAL & SCHEDULING CONFERENCE
BEFORE THE HONORABLE ANDREW S. HANEN
OCTOBER 27, 2003

APPEARANCES:

For the Plaintiff:        MR. ADAM PONCIO
                          Law Office of Cerda & Poncio
                          924 McCullough
                          San Antonio, Texas   78215-1642

For Tejas Gas Pipeline:   OSBORNE J. DYKES, III
                          JEFFREY D. PALMER
                          Fulbright & Jaworski
                          1301 McKinney, Suite 5100
                          Houston, Texas   77010-3095

For Cinergy:              MS. JULIE L. EZELL
                          Cinergy Services
                          1000 East Main Street
                          Plainfield, Indiana   46168

For Pennzoil:             MR. JOHN DAVID PAGE
                          Attorney At Law
                          3040 Post Oak Blvd., Suite 850
                          Houston, Texas   77056



CERTIFIED COPY