IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| V. § | C. A. NO. B03-080 |
| § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., § | |
| § | |
| Defendants. § | |

### DEFENDANTS' MOTION TO DISMISS

Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company file this Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**I.**

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, the defendants hereby join, adopt and incorporate by reference Pennzoil's Motion to Dismiss ("Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Motion.

Pennzoil's Motion establishes that the City of San Benito has failed to comply with the orders the Court gave to the parties at the October 27, 2003 Scheduling Hearing or with the Scheduling Order, dated, November 4, 2003, including failing to offer any support for its claims that defendants owned pipelines in the City of San Benito. Therefore, defendants request that the Court dismiss the City of San Benito's claims with prejudice.

30648784.1

## CONCLUSION

The defendants respectfully request that the Court grant Defendants' Motion to Dismiss, and dismiss all claims asserted by plaintiff against defendants with prejudice, and that the defendants have such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

*/s/ Osborne J. Dykes, III*
Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on February 20, 2004.

_____
Jeffrey D. Palmer