IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, § § Plaintiff, § § v. § § TEJAS GAS PIPELINE COMPANY, ET AL., § § Defendants. § | C. A. NO. B03-080 JURY TRIAL REQUESTED |

## DEFENDANTS' MOTION TO DISMISS

Defendants Conoco, Inc., Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") file this Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

### I.

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Defendants hereby join, adopt and incorporate by reference Pennzoil's Motion to Dismiss ("Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Motion, filed on or about February 12, 2004.

Pennzoil's Motion establishes that the City of San Benito has failed to comply with the orders the Court gave to the parties at the October 27, 2003 Scheduling Hearing or with the

Scheduling Order dated November 4, 2003, including failing to offer any support for its claims that Defendants own/owned pipelines in the City of San Benito. Therefore, Defendants request that the Court dismiss the City of San Benito's claims with prejudice.

### Conclusion

Defendants respectfully request that the Court grant Defendants' Motion to Dismiss, and dismiss all claims asserted by Plaintiff against Defendants with prejudice, and that the Defendants have such other and further relief, both legal and equitable, to which they may by justly entitled.

Dated: February 25, 2004

Respectfully submitted,

_____
Jerry K. Clements
(Attorney-in-Charge)
 Texas State Bar No. 20888200
 Southern District of Texas Bar No. 15814
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

Attorney-in-Charge for Defendants Conoco, Inc., Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc.

**OF COUNSEL:**
LOCKE LIDDELL & SAPP LLP
C. Scott Jones
 Texas State Bar No. 24012922
 Southern District of Texas Bar No. 30151
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Eduardo Roberto Rodriguez
  Texas State Bar No. 17144000
  Southern District of Texas Bar No. 1944
Marjory C. Batsell
  Texas State Bar No. 04631400
  Southern District of Texas Bar No. 3983
1201 East Van Buren - 78520
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

### CERTIFICATE OF CONFERENCE

On February 25, 2004, counsel for Defendants conferred with counsel for Plaintiff by telephone, who is opposed to this motion.

_____
Eduardo Roberto Rodriguez

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record, as indicated below, via certified mail, return receipt requested, on this 25th day of February, 2004.

| | | |
|---|---|---|
| Adam Poncio<br>Law Office of Cerda & Poncio<br>924 McCullough<br>San Antonio, Texas 78215 | Osborne J. Dykes, III<br>Jeffrey Palmer<br>1301 McKinney, Suite 5100<br>Houston, Texs 77010 | Randy Beevis<br>Cinergy Marketing &<br>Trading, L.P.<br>1100 Louisiana, Suite 77002<br>Houston, Texas 77002 |
| Julie Ezell<br>Cinergy Marketing & Trading, L.P.<br>1000 East Main Street<br>Plainfield, Indiana | Francis I. Gandy<br>Attorney at Law<br>148 American Bank Plaza<br>Corpus Christi, Texas 78475 | Robert Galligan<br>Jones, Galligan, Key &<br>Lozano, LLP<br>2300 West Pike, Suite 300<br>Weslaco, Texas 78599-1247 |

                                                                          _____<br>
                                                                           Eduardo Roberto Rodriguez