United States District Court
Southern District of Texas
FILED

MAR 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, | § | |
| ET AL. | § | |

PENNZOIL'S MOTION TO QUASH SAN BENITO'S DISCOVERY REQUESTS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANDREW S. HANEN:

1.    As set out in Pennzoil's motion to dismiss, although the Court ordered San Benito to show that Pennzoil (or any other defendant) owned a pipeline in San Benito before other liability or damages issues were addressed (See Transcript of the Oct. 27, 2003 hearing, p. 11, l. 21 - p. 12, l. 15), San Benito failed to comply with the Court's order. San Benito's December 31, 2003 Initial Disclosures ignored pipeline ownership and the Court's order.

2.    On February 26, 2004, San Benito sent Pennzoil a letter stating that San Benito's attorney was in an arbitration and needed an extension of time to attend to a deadline in this case. See Exhibit A. As matter of courtesy, Pennzoil agreed to the request. Although San Benito was too busy to attend to its own deadline, it wasn't too busy to send Pennzoil a raft of discovery the day after Pennzoil agreed to accommodate San Benito's request for more time. See San Benito's discovery requests attached as Exhibit B.

3.    Pennzoil moves the Court to (a) grant an indefinite extension of time for Pennzoil to respond to any discovery from San Benito until San Benito fulfills its obligation

to provide Pennzoil with evidence that Pennzoil owned a pipeline in San Benito since 1941,

(b) grant Pennzoil's motion to dismiss, (c) award Pennzoil attorneys' fees incurred in

securing relief, and (d) grant all other relief to which Pennzoil may be entitled.

Respectfully submitted,

J. D. Page
State Bar No. 15406700
3040 Post Oak Blvd., Suite 850
Houston, Texas  77056
(713) 840-9200 Telephone
(713) 840-9217 Facsimile


By:  _____

Bradley M. Whalen
State Bar No. 21238800
Doyle, Restrepo, Harvin
    & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

Rene O. Oliveira
State Bar No.15254700
Roerig, Oliveira & Fisher, L.L.P.
Cameron County Office
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

Attorneys for Pennzoil Gas Marketing Company

<u>CERTIFICATE OF SERVICE</u>

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on March 5, 2004.

Adam Poncio
Law Office of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215
Facsimile: (210) 212-5880

Osborne J. Dykes, III
1301 McKinney, Suite 5100
Houston, Texas 77010
Facsimile: (713) 651-5246

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana

Randy Beevis
Cinergy Marketing & Trading, L.P.
1100 Louisiana, Suite 4900
Houston, Texas 77002
Facsimile: (713) 393-6903

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475
Facsimile: (361) 883-0148

Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 West Pike, Suite 300
Weslaco, Texas 78599-1247

Bradley M. Whalen



**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization

**LAW OFFICES**
**CERDA**
**C&P**
**PONCIO**
A PROFESSIONAL CORPORATION

924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5888

February 26, 2004

Ramon Garcia                     **VIA FACSIMILE**
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

Osborne J. Dykes, III            **VIA FACSIMILE**
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell                   **VIA FACSIMILE**
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Randy Beevis                     **VIA FACSIMILE**
1100 Louisiana, Suite 4900
Houston, Texas 77002

J.D. Page                        **VIA FACSIMILE**
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Bradley Whalen                   **VIA FACSIMILE**
DOYLE, RESTREP, HARVING & ROBBINS,
L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas  77002

EXHIBIT
A

Rene G. Oliveira                    **VIA FACSIMILE**
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

Frances L Gandy                     **VIA FACSIMILE**
148 American Bank Plaza
Corpus Christi, Texas 78475

Robert Galligan                     **VIA FACSIMILE**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247

      Re:    Civil Action No. B03-080
            *City of San Benito v. Tejas Gas Pipeline Company*

Dear Counsel:

     Mr. Poncio is involved in an Arbitration which began on Monday, February 23, 2004 and which will not conclude until Monday, March 1, 2004.   The scheduling order imposes a deadline tomorrow for which we are requesting a week extension to Friday, March 5, 2004.  Please advise if you will not oppose our Motion for Extension by signing below and returning to our office no later than noon tomorrow.  Should we not hear from you, we will assume you do not oppose our request.

     Thank you for your assistance and cooperation.

