IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAR 1 0 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION TO QUASH PLAINTIFF'S DISCOVERY REQUESTS

Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company file this Motion to Quash Plaintiff's Discovery Requests.[1]

### I.

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, the defendants hereby join, adopt and incorporate by reference Pennzoil's Motion to Quash San Benito's Discovery Requests ("Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Motion.

Pennzoil's Motion establishes that the City of San Benito has failed to comply with the orders the Court gave to the parties at the October 27, 2003 Scheduling Hearing or with the

---

[1] Plaintiff served the following discovery on each of the defendants: (1) First Request for Production; (2) Second Request for Production; and (3) First Request for Admissions (collectively referred to as the "Discovery Requests").

30661074.1

Scheduling Order, dated, November 4, 2003, including failing to offer any support for its claims that defendants owned pipelines in the City of San Benito

## CONCLUSION

The defendants respectfully request that the Court (a) grant an indefinite extension of time for defendants to respond to any discovery from plaintiff until plaintiff fulfills its obligation to provide defendants with evidence that defendants owned a pipeline in the City of San Benito since 1941, (b) grant defendants' motion to dismiss, (c) award defendants' attorneys' fees incurred in securing relief, and (d) grant defendants such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

_____
Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on March 9, 2004.

_____
Jeffrey D. Palmer