United States Courts
Southern District of Texas
FILED

MAR - 9 2004

Michael M. Milby, Clerk of Court
Southern District of Texas
FILED

MAR 1 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. B-03-080 |
| TEJAS GAS PIPELINE COMPANY, *ET AL.*, | § § | |
| Defendants. | § | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Southern Gas Pipeline Company, Defendant in the above-entitled and numbered cause (hereinafter "Defendant"), and files this Suggestion of Bankruptcy, and would show the Court the following:

I.

On March 8, 2004, Defendant filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code, which is currently pending in the Corpus Christi Division of the United States Bankruptcy Court for the Southern District of Texas, under Case No. 04-20323-C-7. A true and correct copy of the Voluntary Petition is attached hereto as Exhibit "A" and incorporated herein by reference.

II.

Section 362 of Title 11 of the United States Code prohibits the commencement or continuation of actions to collect funds of or from the Estate of the Debtor. Therefore, continuation of this litigation is prohibited.

Prayer

For the foregoing reasons, Defendant asks that this action be stayed unless it is dismissed as against the Defendant, and that Defendant have such other and further relief to which it show itself to be justly entitled.

Respectfully submitted,

_____
Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
James M. Evans
State Bar No. 24040878
Admissions No. 37059
*Jordan Hyden Womble & Culbreth, P.C.*
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471-1090
Telephone: (361) 884-5678
Telecopier: (361) 888-5555
**BANKRUPTCY COUNSEL FOR
SOUTHERN GAS PIPELINE CO.**

**CERTIFICATE OF SERVICE**

I hereby certify, that a true and correct copy of the foregoing instrument was served on the parties below by First Class United States Mail, postage prepaid, on this the 9th day of March 2004.

Adam Poncio
Law Offices of Cerda & Poncio
924 McCullough
San Antonio, TX 78215-1642

Osborne J. Dykes, III
Jeffrey D. Palmer
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Ramon Garcia
Law Office of Ramon Garcia, P.C.
222 West University Drive
Edinburg, TX 78539

Julie L. Ezell
Cinergy Marketing & Trading, LP
1000 East Main Street
Plainfield, Indiana 46168

Randy Beevis
1100 Louisiana, Suite 4900
Houston, TX 77002

Bradley Whalen
Doyle, Restrep, Harving & Robbins
4700 Chase Tower
600 Travis Street
Houston, TX 77002

Frances I. Gandy
148American Bank Plaza
Corpus Christi, TX 78575

J.D. Page
3040 Post Oak Blvd., Suite 85G
Houston, TX 77056

Rene G. Oliveira
David G. Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, TX 78520

Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 W. Pike, Suite 300
P.O. Drawer 1247
Weslaco, TX 78599-1247

_____
James M. Evans

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Southern District of Texas Corpus Christi Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Southern Gas Pipeline, Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**74-2228632** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**500 N. Shoreline Blvd., Suite 910**<br>**Corpus Christi, TX 78471** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Nueces** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Southern Gas Pipeline, Co.** | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Shelby A. Jordan State Bar No. 11016700**
Signature of Attorney for Debtor(s)
**Shelby A. Jordan State Bar No. 11016700**
Printed Name of Attorney for Debtor(s)
**Jordan, Hyden, Womble & Culbreth, P.C.**
Firm Name
**500 N. Shoreline Blvd., Suite 900**
**Corpus Christi, TX 78471**
Address
**(361) 884-5678  Fax: (361) 888-5555**
Telephone Number
**March 8, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Fred E. Long**
Signature of Authorized Individual
**Fred E. Long**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**March 8, 2004**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.