IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| CITY OF SAN BENITO § | |
|    Plaintiff, § | |
| § | CIVIL NO. B-03-080 |
| V. § | JURY TRIAL REQUESTED |
| § | |
| TEJAS GAS PIPELINE COMPANY, ET AL. § | |
|    Defendant. § | |

# ORDER

On this day the Court considered the various Motions of the Defendants' to Dismiss pursuant to FED. R. CIV. P. 41(b). No response was filed to said motions as required under Local Rules 7.3 and 7.4, the latter of which states that the failure to file a response shall be taken as a representation of no opposition. This court reminded all counsel of this very requirement in the initial pretrial conference held on October 27, 2003. The court also finds that the City of San Benito has failed to comply with the court's order that the City of San Benito produce information concerning defendants' pipeline ownership.

The court hereby dismisses the City of San Benito's claims against the defendants listed on Exhibit "A" with prejudice to refiling. This Order and the Judgment, also of today's date, operate as a final adjudication on the merits that the City of San Benito takes nothing by way of its claims against these defendants. The court denies the Motion to Dismiss and the Motion to Quash filed by Pennzoil Gas Marketing Company without prejudice to refile, as neither complies with this court's instructions at the October 27th hearing and the local rule [LR7.1(D)] regarding certificates of conference. All other pending motions are hereby denied as being moot. The Defendants listed on Exhibit "A" shall recover their costs from the City of San Benito, if they move for recovery of their

costs within ten days of entry of this order and comply with all other rules regarding same.

Signed this the 18th day of March, 2004.

*[signature]*

Honorable Andrew S. Hanen
United States District Judge

# EXHIBIT "A"

| # | Appearance | Motion to Dismiss |
|---|---|---|
| 1. | Tejas Gas Pipeline Co. | Docket No. 48 |
| 2. | Tejas Gas Pipeline, L.L.C. | Docket No. 48 |
| 3. | Tejas Gas Pipeline, L.P. | Docket No. 48 |
| 4. | Tejas Gas, L.L.C. | Docket No. 48 |
| 5. | Tejas Gas Mktg, L.L.C. | Docket No. 48 |
| 6. | Gulf Energy Mktg. Co. | Docket No. 48 |
| 7. | Gulf Energy Mktg. L.L.C. | Docket No. 48 |
| 8. | Coral Energy Servs. L.L.C. | Docket No. 48 |
| 9. | Coral Energy Resources L.P. | Docket No. 48 |
| 10. | Shell Gas Trading Co. | Docket No. 48 |
| 11. | Conoco, Inc. | Docket No. 49 |
| 12. | Total E&P USA, Inc. (successor in interest to FINA) | Docket No. 49 |
| 13. | Union Pacific Resources Co. (n/k/a Anadarko E&P Co. LP) | Docket No. 49 |
| 14. | Natural Gas Clearinghouse, Inc. | Docket No. 49 |
| 15. | Anadarko Energy Servs. Co. | Docket No. 49 |
| 16. | Texaco Gas Mktg., Inc. | Docket No. 49 |
| 17. | Texaco Natural Gas, Inc. | Docket No. 49 |
| 18. | Chevron U.S.A., Inc. | Docket No. 49 |
| 19. | Texaco Exploration and Production, Inc. | Docket No. 49 |
| 20. | BP Energy Co. | Docket No. 49 |
| 21. | Amoco Energy Trading Corp. (n/k/a BP Energy Co.) | Docket No. 49 |
| 22. | Arco Natural Gas Mktg, Inc. (n/k/a Vastar Gas Mktg., Inc.) | Docket No. 49 |
| 23. | Vastar Gas Mktg., Inc. | Docket No. 49 |
| 24. | Transco Petro Source Co. (n/k/a Transco P-S Co.) | Docket No. 48 |