IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 1 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CITY OF SAN BENITO § | |
| Plaintiff, § | |
| § | CIVIL NO. B-03-080 |
| V. § | JURY TRIAL REQUESTED |
| § | |
| TEJAS GAS PIPELINE COMPANY, ET AL. § | |
| Defendant. § | |

## JUDGMENT

The court granted by separate order the Motions to Dismiss filed by Tejas Gas Pipeline Co., Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Mktg, L.L.C., Gulf Energy Mktg. Co., Gulf Energy Mktg. L.L.C., Coral Energy Servs. L.L.C., Coral Energy Resources L.P., Shell Gas Trading Co., Conoco, Inc., Total E&P USA, Inc. (successor in interest to FINA), Union Pacific Resources Co. (n/k/a Anadarko E&P Co. LP), Natural Gas Clearinghouse, Inc., Anadarko Energy Servs. Co., Texaco Gas Mktg., Inc., Texaco Natural Gas, Inc., Chevron U.S.A., Inc., Texaco Exploration and Production, Inc., BP Energy Co., Amoco Energy Trading Corp. (n/k/a BP Energy Co.), Arco Natural Gas Mktg., Inc. (n/k/a Vastar Gas Mktg., Inc.), Vastar Gas Mktg., Inc., and Transco Petro Source Co. (n/k/a Transco P-S Co.) and hereby enters a judgment in their favor and finding that there is no just reason for delay hereby directs pursuant to Rule 54(b) that this judgment be final as to these parties and that each of the defendants listed above also recover costs of court if they comply with the March 18th order.

Signed this the 18th day of March, 2004.

_____
Honorable Andrew S. Hanen
United States District Judge