IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | CAUSE NO. B03-080 |
| ) | |
| TEJAS GAS PIPELINE COMPANY, ET AL., ) | |
| ) | |
| DEFENDANTS ) | |

## DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Gulf Coast Energy, Inc. and files this its Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and in support thereof would show the Court as follows:

I

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, the Defendant Gulf Coast Energy, Inc. hereby joins, adopts and incorporates by reference Pennzoil's Motion to Dismiss (Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Motion.

Pennzoil's Motion establishes that the City of San Benito has failed to comply with the orders the Court gave to the parties at the October 27, 2003 Scheduling Hearing or with the Scheduling Order, dated, November 4, 2003 including failing to offer any support for its claims that defendants owned pipelines in the City of San Benito. Therefore, Defendant Gulf Coast Energy, Inc. requests that the Court dismiss the City of San Benito's claims with prejudice.

II

The affidavit of Charles Steen (attached hereto), former President and current Chairman of the Board of Gulf Coast Energy, Inc., establishes that Gulf Coast Energy, Inc. has never owned or operated any pipelines within the City of San Benito, Texas after January 1, 1941. Further, that Gulf Coast Energy, Inc. never delivered gas within the City of San Benito after January 1, 1941, the effective date of the Ordinance relied upon by the Plaintiff herein.

## CONCLUSION

The Defendant Gulf Coast Energy, Inc. respectfully requests that the Court grant Defendant's Motion to Dismiss, and dismiss all claims asserted by Plaintiff against Defendant with prejudice, and that the Defendant have such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

Francis I. Gandy, Jr.
148 American Bank Plaza
Corpus Christi, Texas 78475
(361) 883-6333
(361) 883-0148 (fax)
Federal Court No. 7943
State Bar No. 07615000

ATTORNEY –IN- CHARGE FOR GULF COAST ENERGY, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading has been served on the attorneys of record and in the manner indicated below on this the 18th day of March, 2004.

Francis I. Gandy, Jr.

CERTIFIED MAIL/RRR#
7003 1010 0004 5205 8154
Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78215-1642

VIA US FIRST CLASS MAIL
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

VIA US FIRST CLASS MAIL
Osborne J. Dykes, III
Jeffrey D. Palmer
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

VIA US FIRST CLASS MAIL
Julie L. Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana 46168

VIA US FIRST CLASS MAIL
Randy Beevis
1100 Louisiana, Suite 4900
Houston, Texas 77002

VIA US FIRST CLASS MAIL
J. D. Page
3040 Post Oak Blvd., Suite 85G
Houston, Texas 77056

VIA US FIRST CLASS MAIL
Bradley Whalen
Doyle, Restrep, Harving & Robbins, LLP
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

VIA US FIRST CLASS MAIL
Rene G. Oliveira
David G. Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, Texas 78520

VIA US FIRST CLASS MAIL
Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 W. Pike, Suite 300
P.O. Drawer 1247
Weslaco, Texas 78599-1247

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **CITY OF SAN BENITO,** ) <br> **PLAINTIFF** ) <br> ) <br> **vs.** ) <br> ) <br> **TEJAS GAS PIPELINE COMPANY, ET AL.,** ) <br> **DEFENDANTS** ) <br> ) | **CAUSE NO. B03-080** |

## AFFIDAVIT OF CHARLES STEEN

STATE OF TEXAS

COUNTY OF NUECES

Before me the undersigned authority on this day personally appeared Charles Steen, known to me to be the person whose name is subscribed to this affidavit, who under oath does depose and say:

My name is Charles Steen. I live and reside in Corpus Christi, Nueces County, Texas. Texas. I am over the age of 21 years and all of the statements made in this affidavit are based on my own personal knowledge of the facts. I was the original President of Gulf Coast Energy, Inc. and was the original Chairman of the Board of Gulf Coast Energy, Inc. (and currently) I have been involved with this company since its inception and was active in its management. I have personal knowledge of the facts stated in this affidavit. Gulf Coast Energy, Inc. is in the business of buying and selling natural gas. Gulf Coast Energy, Inc. also does business as Gulf Coast Energy Marketing Company. Gulf Coast Energy, Inc. sold natural gas to Central Power and Light Company and other consumers of natural gas. The point of delivery of natural gas sold from Gulf Coast Energy, Inc. was delivered at various well interconnects with Valero Transmission Company. The title to the gas was transferred when the gas was delivered to the