IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | CAUSE NO. B03-080 |
| ) | |
| TEJAS GAS PIPELINE COMPANY, ET AL., ) | |
| ) | |
| DEFENDANTS ) | |

## DEFENDANT GULF COAST ENERGY, INC'S

## AMENDED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Gulf Coast Energy, Inc. and files this its Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and in support thereof would show the Court as follows:

I

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, the Defendant Gulf Coast Energy, Inc. hereby joins, adopts and incorporates by reference Pennzoil's Motion to Dismiss (Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Motion.

Pennzoil's Motion establishes that the City of San Benito has failed to comply with the orders the Court gave to the parties at the October 27, 2003 Scheduling Hearing or with the Scheduling Order, dated, November 4, 2003 including failing to offer any support for its claims that defendants owned pipelines in the City of San Benito. Therefore, Defendant Gulf Coast Energy, Inc. requests that the Court dismiss the City of San Benito's claims with prejudice.

II

The affidavits of William Kenneth Sparks (attached hereto as exhibit A) and Joseph H. Shafer, Jr. (attached hereto as exhibit B) former employees of Central Power and Light Company

provide evidence that Central Power and Light Company assumed control of gas purchased from Gulf Coast Energy, Inc. at the point of delivery at various well interconnects with Valero Transmission Company pipelines and that this gas was commingled with other supply sources. Valero Transmission Company transported this commingled gas to various Central Power and Light Company electrical generating plants. The affidavit of Matt Moczygemba (attached hereto as exhibit C), former employee of Valero Transmission Company, further establishes that Gulf Coast Energy Inc. did not have a contract for transportation of gas to any Central Power and Light Company electrical generating plant.

### III

The affidavit of Charles Steen (attached hereto as exhibit D), former President and current Chairman of the Board of Gulf Coast Energy, Inc., establishes that Gulf Coast Energy, Inc. has never owned or operated any pipelines within the City of San Benito, Texas after January 1, 1941. Further, that Gulf Coast Energy, Inc. never delivered gas within the City of San Benito after January 1, 1941, the effective date of the Ordinance relied upon by the Plaintiff herein.

### CONCLUSION

The Defendant Gulf Coast Energy, Inc. respectfully requests that the Court grant Defendant's Motion to Dismiss, and dismiss all claims asserted by Plaintiff against Defendant with prejudice, and that the Defendant have such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

_____
Francis I. Gandy, Jr.
148 American Bank Plaza
Corpus Christi, Texas 78475
(361) 883-6333
(361) 883-0148 (fax)
Federal Court No. 7943

State Bar No. 0761500(

ATTORNEY –IN- CHARGE FOR GULF COAST ENERGY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on the attorneys of record and in the manner indicated below on this the 22nd day of March, 2004.

Francis K. Gandy, Jr.

CERTIFIED MAIL/RRR#
7003 1010 0004 5205 7799
Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78215-1642

VIA US FIRST CLASS MAIL
Osborne J. Dykes, III
Jeffrey D. Palmer
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

VIA US FIRST CLASS MAIL
Randy Beevis
1100 Louisiana, Suite 4900
Houston, Texas 77002

VIA US FIRST CLASS MAIL
Bradley Whalen
Doyle, Restrep, Harving & Robbins, LLP
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

VIA US FIRST CLASS MAIL
Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 W. Pike, Suite 300
P.O. Drawer 1247
Weslaco, Texas 78599-1247

VIA US FIRST CLASS MAIL
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

VIA US FIRST CLASS MAIL
Julie L. Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana 46168

VIA US FIRST CLASS MAIL
J. D. Page
3040 Post Oak Blvd., Suite 85G
Houston, Texas 77056

VIA US FIRST CLASS MAIL
Rene G. Oliveira
David G. Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, Texas 78520

**CERTIFICATE OF CONFERENCE**

On March 19, 2004 I asked Adam Poncio, counsel for the plaintiff, whether the plaintiff is opposed to Gulf Coast Energy, Inc.'s motion to dismiss. Mr. Poncio said that the plaintiff is opposed to Gulf Coast Energy, Inc's motion. Gulf Coast Energy, Inc.'s counsel had previously written to Mr. Poncio asking that the plaintiff agree to dismiss its claims against Gulf Coast Energy, Inc. The plaintiff would not agree to the relief Gulf Coast Energy, Inc. seeks in its motion to dismiss.

