IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE CO., ET AL. | § | |
| | § | |
| Defendants. | § | |

**DUKE ENERGY TRADING AND MARKETING, L.L.C., PANENERGY
TRADING & MARKETING, L.L.C., AND PANENERGY TRADING & MARKETING
SERVICES, L.L.C.'S MOTION TO QUASH PLAINTIFF'S DISCOVERY REQUESTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants Duke Energy Trading and Marketing, L.L.C., PanEnergy Trading & Marketing, L.L.C., and PanEnergy Trading & Marketing Services, L.L.C. (collectively herein referred to as "Duke Energy") file this Motion to Quash Plaintiff's Discovery Requests.[1]

1    As set out in Duke Energy's motion to dismiss, although the Court ordered San Benito to show that Duke Energy (or any other defendant) owned a pipeline in San Benito before other liability or damages issues were addressed (See Transcript of the October 27, 2003 hearing, pg. 12, ln. 22, pg. 12, ln. 15), San Benito failed to comply with the Court's order. San Benito's December 31, 2003 Initial Disclosures ignored pipeline ownership and the Court's Order.

2.    After receipt of Plaintiff's Initial Disclosures, Duke Energy wrote Plaintiff's counsel on January 30, 2004 and requested that Plaintiff comply and provide the required information concerning the pipeline ownership in the City of San Benito. See Exhibit B hereto.

---

[1] Plaintiff served the following discovery on the referenced defendants: (1) First Request for Production; (2) Second Request for Production; and (3) First Request for Admissions (collectively referred to as the "Discovery Requests"). See Exhibit A hereto.

Duke Energy received no response to its January 30, 2004 letter nor any other response from Plaintiffs.

3.    Rather than comply with the Court's orders requiring production of pipeline ownership information, plaintiff instead filed a raft of discovery against Duke Energy expressly contrary to the Court's orders. Plaintiff seeks the very same "jump through every hoop and produce every accounting record" discovery from these Defendants that this Court acknowledged was problematic (Tr. at pg. 13, lns. 13-18). Indeed, most if not all of Plaintiff's discovery requests seek discovery relating to Defendants' business activities all the way back to 1941. See Exhibit A.

## CONCLUSION

The defendants respectfully request that the Court (a) grant an indefinite extension of time for defendants to respond to any discovery from plaintiff until plaintiff fulfills its obligation to provide defendants with evidence that defendants owned a pipeline in the City of San Benito since 1941, (b) grant defendants' motion to dismiss, (c) award defendants' attorneys' fees incurred in securing relief, and (d) grant defendants such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

David J. Van Susteren
State Bar No. 20495880
S.D. Texas Fed. I.D. No. 6126
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Duke Energy Trading and Marketing, L.L.C., PanEnergy Trading & Marketing, L.L.C., and PanEnergy Trading & Marketing Services, L.L.C.

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
Robert S. Ballentine
State Bar No. 01654700
S.D. Texas Fed. I.D. No. 7789
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF CONFERENCE

On March 26, 2004, the undersigned called Plaintiff's counsel Adam Poncio's office and left a detailed voice mail message on Mr. Poncio's telephone answering machine requesting Plaintiff's position on this motion to quash Plaintiff's discovery requests.  Mr. Poncio's assistant, Mr. Pete Ramirez, advised that Mr. Poncio would be in the office shortly but no return call has been received.  Based on Mr. Poncio's opposition to similar motions to quash it is believed Mr. Poncio opposes this motion.  This certificate of conference will be supplemented in the next few days to describe further conference efforts.

David J. Van Susteren

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on March 26, 2004.

David J. Van Susteren

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | **C. A. NO. B03-080** |
| | § | **JURY TRIAL REQUESTED** |
| **TEJAS GAS PIPELINE CO., ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On this day the Court considered defendants' Duke Energy Trading and Marketing, L.L.C., PanEnergy Trading & Marketing, L.L.C., and PanEnergy Trading & Marketing Services, L.L.C. Motion to Quash Plaintiff's Discovery Requests ("Defendants' Motion"). The Court grants Defendants' Motion, and the Court orders that defendants shall not be required to respond to plaintiff's discovery requests until 60 days after plaintiff provides information to defendants that defendants owned a pipeline within the City of San Benito at some time since 1941.

