IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO.: B-03-080 |
| TEJAS GAS PIPELINE COMPANY, et al, | § § | |
| Defendants. | § § | |

**HOUSTON PIPE LINE COMPANY LP and
HPL RESOURCES COMPANY LP'S MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP, defendants in the above-entitled action, file this, their Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

I.

Pursuant to Rule 10©) of the Federal Rules of Civil Procedure, Defendants HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP (hereinafter collectively "HPL") hereby join, adopt and incorporate by reference Pennzoil's Motion to Dismiss ("Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Motion.

Pennzoil's Motion establishes that the City of San Benito has failed to comply with the orders the Court gave to the parties at the October 27, 2003 Scheduling Hearing or with the Scheduling Order, dated November 4, 2003, including failing to offer any support for its claims that Defendants owned pipelines in the City of San Benito.

1

Therefore, Defendants request that the Court dismiss the City of San Benito's claims with prejudice.

## CONCLUSION

The Defendants respectfully request that the Court grant Defendant's Motion to Dismiss, and dismiss all claims asserted by Plaintiff against Defendants with prejudice, and that the Defendants have such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247 (78599-1247)
Weslaco, Texas 78596
Telephone: (956) 968-5402
Telecopier: (956) 969-9402
E-Mail: bgalligan@jgkl.com

By: _____
ROBERT L. GALLIGAN
Federal Bar No.: 8041
State Bar No.: 07590500

ATTORNEY IN CHARGE FOR DEFENDANTS
**HOUSTON PIPE LINE COMPANY LP
and HPL RESOURCES COMPANY LP**

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney for Houston Pipe Line Company LP and HPL Resources Company LP has contacted Mr. Adam Poncio, attorney of record, and Mr. Poncio is opposed to the Motion to Dismiss.

_____
ROBERT L. GALLIGAN

2

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the 24th day of March, 2004:

Adam Poncio, Esquire
LAW OFFICE OF CERDA & PONCIO
924 McCullough
San Antonio, Texas 78215
Facsimile: (210) 212-5880

Ramon Garcia, Esquire
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
Facsimile: (956) 381-0825

Osborne J. Dykes, III, Esquire
Jeffrey D. Palmer, Esquire
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Facsimile: (713) 651-5246

Julie Ezell, Esquire
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana

Randall F. Bevis, Esquire
CINERGY MARKETING & TRADING, L.P.
1100 Louisiana, Suite 4900
Houston, Texas 77002
Facsimile: (713) 393-6903

Francis I. Gandy, Esquire
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475
Facsimile: (361) 883-0148

J.D. Page, Esquire
3040 Post Oak Boulevard, Suite 850
Houston, Texas 77056
Facsimile: (713) 840-9217

Bradley M. Whalen, Esquire
DOYLE, RESTREP, HARVIN & ROBBINS, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002
Facsimile: (713) 228-6138

Rene O. Oliveira, Esquire
David G. Oliveira, Esquire
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Facsimile: (956) 542-0016

_____
ROBERT L. GALLIGAN