United States District Court
Southern District of Texas
FILED

APR 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | C. A. NO. B03-080 |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' APPLICATION FOR PAYMENT OF COSTS and BILL OF COSTS

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1920 and LR 54 of the Local Rules for the Southern District of Texas, and in accordance with the Court's March 18, 2004 Order, Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") file this Application for Payment of Costs and Bill of Costs and respectfully would show the Court as follows:

### I.

On March 18, 2004, this Court entered its Order dismissing Plaintiff City of San Benito's claims against Defendants with prejudice to refiling and awarding Defendants recovery of their Costs from the City of San Benito. Pursuant to LR 54.2, Defendants respectfully request that the

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

**DEFENDANTS' APPLICATION FOR PAYMENT OF COSTS** – Page 1

Court tax costs against Plaintiff in the amount of $2,111.80, including their reasonable and necessary attorneys' fees in the amount of $26,906.78, as set forth below in their Bill of Costs and supported by the Affidavit of Jerry K. Clements, which is attached hereto as Exhibit A.

## BILL OF COSTS

| Costs | Amount |
|---|---|
| Disbursements for printing/copying | $853.40 |
| Travel for Hearings | $407.00 |
| Electronic Research (*e.g.* PACER) | $561.40 |
| Telephone/Correspondence Charges | $290.00 |
| Other (attorneys' fees) | $26,906.78 |
| **TOTAL** | **$29,018.58** |

## CONCLUSION AND PRAYER

Defendants respectfully request that the Court grant Defendants' Application for Payment of Costs and order Plaintiff to pay Defendants' costs in the amount of $2,111.80, including their reasonable and necessary attorneys fees in the amount of $26,906.78, for a total of $29,018.58, or, alternatively, order Plaintiff to pay Defendants that amount that the Court deems proper and just.

Dated: March 3/, 2004                    Respectfully submitted,

                                                          */s/ Jerry K. Clements*
Jerry K. Clements
(Attorney-in-Charge)
 Texas State Bar No. 20888200
 Southern District of Texas Bar No. 15814
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

Attorney-in-Charge for Defendants Conoco, Inc., Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc.

**OF COUNSEL:**
LOCKE LIDDELL & SAPP LLP
C. Scott Jones
 Texas State Bar No. 24012922
 Southern District of Texas Bar No. 30151
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Eduardo R. Rodriguez
 Texas State Bar No. 17144000

Southern District of Texas Bar No. 1944
Marjory C. Batsell
  Texas State Bar No. 04631400
  Southern District of Texas Bar No. 3983
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

## CERTIFICATE OF CONFERENCE

Counsel for applicants and counsel for respondent have personally conducted a good faith conference at which there was a substantive discussion of the relief sought herein and despite the parties' best efforts to resolve the dispute without Court action, counsel have not been able to resolve those matters presented. Certified to the 31st day of March, 2004.

_____
C. Scott Jones

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record, as indicated below, via certified mail, return receipt requested, on this 31st day of March, 2004.

| | | |
|---|---|---|
| Adam Poncio<br>Law Office of Cerda & Poncio<br>924 McCullough<br>San Antonio, Texas 78215 | Osborne J. Dykes, III<br>Jeffrey Palmer<br>Fulbright & Jaworski LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | Ramon Garcia<br>Law Office of Ramon Garcia<br>222 West University<br>Edinburg, Texas 78539 |
| Julie Ezell<br>Cinergy Marketing & Trading, L.P.<br>1000 East Main Street<br>Plainfield, Indiana 46168 | Francis I. Gandy<br>Attorney at Law<br>148 American Bank Plaza<br>Corpus Christi, Texas 78475 | Robert Galligan<br>Jones, Galligan, Key &<br>Lozano, LLP<br>2300 West Pike, Suite 300<br>Weslaco, Texas 78599-1247 |
| J.D. Page<br>Attorney at Law<br>3040 Post Oak Blvd.<br>Houston, Texas 77056 | Bradley M. Whalen<br>Doyle, Restrepo, Harvin &<br>Robbins, L.L.P.<br>4700 Chase Tower<br>600 Travis Street<br>Houston, Texas 77002 | Eduardo R. Rodriguez<br>Rodriguez, Colvin &<br>Chaney, L.L.P.<br>1201 East Van Buren |
| David Van Sustren<br>Fulbright & Jaworski LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | | |

_____
C. Scott Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| Plaintiff, | § § § | C. A. NO. B03-080 |
| v. | § § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § § | |
| Defendants. | § § | |

### AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF
### DEFENDANTS' APPLICATION FOR PAYMENT OF COSTS

BEFORE ME, the undersigned authority, personally appeared Jerry K. Clements who, being duly sworn by me, deposed and stated as follows:

1. My name is Jerry K. Clements. I am more than twenty-one years of age, of sound mind, and otherwise competent to make this affidavit. I have never been convicted of a crime involving moral turpitude.

