IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE CO., ET AL. | § | |
| | § | |
| Defendants. | § | |

### SUPPLEMENTAL CERTIFICATE OF CONFERENCE TO DUKE ENERGY TRADING AND MARKETING, L.L.C., PANENERGY TRADING & MARKETING, L.L.C., AND PANENERGY TRADING & MARKETING SERVICES, L.L.C.'S MOTION TO DISMISS AND MOTION QUASH PLAINTIFF'S DISCOVERY REQUESTS

As set forth in the original certificate of conference, on Friday, March 26, 2004, the undersigned left a voicemail message for counsel for plaintiff Adam Poncio yet no return call was received. On Tuesday morning, March 30, 2004, the undersigned again called Plaintiff's counsel Adam Poncio's office and left a similar voicemail message. The undersigned also spoke with a legal assistant at Mr. Poncio's office, Dorothy, who indicated she would transmit the message to Mr. Poncio and the request for a return telephone call. As of late Wednesday afternoon, March 31, 2004, no return call has been received. Based on plaintiff's opposition to similar motions to dismiss and quash, it is believed plaintiff opposes these motions and therefore it is certified that good faith efforts have been made to resolve the dispute described in the motions without the necessity of the Court's intervention and such efforts have not been successful and therefore a ruling is requested from the Court.

Respectfully submitted,

/s/ David Van Susteren
David J. Van Susteren
State Bar No. 20495880
S.D. Texas Fed. I.D. No. 6126
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Duke Energy Trading and Marketing, L.L.C., PanEnergy Trading & Marketing, L.L.C., and PanEnergy Trading & Marketing Services, L.L.C.

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
Robert S. Ballentine
State Bar No. 01654700
S.D. Texas Fed. I.D. No. 7789
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

This supplemental certificate of conference was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on counsel of record on March 31, 2004.

/s/ David Van Susteren
David J. Van Susteren