IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT CINERGY MARKETING & TRADING, LP'S MOTION TO QUASH PLAINTIFF'S DISCOVERY REQUESTS AND, ALTERNATIVELY, MOTION FOR PROTECTIVE ORDER

Defendant Cinergy Marketing & Trading, LP files this Motion to Quash Plaintiff's discovery requests and, to the extent necessary, its Motion for Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

As set out more fully in Pennzoil's Amended Motion to Dismiss, as incorporated in Cinergy Marketing & Trading, LP's Motion to Dismiss, the Court ordered Plaintiff City of San Benito ("Plaintiff") to come forward with any documents or support showing whether Cinergy Marketing & Trading, LP owned a pipeline in San Benito before the parties addressed other liability or damage issues [Transcript of the October 27, 2003 hearing at 11:21-12:22]. Yet, Plaintiff failed to comply with the Court's scheduling order and ignored the pipeline ownership in its December 31, 2003 Initial Disclosures.

Now, Plaintiff seeks the very same "jump through every hoop and produce every accounting record" discovery from Cinergy Marketing & Trading, LP that this Court

Doc #123536

acknowledged was problematic. [Transcript of October 27, 2003 hearing at 13:13-18].

Indeed, most if not all of Plaintiff's discovery requests seek discovery relating to Cinergy Marketing & Trading, LP's business activities all the way back to 1941.

For the foregoing reasons and because Plaintiff's discovery requests are overly broad and place an undue burden on Cinergy Marketing & Trading, LP, Cinergy Marketing & Trading, LP respectfully requests that the Court grant Cinergy Marketing & Trading, LP's motion and enter an order:

    a.    Granting Cinergy Marketing & Trading, LP an indefinite extension of time to respond to any discovery from Plaintiff, including Plaintiff's discovery requests, until such time that Plaintiff fulfills its obligation to provide Cinergy Marketing & Trading, LP with evidence that Cinergy Marketing & Trading, LP owned any pipeline in San Benito, Texas since 1941;

    b.    Awarding Cinergy Marketing & Trading, LP its attorneys' fees incurred in obtaining the relief sought herein;

    c.    Granting Cinergy Marketing & Trading, LP such other and further relief to which Cinergy Marketing & Trading, LP may be entitled; and, to the extent necessary;

    d.    Entering a protective order pursuant to Rule 26(c) protecting Cinergy Marketing & Trading, LP from having to incur the expense and undue burden of responding to any discovery from Plaintiff, including Plaintiff's discovery requests, until such time that Plaintiff fulfills its obligation to provide Cinergy Marketing & Trading, LP with evidence that Cinergy Marketing & Trading, LP owned any pipeline in San Benito, Texas since 1941.

Respectfully submitted,

Cinergy Marketing & Trading, LP

By: _____
Randall F. Bevis, Texas Bar # 02280100

### CERTIFICATE OF CONFERENCE

On April 2nd and on April 5th, 2004, contact was attempted with Adam Poncio, counsel for Plaintiff, by the undersigned and Ms. Julie Ezell, co-counsel, regarding whether the Plaintiff was opposed to Cinergy Marketing & Trading, LP's Motion to Quash Plaintiff's Discovery Requests and, Alternatively, Motion for Protective Order and Brief in Support. As of this filing, Mr. Poncio has not returned their calls.

_____
Randall F. Bevis

Randall F. Bevis
Cinergy Marketing & Trading, LP
1100 Louisiana, Suite 4900
Houston, TX 77002
Telephone: 713-393-6857

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Defendant Cinergy Marketing & Trading, LP's Motion to Quash Plaintiff's Discovery Requests and, Alternatively, Motion for Protective Order and the relevant Order were served on counsel of record, via First Class U.S. Mail, postage prepaid, this 6th day of April 2004, addressed as follows:

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, TX 78539

Adam Poncio
Law Offices of Derda & Poncio
924 McCullough
San Antonio, TX 78215-1642

Osborne J. Dykes III
Jeffrey D. Palmer
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Rene O. Oliveira
David George Oliveira
Roerig Oliveira & Fisher
855 West Price Road, Suite 9
Brownville, TX 78520

John David Page
Attorney at Law
3040 Post Oak Boulevard, Suite 850
Houston, TX 77056

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, TX 78475

Robert L. Galligan
Jones Gallilgan Key & Lozano, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
P.O. Drawer 1247 (78599-1247)
Weslaco, TX 78596

Eduardo R. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78520

David Van Sustren
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Jerry K. Clements
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Bradley M. Whalen
Doyle Restrep Harvin & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, TX 77002

_____
Randall F. Bevis

Randall F. Bevis
Cinergy Marketing & Trading, LP
1100 Louisiana, Suite 4900
Houston, TX 77002
Telephone: 713-393-6857

Doc #123536