IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT CINERGY MARKETING & TRADING, LP'S MOTION TO DISMISS

Defendant Cinergy Marketing & Trading, LP files this Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

### I.

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Cinergy Marketing & Trading, LP hereby joins, adopts and incorporates by reference Pennzoil's Amended Motion to Dismiss ("Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Amended Motion.

Pennzoil's Amended Motion establishes that the City of San Benito has failed to comply with the orders that the Court gave to the parties at the October 27, 2003 Scheduling Hearing or with the Scheduling Order dated November 4, 2003, including failing to offer any support for its claims that Defendant Cinergy Marketing & Trading, LP owned pipelines in the City of San Benito. Additionally, Plaintiff did not even mention Cinergy Marketing & Trading, LP as a party that sold gas to the power plant

Doc 123542

allegedly located in the City of San Benito in Plaintiff's "Plaintiff, The City of San Benito's Supplemental Rule 26 Disclosure Statement" filed hereunder on December 16, 2003. Therefore, Cinergy Marketing & Trading, LP requests that the Court dismiss the City of San Benito's claims with prejudice.

## CONCLUSION

Cinergy Marketing & Trading, LP respectfully requests that the Court grant Cinergy Marketing & Trading, LP's Motion to Dismiss and dismiss all claims asserted by Plaintiff against Cinergy Marketing & Trading, LP with prejudice, and that Cinergy Marketing & Trading, LP have such other and further relief, both legal and equitable, to which it may be justly entitled.

Respectfully submitted,
Cinergy Marketing & Trading, LP

By: _____

Randall F. Bevis, Texas Bar # 02280100
Julie Ezell, Co-Counsel

## CERTIFICATE OF CONFERENCE

On April 2nd and on April 5th, 2004, contact was attempted with Adam Poncio, counsel for Plaintiff, by the undersigned and Ms. Julie Ezell, co-counsel, regarding whether the Plaintiff was opposed to Cinergy Marketing & Trading, LP's Motion to Quash Plaintiff's Discovery Requests and, Alternatively, Motion for Protective Order and Brief in Support. As of this filing, Mr. Poncio has not returned their calls.

_____
Randall F. Bevis

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Defendant Cinergy Marketing & Trading, LP's

Motion to Dismiss and the related Order were served on counsel of record, via First Class U.S. Mail,

postage prepaid, this 6th day of April 2004, addressed as follows:

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, TX 78539

Adam Poncio
Law Offices of Derda & Poncio
924 McCullough
San Antonio, TX 78215-1642

Osborne J. Dykes III
Jeffrey D. Palmer
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Rene O. Oliveira
David George Oliveira
Roerig Oliveira & Fisher
855 West Price Road, Suite 9
Brownville, TX 78520

John David Page
Attorney at Law
3040 Post Oak Boulevard, Suite 850
Houston, TX 77056

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, TX 78475

Robert L. Galligan
Jones Gallilgan Key & Lozano, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
P.O. Drawer 1247 (78599-1247)
Weslaco, TX 78596

Eduardo R. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78520

David Van Sustren
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Jerry K. Clements
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Bradley M. Whalen
Doyle Restrep Harvin & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, TX 77002

_____
Randall F. Bevis

Randall F. Bevis
Cinergy Marketing & Trading, LP
1100 Louisiana, Suite 4900
Houston, TX 77002
Telephone: 713-393-6857

Doc 123542