United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | C. A. NO. B03-080 |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| **TEJAS GAS PIPELINE COMPANY, ET AL.,** | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' OBJECTIONS, OR, ALTERNATIVELY, RESPONSE TO CITY OF SAN BENITO'S MOTION TO RECONSIDER and OBJECTION AND REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO QUASH DISCOVERY REQUESTS**

Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") file their Objections, or, Alternatively, Response to City of San Benito's Motion to Reconsider Dismissal Order and Their Objection and Reply to City of San Benito's Response to Defendants' Motion to Quash Discovery Requests, and respectfully would show the Court as follows.

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

DEFENDANTS' OBJECTIONS, OR, ALTERNATIVELY, RESPONSE TO CITY OF SAN BENITO'S
MOTION TO RECONSIDER and OBJECTION AND REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO QUASH DISCOVERY REQUESTS –                                    Page 1

I.
**Objections to City of San Benito's Motion to Reconsider**

Defendants object to Plaintiff's Motion to Reconsider on the grounds that Plaintiff neither conferred with Defendants' counsel prior to filing its Motion nor served Defendants' counsel with a copy of its Motion.

Contrary to Plaintiff's representation in its Certificate of Conference, Defendants' counsel never received any correspondence from Mr. Poncio's paralegal (or anyone else with Mr. Poncio's office for that matter) "advising that a Motion to Reconsider would be filed in this cause." Nor did Defendants' counsel receive a telephone call or voice mail message from Mr. Poncio's office regarding same. Accordingly, as to Defendants, Plaintiff's Motion was submitted in violation of LR 7.1(D). Furthermore, Plaintiff never served Defendants' counsel with a copy of its motion as evidenced by Defendants' counsel's omission from Plaintiff's Certificate of Service. Given that Plaintiff never conferred with Defendants' counsel prior to filing its motion, never served Defendants' counsel with a copy of its motion and no where in its motion references Defendants by name, Defendants respectfully request that the Court disregard Plaintiff's Motion to Reconsider Dismissal Order as it relates to Defendants and not disturb its Order dismissing Defendants from this lawsuit with prejudice.

II.
**Response to Plaintiff's Motion to Reconsider**

Subject to Defendants' foregoing objections, Defendants, pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, hereby join, adopt and incorporate by reference Defendants' Response to Plaintiff's Motion to Reconsider Dismissal Order filed on behalf of Tejas Gas Pipeline Company, et al. on or about April 16, 2004 ("Tejas Defendants' Response"), including all exhibits and documents attached to the Tejas Defendants' Motion.

Like the Tejas Defendants' counsel, shortly after Plaintiff filed this lawsuit, Defendants' counsel wrote Plaintiff's counsel requesting that Plaintiff either identify what evidentiary support it possessed to support Plaintiff's claims against Defendants, or voluntarily dismiss Defendants from the lawsuit.[2] Plaintiff's counsel never responded.

### III.
### Objection and Reply to Plaintiff's Response to Defendants' Motion to Quash

As with its Motion to Reconsider, Plaintiff neglected to serve Defendants' counsel with a copy of its response to Defendants' Motion to Quash Plaintiff's Discovery Requests, and, Alternatively, Motion for Protective Order.[3] Accordingly, Defendants object to Plaintiff's response on the grounds that it fails to comply with Rule 5 of the Federal Rules of Civil Procedure.

Subject to the foregoing objection, Defendants submit that the Court's Order dismissing Plaintiff's claims against Defendants with prejudice rendered Plaintiff's discovery requests (and thus, Defendants' motion seeking to quash same) moot and ineffective, thereby relieving Defendants of any obligation to respond to such discovery by operation of law.

### CONCLUSION

This Court properly dismissed Defendants from this lawsuit with prejudice. Defendants request that the Court sustain Defendants' objections to Plaintiff's Motion for Reconsideration

---

[2] A true and correct copy of Defendants' counsel's May 8, 2003 letter to Plaintiff's counsel is attached hereto as Exhibit A.

[3] Notably, Plaintiff's response does not respond to or otherwise address Defendants' alternative Motion for Protective Order. Accordingly, that motion should be deemed "unopposed" in accordance with LRs 7.3 and 7.4 and this Court's admonition at the October 27, 2003 hearing. [Exhibit B to the Tejas Defendants' Response at 37:15-20].

and disregard Plaintiff's motion, or, alternatively, deny Plaintiff's motion and not disturb the Court's Order of dismissal with prejudice as to Defendants.

Dated: April 19, 2004

RESPECTFULLY SUBMITTED,

_____  w/ permission CSJ
Jerry K. Clements
(Attorney-in-Charge)
Texas State Bar No. 20888200
  Southern District of Texas Bar No. 15814
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

Attorney-in-Charge for Defendants Conoco, Inc., Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc.

