IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION FOR COSTS

Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company file this Motion for Costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, the Court's June 16, 2004 Order, and Southern District of Texas local rule 54.

I.

The Court's June 16, 2004 Order provides that "each defendant (including those not previously dismissed from this lawsuit) has 20 business days from the date of this order to file a motion for costs in connection with any motion to dismiss, motions to compel compliance with the court's orders or this motion for rehearing concerning the court's prior order of dismissal." Rule 54(d) of the Federal Rules of Civil Procedure provide for claims for attorney' fees and related nontaxable expenses to be made by motion. *See* FED R. CIV. P. 54(d)(2). Southern District of Texas local rule 54.2 governs the application for costs by filing a bill of costs. *See* S.D. TEX. L.R. 54.2.

30740969.1

Defendants in this matter incurred reasonable and necessary costs in connection with motions to dismiss, motions to compel compliance with the court's orders, and/or motions for rehearing totaling $7671.55. *See* Bill of Costs. Attorney's fees comprise $7577.50 of the total amount. *See* Affidavit of Osborne J. Dykes, III. Therefore, defendants request that the Court grant Defendants' Motion for Costs and award costs in the amount of $7671.55.

## CONCLUSION

WHEREFORE, the defendants respectfully request that the Court grant Defendants' Motion for Costs and order the City of San Benito to reimburse the defendants for the costs associated with motions to dismiss, motions to compel compliance with the court's orders, and/or motions for rehearing in the amount of $7671.55 and that the defendants have such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

_____
Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF CONFERENCE

On June 25, 2004 counsel for defendants conferred with plaintiff's counsel regarding the Defendants' Motion for Costs and plaintiff's counsel stated that he opposed the motion.

                                        Jeffrey D. Palmer

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on June 25, 2004.

                                        Jeffrey D. Palmer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| Plaintiff, | § § § | |
| V. | § § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § § § | JURY TRIAL REQUESTED |
| Defendants. | § | |

### AFFIDAVIT REGARDING COSTS

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

Osborne J. Dykes, III, being duly sworn, upon oath, deposes and says:

"My name is Osborne J. Dykes, III. I am over 21 years of age, of sound mind, capable of making this affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein, and the statements made in this affidavit are true and correct.

Fulbright & Jaworski L.L.P. is counsel for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company ("Defendants") in connection with the Defendants' Motion for Costs in the captioned matter. I am a senior litigation partner with Fulbright & Jaworski L.L.P. and I am the attorney in charge of the above captioned matter for the Defendants.

In connection with motions to dismiss, motions to compel compliance with the Court's orders, and/or motions for rehearing, I performed 8.65 hours of work on the captioned matter, including drafting a motion to dismiss and responding to plaintiff's motion for reconsideration, and caused to be performed additional work by associate Jeffrey D. Palmer (10.90 hours) and legal assistant Amy Hall (1.70 hours). At each individuals respective hourly rate, the reasonable and necessary work associated with motions to dismiss, motions to compel compliance with the court's orders, and/or motions for rehearing that has been done on the case totals $7577.50 and is summarized as follows: various phone conferences with client representatives; review of various correspondence; drafting motion to dismiss; and preparation of pleading in response to plaintiff's motion for reconsideration.

I have been licensed to practice in the State of Texas since 1973 and have been with the law firm of Fulbright & Jaworski L.L.P. in Houston, Harris County, Texas since October, 1973. I am familiar with the work, tasks and effort that are necessary for handling a litigation matter such as this one. I am familiar with the usual and customary charges for attorneys' services in commercial litigation in the Harris County and South Texas area. I am also familiar with customary charges for lawyers and legal assistants, and expenses attendant to litigation proceedings such as the captioned case. I have handled and tried cases, including numerous commercial litigation and oil and gas disputes, in various state and federal district courts throughout the State of Texas, including the Southern District of Texas. In my opinion, a reasonable charge for performing necessary services in this case is $450 per hour for my time, $250-$230 per hour for Jeffrey Palmer's time, and $125 per hour for Amy Hall's time. Accordingly, $7577.50 is a reasonable fee for litigation of this case and the services rendered were necessary.

I have read this affidavit, and it is true and correct."

Further affiant sayeth not.

_____
Osborne J. Dykes, III

| THE STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Osborne J. Dykes, III, known by me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on June 25, 2004.

[SEAL]

KIMBERLY GLAIZE
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires
DECEMBER 21, 2007

_____
Notary Public In And For
The State Of Texas

30741041.1                                3