United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL, | § | |
| Defendants | § | |

### CITY OF SAN BENITO'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the CITY OF SAN BENITO and, pursuant to the Court's Order dated June 16, 2004, and the Federal Rules of Civil Procedure, files its Motion to Dismiss certain named Defendants without prejudice, and in support thereof, would show the Court the following:

1. Plaintiff would show that the Defendants for which it is seeking dismissal by this motion, were never served, nor have they answered Plaintiff's Seventh Amended Petition. Plaintiff further shows the Court that the remaining Defendants have entered an appearance in this cause, although they were not served by Plaintiff. This Motion is filed within ten (10) business days of the Court's June 16, 2004 Order.

2. Plaintiff moves to dismiss the following unserved Defendants who have not appeared, nor filed answers to date, from the above entitled and numbered cause: **MOBIL NATURAL GAS, INC., ADONIS ENERGY CORP., J.C. ENERGY RESOURCES, INC., ENGAGE ENERGY U.S., L.P., ONEOK GAS MARKETING CO., ONEOK EXPLORATION CO., ONEOK ENERGY MARKETING & TRADING CO., L.P., ICC ENERGY CORP., TENASKA MARKETING, INC. AQUILA SOUTHWEST MARKETING, AQUILA ENERGY MARKETING CORP., CROSSTEX ENERGY SERVICES, LTD., COASTAL GAS MARKETING CO., ADAMS RESOURCES MARKETING**

LTD., KOCH ENERGY TRADING, INC., NATIONAL ENERGY & TRADE, L.L.C., NORAM ENERGY SERVICES, INC., ONYX PIPELINE CO., KN MARKETING, L.P., DELHI GAS PIPELINE CORP., CHANNEL GAS MARKETING CO., CORPUS CHRISTI LEASEHOLDS, INC., COASTAL BORDER GAS SALES, INC., LASALLE GAS CORPORATION, ENJET, INC., ORYX GAS MARKETING COMPANY, ORYX GAS MARKETING LIMITED PARTNERSHIP, SOUTHERN GAS PIPELINE COMPANY, BALCONES PIPELINE COMPANY, REPUBLIC GAS CORP., TRANSOK GAS COMPANY, TRANSOK GAS, L.L.C., and SEAGULL GAS COMPANY

WHEREFORE, PREMISES CONSIDERED, pursuant to the Court's Order of June 16, 2004, Plaintiff prays that the above named Defendants be dismissed from the above entitled and numbered cause, without prejudice.

Respectfully submitted,

**ADAM PONCIO**
State Bar No. 16109800
**LAW OFFICES OF CERDA & PONCIO**
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day of June, 2004, forwarded a true and correct copy of the above document to all counsel of record:

| | |
|---|---|
| Frances I. Gandy<br>148 American Bank Plaza<br>Corpus Christi, Texas 78475 | **VIA FIRST CLASS MAIL** |
| Ramon Garcia<br>LAW OFFICES OF RAMON GARCIA, P.C.<br>222 West University Drive<br>Edinburg, Texas 78539 | **VIA FIRST CLASS MAIL** |
| OSBORNE J. Dykes, III<br>Jeffrey D. Palmer<br>FULBRIGHT & JAWORSKI, LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | **VIA FIRST CLASS MAIL** |
| Julie L. Ezell<br>CINERGY MARKETING & TRADING, L.P.<br>1000 East Main Street<br>Plainfield, Indiana 46168 | **VIA FIRST CLASS MAIL** |
| Mr. David Van Susteren<br>1301 McKinney, Suite 5100<br>Houston, TX 77010 | **VIA FIRST CLASS MAIL** |
| Randy Beevis<br>1100 Louisiana, Suite 4900<br>Houston, Texas 77002 | **VIA FIRST CLASS MAIL** |
| Ms. Jerry K. Clements<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201-6776 | **VIA FIRST CLASS MAIL** |
| J.D. Page<br>3040 Post Oak Boulevard, Suite 85G<br>Houston, Texas 77056 | **VIA FIRST CLASS MAIL** |
| Bradley Whalen<br>DOYLE, RESTREP, HARVING & ROBBINS, L.L.P<br>4700 Chase Tower<br>600 Travis Street<br>Houston, Texas   77002 | **VIA FIRST CLASS MAIL** |

Rene G. Oliveira  **VIA FIRST CLASS MAIL**
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

Robert Galligan  **VIA FIRST CLASS MAIL**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247

_____
**ADAM PONCIO**