

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § § § | |
| V. | § § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE CO., ET AL. | § § § | |
| Defendants. | § | |

**United States District Court**
**Southern District of Texas**
**FILED**

**JUL 0 2 2004**

**Michael N. Milby**
**Clerk of Court**

### DUKE ENERGY TRADING AND MARKETING, L.L.C., PANENERGY TRADING & MARKETING, L.L.C., AND PANENERGY TRADING & MARKETING SERVICES, L.L.C.'S MOTION FOR COSTS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants Duke Energy Trading and Marketing, L.L.C., PanEnergy Trading & Marketing, L.L.C., and PanEnergy Trading & Marketing Services, L.L.C. (collectively herein referred to as "Duke Energy") file this Motion for Costs in accordance with the Court's Order dated June 16, 2004.

1 The Court's Order dated June 16, 2004, conditionally granted plaintiff's motion to reconsider it prior dismissal of the case and conditionally reinstated the lawsuit. In the Order, the Court considered the plaintiff's noncompliance with court orders and its nonresponsiveness and unresponsiveness to legitimate queries from defense counsel. The Court determined that it would impose a lesser sanction on plaintiffs, including the payment of defense costs approved by the Court. The Court ordered that each defendant file a motion for costs "in connection with" any motion to dismiss, motions to compel compliance with court orders, and the motion for rehearing concerning the court's prior order of dismissal.

30738802.1

2.     Duke Energy's reasonable attorneys' fees and costs are $1053.70 associated with the Motion to Dismiss; and $1317.50 associated with the Motion for Costs (which was necessitated by and therefore connected with the ruling on the motion for rehearing).  *See* Affidavit of David J. Van Susteren.  The total attorneys' fees and costs sought by Duke Energy are thus $2371.20 (two thousand three hundred seventy-one and 20/100 dollars).

## PRAYER

The Duke Energy defendants respectfully request that the Court grant their motion for attorneys' fees and costs, and such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

*/s/ David Van Susteren*
David J. Van Susteren
State Bar No. 20495880
S.D. Texas Fed. I.D. No. 6126
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Duke Energy Trading and Marketing, L.L.C., PanEnergy Trading & Marketing, L.L.C., and PanEnergy Trading & Marketing Services, L.L.C.

## CERTIFICATE OF CONFERENCE

On June 24, 2004, counsel for Duke Energy called Plaintiff's counsel Adam Poncio's office and left a message to call about Duke Energy's Motion for Costs. The phone call has not been returned.

_____
David J. Van Susteren

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on June 28, 2004.

_____
David J. Van Susteren