IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

JUL 0 2 2004

Michael N. Milby
Clerk of Court

## AFFIDAVIT IN SUPPORT OF MOTION FOR COSTS

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

David J. Van Susteren, being duly sworn, upon oath, deposes and says:

1. "My name is David J. Van Susteren. I am over the age of 21 and am competent to make this affidavit. The statements made in this affidavit are true and correct and are based on my personal knowledge.

2. Fulbright & Jaworski L.L.P. is counsel for Duke Energy Trading and Marketing, L.L.C., PanEnergy Trading & Marketing, L.L.C., and PanEnergy Trading & Marketing Services, L.L.C. (collectively herein referred to as "Duke Energy") in connection with the captioned matter. I am a litigation partner with Fulbright & Jaworski L.L.P., and I am the attorney-in charge for Duke Energy in the above-captioned matter.

3. I am an attorney duly licensed by the Supreme Court of the State of Texas and a member in good standing of the State Bar of Texas. I received a B.A. in 1979 from the University of Wisconsin and a J.D. in 1985 from the University of Houston. As an attorney with Fulbright & Jaworski since 1985, I have substantial experience in complex, commercial

litigation. I am admitted to practice before all the courts in the State of Texas. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of Texas, the United States Court of Appeals for the Fifth Circuit, and the Supreme Court of the United States. I am board certified as a specialist in Civil Trial Law by the Texas Board of Legal Specialization.

4. Kristine E. Rollinson is counsel with Fulbright & Jaworski L.L.P.'s litigation department, and she has been licensed to practice in Texas since 1993. Emily Chen is a legal assistant with Fulbright & Jaworski L.L.P. I am familiar with the work, tasks and effort that are necessary for handling a litigation matter such as this one. I am familiar with the usual and customary charges for attorneys' services in commercial litigation in the Harris County area. I am familiar with customary charges for lawyers and legal assistants, and expenses attendant to litigation proceedings such as the captioned case. In my opinion, a reasonable charge for performing necessary services in this case is $417.50 per hour for my time, $270.00 for Kristine E. Rollinson's time, and $110 per hour for legal assistant Emily Chen's time. Those are Fulbright & Jaworski's standard billing rates.

5. In connection with Duke Energy's Motion to Dismiss, filed March 29, 2004, I performed 2.25 hours of work on the captioned matter, including drafting the motion to dismiss, calling opposing counsel for purposes of a certificate of conference, and filing a supplemental certificate of conference (filed on April 2, 2004). I also caused to be performed additional work of .5 hours by legal assistant Emily Chen for assistance in preparing the Motion to Dismiss. Attorney Kristine Rollinson performed 3.3 hours of work in preparing the Motion for Costs and this supporting affidavit (which were necessitated by and therefore connected with the Court's

Order on plaintiff's motion for rehearing), and I spent 1.0 hours preparing and reviewing those documents.

      6.    Reasonable and necessary expenses associated with performing legal services incurred in connection with this matter are $59.32 for copying and delivery charges associated with Duke Energy's Motion to Dismiss, plus fees of $994.38; and $9.00 for copying charges associated with Duke Energy's Motion for Costs, plus attorneys' fees of $1,308.50. Therefore, fees and expenses of $1053.70 were associated with the Motion to Dismiss; and fees and expenses of $1317.50 were associated with the Motion for Costs and this supporting affidavit.

      7.    In my opinion, $2371.20 is a reasonable figure for the fees and costs associated with Duke Energy's Motion to Dismiss and Motion for Costs.

I have read this affidavit, and it is true and correct."

Further affiant sayeth not.

                                            /s/ David Van Susteren
                                            David J. Van Susteren

| THE STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared David J. Van Susteren, known by me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

    GIVEN UNDER MY HAND AND SEAL OF OFFICE on June 28, 2004.

    [SEAL]



                                            /s/ Kelly Haas
                                            Notary Public In And For
                                            The State Of Texas