IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO.:    B-03-080 |
| TEJAS GAS PIPELINE COMPANY, et al, | § § | |
| Defendants. | § § | |

## MOTION FOR COSTS OF DEFENDANTS,
## HOUSTON PIPE LINE COMPANY LP and
## HPL RESOURCES COMPANY LP

TO THE HONORABLE UNITED STATES DISTRICT COURT:

HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP, (hereinafter collectively "HPL") defendants in the above-entitled action, file this, their Motion for Costs pursuant to Rule 54 (d) of the Federal Rules of Civil Procedure, the Court's June 16, 2004 Order, and Southern District of Texas Local Rule 54.

I.

The Court's June 16, 2004, Order provides that "each defendant (including those not previously dismissed from this lawsuit) has 20 business days from the date of this order to file a motion for costs in connection with any motion to dismiss, motions to compel compliance with the court's orders or this motion for rehearing concerning the court's prior order of dismissal."

Rule 54(d) of the Federal Rules of Civil Procedure provides for claims for attorney's fees and related nontaxable expenses to be made by motion. See FED. R. CIV. PROC. 54(d)(2). Local Rule 54.2 requires that application for costs be made with a "bill of costs".

1

See S.D. TEX. L.R. 54.2.

HPL has incurred $2,336.00 in reasonable and necessary attorneys' fees related to its motion to dismiss and plaintiff's motion for reconsideration. *See* attached Bill of Costs and the attached affidavit of Robert L. Galligan. Therefore HPL requests that the Court grant HPL's Motion for Costs and award costs in the amount of $2,336.00.

## CONCLUSION

HPL respectfully requests that the Court grant HPL's Motion for Costs and order the City of San Benito to reimburse HPL for the costs associated with its motion to dismiss and plaintiff's motion for reconsideration in the amount of $2,336.00 and that HPL have such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247 (78599-1247)
Weslaco, Texas 78596
Telephone: (956) 968-5402
Telecopier: (956) 969-9402
E-Mail: bgalligan@jgkl.com

By: _____
ROBERT L. GALLIGAN
Federal Bar No.: 8041
State Bar No.: 07590500

ATTORNEY IN CHARGE FOR DEFENDANTS
**HOUSTON PIPE LINE COMPANY LP**
and **HPL RESOURCES COMPANY LP**

2

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney for Houston Pipe Line Company LP

and HPL Resources Company LP has contacted Mr. Adam Poncio, plaintiff's attorney of

record, and Mr. Poncio is opposed to the Motion for Costs.

_____
ROBERT L. GALLIGAN

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the _2ᵈ_ day of July, 2004:

Adam Poncio, Esquire
LAW OFFICE OF CERDA & PONCIO
924 McCullough
San Antonio, Texas 78215
**CM, RRR 7002 2030 0002 0287 1608**

Ramon Garcia, Esquire
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

Osborne J. Dykes, III, Esquire
Jeffrey D. Palmer, Esquire
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie Ezell, Esquire
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana

Randall F. Bevis, Esquire
CINERGY MARKETING & TRADING, L.P.
1100 Louisiana, Suite 4900
Houston, Texas 77002

Francis I. Gandy, Esquire
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475

J.D. Page, Esquire
3040 Post Oak Boulevard, Suite 850
Houston, Texas 77056

Bradley M. Whalen, Esquire
DOYLE, RESTREP, HARVIN & ROBBINS, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

Rene O. Oliveira, Esquire
David G. Oliveira, Esquire
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

_____
ROBERT L. GALLIGAN

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO.:   B-03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, et al, | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT REGARDING COSTS

BEFORE ME, the undersigned authority, on this day personally appeared ROBERT L. GALLIGAN, who swore on oath that the following facts are true:

"My name is Robert L. Galligan and I am of sound mind, capable of making this affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein, and the statements made in this affidavit are true and correct.

Jones, Galligan, Key & Lozano, L.L.P., is counsel for Houston Pipe Line Company LP and HPL Resources Company LP (hereinafter referred to as "Defendants") in connection with the above captioned matter. I am a litigation partner with Jones, Galligan, Key and Lozano, L.L.P. I am the attorney in charge of the above captioned matter for the Defendants.

In connection with the motions to dismiss and motion to reconsider, I have performed 7.9 hours of work on the above captioned matter, and caused to be performed additional work by associate Rudy Salinas, Jr. (4.0 hours) and legal assistant Carmen Antol (2.6 hours). My hourly rate with regards to the above captioned matter is $200.00. Rudy Salinas, Jr.'s hourly rate is $150.00 and Carmen Antol's hourly rate is $60.00. Based on each persons respective hourly rate, the work totals $2,336.00. This work includes various phone conferences with client representatives, reviewing and preparing correspondence, research regarding legal issues, drafting a motion to dismiss and analyzing and discussing plaintiff's motion for reconsideration.

I am a licensed practicing attorney in Hidalgo County, Texas. I have knowledge of what is reasonable and customary attorneys' fees in the South Texas area. I am familiar with customary charges for lawyers and legal assistants, and expenses attendant to litigation proceedings such as the above captioned case.

2

I have tried numerous disputes in various state and federal district courts including the Southern District of Texas.  In my opinion, the fees charged by the firm Jones, Galligan, Key and Lozano, L.L.P., are reasonable and were necessary.

I have read this affidavit, and it is true and correct."

Further affiant sayeth not.


ROBERT L. GALLIGAN
Affiant


  This instrument was SUBSCRIBED, SWORN TO and ACKNOWLEDGED before me, the undesigned authority, by ROBERT L. GALLIGAN, on this the 2nd day of July 2004, in Weslaco, Hidalgo County, Texas.

LETICIA RODRIGUEZ
Notary Public, State of Texas
My Commission Expires
August 26, 2004

Notary Public in And For The State of Texas

3

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

JUL 0 2 2004

Southern _____ District of _____ Texas

CITY OF SAN BENITO

V.

TEJAS GAS PIPE LINE COMPANY, et al.

BILL OF COSTS    Michael N. Milby
                 Clerk of Court

Case Number:    B-03-080

Judgment having been entered in the above entitled action on    6/16/2004    against    City of San Benito    ,
                                                                 Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk  ............................................................  _____

Fees for service of summons and subpoena .....................................  _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case    _____

Fees and disbursements for printing  .........................................  _____

Fees for witnesses (itemize on reverse side)  .................................  _____

Fees for exemplification and copies of papers necessarily obtained for use in the case ............  _____

Docket fees under 28 U.S.C. 1923 .............................................  _____

Costs as shown on Mandate of Court of Appeals  ..............................  _____

Compensation of court-appointed experts  .....................................  _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .....  _____

Other costs (please itemize) .. Refer to Exhibit A attached. .............  $2,336.00

                                                              TOTAL    $2,336.00

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage
prepaid to:   Adam Poncio, Attorney for City of San Benito       .

Signature of Attorney:  _____

Name of Attorney:    Robert L. Galligan

For:    Houston Pipe Line Company LP and HPL Resources Company LP         Date:    July 2, 2004
                        Name of Claiming Party

Costs are taxed in the amount of  _____  and included in the judgment.

Michael N. Milby

Clerk of Court          By:  _____          _____
                             Deputy Clerk                      Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# EXHIBIT A

| | |
|---|---|
| Research and analysis related to motion to dismiss, motion for reconsideration and motion for costs. | $822 |
| Discussions and correspondence with client and plaintiff's counsel related to motion to dismiss and motion for reconsideration. | $664 |
| Preparation of Defendants' Motion to Dismiss and Motion for Costs. | $850 |