

United States District Court
Southern District of Texas
FILED

JUL 0 6 2004

Michael N. Milby
Clerk of Court

J.D. Page
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

**VIA US FIRST CLASS MAIL**

Bradley Whalen
DOYLE, RESTREP, HARVING & ROBBINS,
L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas   77002

**VIA US FIRST CLASS MAIL**

Rene G. Oliveira
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

**VIA US FIRST CLASS MAIL**

Robert Galligan
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247

**VIA US FIRST CLASS MAIL**

> Re:   Civil Action No. B03-080
> *City of San Benito v. Tejas Gas Pipeline Company, et al*
> In the United States District Court for the Southern District of Texas
> Brownsville Division

Dear Counsel:

Pursuant to the Honorable Andrew S. Hanen's Order of June 16, 2004, please find enclosed a **"MEMO"** and **letter dated March 15, 2004, from Osborne J. Dykes, III** which serves as evidence of pipeline ownership by Tejas Gas Pipeline Company and its former, successor, related and/or merged entities.   As indicated by our Amended Petition, ownership is not necessary for liability under the San Benito Ordinance.  Plaintiff hereby stipulates that it does not currently have evidence of pipeline ownership by any other Defendant who has appeared in this cause, subject to their responses to Requests for Production, Second Requests for Production and Request for Admissions previously served on all Defendants.   Attached hereto are copes of the discovery requests previously served on Defendants on February 27, 2004.   Upon the Court's final Order reinstating the dismissed Defendants, the discovery will be re-served.  The discovery requests are being sent in advance as a courtesy so that each Defendant may begin gathering documents which may be responsive to these requests.

Thank you for your attention to these matters.

        Sincerely,

        **LAW OFFICES OF CERDA & PONCIO**
        **A Professional Corporation**

        **ADAM PONCIO**

AP:djh
Enclosures as stated.

| | | |
|---|---|---|
| cc: | United States District Clerk<br>Southern District of Texas<br>Brownsville Division<br>600 E. Harrison, 1st Floor<br>Brownsville, Texas 78520<br>(Letter Only) | **VIA US FIRST CLASS MAIL** ✓ |
| | Honorable Andrew S. Hanen<br>United States District Judge<br>Southern District of Texas<br>600 E. Harrison, 1st Floor<br>Brownsville, Texas 78520<br>(Letter Only) | **VIA US FIRST CLASS MAIL** |

**MEMO**

**RE:   PIPELINE LOCATIONS - CAMERON BY CITY**

**BROWNSVILLE**
10,2000
HENRY GONZALEZ
VALERO
8" AND 10"

**HARLINGEN**
48,735
H. WM. CARD, JR.
VALERO GAS
10" AND 12"
TEJAS
6"

**SAN BENITO**
23,000
CHARLES F. WEEKLY
VALERO GAS
10", 12", AND 8"
TEJAS
6"

**PORT ISABEL**
4,467
CALVIN BYRD
VALERO
6"
TEJAS (?)
8"

**LA FERIA**
4,360
PAUL F. BEECHNER
VALERO GAS
12"

**LOS FRESNOS**
2,473
MANUEL ABREGO
VALERO GAS
4" AND 6"
TEJAS
8"

**SANTA ROSA**
2,223
ANDRES MARROQUIN
VALERO GAS
10"

**PRIMERA**
2,030
JOSE RAMIREZ
VALERO GAS
10"

**COMBES**
2,004
SILVESTRE GARCIA
NONE

**RIO HONDO**
1,793
ALEX CHAVEZ
NONE

**SOUTH PADRE ISLAND**
1,677
PEGGY TRAHAN
NONE

**PALM VALLEY**
1,200
JOHN PHUL
NONE (10" VALERO GAS SKIRTS CLOSE)

**LAGUNA VISTA**
1,166
RAFAEL HINOJOSA, JR.
KGS CRUDE
8"

**RANCHO VIEJO**
885
WALTER F. HALLEMAN
VALERO GAS
8"

**RANGERVILLE**
280
WAYNE HALBERT
VALERO GAS
16" AND 6"
TEJAS GAS
8"

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

OSBORNE J. DYKES, III
PARTNER
JDYKES@FULBRIGHT.COM

DIRECT DIAL:   (713) 651-5545
TELEPHONE:    (713) 651-5151
FACSIMILE:    (713) 651-5246

March 15, 2004

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, TX  78215-1642

Re:   Cause No. B03-080; *City of San Benito v. Tejas Gas Pipeline Company, et al.*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Poncio:

After my letter to you of January 15, 2004, the following information has come to my attention. Before January 1, 2004, Kinder Morgan South Texas Pipeline, L.P. (not a defendant in this suit) owned a pipeline partially located in San Benito. As of January 1, 2004, Kinder Morgan South Texas Pipeline, L.P. was merged into Kinder Morgan Tejas Pipeline, LP.

Previously, Tejas Gas Pipeline Company was converted into Tejas Gas Pipeline LLC, which in turn was converted into Tejas Gas Pipeline LP. This entity and Texas Gas Marketing LLC were also merged into Kinder Morgan Tejas Pipeline, LP.

Yours very truly,

Osborne J. Dykes, III

OJD/jag

cc:   Mr. Jeff Palmer (firm)

30665019.2

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH