

United States District Court
Southern District of Texas
FILED

JUL 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, § | |
| § | |
| v. § | C.A. NO. B03-080 |
| § | |
| TEJAS GAS PIPELINE COMPANY, § | |
| ET AL. § | |

PENNZOIL'S MOTION FOR COSTS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pennzoil Gas Marketing Company ("Pennzoil") files this Motion for Costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, the Court's June 16, 2004Order, and Southern District of Texas local rule 54.

I.

The Court's June 16, 2004 Order provides, "each defendant (including those not previously dismissed from this lawsuit) has 20 business days from the date of this order to file a motion for costs in connection with any motion to dismiss, motions to compel compliance with the court's order or this motion for rehearing concerning the court's prior order of dismissal; within 10 business days of the approval of these costs by the court, plaintiff or plaintiff's counsel will pay those costs and file proof of such payment with the clerk of this court." Rule 54(d) of the Fed. R. Civ. P. provides that "costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs." Fed. R. Civ. P. 54(d)(1). Rule 54(d) also provides for claims for attorney's fees and related nontaxable expenses to be made by motion. See Fed. R. Civ. P. 54(d)(2). Southern District of Texas local

rule 54.2 governs the application for costs by filing a bill of costs. See S.D. Tex. L.R. 54.2.

Pennzoil incurred reasonable and necessary costs in connection with motions to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing totaling $12,965. See Bill of Costs. This is comprised of attorney's fees. See Affidavit of Bradley M. Whalen. Pennzoil requests that the Court grant Pennzoil's Motion for Costs and award costs in the amount of $12,965.

## CONCLUSION

WHEREFORE, Pennzoil respectfully requests that the Court grant Pennzoil's Motion for Costs and order the City of San Benito to reimburse Pennzoil for the costs associated with litigating this matter in the amount of $12,965, and that Pennzoil have such other and further relief, both legal and equitable, to which it may be justly entitled.

Respectfully submitted,

J. D. Page
State Bar No. 15406700
3040 Post Oak Blvd., Suite 850
Houston, Texas  77056
(713) 840-9200 Telephone
(713) 840-9217 Facsimile

By: *[signature: Bradley M Whalen]*
Bradley M. Whalen
State Bar No. 21238800
Doyle, Restrepo, Harvin
    & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

Attorneys for Pennzoil Gas Marketing Company

### CERTIFICATE OF CONFERENCE

On July 5, 2004 I called counsel for the plaintiff to discuss the foregoing Motion for Costs. I was advised that Mr. Poncio was not in the office. I was referred to Dorothy who I understand is assisting Mr. Poncio. Dorothy advised me that the plaintiff is opposed to Pennzoil's Motion for Costs.

*[signature: Bradley M Whalen]*
Bradley M. Whalen

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via certified mail, hand delivery or facsimile on July 6, 2004, addressed as follows:

Adam Poncio
Law Office of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215
Facsimile: (210) 212-5880

Osborne J. Dykes, III
1301 McKinney, Suite 5100
Houston, Texas 77010
Facsimile: (713) 651-5246

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana
Facsimile: (317) 838-6001

Randy Beevis
Cinergy Marketing & Trading, L.P.
1100 Louisiana, Suite 4900
Houston, Texas 77002
Facsimile: (713) 393-6903

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475
Facsimile: (361) 883-0148

Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 West Pike, Suite 300
Weslaco, Texas 78599-1247
Facsimile: (956) 968-6089

C. Scott Jones
Jerry K. Clements
Locke, Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Facsimile: (214) 740-8800

David G. Oliveira
Roerig, Oliveira & Fisher LLP
866 West Price Road, Suite 9
Brownsville, Texas 78520
Facsimile: (956) 542-0016

_____
Bradley M. Whalen