IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, | § |
| | § |
| v. | § |
| | § C.A. NO. B03-080 |
| | § |
| TEJAS GAS PIPELINE COMPANY, | § |
| ET AL. | § |

### AFFIDAVIT REGARDING COSTS

THE STATE OF TEXAS          §
                            §
COUNTY OF HARRIS            §

Bradley M. Whalen, being duly sworn, upon oath, deposes and says:

1. "My name is Bradley M. Whalen. I am over 21 years of age, of sound mind, capable of making this affidavit, and fully competent to testify to the maters stated herein. I have personal knowledge of each of the matters stated herein, and the statements made in this affidavit are true and correct.

2. "J. D. Page is lead counsel for Pennzoil Gas Marketing Company. Rene Oliveira of Roerig, Oliveira and Fisher and I are assisting Mr. Page in such representation. Mr. Page has charged Pennzoil $325 per hour in connection with his representation. Mr. Oliveira has charged $300 per hour. I have charged $195 per hour.

3. "In connection with any motion to dismiss, motions to compel compliance with the Court's order or the plaintiffs' motion for rehearing concerning the court's

    prior order of dismissal J. D. Page has performed 32.9 hours of work, Rene Oliveira has performed 3.4 hours of work and I have performed 15.4 hours of work. This work includes reading pleadings, research, drafting pleadings and various telephone conferences with client representatives, opposing counsel and other defense counsel. The total amount of fees which Devon has incurred in connection with any motion to dismiss, motions to compel compliance with the court's order or the plaintiffs' motion for rehearing concerning the court's prior order of dismissal is $12,965.

4.   "I have been licensed to practice in the State of Texas since 1988 and have been with the law firm of Doyle, Restrepo, Harvin & Robbins, L.L.P. in Houston, Harris County, Texas since the firm was founded in August 1990. I am familiar with the work, tasks and effort that are necessary for handling a litigation matter such as this one. I am familiar with the usual and customary charges for attorneys' services in commercial litigation in the Harris County and South Texas area. I am also familiar with customary charges for lawyers and legal assistants, and expenses attendant to litigation proceedings such as the captioned case. I have handled and tried cases, including numerous commercial litigation matters, in various state and federal district courts throughout the State of Texas, including the Southern District of Texas. In my opinion, the rates charged by Mr. Page, Mr. Oliveira and I were reasonable and are customary rates. In my opinion, the work which Mr. Page, Mr. Oliveira and I did in connection with

motions to dismiss, motions to compel compliance with the Court's order or the plaintiffs' motion for rehearing concerning the court's prior order of dismissal was reasonable and necessary.

5. "I have read this affidavit, and it is true and correct."

Further affiant sayeth not.

_____
Bradley M. Whalen

| THE STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Bradley M. Whalen, know to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on July 6, 2004.

_____
Notary Public in and for
The State of Texas

ANDREA WHITFORD
Notary Public, State of Texas
My Commission Expires 01/29/05