United States District Court
Southern District of Texas
FILED

JUL 0 9 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **vs.** | ) | **CAUSE NO. B03-080** |
| | ) | |
| **TEJAS GAS PIPELINE COMPANY, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## DEFENDANT'S MOTION FOR COSTS

Defendant Gulf Coast Energy, Inc. files this Motion for Costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, the Court's June 16, 2004 Order, and Southern District of Texas local Rule 54.

### I

The Court's June 16, 2004 Order provides that "each defendant (including those not previously dismissed from this lawsuit) has 20 business days from the date of this order to file a Motion for Costs in connection with any motion to dismiss, motions to compel compliance with the Court's orders or this motion for rehearing concerning the court's prior order of dismissal…" Rule 54(d) of the Federal Rules of Civil Procedure provides that "costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs." FED. R. CIV. P. 54(d)(1). Rule 54(d) also provides for claims for attorneys' fees and related nontaxable expenses to be made by motion. *See* FED. R.CIV. P. 54(d)(2). Southern District of Texas local rule 54.2 governs the application for costs by filing a bill of costs. *See* S. D. TEX. L. R. 54.2.

Defendant in this matter incurred reasonable and necessary costs totaling $4,081.32. *See* Bill of Costs. Attorney's fees and related expenses comprise $4,081.32 of the total amount. *See*

Affidavit of Francis I. Gandy, Jr.  Therefore, defendant requests that the Court grant Defendant's

Motion For Costs and award costs in the amount of $4,081.32.

## CONCLUSION

WHEREFORE, the defendant Gulf Coast Energy, Inc. respectfully requests that the

Court grant Defendant's Motion for Costs and order the City of San Benito to reimburse the

defendant Gulf Coast Energy, Inc. for the costs associated with litigating this matter in the

amount of $4,081.32 and that the Defendant have such other and further relief, and general relief,

to which this defendant may be justly entitled.

Respectfully submitted,


Francis I. Gandy, Jr.
148 American Bank Plaza
Corpus Christi, Texas 78475
(361) 883-6333
(361) 883-0148 (fax)
Federal Court No. 7943
State Bar No. 07615000

ATTORNEY –IN- CHARGE FOR
GULF COAST ENERGY, INC.

## CERTIFICATE OF CONFERENCE

On July 7, 2004 counsel for this defendant conferred with plaintiff's counsel regarding the
Defendant's Motion for Costs and plaintiff's representative stated that he opposed the motion.


Francis I. Gandy, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Costs has been served on the attorneys of record and in the manner indicated below on this the 7th day of July, 2004.

Francis I. Gandy, Jr.

CERTIFIED MAIL/RRR#
7003 1010 0004 5205 7935
Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78215-1642

VIA US FIRST CLASS MAIL
Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

VIA US FIRST CLASS MAIL
Osborne J. Dykes, III
Jeffrey D. Palmer
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

VIA US FIRST CLASS MAIL
Julie L. Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana 46168

VIA US FIRST CLASS MAIL
Randy Beevis
1100 Louisiana, Suite 4900
Houston, Texas 77002

VIA US FIRST CLASS MAIL
J. D. Page
3040 Post Oak Blvd., Suite 85G
Houston, Texas 77056

VIA US FIRST CLASS MAIL
Bradley Whalen
Doyle, Restrep, Harving & Robbins, LLP
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

VIA US FIRST CLASS MAIL
Rene G. Oliveira
David G. Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, Texas 78520

VIA US FIRST CLASS MAIL
Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 W. Pike, Suite 300
P.O. Drawer 1247
Weslaco, Texas 78599-1247

Scott Jones
Locke Liddell & Sapp
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776

C:\Documents and Settings\xp\My Documents\LawOffice\Client Files G-I\Gulf Coast Energy (City of San Benito)\Pleadings\Defendant's Motion for Costs.doc

-3-

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **CITY OF SAN BENITO,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| **vs.** ) | **CAUSE NO.  B03-080** |
| ) | |
| **TEJAS GAS PIPELINE COMPANY, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER

On this day the Court considered Defendant Gulf Coast Energy, Inc.'s Motion for Costs, any response, and any reply, and after reviewing the motion, the response, the reply, and the evidence the Court finds that Defendant's Motion for Costs should be GRANTED.  It is therefore ORDERED that Defendant Gulf Coast Energy, Inc.'s Motion for Costs should be GRANTED.

It is further ORDERED that Defendant Gulf Coast Energy, Inc. shall recover their costs in the amount of $4,081.32 from the City of San Benito.

