

United States District Court
Southern District of Texas
FILED

JUL 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, § | |
| § | |
| Plaintiff, § | |
| § | C. A. NO. B03-080 |
| v. § | JURY TRIAL REQUESTED |
| § | |
| TEJAS GAS PIPELINE COMPANY, ET AL., § | |
| § | |
| Defendants. § | |

### DEFENDANTS' MOTION FOR PAYMENT OF COSTS

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1920 and LR 54 of the Local Rules for the Southern District of Texas, and in accordance with the Court's June 16, 2004 Order, Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") file this Application for Payment of Costs and Bill of Costs and respectfully would show the Court as follows:

### I.

On June 16, 2004, this Court entered its Order conditionally granting Plaintiff's Motion to Reconsider. The Order provides that "each defendant (including those not previously dismissed from this lawsuit) has 20 business days from the date of this order to file a motion for

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

costs in connection with any motion to dismiss, motions to compel compliance with the court's orders or this motion for rehearing concerning the court's prior order of dismissal; within 10 business days of the approval of these costs by the court, plaintiff or plaintiff's counsel will pay these costs and file proof of such payment with the clerk of this court." Rule 54(d) of the FED. R. CIV. P. provides that "[c]laims for attorneys' fees and related nontaxable expenses shall be made by motion…" and that costs "shall be allowed as of course to the prevailing party unless the court otherwise directs." FED. R. CIV. P. 54(d).

Pursuant to FED. R. CIV. P. 54, S.D. Tex. L.R. 54.2 and this Court's June 16, 2004 Order, Defendants respectfully request that the Court tax costs against Plaintiff, including their reasonable and necessary attorneys' fees, in the total amount of $7,469.87 as set forth in the Bill of Costs, which is attached hereto as Exhibit A, and detailed and supported by the Affidavit of Jerry K. Clements, which is attached hereto as Exhibit B. Defendants incurred said costs in connection with researching, drafting and filing motions to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing. *See* Exhibit B.

## **CONCLUSION AND PRAYER**

Defendants respectfully request that the Court grant Defendants' Motion for Payment of Costs and order Plaintiff to pay Defendants' costs, including their reasonable and necessary attorneys fees, in the amount of $7,469.87, or, alternatively, order Plaintiff to pay Defendants that amount that the Court deems proper and just.

Dated: July **8**, 2004

RESPECTFULLY SUBMITTED,

*[signature: Jerry K. Clements]*

Jerry K. Clements
(Attorney-in-Charge)
 Texas State Bar No. 20888200
 Southern District of Texas Bar No. 15814
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

Attorney-in-Charge for Defendants Conoco, Inc., Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc.

**OF COUNSEL:**
LOCKE LIDDELL & SAPP LLP
C. Scott Jones
 Texas State Bar No. 24012922
 Southern District of Texas Bar No. 30151
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800


RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Eduardo R. Rodriguez
 Texas State Bar No. 17144000
 Southern District of Texas Bar No. 1944
Marjory C. Batsell
 Texas State Bar No. 04631400
 Southern District of Texas Bar No. 3983
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

## CERTIFICATE OF CONFERENCE

Counsel for movants and counsel for respondent have personally conducted a good faith conference at which there was a substantive discussion of the relief sought herein and despite the parties' best efforts to resolve the dispute without Court action, counsel have not been able to resolve those matters presented. Certified to the 8th day of July, 2004.

_____
C. Scott Jones

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record, as indicated below, via certified mail, return receipt requested, on this 8th day of July, 2004.

| | | |
|---|---|---|
| Adam Poncio<br>Law Office of Cerda & Poncio<br>924 McCullough<br>San Antonio, Texas 78215 | Osborne J. Dykes, III<br>Jeffrey Palmer<br>Fulbright & Jaworski LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | Ramon Garcia<br>Law Office of Ramon Garcia<br>222 West University<br>Edinburg, Texas 78539 |
| Julie Ezell<br>Cinergy Marketing & Trading, L.P.<br>1000 East Main Street<br>Plainfield, Indiana 46168 | Francis I. Gandy<br>Attorney at Law<br>148 American Bank Plaza<br>Corpus Christi, Texas 78475 | Robert Galligan<br>Jones, Galligan, Key & Lozano, LLP<br>2300 West Pike, Suite 300<br>Weslaco, Texas 78599-1247 |
| J.D. Page<br>Attorney at Law<br>3040 Post Oak Blvd.<br>Houston, Texas 77056 | Bradley M. Whalen<br>Doyle, Restrepo, Harvin &<br>Robbins, L.L.P.<br>4700 Chase Tower<br>600 Travis Street<br>Houston, Texas 77002 | Eduardo R. Rodriguez<br>Rodriguez, Colvin & Chaney<br>1201 E. Van Buren<br>Brownsville, TX 78522-2155 |
| David Van Sustren<br>Fulbright & Jaworski LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | | |

_____
C. Scott Jones

• AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern _____ District of ___Texas_____

City of San Benito

V.

