IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, | § |
| | § |
| Plaintiff, | § |
| | § |
| | § |
| V. | § C. A. NO. B03-080 |
| | § JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § |
| | § |
| Defendants. | § |

**DEFENDANTS' MOTION TO DISMISS AND REPLY TO THE CITY OF SAN BENITO's RESPONSES TO DEFENDANTS' REQUEST FOR COSTS**

Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company file this Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

I.

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, the defendants hereby join, adopt, and incorporate by reference Pennzoil's Motion to Dismiss ("Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Motion.

Pennzoil's Motion establishes that the City of San Benito has failed to comply with the Court's June 16, 2004 Order by failing to (1) provide proof of pipeline ownership with respect to almost all defendants;[1] (2) file a concise and unambiguous amended complaint if the plaintiff

---

[1] Plaintiff did produce a letter, dated March 15, 2004, from defendants' counsel, Osborne J. Dykes, III, confirming that as of January 1, 2004, Kinder Morgan Tejas Pipeline, LP owned a pipeline partially located in San Benito. *See* Letter from Osborne J. Dykes, III to Adam Poncio, dated March 15, 2004, attached as Exhibit A. Tejas Gas

30768772.1

intends to rely on any theory of liability other than pipeline ownership; and (3) produce to each defendant plaintiff's evidence as to any theory of liability.[2] Therefore, defendants request that the Court dismiss the City of San Benito's claims with prejudice.

## II.

Defendants also file this Reply to the City of San Benito's Response and Supplemental Response to Defendants' Request for Costs. Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, the defendants hereby join, adopt, and incorporate by reference Pennzoil's Reply to the Plaintiff's Response to Pennzoil's Application for Costs ("Pennzoil's Reply").

Defendants filed their Motion for Costs, which included a Bill of Costs, on June 28, 2004. Pursuant to Southern District of Texas Local Rule 54.2, objections to the Bill of Costs were required to be "filed within five days of the bill's filing." S.D. TEX. L.R. 54.2. Plaintiff did not file its objections to Defendants' Motion for Costs, which included the Bill of Costs, until July 23, 2004 (almost a month later) and therefore plaintiff has waived any objections to Defendants' Motion for Costs, including the Bill of Costs. Further, Pennzoil's Reply establishes that the Court has the authority to award attorneys' fees.

## CONCLUSION

The defendants respectfully request that the Court grant Defendants' Motion to Dismiss, and dismiss all claims asserted by plaintiff against defendants with prejudice, grant Defendants' Motion for Costs, and that the defendants have such other and further relief, both legal and equitable, to which they may be justly entitled.

---

Pipeline, L.P. and Tejas Gas Marketing, L.L.C were merged into Kinder Morgan Tejas Pipeline, LP. *See id.* This letter produced by plaintiff was the only evidence of pipeline ownership by any of the defendants.

[2] In fact, plaintiff appears to have produced approximately 700 pages of documents to Pennzoil which he has not yet produced to defendants. *See* Pennzoil's Motion at 4.

Respectfully submitted,

*[signature]*

Osborne J. Dykes III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., Shell Gas Trading Company, and Transco Petro Source Company

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF CONFERENCE

On August 11, 2004, counsel for defendants conferred with the legal assistant for plaintiff's counsel regarding the Defendants' Motion to Dismiss and the legal assistant stated that he would contact plaintiff's counsel and if plaintiff's counsel was unopposed to the motion that he would call me back. I received no such call.

_____
Jeffrey D. Palmer

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on August 11, 2004.

_____
Jeffrey D. Palmer

## CERTIFICATE OF CONFERENCE

On August 11, 2004, counsel for defendants conferred with the legal assistant for plaintiff's counsel regarding the Defendants' Motion to Dismiss and the legal assistant stated that he contacted plaintiff's counsel and plaintiff's counsel was opposed to the motion.

_____
Jeffrey D. Palmer

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on August 11, 2004.

_____
Jeffrey D. Palmer

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

OSBORNE J. DYKES, III
PARTNER
JDYKES@FULBRIGHT.COM

DIRECT DIAL:   (713) 651-5545
TELEPHONE:    (713) 651-5151
FACSIMILE:    (713) 651-5246

March 15, 2004

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, TX  78215-1642

Re:  Cause No. B03-080; *City of San Benito v. Tejas Gas Pipeline Company, et al.*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Poncio:

After my letter to you of January 15, 2004, the following information has come to my attention. Before January 1, 2004, Kinder Morgan South Texas Pipeline, L.P. (not a defendant in this suit) owned a pipeline partially located in San Benito. As of January 1, 2004, Kinder Morgan South Texas Pipeline, L.P. was merged into Kinder Morgan Tejas Pipeline, LP.

Previously, Tejas Gas Pipeline Company was converted into Tejas Gas Pipeline LLC, which in turn was converted into Tejas Gas Pipeline LP. This entity and Texas Gas Marketing LLC were also merged into Kinder Morgan Tejas Pipeline, LP.

Yours very truly,

Osborne J. Dykes, III

OJD/jag

cc:  Mr. Jeff Palmer (firm)





30665019.2

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH