United States District Court
Southern District of Texas
FILED

SEP 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION B-03-080 |
| TEJAS GAS PIPELINE CO., ET AL., | § § § | |

**HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP's
MOTION TO DISMISS AND REPLY TO THE CITY OF SAN BENITO's
RESPONSES TO DEFENDANTS' REQUESTS FOR COSTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME HOUSTON PIPE LINE COMPANY LP (formerly known as Houston Pipe Line Company) and HPL RESOURCES COMPANY LP (formerly known as HPL Resources Company) previously named as defendants in the above-entitled action (hereinafter referred to as "HPL" and "HPLR"), and file this, their Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

I.

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, HPL and HPLR hereby join, adopt, and incorporate by reference Pennzoil's Motion to Dismiss ("Pennzoil's Motion"), including all exhibits and documents attached to Pennzoil's Motion.

Pennzoil's Motion establishes that the City of San Benito has failed to comply with the Court's June 16, 2004 Order by failing to (1) provide proof of pipeline ownership with respect to almost all defendants, including but not limited to HPL and

1

HPLR; (2) file a concise and unambiguous amended complaint if the plaintiff intends to rely on any theory of liability other than pipeline ownership; and (3) produce to each defendant plaintiff's evidence as to any theory of liability.[1] Therefore, HPL and HPLR request that the Court dismiss the City of San Benito's claims with prejudice.

II.

The City of San Benito filed its Eighth Amended Petition on June 29, 2004. The first paragraph of the Eighth Amended Petition revised the names of the defendants against which the City of San Benito is now seeking relief. HPL and HPLR are no longer named defendants.

"A party may abandon a claim if the party fails to sufficiently incorporate, attach, or reallege the claim in an amended pleading." *Hamlett v. Ashcroft,* 2004 WL 813184, at *6 (N.D. Tex. April 14, 2004). "An amended complaint ordinarily supercedes the original and renders it of no legal effect, unless the amended complaint specifically refers to or adopts the earlier pleading." *King v. Dogan,* 31 F.3d 344, 346 (5th Cir. 1994).

Because HPL and HPLR are no longer named defendants, the City of San Benito abandoned its claims against these previously-named defendants. Therefore, HPL and HPLR request that the Court dismiss the City of San Benito's claims with prejudice.

III.

HPL and HPLR also file this Reply to the City of San Benito's Response and Supplemental Response to Defendants' Request for Costs. Pursuant to Rule 10 (c) of

---

[1] In fact, plaintiff appears to have produced approximately 700 pages of documents to Pennzoil which he has not yet produced to defendants. *See* Pennzoil's Motion at 4.

2

the Federal Rules of Civil Procedure, HPL and HPLR hereby join, adopt, and incorporate by reference Pennzoil's Reply to the Plaintiff's Response to Pennzoil's Application for Costs ("Pennzoil's Reply").

HPL and HPLR filed their Motion for Costs, which included a Bill of Costs, on July 2, 2004. Pursuant to Southern District of Texas Local Rule 54.2, objections to the Bill of Costs were required to be "filed within five days of the bill's filing." S.D. TEX. L.R. 54.2. Plaintiff did not file its objections to HPL and HPLR's Motion for Costs, which included the Bill of Costs. Further, Pennzoil's Reply establishes that the Court has the authority to award attorney's fees.

## IV. CONCLUSION

Houston Pipe Line Company LP and HPL Resources Company LP, previously named as defendants herein, respectfully request that the Court grant their Motion to Dismiss, and dismiss all claims asserted by plaintiff against them with prejudice, grant their Motion for Costs, and that Houston Pipe Line Company LP and HPL Resources Company have such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247 (78599-1247)
Weslaco, Texas 78596
Telephone: (956) 968-5402
Telecopier: (956) 969-9402
E-Mail: bgalligan@jgkl.com

By: *[signature]*
ROBERT L. GALLIGAN
Federal Bar No.: 8041
State Bar No.: 07590500

**ATTORNEY IN CHARGE FOR DEFENDANTS
HOUSTON PIPE LINE COMPANY LP and
HPL RESOURCES COMPANY LP**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed, via certified mail, return receipt requested, to the following attorney(s) of record on this the 3rd day of September 2004:

ROBERT L. GALLIGAN

4