IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO.:   B-03-080 |
| TEJAS GAS PIPELINE COMPANY, et al, | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

On this day the Court considered HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP's First Amended Motion to Dismiss and Reply to the City of San Benito's Response to Defendants' Requests for Costs. The motion requests that the suit be dismissed with prejudice as to the previously named defendants HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP.

The Court finds that the City of San Benito has failed to comply with the Court's order that the City of San Benito produce information concerning pipeline ownership to the previously named defendants HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP. The Court also finds that HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP are no longer named defendants in this suit.

Thus, the Court dismisses the City of San Benito's claims against HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP with prejudice to refilng. This order operates as a final adjudication on the merits that the City of San

Benito takes nothing by way of its claims against HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP.  HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP shall recover their costs from the City of San Benito, and HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP shall move for recovery of its costs within ten days of entry of this order.

SIGNED on _____, 2004.


_____
UNITED STATES DISTRICT JUDGE