United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-080 |
| | § | |
| TEJAS GAS PIPELINE CO., ET AL. | § | |

**ORDER**

This court, pursuant to its earlier Order of June 16, 2004, hereby grants the following Motions for Costs and awards the following fees and costs to the parties as described below:

1. Duke Energy and PanEnergy Defendants ($3,910.55 payable to Fulbright & Jaworski, L.L.P.) [Docket No. 78];

2. Tejas Gas Defendants, Gulf Energy Defendants, Coral Energy Defendants, Shell Gas, and Transco ($1,410.82 payable to Fulbright & Jaworski, L.L.P.) [Docket No. 75];

3. Pennzoil ($8,853 payable to Doyle, Restrepo, Harvin & Robbins, L.L.P.) [Docket No. 85];

4. Gulf Coast Energy ($2,677.50 payable to Francis I. Gandy, Jr.) [Docket No. 86]; and

5. Houston Pipe Line Defendants ($2,336.00 payable to Jones, Galligan, Key & Lozano, L.L.P.) [Docket No. 80].

The court, while not holding that any of the hourly rates proposed by the defendants were unreasonable, used the following standards (caps) that it believes, without question, are reasonable in this jurisdiction:

(1) Senior Attorney $250 per hour;

(2) Associate Attorney $150 per hour; and

(3) Paralegal $70 per hour.

The court hereby finds all the time reflected to be acceptable with the exception of the 32.9 hours spent by the Pennzoil in-house counsel. While this court does not find such representation to be unreasonable, it hereby finds twenty (20) hours to be a more appropriate figure. All amounts are made payable to one entity or firm. That entity or firm is hereby ordered to distribute the funds to the appropriate lawyer, firm, or client according to the client's wishes. The plaintiff is to pay these amounts as previously ordered and provide this court with proof of payment by October 27, 2004, or face dismissal of the entire case. The Motion for Costs filed by Conoco, Inc. and the other defendants represented by the same counsel [Docket No. 88] is denied because the motion did not present the court with any information as to the hours expended by the various counsel.

Assuming the plaintiff complies with this order and the order dated June 16, 2004, the case will continue, but on a different schedule. All prior deadlines and scheduling dates are hereby withdrawn and the attached schedule is hereby substituted in their place.

The motions to dismiss filed by Houston Pipe Line Co., L.P., HPL Resources Co., L.P. [Docket No. 61], Duke Energy Trading and Marketing, L.L.C., PanEnergy Trading & Marketing, L.L.C., PanEnergy Trading & Marketing Services, L.L.C. [Docket No. 60], Gulf Coast Energy, Inc. [Docket Nos. 57 and 58], Cinergy Marketing & Trading, L.P. f/k/a Producers Energy Marketing [Docket No. 69], and Pennzoil Gas Marketing Co. [Docket Nos. 47, 56, 93, 94 and 100] are all hereby denied as moot, given the court's order on San Benito's Motion to Dismiss [Docket No. 77] dated this same day. The court hereby denies all other pending motions [Docket Nos. 87, 96, and 97]. The motions to dismiss are denied without prejudice to refile same. If these motions are re-filed, it is the court's preference that they be filed as Motions for Summary Judgment addressing all

pertinent claims in the "Plaintiff's Eighth Amended Petition (sic)." Any such motion shall comply with the attached scheduling order. If any of these motions exceed twenty (20) pages in length (including exhibits or attachments), a courtesy hard copy is to be delivered to Chambers.

All counsel of record receiving this Order shall immediately forward a copy of same to all other counsel of record.

Signed on 23rd day of September, 2004.

_____
Andrew S. Hanen
United States District Judge