| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

CITY OF SAN BENITO §
§
VS. § CIVIL ACTION NO. B-03-080
§
TEJAS GAS PIPELINE COMPANY, ET AL. §

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.   ☐ Bench  ■ Jury

2. No new parties may be joined without leave of Court.
2a. Defendants may file summary judgments after:   December 1, 2004

3. The plaintiff's experts will be named with a report furnished by:   April 29, 2005

4. The defendant's experts must be named with a report furnished by:   June 17, 2005

5. Discovery must be completed by:   September 1, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   July 15, 2005

   Non-Dispositive Motions will be filed by:   October 14, 2005

   *************************   The court will provide these dates.   *********************

7. Joint pretrial order is due:   October 14, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial conference is set for 1:30 p.m. on:   November 1, 2005

9. Trial will be on the docket for:*   November 3, 2005

Signed this 23rd day of September, 2004.

_____
Andrew S. Hanen
United States District Judge

*Counsel to do voir dire. Jury to be twelve (12) members (with no alternates) with ten (10) or more members required to reach a verdict.