IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

OCT - 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _Panury_

| | | |
|---|---|---|
| CITY OF SAN BENITO | § | |
| Plaintiff, | § | |
| | § | CIVIL NO. B-03-080 |
| V. | § | |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL. | § | |
| Defendant. | § | |

# ORDER

On August 16, 2004, the City of San Benito filed its Response to Pennzoil Gas Marketing Company's Further Motion to Dismiss and Response to the Plaintiff's Motion for Protective Order [Docket No. 98] which was inadvertently mislabeled as Plaintiff's Motion to Dismiss. The document should be relabeled as: (1) a Response to the Motion to Dismiss; and (2) a Response to the Plaintiff's Motion for Protective Order.

IT IS THEREFORE ORDERED that the clerk's office correct the label given to Docket No. 98.

Signed this the 5th day of October, 2004.

_____
Andrew S. Hanen
United States District Judge