United States District Court
Southern District of Texas
ENTERED

OCT 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL. | § | |

## ORDER EXTENDING TIME

BE IT REMEMBERED that on this day came on to be heard Plaintiff's Motion to Extend Time for complying with the Court's September 23, 2004, order. After considering the motion, this court is of the opinion that Plaintiff's Motion to Extend should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Extend be, and is hereby, GRANTED.

It is therefore ORDERED that the Plaintiff and/or their counsel have until November 16, 2004, to comply with the Court's September 23, 2004, order.

Signed this 29th day of October, 2004.

Andrew S. Hanen
United States District Judge