United States District Court
Southern District of Texas
FILED

NOV 05 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § § § | |
| | § | C. A. NO. B03-080 |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § § | |
| Defendants. | § | |

### DEFENDANTS' MOTION FOR RELIEF FROM ORDER DENYING DEFENDANTS' MOTION FOR PAYMENT OF COSTS

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") file this Motion for Relief from Order Denying Defendants' Motion for Payment of Costs, and respectfully would show the Court as follows:

### I. Overview

In their Motion for Payment of Costs ("Motion for Costs"), Defendants' counsel mistakenly and inadvertently omitted from its motion and supporting affidavit reference to the number of hours Defendants' counsel expended in connection with the motions to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing.

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

**DEFENDANTS' MOTION FOR RELIEF FROM ORDER DENYING
DEFENDANTS' MOTION FOR PAYMENT OF COSTS**                              PAGE 1

Consequently, the Court denied Defendants' Motion for Costs in its September 23, 2004 Order ("Order"). Defendants respectfully request that the Court reconsider its Order in light of the attached, supplemental affidavit, which specifies the number of hours worked by Defendants' various counsel in connection with the motions to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing, and grant Defendants relief from the Order and award it its attorneys' fees and costs as set forth herein and in Defendants' Motion for Costs.

Defendants would have filed this Motion immediately after the Court's entry of its Order; however, Defendants never received a copy of the Order from the Court. Defendants learned of the Order only after receiving Plaintiff's Motion to Extend Time to Comply with Court Order on October 29, 2004 wherein Plaintiff referenced the Court's Order. Since that time, Defendants' counsel has conferred with the Court's staff and obtained copies of those orders entered on September 23, 2004, October 5, 2004 and October 29, 2004.[2]

## II. Background

In their Motion for Costs by way of affidavit, Defendants' counsel identified the work performed on this matter in connection with preparing and filing motions to dismiss, motions to compel compliance with the Court's orders and motions for rehearing.[3] However, Defendants' counsel mistakenly and inadvertently omitted information identifying the number of hours expended on these activities. Accordingly, the Court denied Defendants' Motion for Costs.

## III. Argument

Rule 60(b) of the Federal Rules of Civil Procedure authorizes the Court to relieve a party from an order on account of that party or party's representative's "mistake, inadvertence,

---

[2] Prior to November 3, 2004, Defendants' counsel had not received copies or notices of the Court's September 23, 2004 Scheduling Order, the two September 23, 2004 orders on the parties' motions to dismiss, the October 5, 2004 Order, or the October 29, 2004 Order on Plaintiff's Motion for Extension of Time.

[3] A true and correct copy of Defendants' Motion for Payment of Costs is attached hereto as Exhibit A.

**DEFENDANTS' MOTION FOR RELIEF FROM ORDER DENYING**
**DEFENDANTS' MOTION FOR PAYMENT OF COSTS**                                   PAGE 2

surprise, or excusable neglect." FED. R. CIV. P. 60(b)(1). In their Motion for Costs, Defendants mistakenly and inadvertently omitted information identifying the number of hours expended by counsel on the activities specified in the supporting affidavit. Defendants' respectfully request that the Court grant this motion and reconsider Defendants' Motion for Costs in light of the Supplemental Affidavit of Jerry K. Clements, which is attached hereto as Exhibit B and provides the Court with information as to the number of hours expended by Defendants' various counsel.

This Motion is made within a reasonable time and not more than one year after the Order was entered.

### IV. Conclusion and Prayer

WHEREFORE, Defendants respectfully request that the Court grant Defendants relief from the Court's Order denying Defendants' Motion for Payment of Costs and, based on the supplemental information and evidence presented herein, grant Defendants' Motion for Payment of Costs and order Plaintiff City of San Benito to reimburse Defendants for the costs associated with motions to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing in the amount of $7,469.87, or, alternatively, award Defendants such amount that it deems fair and just under the circumstances. Defendants further request such additional and further relief to which they may be justly entitled.

Dated: November 4, 2004

RESPECTFULLY SUBMITTED,

*/s/ Jerry K. Clements* w/ permission CSJ

Jerry K. Clements
(Attorney-in-Charge)
Texas State Bar No. 20888200
Southern District of Texas Bar No. 15814
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

Attorney-in-Charge for Defendants Conoco, Inc., Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc.

**OF COUNSEL:**

LOCKE LIDDELL & SAPP LLP
C. Scott Jones
 Texas State Bar No. 24012922
 Southern District of Texas Bar No. 30151
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Eduardo R. Rodriguez
  Texas State Bar No. 17144000
  Southern District of Texas Bar No. 1944
Marjory C. Batsell
  Texas State Bar No. 04631400
  Southern District of Texas Bar No. 3983
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

## CERTIFICATE OF CONFERENCE

Counsel for movants and counsel for respondent have personally conducted a good faith conference at which there was a substantive discussion of the relief sought herein and despite the parties' best efforts to resolve the dispute without Court action, counsel have not been able to resolve those matters presented. Certified to the 4th day of November, 2004.

_____
C. Scott Jones

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record, as indicated below, via certified mail, return receipt requested, on this 4th day of November 2004.

Adam Poncio
Law Office of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215

Osborne J. Dykes, III
Jeffrey Palmer
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Ramon Garcia
Law Office of Ramon Garcia
222 West University
Edinburg, Texas 78539

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475

Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 West Pike, Suite 300
Weslaco, Texas 78599-1247

J.D. Page
Attorney at Law
3040 Post Oak Blvd.
Houston, Texas 77056

Bradley M. Whalen
Doyle, Restrepo, Harvin & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

Eduardo R. Rodriguez
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78522-2155

David Van Sustren
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

_____
C. Scott Jones