**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
|     **Plaintiff,** | § | |
| | § | |
| | § | **C. A. NO. B03-080** |
| v. | § | **JURY TRIAL REQUESTED** |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
|     **Defendants.** | § | |

## DEFENDANTS' MOTION FOR PAYMENT OF COSTS

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1920 and LR 54 of the Local Rules for the Southern District of Texas, and in accordance with the Court's June 16, 2004 Order, Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") file this Application for Payment of Costs and Bill of Costs and respectfully would show the Court as follows:

### I.

On June 16, 2004, this Court entered its Order conditionally granting Plaintiff's Motion to Reconsider. The Order provides that "each defendant (including those not previously dismissed from this lawsuit) has 20 business days from the date of this order to file a motion for

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

**DEFENDANTS' MOTION FOR PAYMENT OF COSTS AND BILL OF COSTS**      **PAGE 1**

costs in connection with any motion to dismiss, motions to compel compliance with the court's orders or this motion for rehearing concerning the court's prior order of dismissal; within 10 business days of the approval of these costs by the court, plaintiff or plaintiff's counsel will pay these costs and file proof of such payment with the clerk of this court." Rule 54(d) of the FED. R. CIV. P. provides that "[c]laims for attorneys' fees and related nontaxable expenses shall be made by motion..." and that costs "shall be allowed as of course to the prevailing party unless the court otherwise directs." FED. R. CIV. P. 54(d).

Pursuant to FED. R. CIV. P. 54, S.D. Tex. L.R. 54.2 and this Court's June 16, 2004 Order, Defendants respectfully request that the Court tax costs against Plaintiff, including their reasonable and necessary attorneys' fees, in the total amount of $7,469.87 as set forth in the Bill of Costs, which is attached hereto as Exhibit A, and detailed and supported by the Affidavit of Jerry K. Clements, which is attached hereto as Exhibit B. Defendants incurred said costs in connection with researching, drafting and filing motions to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing. *See* Exhibit B.

## CONCLUSION AND PRAYER

Defendants respectfully request that the Court grant Defendants' Motion for Payment of Costs and order Plaintiff to pay Defendants' costs, including their reasonable and necessary attorneys fees, in the amount of $7,469.87, or, alternatively, order Plaintiff to pay Defendants that amount that the Court deems proper and just.

Dated: July 8, 2004                RESPECTFULLY SUBMITTED,

Jerry K. Clements
(Attorney-in-Charge)
  Texas State Bar No. 20888200
  Southern District of Texas Bar No. 15814
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

Attorney-in-Charge for Defendants Conoco, Inc.,
Vastar Gas Marketing, Inc., Union Pacific
Resources Company n/k/a Anadarko E&P
Company LP, Anadarko Energy Services Company,
Natural Gas Clearinghouse, Inc., TOTAL E&P
USA, INC., as successor in interest to FINA, Inc. as
it relates to the matters contained herein, Texaco
Natural Gas, Inc., Texaco Exploration and
Production, Inc., Chevron U.S.A., Inc., Amoco
Energy Trading Corp. n/k/a BP Energy Company,
BP Energy Company, Arco Natural Gas Marketing,
Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco
Gas Marketing, Inc.

**OF COUNSEL**:

LOCKE LIDDELL & SAPP LLP

C. Scott Jones
  Texas State Bar No. 24012922
  Southern District of Texas Bar No. 30151
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Telecopier:  (214) 740-8800


RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Eduardo R. Rodriguez
  Texas State Bar No. 17144000
  Southern District of Texas Bar No. 1944
Marjory C. Batsell
  Texas State Bar No. 04631400
  Southern District of Texas Bar No. 3983
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
Telephone:  (956) 542-7441
Telecopier:  (956) 541-2170

## CERTIFICATE OF CONFERENCE

Counsel for movants and counsel for respondent have personally conducted a good faith conference at which there was a substantive discussion of the relief sought herein and despite the parties' best efforts to resolve the dispute without Court action, counsel have not been able to resolve those matters presented. Certified to the 8th day of July, 2004.

_C. Scott Jones_
C. Scott Jones

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record, as indicated below, via certified mail, return receipt requested, on this 8th day of July, 2004.

Adam Poncio
Law Office of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215

Osborne J. Dykes, III
Jeffrey Palmer
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Ramon Garcia
Law Office of Ramon Garcia
222 West University
Edinburg, Texas 78539

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475

Robert Galligan
Jones, Galligan, Key & Lozano,
LLP
2300 West Pike, Suite 300
Weslaco, Texas 78599-1247

J.D. Page
Attorney at Law
3040 Post Oak Blvd.
Houston, Texas 77056

Bradley M. Whalen
Doyle, Restrepo, Harvin &
Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

Eduardo R. Rodriguez
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78522-2155

David Van Sustren
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

_C. Scott Jones_
C. Scott Jones

**DEFENDANTS' MOTION FOR PAYMENT OF COSTS AND BILL OF COSTS**          **PAGE 5**
DALLAS:02540/85007:1298257v1