IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § § | |
| Plaintiff, | § § | C. A. NO. B03-080 |
| v. | § § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § § § | |
| Defendants. | § | |

### AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR PAYMENT OF COSTS

BEFORE ME, the undersigned authority, personally appeared Jerry K. Clements who, being duly sworn by me, deposed and stated as follows:

1.　My name is Jerry K. Clements. I am more than twenty-one years of age, of sound mind, and otherwise competent to make this affidavit. I have never been convicted of a crime involving moral turpitude.

2.　I am licensed to practice law in the State of Texas and before the United States District Court for the Southern District of Texas. I am a partner with the law firm of Locke Liddell & Sapp LLP ("LLS") in Dallas, Texas, which represents Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

**AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF
DEFENDANTS' MOTION FOR PAYMENT OF COSTS**　　　　　　　　　　　　　　　　　　**PAGE 1**

Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") in the above-referenced matter.

3. I submit this affidavit in support of Defendants' Motion for Payment of Costs.

4. Defendants retained LLS to defend this lawsuit brought by Plaintiff City of San Benito ("Plaintiff").

5. In my opinion, based upon my experience as a licensed attorney, all of the legal services that LLS has performed as described in this affidavit were and are reasonable and necessary in defending this lawsuit.

6. LLS sets fees after consideration of all the factors enunciated in the Texas Code of Professional Responsibility relevant to fees for legal services:

   a. the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal services properly;

   b. the likelihood that the acceptance of the particular employment would preclude other employment;

   c. the fee customarily charged in the locality for similar legal services;

   d. the dollar amount involved and the results obtained;

   e. the time limitations imposed by the client or the circumstances;

   f. the nature and length of the professional relationship with the client; and

   g. the experience, reputation and ability of the firm.

7. Representation of Defendants in this matter by the law firm of LLS is upon the current hourly fee basis of $450.00 for me. In addition, some of the work was performed by C. Scott Jones and Courtney Kano, LLS associates, at the rates of $260.00 and $175.00 per hour, respectively.

**AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF
DEFENDANTS' MOTION FOR PAYMENT OF COSTS**                                         PAGE 2

8. In my opinion, Plaintiff is obligated to pay Defendants' costs, including their reasonable attorneys' fees, in the total amount of $7,469.87 for the work performed in connection with Defendants' motion to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing. It is also my opinion that this sum is a reasonable and customary fee and is in accordance with the attorneys' fees and costs normally and customarily charged in litigation of this type now before the Court.

9. The following is a summary of the services rendered in connection with this matter:

   a. Researching, drafting and filing Defendants' Motion to Dismiss and Order granting same;

   b. Researching, drafting and filing Defendants' Motion to Quash Plaintiff's Discovery and for Protective Order;

   c. Researching, drafting and filing Defendants' Objections, or in the Alternative, Response to City of San Benito's Motion to Reconsider and Objection and Reply to Plaintiff's Response to Defendants' Motion to Quash Discovery Requests; and

   d. In connection with the aforementioned items, Defendants' counsel also conducted various telephone conferences with client representatives and reviewed various correspondence.

FURTHER AFFIANT SAYETH NAUGHT

_____
JERRY K. CLEMENTS

Sworn to and subscribed before me this 7th day of July, 2004.



_____
Notary Public
for the State of Texas

_____
Print Name of Notary

My Commission Expires:

10.08.05