**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **C. A. NO.  B03-080** |
| **v.** | § | **JURY TRIAL REQUESTED** |
| | § | |
| **TEJAS GAS PIPELINE COMPANY, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**SUPPLEMENTAL AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR PAYMENT OF COSTS**

BEFORE ME, the undersigned authority, personally appeared Jerry K. Clements who, being duly sworn by me, deposed and stated as follows:

1.      My name is Jerry K. Clements.  I am more than twenty-one years of age, of sound mind, and otherwise competent to make this affidavit.  I have never been convicted of a crime involving moral turpitude.

2.      I am licensed to practice law in the State of Texas and before the United States District Court for the Southern District of Texas.  I am a partner with the law firm of Locke Liddell & Sapp LLP ("LLS") in Dallas, Texas, which represents Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

**SUPPLEMENTAL AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR PAYMENT OF COSTS**                                    **PAGE 1**

Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") in the above-referenced matter.

     3.     I submit this affidavit in support of Defendants' Motion for Payment of Costs and Defendants' Motion to Reconsider Order Denying Defendants' Motion for Payment of Costs.

     4.     Defendants retained LLS to defend this lawsuit brought by Plaintiff City of San Benito ("Plaintiff").

     5.     In connection with the motions to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing, I performed 4.9 hours of work on the above-captioned matter, including drafting, reviewing and/or revising motions to dismiss, motions to compel Plaintiff's compliance with the Court's orders and opposition briefs to Plaintiff's motion for reconsideration/rehearing and caused to be performed additional and related work by associate C. Scott Jones (14.9 hours) and associate Courtney Kano (7.0 hours) in connection with same. At each individual's respective hourly rate,[2] the reasonable and necessary work associated with the motions to dismiss, motions to compel compliance with the Court's orders and/or motions for rehearing that has been done on this case amounts to $7,304.00 in attorneys' fees and $165.87 in costs and expenses, totaling $7,469.87 and is summarized as follows:

        a.    Researching, drafting and filing Defendants' Motion to Dismiss and Order granting same;

        b.    Researching, drafting and filing Defendants' Motion to Quash Plaintiff's Discovery and for Protective Order;

        c.    Researching, drafting and filing Defendants' Objections, or in the Alternative, Response to City of San Benito's Motion to Reconsider and Objection and Reply to Plaintiff's Response to Defendants' Motion to Quash Discovery Requests; and

---

[2] Defendants' counsel's hourly fee rates are as follows: Jerry Clements - $450.00; C. Scott Jones - $260.00; and Courtney Kano - $175.00.

**SUPPLEMENTAL AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR PAYMENT OF COSTS**               **PAGE 2**

d. In connection with the aforementioned items, Defendants' counsel also conducted various telephone conferences with client representatives and reviewed various correspondence.

6. LLS sets fees after consideration of all the factors enunciated in the Texas Code of Professional Responsibility relevant to fees for legal services:

a. the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal services properly;

b. the likelihood that the acceptance of the particular employment would preclude other employment;

c. the fee customarily charged in the locality for similar legal services;

d. the dollar amount involved and the results obtained;

e. the time limitations imposed by the client or the circumstances;

f. the nature and length of the professional relationship with the client; and

g. the experience, reputation and ability of the firm.

7. I have been licensed to practice law in the State of Texas since 1981 and am familiar with the work, tasks and efforts that are necessary for handling litigation matters such as this one. I am familiar with the usual and customary charges for attorneys' services in commercial litigation in Texas. I also am familiar with customary charges for lawyers and expenses attendant to litigation proceedings such as the above-captioned case. I have handled and tried cases, including numerous commercial litigation and oil and gas disputes, in various state and federal district courts throughout Texas. In my opinion, a reasonable charge for performing necessary services in this case are $450 per hour for my time, $260 per hour for Scott Jones' time and $175 per hour for Courtney Kano's time. Accordingly $7,304.00 is a reasonable fee for attorneys' fees in this case and $165.87 is a reasonable fee for the costs and expenses incurred in this case. These fees and costs were necessary in defending this lawsuit.

**SUPPLEMENTAL AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR PAYMENT OF COSTS**                                                           **PAGE 3**

8.    I have read this affidavit and the statements contained herein are within my personal knowledge and are true and correct.

FURTHER AFFIANT SAYETH NAUGHT

JERRY K. CLEMENTS

STATE OF TEXAS            §
                                        §
COUNTY OF DALLAS     §

Before me, the undersigned authority, on this day personally appeared Jerry K. Clements, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

Sworn to and subscribed before me this ⁯4th⁯ day of November, 2004.

[SEAL]



Notary Public In and For
The State of Texas

CHARMAN R. MORGAN
Print Name of Notary

My Commission Expires:

_____

**SUPPLEMENTAL AFFIDAVIT OF JERRY K. CLEMENTS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR PAYMENT OF COSTS**                    **PAGE 4**