IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO,　§<br>　§<br>　Plaintiff,　§<br>　§<br>v.　§<br>　§<br>TEJAS GAS PIPELINE COMPANY, ET AL.,　§<br>　§<br>　Defendants.　§ | C. A. NO. B03-080<br>JURY TRIAL REQUESTED |

## ORDER

On this day, the Court considered Defendants' Motion for Relief from Order Denying Defendant's Motion for Payment of Costs and any response and/or reply to same. After reviewing the motion, the response, the reply and the evidence the Court finds that Defendants' Motion for Relief from Order Denying Defendant's Motion for Payment of Costs is well-taken and should be GRANTED. It is, therefore,

ORDERED that Defendants' Motion for Relief from Order Denying Defendant's Motion for Payment of Costs is GRANTED;

IT IS FURTHER ORDERED that Defendants' Motion for Payment of Costs is GRANTED;

IT IS FURTHER ORDERED that Defendants shall recover their costs in the amount of $7,469.87 from the Plaintiff City of San Benito.

SIGNED ON _____.

_____
UNITED STATE DISTRICT JUDGE