United States District Court
Southern District of Texas
FILED

NOV 2 2 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| V. | § | **C. A. NO. B03-080** |
| | § | **JURY TRIAL REQUESTED** |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND MOTION TO EXTEND
TIME TO COMPLY WITH COURT ORDER AND REQUEST FOR DISMISSAL**

Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline,

L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf

Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., and

Transco Petro Source Company (collectively refereed to as "defendants") file this Response to

Plaintiff's Second Motion to Extend Time to Comply with Court Order ("Plaintiff's Motion")

and request dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Defendants show the Court the following.

- Defendants should be dismissed with prejudice from the present lawsuit because
  plaintiff has once again failed to comply with orders from this Court by failing to
  pay costs by the Court's extended deadline.

**I.
BACKGROUND FACTS**

On February 20, 2004 defendants filed their motion to dismiss pursuant to Rule 41(b) of

the Federal Rules of Civil Procedure because of plaintiff's failure to comply with the orders of

the Court, including orders given at the October 27, 2003 Scheduling Hearing and the

Scheduling Order, dated November 4, 2003. On March 18, 2004 the Court entered an Order

30817601.1

dismissing with prejudice several parties from the lawsuit, including defendants, because of plaintiff's failure to comply with the orders of the Court. On April 1, 2004 plaintiff filed a motion to reconsider the dismissal of the parties asserting several excuses for plaintiff's failure to respond to the motions to dismiss, including counsel's spring break vacation.

On June 16, 2004 this Court issued an Order conditionally granting plaintiff's motion for reconsideration of the dismissal with prejudice of several parties finding that while Rule 41(b) of the Federal Rules of Civil Procedure contemplated dismissal with prejudice for plaintiff's failure to follow the rules of the Court that the Fifth Circuit has restricted the application of Rule 41(b) to narrower circumstances. *See* Order, issued June 16, 2004, at 6. One of the conditions imposed upon plaintiff for the reinstatement of causes of action against defendants was the payment of costs "in connection with any motion to dismiss, motions to compel compliance with the court's orders or this motion for rehearing concerning the court's prior order of dismissal, within 10 business days of the approval of these costs by the court." *Id.* at 15. On September 23, 2004, this Court entered an Order awarding costs to several parties, including defendants, and required plaintiff to pay the awarded amounts "and provide this court with proof of payment by October 27, 2004." Order, entered September 23, 2004. On October 29, 2004, this Court extended the plaintiff's deadline to pay the awarded costs to November 16, 2004. *See* Order, entered October 29, 2004.

## II.
## ARGUMENT AND AUTHORITIES

Notwithstanding the fact that the Court's Order awarding costs was entered on September 23, 2004, plaintiff waited until October 25, 2004 (two days before payment of the costs were due) to contact defendants in hopes of avoiding payment the first time the awarded costs were due. As noted in the Certificate of Conference to plaintiff's <u>first</u> motion to extend time to

comply with court order, defendants were opposed to plaintiff's request for an extension of time to comply with the Court's Order and pay the awarded costs and defendants conveyed their opposition to plaintiff's counsel on October 26, 2004. In yet another dilatory tactic, plaintiff has again requested an extension of time to pay the court ordered costs, filing the motion for extension of time on the <u>same date</u> the Court ordered plaintiff to comply with the Court's September 23, 2004 Order. Plaintiff requested the extension of time to finalize agreements with some of the parties to the lawsuit, namely Pennzoil. *See* Plaintiff's Motion at 3. However, plaintiff's agreements with some of the parties does not excuse his failure to pay the awarded costs of defendants. To date defendants have not received any payment by plaintiff of the costs due and owing pursuant to the Court's September 23, 2004 Order. Plaintiff's failure to pay defendants' costs by the dated ordered by the Court (November 16, 2004) is yet another example of the plaintiff's continued failure to comply with the orders of the Court. Therefore, defendants request that the Court deny plaintiff's second request for extension of time to comply with the Court order and dismiss with prejudice the defendants from the present lawsuit.

## CONCLUSION

The defendants respectfully request that the Court deny Plaintiff's Second Motion to Extend Time to Comply with Court Order, and dismiss all claims asserted by plaintiff against defendants with prejudice, and that the defendants have such other and further relief, both legal and equitable, to which they may be justly entitled.

Respectfully submitted,

_____
Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., Tejas Gas, L.L.C., Tejas Gas Marketing, L.L.C., Gulf Energy Marketing Company, Gulf Energy Marketing L.L.C., Coral Energy Services L.L.C., Coral Energy Resources L.P., and Transco Petro Source Company

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
    William D. Wood
    State Bar No. 21916500
    Jeffrey D. Palmer
    State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
    David G. Oliveira
    State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

30817601.1                                4

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil

Procedure on November 20, 2004.

_____
Jeffrey D. Palmer