United States District Court
Southern District of Texas
FILED

NOV 2 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | C. A. NO. B03-080 |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER

Defendants Conoco, Inc.,[1] Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") file this Response to Plaintiff's Second Motion to Extend Time to Comply with Court Order and respectfully would show the Court as follows:

### I. Overview

Defendants request that the Court deny Plaintiff's Second Motion to Extend Time to Comply with Court Order ("Plaintiff's Second Motion") and dismiss Plaintiff's claims against Defendants with prejudice because, contrary to Plaintiff's representations: (1) Plaintiff has ***not*** "met each and every requirement Ordered by this Court on June 16, 2004"; and (2) Plaintiff

---

[1] Conoco, Inc. is now named ConocoPhillips Company.

never conferred or attempted to confer with Defendants' counsel regarding Plaintiff's Second Motion as required by L.R. 7.1(D).

## II. Background

In its June 16, 2004 Order ("June 16 Order"), the Court conditionally granted Plaintiff's motion to reconsider the Court's order dismissing with prejudice Plaintiffs' claims against certain defendants (including Defendants). Among the conditions imposed on Plaintiff for the reinstatement of its claims against Defendants was:

> [p]rovid[ing] to each defendant within 20 business days of the order plaintiff's evidence as to any theory of liability raised either in the original complaint (i.e., the Seventh Amended Petition) or the supplemental complaint referred to in paragraph 3.

[June 16 Order at p. 15.]

On June 30, 2004, Plaintiff filed its Eighth Amended Petition, Petition for Declaratory Judgement, Request for Injunctive Relief and Request for Jury Trial [sic] ("Plaintiff's Eighth Amended Petition") alleging as to certain defendants (including Defendants) theories of liability other than pipeline ownership. These theories instead are predicated upon Defendants' supposed gas sales within the City of San Benito's city limits. [*e.g.*, Plaintiff's Eighth Petition at ¶¶ 3.15, 3.16.] Accordingly, Plaintiff had until July 14, 2004 (20 business days after entry of the June 16 Order) to provide Defendants with evidence as to Plaintiff's "gas sales" theories of liability. [June 16 Order at p. 15.] Despite having ***over 4 months*** to do so, Plaintiff has never provided Defendants with any such evidence and, therefore, has not complied with the Court's June 16 Order. Nor has Plaintiff requested any extensions of time to do so.

## III. Argument and Authorities

### A. Plaintiff has never provided Defendants' with evidence of "gas sales"

Despite Plaintiff's contention to the contrary, Plaintiff has not "in good faith, met each and every requirement Ordered by this Court on June 16, 2004." [Motion at ¶ 4.] Specifically, Plaintiff has never provided Defendants with evidence "as to any theory of liability raised in [Plaintiff's Eighth Amended Petition]," or otherwise stipulated that no such evidence exists. Nor has Plaintiff ever requested any additional time to do so (despite having over four months to do so). Accordingly, because Plaintiff has failed to provide such evidence and has never obtained (or even requested) an extension of time to do so, the Court should deny Plaintiff's Second Motion and not reinstate this case.

### B. Plaintiff's Second Motion does not comply with L. R. 7.1(D)

Contrary to Plaintiff's representation in its Certificate of Conference, Plaintiff's counsel never conferred or attempted to confer with Defendants' counsel regarding the relief sought in its Second Motion. Specifically, Plaintiff's counsel, nor anyone from his office, contacted anyone in Defendants' counsel's office regarding the requested relief. Moreover, Defendants are opposed to the relief Plaintiff seeks in its Second Motion and request that it be denied.

## IV. Conclusion

For the foregoing reasons, Defendants respectfully request that Plaintiff's Second Motion to Extend Time to Comply with Court Order be denied and that Plaintiff's claims against Defendants not be reinstated, and that the Defendants have such further and other relief to which they are entitled.

Dated: November 22, 2004                     RESPECTFULLY SUBMITTED,

*[signature: Jerry K. Clements]*

Jerry K. Clements
(Attorney-in-Charge)
 Texas State Bar No. 20888200
 Southern District of Texas Bar No. 15814
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

Attorney-in-Charge for Defendants Conoco, Inc., Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc.

**OF COUNSEL:**

LOCKE LIDDELL & SAPP LLP
C. Scott Jones
 Texas State Bar No. 24012922
 Southern District of Texas Bar No. 30151
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

Eduardo Roberto Rodriguez
  Texas State Bar No. 17144000
  Southern District of Texas Bar No. 1944
Marjory C. Batsell
  Texas State Bar No. 04631400
  Southern District of Texas Bar No. 3983
P.O. Box 2155   (1201 East Van Buren – 78520)
Brownsville, Texas 78522
Telephone:  (956) 542-7441
Telecopier:  (956) 541-2170

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record, as indicated below, via certified mail, return receipt requested, on this 22nd day of November 2004.

Adam Poncio
Law Office of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215

Osborne J. Dykes, III
Jeffrey Palmer
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Ramon Garcia
Law Office of Ramon Garcia
222 West University
Edinburg, Texas 78539

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475

Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 West Pike, Suite 300
Weslaco, Texas 78599-1247

J.D. Page
Attorney at Law
3040 Post Oak Blvd.
Houston, Texas 77056

Bradley M. Whalen
Doyle, Restrepo, Harvin & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

Eduardo R. Rodriguez
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78522-2155

David Van Sustren
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

_____
C. Scott Jones            w/ permission JMR