## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **C. A. NO. B03-080** |
| **v.** | § | **JURY TRIAL REQUESTED** |
| | § | |
| **TEJAS GAS PIPELINE COMPANY, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On this day, the Court considered Plaintiff's Second Motion to Extend Time to Comply with Court Order and Defendants'[1] response and Plaintiff's reply to same, if any.   After reviewing the motion, the response, the reply and the evidence the Court finds that Plaintiff's Second Motion to Extend Time to Comply with Court Order should be DENIED.  It is, therefore,

ORDERED that Plaintiff's Second Motion to Extend Time to Comply with Court Order is DENIED;

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants are not and shall not be reinstated.

SIGNED ON _____.


_____
UNITED STATES  DISTRICT JUDGE

---

[1] "Defendants" shall refer to Defendants Conoco, Inc. (now named ConocoPhillips Company), Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc.