**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | NOV 2 2 2004 |
| **PLAINTIFF** | § | **Michael N. Milby**<br>**Clerk of Court** |
| vs. | § | |
| **TEJAS GAS PIPELINE COMPANY, ET AL.,** | § | **CIVIL ACTION NO. B03-080** |
| **DEFENDANTS** | § | |

**DEFENDANT GULF COAST ENERGY, INC.'S RESPONSE TO
PLAINTIFF'S SECOND MOTION TO EXTEND TIME
TO COMPLY WITH COURT ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gulf Coast Energy, Inc., Defendant herein, and would file this its Response to Plaintiff's Second Motion to Extend Time to Comply with Court Order, and would show the Court as follows:

I.

Defendant Gulf Coast Energy, Inc. has never agreed to extend the time to comply with the court's order. The position of Gulf Coast Energy, Inc. has been conveyed to the attorney for the Plaintiff herein.

II.

The Defendant Gulf Coast Energy, Inc. opposes Plaintiff's Second Motion to Extend Time to Comply With the Court's Order.

Wherefore premises considered, Defendant Gulf Coast Energy, Inc. prays that the Plaintiff's Second Motion to Extend Time to Comply With Court Order be in all things denied.

Respectfully submitted,

**FRANCIS I. GANDY, JR.**
State Bar No. 07615000
Federal Bar No. 7943
148 American Bank Plaza
Corpus Christi, Texas 78475
Tel: (361) 883-6333
Fax: (361) 883-0148
**Attorney for Gulf Coast Energy, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Defendant's Response to Plaintiff's Second Motion To Extend Time To Comply With Court Order has been served to the parties and in the manner indicated below on this the 19th day of November, 2004.

FRANCIS I. GANDY, JR.

Adam Poncio
Law Offices of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215-1642
*Via First Class Mail and*
*Via Facsimile: (210) 212-5880*

Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539
*Via Facsimile: (956) 381-0825*

Robert Galligan
Jones, Galligan, Key & Lozano, L.L.P.
P.O. Drawer 1247
Weslaco, Texas 78599-1247
*Via Facsimile: (956) 969-9402*

Bradley Whalen
Doyle, Restrepo, Harvin & Robbins, LLP
4700 J.P. Morgan Chase Tower
600 Travis Street
Houston, Texas 77002
*Via Facsimile: (713) 228-6138*

Randall F. Bevis
Cinergy Marketing & Trading, L.P.
1100 Louisiana, Suite 4900
Houston, Texas 77002
*Via Facsimile: (713) 393-6903*

C. Scott Jones
Jerry K. Clements
Locke Liddell & Sapp
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
*Via Facsimile: (214) 740-8800*

Osborne J. Dykes, III
Jeffrey D. Palmer
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
*Via Facsimile: (713) 651-5246*

Rene O. Oliveira
David G. Oliveira
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
*Via Facsimile: (956) 542-0016*

J. D. Page
3040 Post Oak Blvd., Suite 850
Houston, Texas 77056-6500
*Via Facsimile: (713) 840-9217*

Julie L. Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana 46168
*Via Facsimile: (317) 838-6001*