United States District C·
Southern District of
FILED

NOV 2 3 2004

Michael N. Mil
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

CITY OF SAN BENITO,                     §
                                        §
          Plaintiff,                    §
                                        §
V                                       §                    C. A. NO. B03-080
                                        §
TEJAS GAS PIPELINE COMPANY, ET AL       §
                                        §
          Defendants                    §

### CITY OF SAN BENITO'S SECOND MOTION TO EXTEND TIME
### TO COMPLY WITH COURT ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the City of San Benito, Plaintiff in the above entitled and numbered cause, and files this Motion to Extend Time to Comply With Court Order, and in support thereof, would show the Court the following:

1.      This is a suit involving Defendant's failure to pay for use of City property and/or rights of way.  The Court should note that the Plaintiff did not join Defendants in the litigation. Initially the matter was a class action pending and resolved in Cameron County.  After resolution of the class action, Plaintiff filed an Amended Petition naming Defendants and informing the Defendants that they had not been served, in an attempt to resolve the matters without litigation.  Defendants voluntarily filed answers and joined in the litigation without having been served.  The basis of this litigation was the ordinance, which does not expressly require pipeline ownership for application of the Ordinance.

2.      In 1941, the City of San Benito passed ordinance No. 478, which is described in detail and attached to the Plaintiff's Eighth Amended Original Petition, Petition for Declaratory Judgment, Request for Injunctive Relief, and Request for Jury Trial, which is incorporated herein by reference as if stated in the verbatim.  In summary, Ordinance No. 478 states that

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 1

all persons and corporations using and maintaining pipelines for the sale of natural gas in any of the streets shall report the gross receipts from such sales to the City of San Benito. The Ordinance also states that "every person or corporation using the streets,... within the City of San Benito..., with main and/or auxiliary lines,... for the sale and distribution of natural gas to consumers shall pay 2% for the gross receipts received by such person or corporation from its sale of natural gas for heat, power, and for other purposes..." None of the defendants in this matter has paid the two percent gross receipts street rental fee to the City of San Benito from their sale of natural gas to the power plant.

3.    Defendants individually and/or collectively filed motions to dismiss, including: (1) Defendants TEJAS GAS PIPELINE COMPANY, TEJAS GAS PIPELINE, L.L.C., TEJAS GAS PIPELINE, L.P., TEJAS GAS, L.L.C., TEJAS GAS MARKETING, L.L.C., GULF ENERGY MARKETING COMPANY, GULF ENERGY MARKETING, L.L.C., CORAL ENERGY SERVICES, L.L.C., CORAL ENERGY RESOURCES, L.P., SHELL GAS TRADING COMPANY, and TRANSCO PETRO SOURCE COMPANY (n/k/a TRANSCO P-S CO); and (3) Defendants CONOCO INC., TEXACO NATURAL GAS, INC., TEXACO GAS MARKETING, INC., AMOCO ENERGY TRADING CORP. (n/k/a BP ENERGY CO), BP ENERGY COMPANY,, ANADARKO ENERGY SERVICES CO., NATURAL GAS CLEARINGHOUSE, INC.,, ARCO NATURAL GAS MARKETING, INC. (n/k/a VASTAR GAS MARKETING, INC.), VASTAR GAS MARKETING, INC., TEXACO EXPLORATION AND PRODUCTION, INC.,, CHEVRON U.S.A. INC., TOTAL E&P USA, INC (successor in interest to FINA), and UNION PACIFIC RESOURCES COMPANY (n/k/a ANADARKO E&P CO., LP). Plaintiff filed responses and the Court conditionally denied the motions to dismiss.

4.    Plaintiff has, in good faith, met each and every requirement Ordered by this Court on June 16, 2004. Plaintiff never acted in bad faith in this matter, nor has it acted with indifference

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 2

to this matter or to this court's order.

5.     On or about September 23, 2004, the Court issued its Order with regard to costs awarding fees and costs as follows:

    a.     Duke Energy and PanEnergy Defendants ($3,910.55 payable to Fulbright & Jaworski, L.L.P);

    b.     Tejas Gas Defendants, gulf Energy Defendants, Coral Energy Defendants, Shell Gas and Transco ($1,410.82 payable to Fulbright & Jaworski, L.L.P.);

    c.     Pennzoil ($8,853.00 payable to Doyle, Restrepo, Harvin &Robbins, L.L.P.

    d.     Gulf Coast Energy ($2,677.50 payable to Francis I. Gandy, Jr.); and

    e.     Houston Pipe Line Defendants ($2,336.00 payable to Jones, Galligan, Key & Lozano, L.L.P.).

    The Court Ordered that all amounts be payable to one entity or firm, ordering that the Plaintiff provide proof of payment by October 27, 2004.

6.     Subsequent to the Order, Plaintiff's counsel contacted the above Defendant's counsel with proposals regarding payment of the Court awarded fees and costs. Plaintiff's counsel proposed non-suiting certain named Defendants in exchange for a waiver as to the awarded fees and costs. Plaintiff has reached tentative agreements with certain of the above Defendants, including Defendants Pennzoil with regard to the proposals. However, time is needed to finalize said agreements and/or for Defendants' counsel to finalize approval by their clients. Moreover, other Defendants' counsel informed Plaintiff's counsel that they would confer with their clients and recommend the proposal. However, they have not yet heard from their clients and the parties are unable to finalize the proposed agreements. Plaintiff's counsel is further awaiting a response from other Defense counsel informed of the proposal. The proposal would eliminate the need for payment and would further simplify the case for the parties and the Court.

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 3

7.   The court previously extended the time for complying with the court's order.  However, counsel is still awaiting proposed settlement documents from certain Defendants, including Defendant Pennzoil.  Therefore, additional time is needed to finalize the proposals.

8.   Wherefore, Plaintiff requests an **additional** twenty (20) days to finalize said agreements and/or to determine whether the proposal is acceptable by Defendants.  No further extensions will be requested.  This request is made in a good faith effort to comply with the Court's order.  In the event the request is denied, Plaintiff's counsel requests some minimal time to comply with the Court's prior order.

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 4

Respectfully submitted,

ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

**ATTORNEY FOR PLAINTIFF**

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 5

## **CERTIFICATE OF CONFERENCE**

I certify that on this the 16th day of November, 2004, I conferred or attempted to confer with opposing counsel regarding the substance of this motion.

_____
Adam Poncio

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 6

## CERTIFICATE OF SERVICE

I do hereby certify that on this ___16___ day of November, 2004, forwarded a true and correct copy of the above document to all counsel of record:

Frances I. Gandy
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia
Oscar Alvarez
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

Osborne J. Dykes, III
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Mr. David Van Susteren
1301 McKinney, Suite 5100
Houston, TX 77010

Randy Beevis
1100 Louisiana, Suite 4900
Houston, Texas 77002

Ms. Jerry K. Clements
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

J.D. Page
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Bradley Whalen
DOYLE, RESTREP, HARVING & ROBBINS, L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas   77002

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 7

Rene G. Oliveira
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

Robert Galligan
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247


**ADAM PONCIO**

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 8