United States District Court
Southern District of Texas
FILED

NOV 23 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| Plaintiff, | § § | |
| V | § § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL | § § | |
| Defendants | § | |

### THE CITY OF SAN BENITO'S RESPONSE TO DEFENDANTS' MOTION FOR RELIEF FROM ORDER DENYING DEFENDANTS' MOTION FOR COSTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the City of San Benito, and files this, its response to Defendants Motion for Relief From Order Denying Defendants' Motion for Payment of Costs, received by Plaintiff on November 8, 2004, and would respectfully show this Court as follows:

On or about November 8, 2004, Plaintiff City of San Benito received the Defendants' Motion for Relief From Order Denying Defendants' Motion for Payment of Costs. Defendants CONOCO INC., TEXACO NATURAL GAS, INC., TEXACO GAS MARKETING, INC., AMOCO ENERGY TRADING CORP. (n/k/a BP ENERGY CO), BP ENERGY COMPANY,, ANADARKO ENERGY SERVICES CO., NATURAL GAS CLEARINGHOUSE, INC.,, ARCO NATURAL GAS MARKETING, INC. (n/k/a VASTAR GAS MARKETING, INC.), VASTAR GAS MARKETING, INC., TEXACO EXPLORATION AND PRODUCTION, INC.,, CHEVRON U.S.A. INC., TOTAL E&P USA, INC (successor in interest to FINA), and UNION PACIFIC RESOURCES COMPANY (n/k/a ANADARKO E&P CO., LP) - attorneys' fees of $7,469.87, filed subsequent to this Court's June 16, 2004, order, filed a motion requesting that the court reconsider its prior order denying Defendants request for costs because Defendants failed to provide evidence of such costs.

This Court entered its June 16, 2004, order, conditionally granting Plaintiff's motion to

Reconsider. The order provides that each Defendant has 20 business days from the date of the order to file a motion for costs in connection with any motion to dismiss, motion to compel compliance with the court's orders or the motion for rehearing concerning the court' prior order of dismissal. As a result, Defendants had until approximately July 14, 2004, to file its/their request for costs. Defendants filed their motion but failed to attach evidence to support such motion, even though Defendants received copies of motions from the remaining Defendants evidencing such evidence.

With regard to each Defendants' claim for attorneys' fees and costs, the court did not provide for payment of attorneys' fees and expenses and Plaintiff would object to same. Taxable costs do not include attorneys' fees. Fleischmann Distilling Corporation v. Majer Brewing Co., 386 U.S. 714, 720-21, 87 S.Ct. 1404, 1408, 18 L. Ed. 2d 475 (1967). Attorneys' fees are not allowable unless expressly authorized. Id. Attorneys' fees would not be allowed for under the present circumstances and any order requiring payment of the outrageous amounts requested by Defendants would financially and improperly preclude continuation of this litigation by Plaintiff. Defendants failed to present such evidence or justification for payment of attorneys' fees.

In addition to the above, the Court should note that the Plaintiff did not join Defendants in the litigation. Initially the matter was a class action pending and resolved in Cameron County. After resolution of the class action, Plaintiff filed an Amended Petition naming Defendants and informing the Defendants that they had not been served, in an attempt to resolve the matters without litigation. Defendants voluntarily filed answers and joined in the litigation without having been served. The basis of this litigation was the ordinance, which does not expressly require pipeline ownership for application.

No new theories or arguments were advanced in the subsequently filed motions by these Defendants. For example, the Defendants' motions either duplicate exactly the motion of Defendant Pennzoil, as in the motion of the Duke Defendants, and /or are simple two page motions that state "Pennzoil's Motion establishes...", relying entirely on the Pennzoil motion. Nevertheless, the

subsequent Defendants are attempting to argue in their requests for costs that they are entitled to attorneys' fees for research and writing of said motions. In addition, Defendants are requesting attorneys' fees related to Plaintiff's motion to remand, filing and other matters. Defendants further fail to detail the time and expenses related to specific matters, and simply provide general objectionable conclusory statements. Plaintiff objects to each request for costs on these bases.

Finally, the requests are duplicative of the work presented by Defendant PENNZOIL and would unduly harm and cause prejudice to Plaintiff. Defendants make no effort to explain the long delay in waiting to file their motion after allegedly learning of the subsequent order. Defendants do not properly explain their initial failure to provide evidence nor supplement after learning of the evidence presented by the remaining Defendants.

Plaintiff requests that the Court deny the motion and deny the requests for attorneys fees, in whole or in part. The Plaintiff further requests that the Court again consider the prior Motion to Remand and its Order related thereto. Plaintiff further requests any further relief or remedy to which it would be entitled.

Respectfully submitted,

_____
ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Facsimile (210) 212-5880

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of November, 2004, forwarded a true and correct copy of the above document to the United States District Clerk by overnight delivery and first class mail and to all counsel of record by first class mail, pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Frances I. Gandy
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

Osborne J. Dykes, III
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Mr. David Van Susteren
1301 McKinney, Suite 5100
Houston, TX 77010

Randy Beevis
1100 Louisiana, Suite 4900
Houston, Texas 77002

Ms. Jerry K. Clements
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

J.D. Page
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Rene G. Oliveira
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

Robert Galligan
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247

_____
**ADAM PONCIO**