IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V | § | C. A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| | § | |
| Defendants | § | |

### ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM ORDER DENYING DEFENDANTS' MOTION FOR PAYMENT OF COSTS

Be IT REMEMBERED that on this the __ day of _____, 2004, came on to be heard Plaintiff's Response to DEFENDANTS' MOTION FOR RELIEF FROM ORDER DENYING DEFENDANTS' MOTION FOR PAYMENT OF COSTS in the above styled and numbered cause. After considering the motion and this court's order of June 16, 2004, this Court is of the opinion that Defendants' motion should be denied.

It is therefore ORDERED, ADJUDGED and DECREED that Defendants' motion is hereby, DENIED.

SIGNED this _____ day of _____, 2004.

_____
**UNITED STATES DISTRICT JUDGE**