IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED Entered
DEC 2 0 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL. | § | |

## ORDER EXTENDING TIME

BE IT REMEMBERED that on this day came on to be heard Plaintiff's Second Motion to Extend Time for complying with the court's September 23, 2004, order. After considering the motion and allowing time for opposing replies to be filed, this court is of the opinion that Plaintiff's Motion to Extend [Docket No. 113] should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Extend be, and is hereby, GRANTED.

It is therefore ORDERED that the Plaintiff and/or their counsel are given until January 3, 2005, to comply with the court's September 23, 2004, order.

Signed this 20th day of December, 2005.

Andrew S. Hanen
United States District Judge