IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL. | § | |
| Defendants | § | |

### ORDER EXTENDING TIME

Be IT REMEMBERED that on this day came on to be heard Plaintiff's Supplement to and Second Motion to Extend Time for complying with the Court's September 23, 2004, order. After considering the motion and the arguments of counsel, this Court is of the opinion that Plaintiff's Motion to Extend should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Extend be, and is hereby, GRANTED.

It is therefore ORDERED that the Plaintiff and/or their counsel are given until the _____ ___ Day of _____, 2005, to comply with the Court's September 23, 2004, order.

SIGNED this _____ day of _____, 2004.

_____
United States District Judge

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 8