# EXHIBIT "A"

LAW OFFICES
**VICTOR I. CERDA**
ATTORNEY·AT·LAW

**ADAM PONCIO**
ATTORNEY·AT·LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization



LAW OFFICES
CERDA
& 
PONCIO
A PROFESSIONAL CORPORATION

924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5880

December 2, 2004

VIA FACSIMILE 713-651-5246
Osborne J. Dykes, III
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Re:   Civil Action No. B03-080
      *City of San Benito v. Tejas Gas Pipeline Company*
      United States District Court - Southern District of Texas

Gentlemen:

This will confirm our offer to dismiss your clients with prejudice from the pending case with regard to the issues pending in the matter for the following terms:

1. Your clients, with the exception of the Tejas Gas Defendants, Rio Grande Valley Gas and/or Southern Union Gas, will be dismissed with prejudice provided you agree to waive any claims for attorneys' fees and/or costs, including those awarded by the court under the terms of its prior order;

2. You agree and/or join in the second request for extension previously filed and withdraw any objections to same and/or any subsequent request for extension based on our attempts to resolve and negotiate this matter; and

3. You represent that your clients made no known sales to the CPL power plant in San Benito.

Please contact me to confirm that this is acceptable and/or acknowledge same by writing so that the writing may be filed with the court. Upon receipt, we will prepare a motion to dismiss your clients, with the exception of any Tejas Defendants, with prejudice.

Please do not hesitate to contact this office should you have any questions or comments regarding the enclosed.

Sincerely,

LAW OFFICES OF CERDA & PONCIO
A Professional Corporation

ADAM PONCIO

AP/djh



**LAW OFFICES**
**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW

Board Certified Civil Appellate Law
Texas Board of Legal Specialization



LAW OFFICES
CERDA
&
PONCIO
A PROFESSIONAL CORPORATION

SAN ANTONIO OFFICE
924 McCullough – San Antonio, Texas 78215-1642
Tel: (210) 212-7979 – Fax: (210) 212-5880

# FACSIMILE TRANSMISSION

DATE: _12-2-04_                              Client # _02-1635_

TO: _Osborne J. Dykes_          Fax No. _713-651-5246_

TO: _Jeffrey Gilmer_             Fax No. _____

TO: _____             Fax No. _____

TO: _____             Fax No. _____

TO: _____             Fax No. _____

FROM: _Adam Poncio_

RE: _Costs_

**NUMBER OF PAGES:** _2_ (including cover sheet)

**COMMENTS:** _____

The documents and information contained in this telecopy transmission may contain confidential legally privileged information, intended only for the use of the individual or entity named above. If you have received this telecopy in error, please notify us immediately by telephone to arrange for return of the telecopied documents and you are here by notified that any disclosure, copying, distribution or the taking of any action in regards to the contents of this telecopied information, is strictly prohibited.



**LAW OFFICES**
**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization

**LAW OFFICES**
**CERDA & PONCIO**
A PROFESSIONAL CORPORATION

924 McCullough – San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5880

December 2, 2004

**VIA FACSIMILE 713-840-9217**
J.D. Page
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

**VIA FACSIMILE 713-228-6138**
Bradley Whalen
DOYLE, RESTREP, HARVING & ROBBINS, L.L.P
4700 Chase Tower
600 Travis Street
Houston, Texas 77002

    Re:    Civil Action No. B03-080
              *City of San Benito v. Tejas Gas Pipeline Company*
              United States District Court - Southern District of Texas

Gentlemen:

    This will confirm our offer to dismiss your clients with prejudice from the pending case with regard to the issues pending in the matter for the following terms:

1. Your clients, with the exception of the Tejas Gas Defendants, Rio Grande Valley Gas and/ or Southern Union Gas, will be dismissed with prejudice provided you agree to waive any claims for attorneys' fees and/or costs, including those awarded by the court under the terms of its prior order;

2. You agree and/or join in the second request for extension previously filed and withdraw any objections to same and/or any subsequent request for extension based on our attempts to resolve and negotiate this matter; and

3. You represent that your clients made no known sales to the CPL power plant in San Benito.

    Please contact me to confirm that this is acceptable and/or acknowledge same by writing so that the writing may be filed with the court. Upon receipt, we will prepare a motion to dismiss your clients, with the exception of any Tejas Defendants, with prejudice.

    Please do not hesitate to contact this office should you have any questions or comments regarding the enclosed.

                                              Sincerely,

                                              **LAW OFFICES OF CERDA & PONCIO**
                                              A Professional Corporation

                                              **ADAM PONCIO**



**LAW OFFICES**

**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization

**CERDA & PONCIO**
A PROFESSIONAL CORPORATION

**SAN ANTONIO OFFICE**
924 McCullough – San Antonio, Texas 78215-1642
Tel: (210) 212-7979 – Fax: (210) 212-5880

# FACSIMILE TRANSMISSION

DATE: 12-2-04                                      Client # 02-1635

TO: J. D. Page                           Fax No. 713-840-9217

TO: Bradley Whalen                  Fax No. 713-228-6138

TO: _____                  Fax No. _____

TO: _____                  Fax No. _____

TO: _____                  Fax No. _____

FROM: Adam Poncio

RE: Costs

NUMBER OF PAGES: 2 (including cover sheet)

COMMENTS: _____

The documents and information contained in this telecopy transmission may contain confidential legally privileged information, intended only for the use of the individual or entity named above. If you have received this telecopy in error, please notify us immediately by telephone to arrange for return of the telecopied documents and you are here by notified that any disclosure, copying, distribution or the taking of any action in regards to the contents of this telecopied information, is strictly prohibited.

