IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CITY OF SAN BENITO | § § | |
| VS. | § § | CIVIL NO. B-03-080 |
| TEJAS GAS PIPELINE CO. ET AL. | § | |

## ORDER

A Rule 16 conference is hereby scheduled for January 24, 2005, at 1:30 p.m. It is the Court's intention to hear all pending motions and to ascertain whether the parties are in compliance with all previous orders.

Signed in Brownsville, Texas on this 6th day of January, 2005.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE