IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | C.A. NO.: B-03-080 |
| TEJAS GAS PIPELINE COMPANY, et al, | | |
| Defendants. | | |

## DEFENDANTS', HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP, UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP, defendants in the above-entitled action and file this their Unopposed Motion to Dismiss with Prejudice.

I.

The City of San Benito, plaintiff, and Houston Pipe Line Company LP and HPL Resources Company LP, defendants, (hereinafter sometimes referred to as the "Parties") desire and agree that the controversy between the Parties should be disposed by entry of an order of dismissal with prejudice as to the defendants Houston Pipe Line Company LP and HPL Resources Company LP.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Houston Pipe Line Company LP and HPL Resources Company LP, defendants, respectfully request that the Court grant their unopposed motion for dismissal with prejudice.

1

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247 (78599-1247)
Weslaco, Texas 78596
Telephone: (956) 968-5402
Telecopier: (956) 969-9402
E-Mail: bgalligan@jgkl.com

By: _____
ROBERT L. GALLIGAN
Federal Bar No.: 8041
State Bar No.: 07590500

ATTORNEY IN CHARGE FOR DEFENDANTS
**HOUSTON PIPE LINE COMPANY LP
and HPL RESOURCES COMPANY LP**

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney for Houston Pipe Line Company LP and HPL Resources Company LP has contacted Mr. Adam Poncio, attorney of record, and Mr. Poncio is unopposed to the Motion to Dismiss.

_____
ROBERT L. GALLIGAN

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the ___ day of January 2005:

Adam Poncio, Esquire
LAW OFFICE OF CERDA & PONCIO
924 McCullough
San Antonio, Texas 78215
Facsimile: (210) 212-5880

Ramon Garcia, Esquire
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
Facsimile: (956) 381-0825

Osborne J. Dykes, III, Esquire
Jeffrey D. Palmer, Esquire
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Facsimile: (713) 651-5246

Julie Ezell, Esquire
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana

Randall F. Bevis, Esquire
CINERGY MARKETING & TRADING, L.P.
1100 Louisiana, Suite 4900
Houston, Texas 77002
Facsimile: (713) 393-6903

Francis I. Gandy, Esquire
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475
Facsimile: (361) 883-0148

J.D. Page, Esquire
3040 Post Oak Boulevard, Suite 850
Houston, Texas 77056
Facsimile: (713) 840-9217

Bradley M. Whalen, Esquire
DOYLE, RESTREP, HARVIN & ROBBINS, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002
Facsimile: (713) 228-6138

Rene O. Oliveira, Esquire
David G. Oliveira, Esquire
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Facsimile: (956) 542-0016

_____
ROBERT L. GALLIGAN

3