IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO.:   B-03-080 |
| TEJAS GAS PIPELINE COMPANY, et al, | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP's Unopposed Motion to Dismiss with Prejudice. The Court finds, after reviewing the Motion and the evidence, that the Motion should be GRANTED. It is, therefore,

ORDERED that Motion is GRANTED. IT IS, THEREFORE

ORDERED that plaintiff City of San Benito's suit against HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY LP is dismissed with prejudice. This order operates as a final adjudication on the merits with regard to claims asserted by, and that could have been asserted by, the City of San Benito.

IT IS FURTHER ORDERED that costs of court are taxed against the party incurring the same.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE