United States District Court
Southern District of Texas
FILED
JAN 2 4 2005
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| Defendants | § | |

## CITY OF SAN BENITO'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff City of San Benito moves that all claims that it has brought our could have brought against Defendants HOUSTON PIPE LINE COMPANY LP and HPL RESOURCES COMPANY, L.P. arising from or out of the facts and circumstances made the subject matter of the litigation in this case be dismissed with prejudice to refiling.

Respectfully submitted,

_____
**ADAM PONCIO**
State Bar No. 16109800
**LAW OFFICES OF CERDA & PONCIO**
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile (210) 212-5880

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 21st day of January, 2005, forwarded a true and correct copy of the above document to all counsel of record:

Frances I. Gandy                                    VIA US FIRST CLASS MAIL
148 American Bank Plaza
Corpus Christi, Texas 78475

Ramon Garcia                                        VIA US FIRST CLASS MAIL
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

Osborne J. Dykes, III                               VIA US FIRST CLASS MAIL
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Julie L. Ezell                                      VIA US FIRST CLASS MAIL
CINERGY MARKETING & TRADING, L.P.
1000 East Main Street
Plainfield, Indiana 46168

Mr. David Van Susteren                              VIA US FIRST CLASS MAIL
1301 McKinney, Suite 5100
Houston, TX 77010

Randy Beevis                                        VIA US FIRST CLASS MAIL
1100 Louisiana, Suite 4900
Houston, Texas 77002

Ms. Jerry K. Clements                               VIA US FIRST CLASS MAIL
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

J.D. Page                                           VIA US FIRST CLASS MAIL
3040 Post Oak Boulevard, Suite 85G
Houston, Texas 77056

Rene G. Oliveira                                    VIA US FIRST CLASS MAIL
David G. Oliveira
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520