IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| Defendants | § | |

### CITY OF SAN BENITO'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff City of San Benito moves that all claims that it has brought our could have brought against Defendants DUKE ENERGY and PANENERGY arising from or out of the facts and circumstances made the subject matter of the litigation in this case be dismissed with prejudice to refiling.

Respectfully submitted,

_____
**ADAM PONCIO**
State Bar No. 16109800
**LAW OFFICES OF CERDA & PONCIO**
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile (210) 212-5880

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 21st day of January, 2005, forwarded a true and correct copy of the above document to all counsel of record:

| | |
|---|---|
| Frances I. Gandy<br>148 American Bank Plaza<br>Corpus Christi, Texas 78475 | **VIA US FIRST CLASS MAIL** |
| Ramon Garcia<br>LAW OFFICES OF RAMON GARCIA, P.C.<br>222 West University Drive<br>Edinburg, Texas 78539 | **VIA US FIRST CLASS MAIL** |
| Osborne J. Dykes, III<br>Jeffrey D. Palmer<br>FULBRIGHT & JAWORSKI, LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | **VIA US FIRST CLASS MAIL** |
| Julie L. Ezell<br>CINERGY MARKETING & TRADING, L.P.<br>1000 East Main Street<br>Plainfield, Indiana 46168 | **VIA US FIRST CLASS MAIL** |
| Mr. David Van Susteren<br>1301 McKinney, Suite 5100<br>Houston, TX 77010 | **VIA US FIRST CLASS MAIL** |
| Randy Beevis<br>1100 Louisiana, Suite 4900<br>Houston, Texas 77002 | **VIA US FIRST CLASS MAIL** |
| Ms. Jerry K. Clements<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201-6776 | **VIA US FIRST CLASS MAIL** |
| J.D. Page<br>3040 Post Oak Boulevard, Suite 85G<br>Houston, Texas 77056 | **VIA US FIRST CLASS MAIL** |
| Rene G. Oliveira<br>David G. Oliveira<br>ROERIG, OLIVEIRA & FISHER<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520 | **VIA US FIRST CLASS MAIL** |

Robert Galligan  
JONES, GALLIGAN, KEY & LOZANO, L.L.P.  
2300 W. Pike, Suite 300  
P. O. Drawer 1247  
Weslaco, Texas 78599-1247

**VIA US FIRST CLASS MAIL**

_____  
**ADAM PONCIO**