United States District Court
Southern District of Texas
FILED

JAN 2 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| Defendants | § | |

### CITY OF SAN BENITO'S MOTION TO DISMISS
### TRANSCO PETRO SOURCE COMPANY WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff City of San Benito moves that all claims that it has brought our could have brought against Defendant TRANSCO PETRO SOURCE COMPANY (n/k/a TRANSCO P-S COMPANY) arising from or out of the facts and circumstances made the subject matter of the litigation in this case be dismissed with prejudice to refiling.

Respectfully submitted,

_____
**ADAM PONCIO**
State Bar No. 16109800
**LAW OFFICES OF CERDA & PONCIO**
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this ʉˢᵗ day of January, 2005, forwarded a true and correct copy of the above document to all counsel of record:

| | |
|---|---|
| Frances I. Gandy<br>148 American Bank Plaza<br>Corpus Christi, Texas 78475 | **VIA US FIRST CLASS MAIL** |
| Ramon Garcia<br>LAW OFFICES OF RAMON GARCIA, P.C.<br>222 West University Drive<br>Edinburg, Texas 78539 | **VIA US FIRST CLASS MAIL** |
| Osborne J. Dykes, III<br>Jeffrey D. Palmer<br>FULBRIGHT & JAWORSKI, LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | **VIA US FIRST CLASS MAIL** |
| Julie L. Ezell<br>CINERGY MARKETING & TRADING, L.P.<br>1000 East Main Street<br>Plainfield, Indiana 46168 | **VIA US FIRST CLASS MAIL** |
| Mr. David Van Susteren<br>1301 McKinney, Suite 5100<br>Houston, TX 77010 | **VIA US FIRST CLASS MAIL** |
| Randy Beevis<br>1100 Louisiana, Suite 4900<br>Houston, Texas 77002 | **VIA US FIRST CLASS MAIL** |
| Ms. Jerry K. Clements<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201-6776 | **VIA US FIRST CLASS MAIL** |
| J.D. Page<br>3040 Post Oak Boulevard, Suite 85G<br>Houston, Texas 77056 | **VIA US FIRST CLASS MAIL** |
| Rene G. Oliveira<br>David G. Oliveira<br>ROERIG, OLIVEIRA & FISHER<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520 | **VIA US FIRST CLASS MAIL** |

Robert Galligan      **VIA US FIRST CLASS MAIL**
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike, Suite 300
P. O. Drawer 1247
Weslaco, Texas 78599-1247

_____
**ADAM PONCIO**