```
                                                     United States District Court
                                                      Southern District of Texas
                                                             ENTERED
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS            JAN 2 4 2005
                 BROWNSVILLE DIVISION
                                                     Michael N. Milby, Clerk of Court
                                                     By Deputy Clerk
```

| | |
|---|---|
| CITY OF SAN BENITO, | § |
| Plaintiff, | § |
| V | §  C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL, | § |
| Defendants | § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the plaintiff City of San Benito's Motion to Dismiss With Prejudice. After considering the motion, the evidence, the pleadings and discovery on file, and the arguments of counsel, if any, the Court hereby GRANTS the motion and ORDERS that all claims that the City of San Benito has brought or could have brought against TRANSCO PETRO SOURCE COMPANY (n/k/a TRANSCO P-S COMPANY) arising from or out of the facts and circumstances made the subject matter of the litigation are dismissed with prejudice to refiling. This order operates as a final adjudication on the merits that the City of San Benito takes nothing by way of any such claims against TRANSCO PETRO SOURCE COMPANY (n/k/a TRANSCO P-S COMPANY) Each party bears its own costs.

SIGNED on this 24th day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE