United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| Defendants | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the plaintiff City of San Benito's Motion to Dismiss With Prejudice. After considering the motion, the evidence, the pleadings and discovery on file, and the arguments of counsel, if any, the Court hereby GRANTS the motion and ORDERS that all claims that the City of San Benito has brought or could have brought against CORAL ENERGY SERVICES, L.L.C and CORAL ENERGY RESOURCES, L.P. arising from or out of the facts and circumstances made the subject matter of the litigation are dismissed with prejudice to refiling. This order operates as a final adjudication on the merits that the City of San Benito takes nothing by way of any such claims against CORAL ENERGY SERVICES, L.L.C and CORAL ENERGY RESOURCES, L.P. Each party bears its own costs.

SIGNED on this 24th day of January, 2005.

_____
UNITED STATES DISTRICT JUDGE