                    Sincerely,

                    **LAW OFFICES OF CERDA & PONCIO**
                    **A Professional Corporation**

                    **Dorothy J. Hearne, CLA, CP**
                    **Certified Paralegal to Adam Poncio**

/djh
Enclosure

J D PAGE                Fax:713-840-9217            Feb 26 2004  16:04        P.06
02/26/2004  15:32    210-212-5888            CERDA & PONCIO, PC                    PAGE  85

**AGREED AND APPROVED:**

_____

RAMON GARCIA

_____

OSBORNE J. DYKES

_____

JULIE L. EZELL

_____

RANDY BEEVIS

_____

J. D. PAGE

_____

BRADLEY WHALEN

_____

RENE OLIVEIRA

_____

FRANCIS L GANDY

_____

ROBERT GALLIGAN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

CITY OF SAN BENITO,  §
§
Plaintiff,  §
§
V  §          C. A. NO. B03-080
§
TEJAS GAS PIPELINE COMPANY, ET ALS  §
§
Defendants  §

## CITY OF SAN BENITO'S FIRST REQUEST FOR PRODUCTION
## TO DEFENDANT PENNZOIL GAS MARKETING COMPANY

TO:   Defendant, PENNZOIL GAS MARKETING COMPANY
By and through their attorneys of record:
Bradley Whalen
DOYLE, RESTREPO, HARVING & ROBBINS, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

COMES NOW the City of San Benito, and Pursuant to the Texas Rules of Federal Procedure,

serve the following First Request for Production to Defendant PENNZOIL GAS MARKETING

COMPANY.



Respectfully submitted,

ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Facsimile (210) 212-5880

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that on this *27* day of February, 2004, forwarded a true and correct copy

of the above document to all counsel of record:

Frances I. Gandy                            **VIA FACSIMILE**
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia                                **VIA FACSIMILE**
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

OSBORNE J. Dykes, III                       **VIA FACSIMILE**
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell                              **VIA FACSIMILE**
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Randy Beevis                                **VIA FACSIMILE**
1100 Louisiana, Suite 4900
Houston, Texas 77002

J.D. Page                                   **VIA FACSIMILE**
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Bradley Whalen                              **VIA FACSIMILE**
DOYLE, RESTREP, HARVING & ROBBINS,
L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas   77002

Rene G. Oliveira                            **VIA FACSIMILE**
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9

Brownsville, Texas 78520

Robert Galligan                                    **VIA FACSIMILE**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247

_____
                **ADAM PONCIO**

## FIRST REQUEST FOR PRODUCTION

1)    Please produce the original or copies of each contract controlling each sale of natural gas made by Defendant within the corporate limits of the City of San Benito, Texas.

RESPONSE:

2)    Please produce the original or copies of each contract controlling each sale of natural gas made by Defendant within the corporate limits of the City of San Benito, Texas.

RESPONSE:

3)    Please produce the original or copies of all checks or other negotiable instruments used by defendant for each sale of natural gas within the corporate limits of the City of San Benito, Texas.

RESPONSE:

4)    Please produce the original or copies of all checks or other negotiable instruments used by Defendant to pay for each sale of natural gas within the corporate limits of the City of San Benito, Texas.

RESPONSE:

5)    All documents, conveyances, deeds, instruments, recordings, or other written material which would show that Defendant was the owner and/or operator of any pipelines, main and auxiliary lines, appurtenances and fixtures for the sale and distribution of natural gas within the corporate limits of the City of San Benito, Texas.

RESPONSE:

6)    All documents, conveyances, deeds, instruments, recordings, or other written material which would show that the defendant sold any gas, natural gas or other petroleum products within the corporate limits of the City of San Benito, Texas

RESPONSE:

7)    All documents, conveyances, deeds, instruments, recordings, or other written material which would show the amount of natural gas sold or distributed by Defendant within the corporate limits of the City of San Benito, Texas.

**RESPONSE:**

8)      All documents, conveyances, deeds, instruments, recordings, or other written material which would show the amounts of gas that Defendant owned or sold within the corporate limits of the City of San Benito, Texas from January 1, 1941 until the present.

**RESPONSE:**

9)      All documents which would show the ownership, use and/or maintenance by Defendant of any main and/or auxiliary lines, appurtenances and/or fixtures for the sale and/or distribution of natural gas in any of the streets, alleys, parks or other public places within the corporate limits of the City of San Benito, Texas.