_____
Francis I. Gandy, Jr.

# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **CITY OF SAN BENITO,** <br> **PLAINTIFF** <br><br> vs. <br><br> **TEJAS GAS PIPELINE COMPANY, ET AL.,** <br> **DEFENDANTS** | CAUSE NO. B03-080 |

### AFFIDAVIT OF WILLIAM KENNETH SPARKS

STATE OF TEXAS

COUNTY OF NUECES

    Before me the undersigned authority on this day personally appeared William Kenneth Sparks, known to me to be the person whose name is subscribed to this affidavit, who under oath does depose and say:

    My name is William Kenneth Sparks. I am of sound mind and over the age of 21 years. I have personal knowledge of all facts stated in this affidavit and all the statements contained herein are based on my personal knowledge.

    I was employed by Central Power and Light Company for the period April 1973 through September 1994; that during my employment a portion of the time I was assigned to the Fuels Department in the capacity of Fuels Representative; that at various times I purchased gas for Central Power and Light Company from Gulf Coast Energy, Inc. and its related marketing company, Gulf Coast Energy Marketing Company; that the point of delivery was at various well interconnects with Valero Transmission Company pipeline where Central Power and Light Company assumed control and title to the gas; that Central Power and Light Company commingled this gas with other supply sources; and that this commingled gas stream was transported by Valero Transmission Company to various Central Power and Light Company electrical generating plants for use as fuel gas.

    FURTHER AFFIANT SAYETH NOT.

                                        */s/ William Kenneth Sparks*
                                        William Kenneth Sparks

SWORN AND SUBSCRIBED TO by me, the undersigned authority, on this the 8 day of March, 2004.

*/s/ Sue Cook*
Notary Public

[Notary Seal: SUE COOK, Notary Public, STATE OF TEXAS, My Comm. Exp. Sept. 3, 2005]

:\My...ly Documents\LawOffice\Client Files C...l\Gulf Coast Energy (City of San Benito)\Affidavits\affidavit of William K Sparks.doc

-1-

# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **CITY OF SAN BENITO,**<br>**PLAINTIFF**<br><br>vs.<br><br>**TEJAS GAS PIPELINE COMPANY, ET AL.,**<br>**DEFENDANTS** | )<br>)<br>)<br>) CAUSE NO. B03-080<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF JOSEPH H. SHAFER, JR.

STATE OF TEXAS

COUNTY OF NUECES

    Before me the undersigned authority on this day personally appeared Joseph H. Shafer, Jr., known to me to be the person whose name is subscribed to this affidavit, who under oath does depose and say:

    My name is Joseph H. Shafer, Jr. I am of sound mind and over the age of 21 years. All of the facts contained in this affidavit are made on my own personal knowledge and I have personal knowledge of all the facts stated herein.

    I was employed by Central Power and Light Company for the period March 1965 through September 1994; that during my employment a portion of this time I was assigned to the Fuels Department in various capacities; that at various times I purchased gas for Central Power and Light Company from Gulf Coast Energy, Inc. and its related marketing company, Gulf Coast Energy Marketing Company; that the point of delivery was at various well interconnects with Valero Transmission Company pipelines where Central Power and Light Company commingled this gas with other supply sources; and that this commingled gas stream was transported by Valero Transmission Company to various Central Power and Light Company electrical generating plants for use as fuel gas.

    FURTHER AFFIANT SAYETH NOT

*[signature]*
Joseph H. Shafer, Jr.

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this the _9_ day of March, 2004.

[Notary seal: KRISTAN LARRANAGA, MY COMMISSION EXPIRES November 20, 2007]

*[signature]*
Notary Public

C:\MyFiles\My Documents\LawOffice\Client Files G-I\Gulf Coast Energy (City of San Benito)\Affidavits\affidavit of Joseph Shafer Jr.doc

-1-

# EXHIBIT

# C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, ) | |
|     PLAINTIFF ) | |
| ) | |
| vs. ) | CAUSE NO. B03-080 |
| ) | |
| TEJAS GAS PIPELINE COMPANY, ET AL., ) | |
|     DEFENDANTS ) | |
| ) | |

## AFFIDAVIT OF MATT MOCZYGEMBA

STATE OF TEXAS

COUNTY OF KERR

    Before me the undersigned authority on this day personally appeared Matt Moczygemba, known to me to be the person whose name is subscribed to this affidavit and after being duly sworn on oath said and deposes as follows:

    My name is Matt Moczygemba. I am of sound mind and over the age of 21 years. All the facts stated in this affidavit are made on my own personal information and based on my own personal knowledge of the facts.