Done this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

30663357.1

Received 02/27/2004 14:20 in 03:50 on line [4] for DV03478 Printed 02/27/2004   14:26 * Pg 1/17
02/27/2004  14:18   210-212-5000                    CERDA & PONCIO, PC                          PAGE  01

**VICTOR J. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization



LAW OFFICES
CERDA
C&P
PONCIO
A PROFESSIONAL CORPORATION

**SAN ANTONIO OFFICE**
924 McCullough – San Antonio, Texas 78215-1642
Tel: (210) 212-7979 – Fax: (210) 212-5800

**EDINBURG OFFICE**
107 North 10th – Edinburg, Texas 78539
Tel: (956) 367-0770 – Fax: (956) 367-0775

# FACSIMILE TRANSMISSION

DATE: _2-27-04_    Client # _03-1791_

TO: _Mr. David Van Saustern_    Fax No. _1-713-651-5246_

TO: _____    Fax No. _____

TO: _____    Fax No. _____

TO: _____    Fax No. _____

TO: _____    Fax No. _____

FROM: _____

RE: _____

NUMBER OF PAGES: _17_    (including cover sheet)

COMMENTS: _____

_____
_____
_____
_____

The documents and information contained in this telecopy transmission may contain confidential legally privileged information, intended only for the use of the individual or entity named above.  If you have received this telecopy in error, please notify us immediately by telephone to arrange for return of the telecopied documents and you are here by notified that any disclosure, copying, distribution or the taking of any action in regards to the contents of this telecopied information, is strictly prohibited.


EXHIBIT
A

Received 02/27/2004 14:20 in 03:50 on line [4] for DV03478 Printed 02/27/2004  14:26 * Pg 3/17
02/27/2004  14:18    210-212-5880              CERDA & PONCIO, PC
                                                                              PAGE  03

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V | § | C. A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| | § | |
| Defendants | § | |

CITY OF SAN BENITO'S FIRST REQUEST FOR PRODUCTION
TO DEFENDANT DUKE ENERGY TRADING AND MARKETING L.L.C.

TO:    Defendant, DUKE ENERGY TRADING AND MARKETING, L.L.C.
       By and through their attorneys of record:
       David Van Sustern
       1301 McKinney, Suite 5100
       Houston, Texas 77010

       COMES NOW the City of San Benito, and Pursuant to the Texas Rules of Federal Procedure,

serve the following First Request for Production to Defendant DUKE ENERGY TRADING AND

MARKETING L.L.C.

Received 02/27/2004 14:20 in 03:50 on line [4] for DV03478 Printed 02/27/2004  14:26 * Pg 5/17
02/27/2004  14:18    210-212-5890                     CERDA & PONCIO, PC
                                                                                    PAGE  05

## CERTIFICATE OF SERVICE

I do hereby certify that on this  _27_ day of February, 2004, forwarded a true and correct copy

of the above document to all counsel of record:

| | |
|---|---|
| Frances I. Gandy<br>148 American Bank Plaza<br>Corpus Christi, Texas 78475 | **VIA FACSIMILE** |
| Ramon Garcia<br>LAW OFFICES OF RAMON GARCIA, P.C.<br>222 West University Drive<br>Edinburg, Texas 78539 | **VIA FACSIMILE** |
| OSBORNE J. Dykes, III<br>Jeffrey D. Palmer<br>FULBRIGHT & JAWORSKI, LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | **VIA FACSIMILE** |
| Julie L. Ezell<br>CINERGY MARKETING & TRADING, L.P.<br>1000 East Main Street<br>Plainfield, Indiana 46168 | **VIA FACSIMILE** |
| Randy Beevis<br>1100 Louisiana, Suite 4900<br>Houston, Texas 77002 | **VIA FACSIMILE** |
| J.D. Page<br>3040 Post Oak Boulevard, Suite 85G<br>Houston, Texas 77056 | **VIA FACSIMILE** |
| Bradley Whalen<br>DOYLE, RESTREP, HARVING & ROBBINS,<br>L.L.P.<br>4700 Chase Tower<br>600 Travis Street<br>Houston, Texas  77002 | **VIA FACSIMILE** |
| Rene G. Oliveira<br>David G. Oliveira<br>ROERIG, OLIVEIRA & FISHER<br>855 West Price Road, Suite 9 | **VIA FACSIMILE** |

Received 02/27/2004 14:20 in 03:50 on line [4] for DV03478 Printed 02/27/2004 14:26 * Pg 7/17
02/27/2004  14:18    210-212-5880              CERDA & PONCIO, PC
                                                                              PAGE  07

## FIRST REQUEST FOR PRODUCTION

1) Please produce the original or copies of each contract controlling each sale of natural gas made by Defendant within the corporate limits of the City of San Benito, Texas.

RESPONSE:

2) Please produce the original or copies of each contract controlling each sale of natural gas made by Defendant within the corporate limits of the City of San Benito, Texas.