2. I am licensed to practice law in the State of Texas and before the United States District Court for the Southern District of Texas. I am a partner with the law firm of Locke Liddell & Sapp LLP ("LLS") in Dallas, Texas, which represents Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

**AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF**
**DEFENDANTS' APPLICATION FOR PAYMENT OF COSTS**



Page 1

Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") in the above-referenced matter.

3. I submit this affidavit in support of Defendants' Application for Payment of Costs.

4. Defendants retained LLS to defend this lawsuit brought by Plaintiff City of San Benito ("Plaintiff").

5. In my opinion, based upon my experience as a licensed attorney, all of the legal services that LLS has performed as described in this affidavit were and are reasonable and necessary in defending this lawsuit.

6. LLS sets fees after consideration of all the factors enunciated in the Texas Code of Professional Responsibility relevant to fees for legal services:

    a. the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal services properly;

    b. the likelihood that the acceptance of the particular employment would preclude other employment;

    c. the fee customarily charged in the locality for similar legal services;

    d. the dollar amount involved and the results obtained;

    e. the time limitations imposed by the client or the circumstances;

    f. the nature and length of the professional relationship with the client; and

    g. the experience, reputation and ability of the firm.

7. Representation of Defendants in this matter by the law firm of LLS is upon the current hourly fee basis of $450.00 for me. In addition, some of the work was performed by C. Scott Jones and Courtney Kano, LLS associates, at the rates of $260.00 and $175.00 per hour, respectively.

8. In my opinion, Plaintiff is obligated to pay Defendants' costs ($2,111.80), including their reasonable attorneys' fees ($26,906.78), in the total amount of $29,018.58 for the work performed in connection with this matter following its removal to this Court. It is also my opinion that this sum is a reasonable and customary fee and is in accordance with the attorneys' fees and costs normally and customarily charged in litigation of this type now before the Court.

9. The following is a summary of the services rendered in connection with this matter:

   a. reviewed and analyzed Plaintiff's Seventh Amended Petition ("Lawsuit") and City of San Benito Ordinance No. 478 ("Ordinance NO. 478") and consulted with clients regarding the claims and allegations in Plaintiff's Lawsuit;

   b. Initiated and conducted factual investigation regarding pipeline ownership issues and clients' alleged gas sales in Cameron County, Texas, including City of San Benito;

   c. Consulted with clients regarding filing answers to Plaintiff's Lawsuit and counterclaims for declaratory relief, and strategy in connection with such filing;

   d. Drafted and filed counterclaims and answers to Plaintiffs' Original Petition on behalf of each client;

   e. Conducted legal research regarding legal issues relating to Ordinance No. 478, including without limitation, its applicability to each client's alleged business activities in the City of San Benito area for the past sixty years;

   f. Attended August 28, 2003 case management conference;

   g. Reviewed and considered Plaintiff's Initial Disclosures and discussed same with clients;

   h. Reviewed and analyzed co-defendants' Court submissions and discovery;

   i. Researched, drafted and filed Defendants' Motion to Dismiss and Order granting same;

   j. Reviewed and examined Plaintiff's First and Second Requests for Production to the Defendants and First Request for Admissions to the Defendants (collectively, "Plaintiff's Discovery Requests"), and discussed same with clients;

   k. Interviewed clients' employees and personnel regarding gas pipeline ownership issues and clients' alleged gas sales practices in San Benito since 1941;

    l. Researched, drafted, and filed Defendants' Motion to Quash Plaintiff's Discovery and for Protective Order;

    m. Corresponded with Plaintiff's counsel regarding Plaintiff's Lawsuit;

    n. Contacted and conferred with co-defendants' counsel on numerous occasions regarding Lawsuit;

    o. Prepared objections and responses to Plaintiff's Discovery Requests;

    p. Contacted clients on numerous occasions regarding Plaintiff's Lawsuit and investigations regarding Plaintiff's claims.

10. Additional legal services may arise in connection with other tasks performed in connection with this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT

_____
JERRY K. CLEMENTS

Sworn to and subscribed before me this 31ST day of March, 2004.

_____
Notary Public for the
State of Texas

CHARMAN R. MORGAN
Print Name of Notary

My Commission Expires: 01-08-2005