**OF COUNSEL:**
LOCKE LIDDELL & SAPP LLP
C. Scott Jones
 Texas State Bar No. 24012922
 Southern District of Texas Bar No. 30151
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Eduardo R. Rodriguez
  Texas State Bar No. 17144000
  Southern District of Texas Bar No. 1944
Marjory C. Batsell
  Texas State Bar No. 04631400
  Southern District of Texas Bar No. 3983
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record, as indicated below, via certified mail, return receipt requested, on this 19th day of April, 2004.

Adam Poncio
Law Office of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215

Osborne J. Dykes, III
Jeffrey Palmer
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Ramon Garcia
Law Office of Ramon Garcia
222 West University
Edinburg, Texas 78539

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475

Robert Galligan
Jones, Galligan, Key &
Lozano, LLP
2300 West Pike, Suite 300
Weslaco, Texas 78599-1247

J.D. Page
Attorney at Law
3040 Post Oak Blvd.
Houston, Texas 77056

Bradley M. Whalen
Doyle, Restrepo, Harvin &
Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

Eduardo R. Rodriguez
Rodriguez, Colvin &
Chaney, L.L.P.
1201 East Van Buren

David Van Sustren
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

_____
C. Scott Jones

DEFENDANTS' OBJECTIONS, OR, ALTERNATIVELY, RESPONSE TO CITY OF SAN BENITO'S MOTION TO RECONSIDER and OBJECTION AND REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO QUASH DISCOVERY REQUESTS –          Page 6

# LOCKE LIDDELL & SAPP LLP

ATTORNEYS & COUNSELORS

2200 ROSS AVENUE
SUITE 2200
DALLAS, TEXAS 75201-6776

AUSTIN • DALLAS • HOUSTON • NEW ORLEANS

(214) 740-8000
Fax: (214) 740-8800
www.lockeliddell.com

DIRECT NUMBER: (214) 740-8799
email: jclements@lockeliddell.com

May 8, 2003

Mr. Adam Poncio
CERDA & PONCIO
924 McCullough
San Antonio, Texas 78215

*Via Facsimile (210) 212-5880*

Re: ***City of San Benito v. Tejas Gas Pipeline Company, et al.,*** *formerly Cause No .2000-08-3596, pending in the District Court of Cameron County, Texas, now Cause No. B 03-080, pending in the United States District Court for the Southern District of Texas, Brownsville Division.*

Dear Adam:

This firm represents the following named defendants in the above-referenced matter:

1. **Conoco, Inc.**
2. **BP Energy Company**
3. **Amoco Energy Trading Corporation**
4. **ARCO Natural Gas Marketing, Inc.**
5. **Vastar Gas Marketing, Inc.**
6. **Texaco Gas Marketing, Inc.**
7. **Texaco Natural Gas, Inc.**
8. **Texaco Exploration and Production, Inc.**
9. **Chevron U.S.A.**
10. **Anadarko Energy Service Co.**
11. **Union Pacific Resources Company**
12. **Fina, Inc. (the "Named Defendants").**

I am in receipt of your letter dated March 14, 2003 ("Demand Letter") to each of the Named Defendants, c/o CT Corporation System, attaching a courtesy copy of Plaintiff's Seventh Amended Petition, Petition for Declaratory Judgment, Request for Injunctive Relief and Request for Jury Trial (the "Seventh Amended Petition").

02540:85007 : DALLAS : 1160072.1

Mr. Adam Poncio
May 8, 2003
Page 2

     In your Demand Letter, you indicate that "[b]ased on public records of City sales and distribution that cover the past 30 years...", your audit of gas records indicates that, during this frame, each Named Defendant generated "gross receipts from the sale and distribution of natural gas within the City of San Benito, Texas, which may include sales and distribution to the electric power generating plant in San Benito, Texas."

     Please be advised that each of the Named Defendants denies that it generated any revenues from the sale or distribution of natural gas within the City of San Benito and further denies that it has any liability to the City of San Benito. My preliminary investigation of your claims indicates that none of the Named Defendants engages (nor has ever engaged) in activities within San Benito which would subject it to any requirement that it pay a 2% fee (or any fee) to the City as you allege in your Demand Letter and in your Seventh Amended Petition.

     It is my understanding that the Seventh Amended Petition attached to your Demand Letter is not merely a draft document but that it has been filed in court. Upon initial review, it appears that the claims you have asserted are not based upon a good faith investigation or a reasonable inquiry into the facts as required by rule 11 of the Federal Rules of Civil Procedure. In particular, the claims you have asserted are groundless and without the required evidentiary support. If you differ in opinion and believe that your claims against the Named Defendants rest on some evidentiary support, please provide me with copies of that information.

     I would appreciate a response to this request for evidentiary support for your claims against my clients at your earliest convenience, but in no event later than 30 days from the date of this letter. Otherwise, I will conclude that the allegations against my clients are without evidentiary support and are not likely to be supported by any evidence even after further investigation or discovery and therefore would request that you promptly amend your complaint/petition dismissing your claims against my clients.

                                                   Very truly yours,

                                                   Jerry K. Clements

JKC/cm

02540:85007 : DALLAS : 1160072.1