SIGNED on this the ___ day of _____, 2004

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **vs.** | ) | **CAUSE NO.  B03-080** |
| | ) | |
| **TEJAS GAS PIPELINE COMPANY, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

<u>AFFIDAVIT REGARDING COSTS</u>

THE STATE OF TEXAS          §
                           §
COUNTY OF NUECES            §

Francis I. Gandy, Jr., being duly sworn, upon oath, deposes and says:

"May name is Francis I. Gandy, Jr.  I am over 21 years of age, of sound mind, capable of making this affidavit, and fully competent to testify to the matters stated herein.  I have personal knowledge of each of the matters stated herein, and the statements made in this affidavit are true and correct.  I have been licensed to practice law in the state of Texas since 1963.  I have been licensed to practice before the southern district of Texas for over 30 years.  I am board certified in civil trial law by the Texas Board of Legal Specialization.

I am legal counsel for Gulf Coast Energy, Inc. (Defendant) in connection with the Defendant's Motion for Costs in the captioned matter.  I am the attorney in charge of the above captioned matter for the Defendant.

Between April 30, 2003, the date of the removal of this lawsuit from state court, and June 30, 2004, work was performed in excess of 17.85 hours on the captioned matter by lawyers,

including response to plaintiff's motion to remand, preparing for the Court's scheduling conferences, preparing pleadings in response to plaintiff's discovery requests. At my respective hourly rate of $250.00 per hour and associated counsel's rate of $150.00 per hour, the reasonable and necessary work following removal that has been done on the case totals $4,067.50 and is summarized as follows: various phone conferences with client representative; review of various correspondence; preparation of pleadings in response to plaintiff's motion to remand; preparation for Court's scheduling conferences; preparation of pleadings in response to plaintiff's discovery requests; and legal and factual research regarding issues involved.

Reasonable and necessary expenses associated with performing legal services incurred in connection with this matter are $13.82, including copying, telephone and facsimile charges, and travel expenses.

I have been licensed to practice in the State of Texas since 1963. I am familiar with the work, tasks and effort that are necessary for handling a litigation matter such as this one. I am familiar with the usual and customary charges for attorneys' services in commercial litigation in the Nueces County and the South Texas area. I am also familiar with customary charges for lawyers, and expenses attendant to litigation proceedings such as the captioned case. I have handled and tried cases, including numerous commercial litigation disputes, in various state and federal district courts throughout the State of Texas, including the Southern District of Texas. In my opinion, a reasonable charge for performing necessary services in this case is in excess of $250 per hour for my time. The ranges of rates result from rate changes from one year to the next. Accordingly, $4,067.50 plus expenses of $13.82, is a reasonable fee for litigation of this case and the services rendered were necessary.

I have read this affidavit, and it is true and correct."

Further affiant sayeth not.

Francis I. Gandy, Jr.

THE STATE OF TEXAS             §
                               §
COUNTY OF NUECES               §

BEFORE ME, the undersigned authority, on this day personally appeared Francis I. Gandy, Jr., known by me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON JULY 7, 2004.

*Velma Perez*

Notary Public In and For The
State of Texas

**VELMA PEREZ**
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-15-2007

AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

## Southern District of Texas

CITY OF SAN BENITO

v.

TEJAS GAS PIPELINE COMPANY, ET AL.

**BILL OF COSTS**

Case Number:   B-03-080

Order Entered on                                          June 16, 2004   against   City of San Benito            ,

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (      ).   _____ ___

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . .   _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of court-appointed experts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . .   _____

Other costs (please itemize) (      )  (See Exhibit A)                                                    $4,081.32

TOTAL   $ 4,081.32

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

**Attached hereto as Exhibit  A**

## DECLARATION

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage Prepaid to:      Adam Poncio Attorney for City of San Benito

Signature of Attorney: _____

Name of Attorney:   Francis I. Gandy, Jr. _____

For:   Gulf Coast Energy, Inc. _____   Date:   7-7-04 _____
                                        Name of Claiming Party

Costs are taxed in the amount of _____   and included in the judgment.

Michael Milby _____   By: _____   _____
Clerk of Court                                        Deputy Clerk                          Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

EXHIBIT A

OTHER COSTS

|  | | COSTS |
|---|---|---|
| 1 | Attorney time for various phone conferences with client representative; review of various correspondence; preparation of pleadings in response to plaintiff's motion to remand; preparation for Court's scheduling conferences; preparation of pleadings in response to plaintiff's discovery requests; and legal and factual research regarding issues involved. | $4,067.50 |
| 2 | Expenses associated with performing legal services incurred in connection with this matter, including postage, copying, telephone and facsimile charges, and travel expenses. | $13.82 |
| | **TOTAL COSTS** | **$4,081.32** |