Tejas Gas Pipeline Company, et al.

**BILL OF COSTS**

Case Number:  B03-080

Judgment having been entered in the above entitled action on __06/16/04__ against _City of San Benito_,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | _____ |
| Fees for service of summons and subpoena ............................................. | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing ................................................ | _____ |
| Fees for witnesses (itemize on reverse side) ......................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | _____ |
| Docket fees under 28 U.S.C. 1923 .................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ..................................... | _____ |
| Compensation of court-appointed experts ........................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... | _____ |
| Other costs (please itemize) ....................................................... | _____ |
| TOTAL | $7,469.87 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.    (see Affidavit of Jerry K. Clements

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Adam Poncio, Attorney, for City of San Benito.

Signature of Attorney: _/s/ Jerry Clements_

Name of Attorney: __Jerry K. Clements__

For: _____    Date: _____
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

__Michael N. Milby_____   By: _____   _____
Clerk of Court                     Deputy Clerk                Date

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | C. A. NO. B03-080 |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| **TEJAS GAS PIPELINE COMPANY, ET AL.,** | § | |
| | § | |
| Defendants. | § | |

### AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR PAYMENT OF COSTS

BEFORE ME, the undersigned authority, personally appeared Jerry K. Clements who, being duly sworn by me, deposed and stated as follows:

1. My name is Jerry K. Clements. I am more than twenty-one years of age, of sound mind, and otherwise competent to make this affidavit. I have never been convicted of a crime involving moral turpitude.

2. I am licensed to practice law in the State of Texas and before the United States District Court for the Southern District of Texas. I am a partner with the law firm of Locke Liddell & Sapp LLP ("LLS") in Dallas, Texas, which represents Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

**AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR PAYMENT OF COSTS**                                           PAGE 1

Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") in the above-referenced matter.

3. I submit this affidavit in support of Defendants' Motion for Payment of Costs.

4. Defendants retained LLS to defend this lawsuit brought by Plaintiff City of San Benito ("Plaintiff").

5. In my opinion, based upon my experience as a licensed attorney, all of the legal services that LLS has performed as described in this affidavit were and are reasonable and necessary in defending this lawsuit.

6. LLS sets fees after consideration of all the factors enunciated in the Texas Code of Professional Responsibility relevant to fees for legal services:

   a. the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal services properly;

   b. the likelihood that the acceptance of the particular employment would preclude other employment;

   c. the fee customarily charged in the locality for similar legal services;

   d. the dollar amount involved and the results obtained;

   e. the time limitations imposed by the client or the circumstances;

   f. the nature and length of the professional relationship with the client; and

   g. the experience, reputation and ability of the firm.

7. Representation of Defendants in this matter by the law firm of LLS is upon the current hourly fee basis of $450.00 for me. In addition, some of the work was performed by C. Scott Jones and Courtney Kano, LLS associates, at the rates of $260.00 and $175.00 per hour, respectively.

8. In my opinion, Plaintiff is obligated to pay Defendants' costs, including their reasonable attorneys' fees, in the total amount of $7,469.87 for the work performed in connection with Defendants' motion to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing. It is also my opinion that this sum is a reasonable and customary fee and is in accordance with the attorneys' fees and costs normally and customarily charged in litigation of this type now before the Court.

9. The following is a summary of the services rendered in connection with this matter:

   a. Researching, drafting and filing Defendants' Motion to Dismiss and Order granting same;

   b. Researching, drafting and filing Defendants' Motion to Quash Plaintiff's Discovery and for Protective Order;

   c. Researching, drafting and filing Defendants' Objections, or in the Alternative, Response to City of San Benito's Motion to Reconsider and Objection and Reply to Plaintiff's Response to Defendants' Motion to Quash Discovery Requests; and

   d. In connection with the aforementioned items, Defendants' counsel also conducted various telephone conferences with client representatives and reviewed various correspondence.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*
JERRY K. CLEMENTS

Sworn to and subscribed before me this 7th day of July, 2004.



*[signature]*
Notary Public
for the State of Texas

CHARMAN R. Morgan
Print Name of Notary

My Commission Expires:

10.08.05

**AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF
DEFENDANTS' MOTION FOR PAYMENT OF COSTS**                                   PAGE 4