LAW OFFICES
**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization



LAW OFFICES
CERDA
&
PONCIO
A PROFESSIONAL CORPORATION

924 McCullough – San Antonio, Texas 78215-1642
Tel: (210) 212-7979 – Fax: (210) 212-5880

December 2, 2004

**VIA FACSIMILE 361-883-0148**
Frances I. Gandy
148 American Bank Plaza
Corpus Christi, Texas 78475

  Re: Civil Action No. B03-080
    *City of San Benito v. Tejas Gas Pipeline Company*
    United States District Court - Southern District of Texas

Dear Mr. Gandy:

  This will confirm our offer to dismiss your clients with prejudice from the pending case with regard to the issues pending in the matter for the following terms:

1. Your clients, with the exception of the Tejas Gas Defendants, Rio Grande Valley Gas and/ or Southern Union Gas, will be dismissed with prejudice provided you agree to waive any claims for attorneys' fees and/or costs, including those awarded by the court under the terms of its prior order;

2. You agree and/or join in the second request for extension previously filed and withdraw any objections to same and/or any subsequent request for extension based on our attempts to resolve and negotiate this matter; and

3. You represent that your clients made no known sales to the CPL power plant in San Benito.

  Please contact me to confirm that this is acceptable and/or acknowledge same by writing so that the writing may be filed with the court. Upon receipt, we will prepare a motion to dismiss your clients, with the exception of any Tejas Defendants, with prejudice.

  Please do not hesitate to contact this office should you have any questions or comments regarding the enclosed.

          Sincerely,

          **LAW OFFICES OF CERDA & PONCIO**
          **A Professional Corporation**

          **ADAM PONCIO**

LAW OFFICES
**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization



LAW OFFICES
CERDA & PONCIO
A PROFESSIONAL CORPORATION

SAN ANTONIO OFFICE
924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5880

# FACSIMILE TRANSMISSION

DATE: 12-2-04

Client #: 02-1635

TO: Francis I. Danley    Fax No. 361-883-0148

TO: _____    Fax No. _____

TO: _____    Fax No. _____

TO: _____    Fax No. _____

TO: _____    Fax No. _____

FROM: Adam Poncio

RE: COSB

NUMBER OF PAGES: 2 (including cover sheet)

COMMENTS: _____

The documents and information contained in this telecopy transmission may contain confidential legally privileged information, intended only for the use of the individual or entity named above. If you have received this telecopy in error, please notify us immediately by telephone to arrange for return of the telecopied documents and you are here by notified that any disclosure, copying, distribution or the taking of any action in regards to the contents of this telecopied information, is strictly prohibited.

**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW

Board Certified Civil Appellate Law
Texas Board of Legal Specialization

LAW OFFICES
**CERDA & PONCIO**
A PROFESSIONAL CORPORATION

924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5880

December 2, 2004

**VIA FACSIMILE 956-968-6089**
Robert Galligan
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247

  Re: Civil Action No. B03-080
    *City of San Benito v. Tejas Gas Pipeline Company*
    United States District Court - Southern District of Texas

Dear Mr. Galligan:

  This will confirm our offer to dismiss your clients with prejudice from the pending case with regard to the issues pending in the matter for the following terms:

1. Your clients, with the exception of the Tejas Gas Defendants, Rio Grande Valley Gas and/or Southern Union Gas, will be dismissed with prejudice provided you agree to waive any claims for attorneys' fees and/or costs, including those awarded by the court under the terms of its prior order;

2. You agree and/or join in the second request for extension previously filed and withdraw any objections to same and/or any subsequent request for extension based on our attempts to resolve and negotiate this matter; and

3. You represent that your clients made no known sales to the CPL power plant in San Benito.

  Please contact me to confirm that this is acceptable and/or acknowledge same by writing so that the writing may be filed with the court. Upon receipt, we will prepare a motion to dismiss your clients, with the exception of any Tejas Defendants, with prejudice.

  Please do not hesitate to contact this office should you have any questions or comments regarding the enclosed.

          Sincerely,

          LAW OFFICES OF CERDA & PONCIO
          A Professional Corporation

          **ADAM PONCIO**

**LAW OFFICES**

**VICTOR I. CERDA**
ATTORNEY·AT·LAW

**ADAM PONCIO**
ATTORNEY·AT·LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization



**CERDA & PONCIO**
A PROFESSIONAL CORPORATION

**SAN ANTONIO OFFICE**
924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5880

# FACSIMILE TRANSMISSION

DATE: _12-2-04_     Client # _02-1635_

TO: _Robert Galligan_     Fax No. _956-968-6089_

TO: _____     Fax No. _____

TO: _____     Fax No. _____

TO: _____     Fax No. _____

TO: _____     Fax No. _____

FROM: _Adam Poncio_

RE: _COSB_

NUMBER OF PAGES: _2_ (including cover sheet)

COMMENTS: _____

The documents and information contained in this telecopy transmission may contain confidential legally privileged information, intended only for the use of the individual or entity named above. If you have received this telecopy in error, please notify us immediately by telephone to arrange for return of the telecopied documents and you are here by notified that any disclosure, copying, distribution or the taking of any action in regards to the contents of this telecopied information, is strictly prohibited.