**RESPONSE:**

10)     All documents which would show the ownership, use and/or maintenance by Defendant of any main and/or auxiliary lines, appurtenances and/or fixtures used for the sale and/or distribution of natural gas within the corporate limits of the City of San Benito, Texas.

**RESPONSE:**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V** | § | **C. A. NO. B03-080** |
| | § | |
| **TEJAS GAS PIPELINE COMPANY, ET AL** | § | |
| | § | |
| **Defendants** | § | |

## CITY OF SAN BENITO'S FIRST REQUEST FOR ADMISSIONS
## TO DEFENDANT PENNZOIL GAS MARKETING COMPANY

TO:    Defendant, PENNZOIL GAS MARKETING COMPANY
       By and through their attorneys of record:
       Bradley Whalen
       DOYLE, RESTREPO, HARVING & ROBBINS, L.L.P.
       4700 Chase Tower
       600 Travis Street
       Houston, Texas 77002

COMES NOW the City of San Benito and, Pursuant to Rule 26 of the Texas Rules of Federal

Procedure, propounds the following first requests for admissions to Defendant PENNZOIL GAS

MARKETING COMPANY.

Respectfully submitted,

ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, do hereby certify that I have on this _27_ day of

February, 2004, forwarded a true and correct copy of the above document to counsel of record as

follows, pursuant to Rule 5 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Frances I. Gandy<br>148 American Bank Plaza<br>Corpus Christi, Texas 78475 | **VIA FACSIMILE** |
| Ramon Garcia<br>LAW OFFICES OF RAMON GARCIA, P.C.<br>222 West University Drive<br>Edinburg, Texas 78539 | **VIA FACSIMILE** |
| OSBORNE J. Dykes, III<br>Jeffrey D. Palmer<br>FULBRIGHT & JAWORSKI, LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | **VIA FACSIMILE** |
| Julie L. Ezell<br>CINERGY MARKETING & TRADING, L.P.<br>1000 East Main Street<br>Plainfield, Indiana 46168 | **VIA FACSIMILE** |
| Randy Beevis<br>1100 Louisiana, Suite 4900<br>Houston, Texas 77002 | **VIA FACSIMILE** |
| J.D. Page<br>3040 Post Oak Boulevard, Suite 85G<br>Houston, Texas 77056 | **VIA FACSIMILE** |
| Bradley Whalen<br>DOYLE, RESTREP, HARVING & ROBBINS,<br>L.L.P<br>4700 Chase Tower<br>600 Travis Street<br>Houston, Texas  77002 | **VIA FACSIMILE** |
| Rene G. Oliveira<br>David G. Oliveira | **VIA FACSIMILE** |

ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

Robert Galligan                    **VIA FACSIMILE**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247


_____
                **ADAM PONCIO**

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:** Admit that exhibit 1 attached hereto is a true and correct copy of ordinance no. 478 under which the City of San Benito is basing its suit against the Defendants herein.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 2:** Admit that exhibit 1 attached hereto is a true and correct copy of ordinance no.478 under which the City of San Benito is basing its claim against the Defendant on whom this request for admissions has been served.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 3:** Admit that after January 1, 1941, the Defendant did use the streets, highways, alleys, parks, or other public places within the City of San Benito, Texas, for the sale and distribution of natural gas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 4:** Admit that after January 1, 1941, the Defendant did sell and/or distribute natural gas within the corporate limits of the City of San Benito, Texas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 5:** Admit that after January 1, 1941, the Defendant did own or operate any pipelines within the City of San Benito, Texas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 6:** Admit that after January 1, 1941, the Defendant did own or operate any fixtures and appurtenances for the sale and distribution of natural gas within the City of San Benito, Texas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 7:** Admit that after January 1, 1941, the Defendant did use or maintain any pipelines within the City of San Benito, Texas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 8:** Admit that after January 1, 1941, the Defendant did use and maintain any main and auxiliary lines, appurtenances and fixtures for the sale and distribution of natural gas in any of the streets, alleys, parks or other public places within the corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 9:     Admit that after January 1, 1941, the Defendant did operate as a gas utility within the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 10:     Admit that Defendant did sell any natural gas for heat, power, or other purposes within corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 11:     Admit that Defendant has ever owned any gas pipelines



within the corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 12:     Admit that Defendant has used and/or maintained any lines for the sale and distribution of natural gas within the corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 13:     Admit that the Defendant has evidence that Defendant used and/or maintained any main or auxiliary lines, appurtenances and/or fixtures for the sale and distribution of natural gas in the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 14:     Admit that the Defendant has evidence that Defendant used and/or maintained any main or auxiliary lines, appurtenances and/or fixtures for the sale and distribution of natural gas in any of the streets, alleys, parks and other public places within the corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