    I was employed by Valero Transmission Company and successor owners PG&E and El Paso (Valero Et Al) for the period February 1979 through April 2002 in the capacity of Senior Account Manager and other positions; my duties included the purchase of supply gas for Valero Et Al and the negotiation and execution of contracts with other companies for the transportation of natural gas; I was aware of a transportation contract between Valero Et al and Central Power and Light Company for transporting natural gas from various supply sources to various Central Power and Light Company electrical generating plants; that the transport rate charged Central Power and Light company was a very favorable rate because of Central Power and Light Company's large volume and other good and valuable consideration; that Gulf Coast Energy, Inc. entered into it's first contractual relationship with Valero, Et Al for transportation of natural gas from various receipt points to various delivery points effective October 1, 1992; and that said contract did not provide for transportation to any Central Power and Light Company electrical generating plant.

    FURTHER AFFIANT SAYETH NOT

_____
Matt Moczygemba

SWORN AND SUBSCRIBED TO, after being placed under oath, by Matt Moczygemba, on this the ___ day of March, 2004.

L.P. KENDRICK
MY COMMISSION EXPIRES
July 3, 2004

_____
Notary Public

Files G-I\Gulf Coast Energy (City of San Benito)\Affidavits\affidavit of Matt Moczygemba.doc

-1-

# EXHIBIT

# D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, ) | |
|         PLAINTIFF ) | |
| ) | |
| vs. ) | CAUSE NO. B03-080 |
| ) | |
| TEJAS GAS PIPELINE COMPANY, ET AL., ) | |
|         DEFENDANTS ) | |
| ) | |

### AFFIDAVIT OF CHARLES STEEN

STATE OF TEXAS

COUNTY OF NUECES

    Before me the undersigned authority on this day personally appeared Charles Steen, known to me to be the person whose name is subscribed to this affidavit, who under oath does depose and say:

    My name is Charles Steen. I live and reside in Corpus Christi, Nueces County, Texas. Texas. I am over the age of 21 years and all of the statements made in this affidavit are based on my own personal knowledge of the facts. I was the original President of Gulf Coast Energy, Inc. and was the original Chairman of the Board of Gulf Coast Energy, Inc. (and currently) I have been involved with this company since its inception and was active in its management. I have personal knowledge of the facts stated in this affidavit. Gulf Coast Energy, Inc. is in the business of buying and selling natural gas. Gulf Coast Energy, Inc. also does business as Gulf Coast Energy Marketing Company. Gulf Coast Energy, Inc. sold natural gas to Central Power and Light Company and other consumers of natural gas. The point of delivery of natural gas sold from Gulf Coast Energy, Inc. was delivered at various well interconnects with Valero Transmission Company. The title to the gas was transferred when the gas was delivered to the

AFFIDAVIT OF CHARLES STEEN
PAGE TWO

Valero Transmission Company's pipeline. No well interconnect with Valero Transmission Company's pipeline were located within the corporate limits of the City of San Benito, Texas. This gas that was delivered to the Valero Company Pipeline was commingled with gas from many other sources. Gulf Coast Energy, Inc. was not concerned with the gas once title passed when the gas was delivered to the Valero Transmission Company's pipeline. Gulf Coast Energy, Inc. has no business ownership relation with Valero Transmission. Valero Transmission Company does not own any interest in Gulf Coast Energy, Inc. Gulf Coast Energy, Inc. did not pay for any transportation cost from the point of delivery of natural gas past the point where Gulf Coast Energy, Inc.'s natural gas was put into Valero Pipeline.

FURTHER AFFIANT SAYETH NOT

_____
Charles Steen

STATE OF TEXAS

COUNTY OF NUECES

SWORN AND SUBSCRIBED TO before me, the undersigned authority, on this the 5 day of March, 2004.

_____
Notary Public

SUE COOK
Notary Public
STATE OF TEXAS
My Comm Exp. Sept. 3, 2005

-2-