RESPONSE:

3) Please produce the original or copies of all checks or other negotiable instruments used by defendant for each sale of natural gas within the corporate limits of the City of San Benito, Texas.

RESPONSE:

4) Please produce the original or copies of all checks or other negotiable instruments used by Defendant to pay for each sale of natural gas within the corporate limits of the City of San Benito, Texas.

RESPONSE:

5) All documents, conveyances, deeds, instruments, recordings, or other written material which would show that Defendant was the owner and/or operator of any pipelines, main and auxiliary lines, appurtenances and fixtures for the sale and distribution of natural gas within the corporate limits of the City of San Benito, Texas.

RESPONSE:

6) All documents, conveyances, deeds, instruments, recordings, or other written material which would show that the defendant sold any gas, natural gas or other petroleum products within the corporate limits of the City of San Benito, Texas

RESPONSE:

7) All documents, conveyances, deeds, instruments, recordings, or other written material which would show the amount of natural gas sold or distributed by Defendant within the corporate limits of the City of San Benito, Texas.

Received 02/27/2004 14:20 in 03:50 on line [4] for DV03478 Printed 02/27/2004 14:26 * Pg 9/17
02/27/2004  14:18    210-212-5880           CERDA & PONCIO, PC                   PAGE  09

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V | § | C. A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL, | § | |
| | § | |
| Defendants | § | |

CITY OF SAN BENITO'S FIRST REQUEST FOR ADMISSIONS
TO DEFENDANT DUKE ENERGY TRADING AND MARKETING, L.L.C.

TO:    Defendant, DUKE ENERGY TRADING AND MARKETING, L.L.C.
       By and through their attorneys of record:
       David Van Sustern
       1301 McKinney, Suite 5100
       Houston, Texas 77010


       COMES NOW the City of San Benito and, Pursuant to Rule 26 of the Texas Rules of Federal

Procedure, propounds the following first requests for admissions to Defendant DUKE ENERGY

TRADING AND MARKETING, L.L.C.

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, do hereby certify that I have on this _22_ day of

February, 2004, forwarded a true and correct copy of the above document to counsel of record as

follows, pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Frances I. Gandy                              **VIA FACSIMILE**
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia                                  **VIA FACSIMILE**
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

OSBORNE J. Dykes, III                         **VIA FACSIMILE**
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell                                **VIA FACSIMILE**
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Randy Beevis                                  **VIA FACSIMILE**
1100 Louisiana, Suite 4900
Houston, Texas 77002

J.D. Page                                     **VIA FACSIMILE**
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Bradley Whalen                                **VIA FACSIMILE**
DOYLE, RESTREP, HARVING & ROBBINS,
L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas  77002

Rene G. Oliveira                              **VIA FACSIMILE**
David G. Oliveira

Received 02/27/2004 14:20 in 03:50 on line [4] for DV03478 Printed 02/27/2004  14:26 * Pg 13/17
02/27/2004  14:18    210-212-5880                    CERDA & PONCIO, PC                          PAGE  13

## REQUESTS FOR ADMISSIONS

REQUEST FOR ADMISSION NO. 1:        Admit that exhibit 1 attached hereto is a true and correct copy of ordinance no. 478 under which the City of San Benito is basing its suit against the Defendants herein.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 2:        Admit that exhibit 1 attached hereto is a true and correct copy of ordinance no.478 under which the City of San Benito is basing its claim against the Defendant on whom this request for admissions has been served.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 3:        Admit that after January 1, 1941, the Defendant did use the streets, highways, alleys, parks, or other public places within the City of San Benito, Texas, for the sale and distribution of natural gas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 4:        Admit that after January 1, 1941, the Defendant did sell and/or distribute natural gas within the corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 5:        Admit that after January 1, 1941, the Defendant did own or operate any pipelines within the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 6:        Admit that after January 1, 1941, the Defendant did own or operate any fixtures and appurtenances for the sale and distribution of natural gas within the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 7:        Admit that after January 1, 1941, the Defendant did use or maintain any pipelines within the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 8: ·      Admit that after January 1, 1941, the Defendant did use and maintain any main and auxiliary lines, appurtenances and fixtures for the sale and distribution of natural gas in any of the streets, alleys, parks or other public places within the corporate limits of the City of San Benito, Texas.

Received 02/27/2004 14:20 in 03:50 on line [4] for DV03478 Printed 02/27/2004  14:26 * Pg 15/17
02/27/2004  14:18    210-212-5000              CERDA & PONCIO, PC              PAGE  15

# EXHIBIT 1

Received 02/27/2004 14:20 in 03:50 on line [4] for DV03478 Printed 02/27/2004  14:26 * Pg 17/17
02/27/2004  14:18    210-212-5880          CERDA & PONCIO, PC                    PAGE  17

SECTION VI.