# EXHIBIT 1

## ORDINANCE NO. 478

### AN ORDINANCE FIXING RENTALS TO BE PAID BY NATURAL GAS UTILITIES FOR THE PRIVILEGE OF USING WITH THEIR NATURAL GAS AUXILIARY LINES, APPURTENANCES AND FIXTURES, THE STREETS, ALLEYS AND PUBLIC WAYS, WITHIN THE CORPORATE LIMITS OF THE CITY OF SAN BENITO, TEXAS; PROVIDING THAT SUCH UTILITIES SHALL MAKE SEMI-ANNUAL REPORTS, PROVIDING PENALTIES FOR THE VIOLATION HEREOF, REPEALING ALL LAWS IN CONFLICT HEREWITH, AND DECLARING AN EMERGENCY.

BE IT ORDAINED BY THE CITY COMMISSION OF THE CITY OF SAN BENITO, TEXAS:

#### SECTION 1.

That all persons and corporations using and maintaining any main and auxiliary lines, appurtenances and fixtures for the sale and distribution of natural gas in any of the streets, alleys, parks and other public places within the corporate limits of the City of San Benito, Texas shall within thirty (30) days after the 30th day of September and the 31st day of March of each year file with the City Secretary a report sworn to by the auditor of such person or corporation showing the gross receipts derived from the sale by gas utilities of natural gas sold for heat, power or other purposes from consumer of such natural gas located within and using such natural gas within the corporate limits of the City of San Benito, Texas, for the six (6) months preceding each of said dates.

#### SECTION 11.

That upon the 1st day of November and the 1st day of May of each year hereafter every person or corporation using the streets, highways, alleys, parks or other public places within the City of San Benito, Texas, with main and/or auxiliary lines, fixtures and appurtenances for the sale and distribution of natural gas to consumers, shall pay to the City of San Benito, Texas, a rental equal to two per cent. (2%) of the gross receipts received by such person or corporation from its sale of natural gas for heat, power and for other purposes derived from consumers of such natural gas located within and using within the corporate limits of the City of San Benito, Texas, for the six (6) months preceding September 30th and March 31st of each year, which sum shall be paid to the Tax Collector of the City of San Benito, Texas, who shall thereupon deliver to the person or corporation paying the same a receipt for the amount so paid as rental.

#### SECTION 111.

Any special taxes, rentals, contributions or charges accruing before the effective date of this ordinance under the terms of any pre-existing ordinance contract or franchise against any such person or corporation, when paid to said City, shall be credited on the amount owed by such person or corporation as a charge or rental imposed for the use of the streets, alleys and other public places and ways within the said City, and the Tax Collector of said City is hereby authorized to give credit to such person or corporation when it or they pay the street rental charges in the manner described herein for all sums and for special taxes, rentals, contributions, charges or otherwise under the terms of any pre-existing ordinance, contract or franchise.

#### SECTION IV.

That any person or corporation and the local manager or agent of any such person or corporation, willfully failing or refusing after thirty (30) days written notice from the City to make the report required above herein shall, upon conviction in the Corporation Court of the said City, be fined in a sum not to exceed $50.00, and each day's failure or refusal shall be deemed a separate offense.

#### SECTION V.

All ordinances and parts of ordinances in conflict herewith are hereby repealed.

EXHIBIT 1

## SECTION VI.

The fact that the legislature of the State of Texas, has, by proper enactment permitted incorporated cities and towns to levy a tax against all persons and corporations occupying the public streets, alleys, public ways and places; as a rental or charge for the use and occupancy of said streets, alleys, public ways and places, and the fact that the general fund of said City is in need of immediate replenishment, creates and emergency, and the rule requiring the reading of all ordinances at two separate meetings is hereby suspended and this ordinance shall take effect immediately upon its passage, approval, and publication as provided by the charter of the City of San Benito.