The fact that the legislature of the State of Texas, has, by proper enactment permitted incorporated cities and towns to levy a tax against all persons and corporations occupying the public streets, alleys, public ways and places; as a rental or charge for the use and occupancy of said streets, alleys, public ways and places, and the fact that the general fund of said City is in need of immediate replenishment, creates and emergency, and the rule requiring the reading of all ordinances at two separate meetings is hereby suspended and this ordinance shall take effect immediately upon its passage, approval, and publication as provided by the charter of the City of San Benito.

Passed and approved this 26th day of June, A.D. 1941.

LOUIS M. WITTE, Mayor

Attest:

J. O. RUSSELL, City Secretary.

EXHIBIT 1

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 2/31
02/27/2004  14:55    210-212-5000                    CERDA & PONCIO, PC                    PAGE  02



VICTOR J. CERDA
ATTORNEY-AT-LAW

ADAM PONCIO
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization

LAW OFFICES
CERDA
C&P
PONCIO
A PROFESSIONAL CORPORATION

924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5000

February 27, 2004

**VIA FACSIMILE 713-651-5246**
Mr. David Van Sustern
1301 McKinney, Suite 5100
Houston, Texas 77010

> Re:    Civil Action No. B03-080
> *City of San Benito v. Tejas Gas Pipeline Company*

Dear Mr. Sustern:

Please find enclosed the following documents:

1.    *City of San Benito's First Request for Production to Defendant PanEnergy Trading and Market Services, L.L.C.*
2.    *City of San Benito's First Request for Admissions to Defendant PanEnergy Trading and Maket Services, L.L.C.*
3.    *City of San Benito's First Request for Production to Defendant PanEnergy Trading & Marketing L.L.C.*
4.    *City of San Benito's First Request for Admissions to Defendant PanEnergy Trading & Marketing L.L.C.*

Please be advised that identical discovery is being sent to all Defendants of record in this case from the City of San Benito.

Thank you for your attention to this matter.

Sincerely,

**LAW OFFICES OF CERDA & PONCIO**
**A Professional Corporation**

Dorothy J. Hearne, CLA, CP
Certified Paralegal to Adam Poncio

/djh
Enclosure

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004 15:05 * Pg 4/31
02/27/2004  14:55    210-212-5880              CERDA & PONCIO, PC                           PAGE 04

ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

Robert Galligan                                   **VIA FACSIMILE**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247


_____

**ADAM PONCIO**

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 6/31
02/27/2004  14:55    218-212-5888              CERDA & PONCIO, PC                    PAGE  86

Brownsville, Texas 78520

Robert Galligan                                    **VIA FACSIMILE**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247


**ADAM PONCIO**

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 8/31
02/27/2004  14:55    210-212-5888              CERDA & PONCIO, PC                    PAGE  88

**RESPONSE:**

8)    All documents, conveyances, deeds, instruments, recordings, or other written material which
      would show the amounts of gas that Defendant owned or sold within the corporate limits of
      the City of San Benito, Texas from January 1, 1941 until the present.

**RESPONSE:**

9)    All documents which would show the ownership, use and/or maintenance by Defendant of
      any main and/or auxiliary lines, appurtenances and/or fixtures for the sale and/or distribution
      of natural gas in any of the streets, alleys, parks or other public places within the corporate
      limits of the City of San Benito, Texas.

**RESPONSE:**

10)   All documents which would show the ownership, use and/or maintenance by Defendant of
      any main and/or  auxiliary lines, appurtenances and/or fixtures used for the sale and/or
      distribution of natural gas within the corporate limits of the City of San Benito, Texas.

**RESPONSE:**

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 10/31
02/27/2004  14:55    210-212-5880                          CERDA & PONCIO, PC                    PAGE  10

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, do hereby certify that I have on this _27_ day of

February, 2004, forwarded a true and correct copy of the above document to counsel of record as

follows, pursuant to Rule 5 of the  Federal Rules of Civil Procedure:

Frances I. Gandy                                    **VIA FACSIMILE**
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia                                        **VIA FACSIMILE**
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

OSBORNE J. Dykes, III                               **VIA FACSIMILE**
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell                                      **VIA FACSIMILE**
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Randy Beevis                                        **VIA FACSIMILE**
1100 Louisiana, Suite 4900
Houston, Texas 77002

J.D. Page                                           **VIA FACSIMILE**
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Bradley Whalen                                      **VIA FACSIMILE**
DOYLE, RESTREP, HARVING & ROBBINS,
L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas  77002