Passed and approved this 25th day of June, A.D. 1941.

LOUIS B. WITTE, Mayor

Attest:

J. O. RUSSELL, City Secretary.

EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

CITY OF SAN BENITO,                     §
                                        §
              Plaintiff,                §
                                        §
V                                       §              C. A. NO. B03-080
                                        §
TEJAS GAS PIPELINE COMPANY, ET AL§
                                        §
              Defendants                §

### CITY OF SAN BENITO'S SECOND REQUEST FOR PRODUCTION
### TO DEFENDANT PENNZOIL GAS MARKETING COMPANY

TO:    Defendant, PENNZOIL GAS MARKETING COMPANY
       By and through their attorneys of record:
       Bradley Whalen
       DOYLE, RESTREPO, HARVING & ROBBINS, L.L.P.
       4700 Chase Tower
       600 Travis Street
       Houston, Texas 77002

       COMES NOW the City of San Benito, and Pursuant to the Texas Rules of Federal Procedure,

serve the following Second Request for Production to Defendant PENNZOIL GAS MARKETING

COMPANY.

Respectfully submitted,


_____
ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

ATTORNEY FOR PLAINTIFFS

## SECOND REQUEST FOR PRODUCTION

With regard to Defendant, documents requested include those documents for any related entity, acquired entity, successor in interest, subsidiary and/or entity whose interests were acquired or obtained by Defendant in any manner.

1. Produce documents concerning any revenues you received from the sale or transportation of natural gas to any consumer located within the City of San Benito.

2. Produce documents concerning any revenues you received from the sale or transportation of natural gas to any other person or entity for which the point of delivery, point of redelivery, or the point of interconnection with any natural gas pipeline owned by someone other than you, was located within the City of San Benito.

3. Produce documents concerning your ownership or lease of any real property, any personal property or intangible assets valued in excess of one thousand dollars ($1,000.00), and any easement obtained by condemnation, judgment, purchase or other means, that is located within the City of San Benito.

4. Produce any agreements, correspondence or communications between you and CP&L that concern the sale, transportation or purchase of any natural gas consumed at or delivered to the San Benito electric power generating plant.

5. Produce all reports of local sales of natural gas made to the City of San Benito.

6. Produce all reports of natural gas sold to CP&L or to any San Benito based consumer made to the Texas Railroad Commission, the Texas State Comptroller, the Texas Public Utilities Commission, the Federal Energy Regulatory Commission, or any other federal, state, or local governmental agency.

7. Produce any permit, consent, or other agreement or authorization to occupy any public property or rights of way located within the City of San Benito.

8. Produce documents concerning any natural gas pipeline owned or operated by you located in whole or part within the City of San Benito.

9. Produce documents concerning any agreement between you and any other person or entity owning or operating a natural gas pipeline located in whole or part within the City of San Benito.

10. Produce documents concerning any tax (including sales and ad valorem taxes), rental, permit fee, or any other remuneration paid by you or on your behalf to the City of San Benito.

## CERTIFICATE OF SERVICE

I do hereby certify that on this ____ day of February, 2004, forwarded a true and correct

copy of the above document to all counsel of record:

Frances I. Gandy                                    **VIA FACSIMILE**
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia                                        **VIA FACSIMILE**
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

OSBORNE J. Dykes, III                               **VIA FACSIMILE**
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell                                      **VIA FACSIMILE**
CINERGY MARKETING & TRADING, L.P.

Plainfield, Indiana 46168

Randy Beevis                                        **VIA FACSIMILE**
1100 Louisiana, Suite 4900
Houston, Texas 77002

J.D. Page                                           **VIA FACSIMILE**
3040 Post Oak Boulevard, Suite 850
Houston, Texas 77056

Bradley Whalen                                      **VIA FACSIMILE**
DOYLE, RESTREP, HARVING & ROBBINS,
L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas   77002

Rene G. Oliveira                                    **VIA FACSIMILE**
David G. Oliveira
ROERIG, OLIVEIRA & FISHER

Brownsville, Texas 78520

Robert Galligan                           **VIA FACSIMILE**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247


_____
**ADAM PONCIO**