Rene G. Oliveira                                    **VIA FACSIMILE**
David G. Oliveira

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 12/31
02/27/2004  14:55    210-212-5880                   CERDA & PONCIO, PC                        PAGE   12

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**        Admit that exhibit 1 attached hereto is a true and correct copy of ordinance no. 478 under which the City of San Benito is basing its suit against the Defendants herein.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 2:**        Admit that exhibit 1 attached hereto is a true and correct copy of ordinance no. 478 under which the City of San Benito is basing its claim against the Defendant on whom this request for admissions has been served.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 3:**        Admit that after January 1, 1941, the Defendant did use the streets, highways, alleys, parks, or other public places within the City of San Benito, Texas, for the sale and distribution of natural gas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 4:**        Admit that after January 1, 1941, the Defendant did sell and/or distribute natural gas within the corporate limits of the City of San Benito, Texas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 5:**        Admit that after January 1, 1941, the Defendant did own or operate any pipelines within the City of San Benito, Texas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 6:**        Admit that after January 1, 1941, the Defendant did own or operate any fixtures and appurtenances for the sale and distribution of natural gas within the City of San Benito, Texas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 7:**        Admit that after January 1, 1941, the Defendant did use or maintain any pipelines within the City of San Benito, Texas.

**ADMIT OR DENY:**

**REQUEST FOR ADMISSION NO. 8:**        Admit that after January 1, 1941, the Defendant did use and maintain any main and auxiliary lines, appurtenances and fixtures for the sale and distribution of natural gas in any of the streets, alleys, parks or other public places within the corporate limits of the City of San Benito, Texas.

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 14/31
02/27/2004  14:55    210-212-5880                CERDA & PONCIO, PC                    PAGE  14

# EXHIBIT 1

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004 15:05 * Pg 16/31
02/27/2004  14:55    210-212-5880    CERDA & PONCIO, PC    PAGE  16

SECTION VI.

The fact that the legislature of the State of Texas, has, by proper enactment permitted incorporated cities and towns to levy a tax against all persons and corporations occupying the public streets, alleys, public ways and places, as a rental or charge for the use and occupancy of said streets, alleys, public ways and places, and the fact that the general fund of said City is in need of immediate replenishment, creates and emergency, and the rule requiring the reading of all ordinances at two separate meetings is hereby suspended and this ordinance shall take effect immediately upon its passage, approval, and publication as provided by the charter of the City of San Benito.

Passed and approved this 25th day of June, A.D. 1941.

LOUIS S. WITTE, Mayor

Attest:

J. C. RUSSELL, City Secretary.

EXHIBIT 1

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 18/31
02/27/2004  14:55    210-212-5880    CERDA & PONCIO, PC    PAGE  18

Respectfully submitted,


ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

ATTORNEY FOR PLAINTIFF

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 20/31
02/27/2004  14:55    210-212-5890              CERDA & PONCIO, PC                    PAGE   20

Brownsville, Texas 78520

Robert Galligan                              **VIA FACSIMILE**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247


**ADAM PONCIO**

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 22/31
02/27/2004  14:55    210-212-5880              CERDA & PONCIO, PC                        PAGE  22

**RESPONSE:**

8)    All documents, conveyances, deeds, instruments, recordings, or other written material which would show the amounts of gas that Defendant owned or sold within the corporate limits of the City of San Benito, Texas from January 1, 1941 until the present.

**RESPONSE:**

9)    All documents which would show the ownership, use and/or maintenance by Defendant of any main and/or auxiliary lines, appurtenances and/or fixtures for the sale and/or distribution of natural gas in any of the streets, alleys, parks or other public places within the corporate limits of the City of San Benito, Texas.

**RESPONSE:**

10)   All documents which would show the ownership, use and/or maintenance by Defendant of any main and/or  auxiliary lines, appurtenances and/or fixtures used for the sale and/or distribution of natural gas within the corporate limits of the City of San Benito, Texas.

**RESPONSE:**

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 24/31
02/27/2004  14:55    210-212-5880              CERDA & PONCIO, PC                        PAGE  24

Respectfully submitted,


ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

ATTORNEY FOR PLAINTIFF

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 26/31
02/27/2004  14:55    210-212-5880              CERDA & PONCIO, PC                    PAGE  26

ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

Robert Galligan                                      **VIA FACSIMILE**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247


**ADAM PONCIO**

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 28/31
02/27/2004  14:55    210-212-5800    CERDA & PONCIO, PC    PAGE  28

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 9:    Admit that after January 1, 1941, the Defendant did operate as a gas utility within the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 10:    Admit that Defendant did sell any natural gas for heat, power, or other purposes within corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 11:    Admit that Defendant has ever owned any gas pipelines within the corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 12:    Admit that Defendant has used and/or maintained any lines for the sale and distribution of natural gas within the corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 13:    Admit that the Defendant has evidence that Defendant used and/or maintained any main or auxiliary lines, appurtenances and/or fixtures for the sale and distribution of natural gas in the City of San Benito, Texas.

ADMIT OR DENY:

REQUEST FOR ADMISSION NO. 14:    Admit that the Defendant has evidence that Defendant used and/or maintained any main or auxiliary lines, appurtenances and/or fixtures for the sale and distribution of natural gas in any of the streets, alleys, parks and other public places within the corporate limits of the City of San Benito, Texas.

ADMIT OR DENY:

Received 02/27/2004 14:57 in 06:46 on line [10] for DV03478 Printed 02/27/2004  15:05 * Pg 30/31
02/27/2004  14:55    210-212-5880    CERDA & PONCIO, PC    PAGE  30

## ORDINANCE NO. 178

AN ORDINANCE FIXING RENTALS TO BE PAID BY NATURAL GAS UTILITIES FOR THE PRIVILEGE OF USING WITH THEIR NATURAL GAS AUXILIARY LINES, APPURTENANCES AND FIXTURES, THE STREETS, ALLEYS AND PUBLIC WAYS, WITHIN THE CORPORATE LIMITS OF THE CITY OF SAN BENITO, TEXAS; PROVIDING THAT SUCH UTILITIES SHALL MAKE SEMI-ANNUAL REPORTS, PROVIDING PENALTIES FOR THE VIOLATION HEREOF, REPEALING ALL LAWS IN CONFLICT HEREWITH, AND DECLARING AN EMERGENCY.

BE IT ORDAINED BY THE CITY COMMISSION OF THE CITY OF SAN BENITO, TEXAS:

### SECTION 1.

That all persons and corporations using and maintaining any main and auxiliary lines, appurtenances and fixtures for the sale and distribution of natural gas in any of the streets, alleys, parks and other public places within the corporate limits of the City of San Benito, Texas shall within thirty (30) days after the 30th day of September and the 31st day of March of each year file with the City Secretary a report sworn to by the auditor of such person or corporation showing the gross receipts derived from the sale by gas utilities of natural gas sold for heat, power or other purposes from consumer of such natural gas located within and using such natural gas within the corporate limits of the City of San Benito, Texas, for the six (6) months preceding each of said dates.

### SECTION 11.

That upon the 1st day of November and the 1st day of May of each year hereafter every person or corporation using the streets, highways, alleys, parks or other public places within the City of San Benito, Texas, with main and/or auxiliary lines, fixtures and appurtenances for the sale and distribution of natural gas to consumers, shall pay to the City of San Benito, Texas, a rental equal to two per cent. (2%) of the gross receipts received by such person or corporation from its sale of natural gas for heat, power and for other purposes derived from consumers of such natural gas located within and using within the corporate limits of the City of San Benito, Texas, for the six (6) months preceding September 30th and March 31st of each year, which sum shall be paid to the Tax Collector of the City of San Benito, Texas, who shall thereupon deliver to the person or corporation paying the same a receipt for the amount so paid as rental.

### SECTION 111.

Any special taxes, rentals, contributions or charges accruing before the effective date of this ordinance under the terms of any pre-existing ordinance contract or franchise against any such person or corporation, when paid to said City, shall be credited on the amount owed by such person or corporation as a charge or rental imposed for the use of the streets, alleys and other public places and ways within the said City, and the Tax Collector of said City is hereby authorized to give credit to such person or corporation when it or they pay the street rental charged in the manner described herein for all sums and for special taxes, rentals, contributions, charges or otherwise under the terms of any pre-existing ordinance, contract or franchise.

### SECTION IV.

That any person or corporation and the legal manager or agent of any such person or corporation, willfully failing or refusing after thirty (30) days written notice from the City to make the report required above herein shall, upon conviction in the Corporation Court of the said City, be fined in a sum not to exceed $50.00, and each day's failure or refusal shall be deemed a separate offense.

### SECTION V.

All ordinances and parts of ordinances in conflict herewith are hereby repealed.

EXHIBIT 1



**VICTOR F. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization

**LAW OFFICES**
**CERDA**
**C&P**
**PONCIO**
A PROFESSIONAL CORPORATION

924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5800

Rec'd
3/1/04

February 27, 2004

**VIA FACSIMILE**
David Van Sustern
1301 McKinney, Ste. 5100
Houston, Texas 77010

      Re:    Civil Action No. B03-080
              *City of San Benito v. Tejas Gas Pipeline Company*

Dear Mr. Van Sustern:

      Please find enclosed the following documents with regards to the above referenced matter:

      *1. City of San Benito's Second  Request for Production to Defendant Duke Energy*
         *Trading and Marketing, L.L.C.*

      Please be advised that identical discovery is being sent to all Defendants of record in this case from the City of San Benito.

      Thank you for your attention to this matter.

              Sincerely,

              **LAW OFFICES OF CERDA & PONCIO**
              **A Professional Corporation**

              Pete Ramirez, III
              Legal Assistant to
              ADAM PONCIO

/s/
enclosures

Respectfully submitted,

ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that on this _27_ day of February, 2004, forwarded a true and correct

copy of the above document to all counsel of record:

Frances I. Gandy                                          **VIA FACSIMILE**
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia                                              **VIA FACSIMILE**
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

OSBORNE J. Dykes, III                                     **VIA FACSIMILE**
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell                                            **VIA FACSIMILE**
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Randy Beevis                                              **VIA FACSIMILE**
1100 Louisiana, Suite 4900
Houston, Texas 77002

J.D. Page                                                 **VIA FACSIMILE**
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Bradley Whalen                                            **VIA FACSIMILE**
DOYLE, RESTREP, HARVING & ROBBINS,
L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas   77002

Rene G. Oliveira                                          **VIA FACSIMILE**
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9



**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization

**LAW OFFICES**
**CERDA C&P PONCIO**
A PROFESSIONAL CORPORATION

924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5800

February 27, 2004

**VIA FACSIMILE**
David Van Sustern
1301 McKinney, Ste. 5100
Houston, Texas 77010

Re:     Civil Action No. B03-080
        *City of San Benito v. Tejas Gas Pipeline Company*

Dear Mr. Van Sustern:

Please find enclosed the following documents with regards to the above referenced matter:

*1. City of San Benito's Second Request for Production to Defendant Panenergy Trading & Marketing, L.L.C.*

Please be advised that identical discovery is being sent to all Defendants of record in this case from the City of San Benito.

Thank you for your attention to this matter.

Sincerely,

**LAW OFFICES OF CERDA & PONCIO**
**A Professional Corporation**

Pete Ramirez, III
Legal Assistant to
ADAM PONCIO

/s/
enclosures

Respectfully submitted,


ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that on this ⟨27⟩ day of February, 2004, forwarded a true and correct

copy of the above document to all counsel of record:

Frances I. Gandy                          **VIA FACSIMILE**
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia                              **VIA FACSIMILE**
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

OSBORNE J. Dykes, III                     **VIA FACSIMILE**
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell                            **VIA FACSIMILE**
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Randy Beevis                              **VIA FACSIMILE**
1100 Louisiana, Suite 4900
Houston, Texas 77002

J.D. Page                                 **VIA FACSIMILE**
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Bradley Whalen                            **VIA FACSIMILE**
DOYLE, RESTREP, HARVING & ROBBINS,
L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas   77002

Rene G. Oliveira                          **VIA FACSIMILE**
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9

1-30-04

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 McKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

DVANSUSTEREN@FULBRIGHT.COM
PARTNER
DIRECT DIAL: (713) 651-5650

TELEPHONE:   (713) 651-5151
FACSIMILE:   (713) 651-5246

January 30, 2004

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78215-1642

*By Certified Mail No.*
*7160 3901 9844 0381 7872 and*
*By Telecopy (210) 212-5880*

Re:   Cause No. B03-080; *City of San Benito v. Tejas Gas Pipeline Company, et al.*, In
the United States District Court for the Southern District of Texas, Brownsville
Division

Dear Mr. Poncio:

I am writing on behalf of the following defendants in the above case, which I represent:

Duke Energy Trading & Marketing, L.L.C.
Pan Energy Trading & Market Services L.L.C.
Pan Energy Trading & Marketing L.L.C.

It is my understanding that at the hearing in Brownsville on October 27, 2003 the plaintiff
was required to specify for each defendant (1) the pipeline located in the City of San Benito
which plaintiff contends such defendant owned and (2) the period (dates) of such ownership.
This was to be done by year-end. Also, supporting documentation was to be furnished.

The scheduling order signed on November 4, 2003 reflects that plaintiff is to submit
"initial disclosures" by December 31, 2003, and an asterisk indicates that defendants would
submit initial disclosures thirty days later if no question regarding "ownership of relevant
pipelines" exists. Thus, the order refers to "ownership of relevant pipelines," the specific fact on
which Judge Hanen required disclosure by plaintiff.

I have read Plaintiff, The City of San Benito's Rule 26 Disclosure Statement, which you
served on December 31, 2003, and it does not identify any pipeline within the City of San Benito
allegedly owned by any of the defendants listed above, or for that matter, by any defendant at all.
(It is our information and belief that none of the defendants listed above now owns or has ever
owned a pipeline in the City of San Benito.)



EXHIBIT
*B*

30626737.1

Mr. Adam Poncio
January 30, 2004
Page 2


Your filing suggests to me that you have determined that you do not wish to pursue a claim against any of the defendants listed above. Will you agree to a dismissal of the case with prejudice as to those defendants?

Yours very truly,

David J. Van Susteren

DV/jw

cc:   Mr. Osborne J. Dykes, III
      Fulbright & Jaworski, L.L.P.
      1301 McKinney, Suite 5100
      Houston, Texas  77010

      Ms. Julie L. Ezell
      Cinergy Services, Inc.
      1000 East Main Street
      Plainfield, Indiana  46168-1782

      Mr. Randy Bevis
      Cinergy Services, Inc.
      110 Louisiana, Suite 4900
      Houston, Texas 77002

      Mr. John D. Page
      Attorney at Law
      3040 Post Oak Blvd., Suite 850
      Houston, Texas  77056

      Mr. Francis I. Grady, Jr.
      Attorney at Law
      711 N. Caranchahua, Suite 148
      Corpus Christi, Texas  78148

30626737.1

# MESSAGE CONFIRMATION

01/30/04  14:49
ID=FULBRIGHT 45TH

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT |
|------|----------|--------------------|------|-------|--------|
| 01/30 | 01'51" | 210 212 5580 | CALLING | 03 | OK | 0000 |

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 McKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

## FACSIMILE TRANSMISSION

**DATE:**   January 30, 2004                    **MATTER NUMBER:**   10304361

| RECIPIENT(S): | FAX No.: | PHONE No.: |
|---|---|---|
| Mr. Adam Poncio<br>Cerda & Poncio | (210) 212-5580 | (210) 212-7979 |

**FROM:**   David Van Susteren          **USER ID:**   DV03478   **FLOOR:**   4539

**PHONE:**   (713) 651-5650          **FAX:**   (713) 651-5246

**RE:**   *City of San Benito v. Tejas Gas Pipeline Company*

**NUMBER OF PAGES WITH COVER PAGE:**   3

**Message:**

## CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
JAYE WHITE AT (713) 651-5463 AS SOON AS POSSIBLE.**



## Track & Confirm

**Current Status**

You entered 7160 3901 9844 0381 7872

Your item was delivered at 2:14 pm on February 02, 2004 in SAN ANTONIO, TX 78215.

**Notification Options**

▸ Track & Confirm by ema

**POSTAL INSPECTORS**
Preserving the Trust

---

**2. Article Number**

7160 3901 9844 0381 7872

**3. Service Type  CERTIFIED MAIL**

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**1. Article Addressed to:**

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas  78215-1642

---

COMPLETE THIS SECTION ON DELIVERY

**A. Received by (Please Print Clearly)**  Ephraim Boomans  **B. Date of Delivery**  2/2/04

**C. Signature**  X Ephraim Boomans  ☐ Agent  ☐ Addressee

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below:  ☐ No

---

103043 61 - City of San Benito

David Van Susteren

PS Form 3811, July 2001    Domestic Return Receipt

---

7160 3901 9844 0381 7872

**TO:** Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas  78215-1642

**SENDER:**  David Van Susteren

**REFERENCE:** 103043 61 - City of Sa

---

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

Certified Article Number  7160 3901 9844 0381 7872  SENDER'S RECORD

Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

/db2www/cbd_243.d2w/output    02/20/2004

7160 3901 9844 0381 7872

**TO:** Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78215-1642

**SENDER:** David Van Susteren

**REFERENCE:** 10304361 - City of Sa



PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | | |
|---|---|---|---|
| | Certified Fee | | |
| | Return Receipt Fee | | |
| | Restricted Delivery | | |
| | Total Postage & Fees | | |

stal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

Certified Article Number

7160 3901 9844 0381 7872

SENDERS RECORD



**2. Article Number**

7160 3901 9844 0381 7872

**3. Service Type  CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas  78215-1642

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Ephraim Boomans                          2/2/04

C. Signature
*Ephraim Boomans*                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

04804361 - City of San Benito          David Van Susteren

PS Form 3811, July 2001    Domestic Return Receipt