United States District Court
Southern District of Texas
ENTERED

FEB 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| CITY OF SAN BENITO | § § | |
| VS. | § § | CIVIL NO. B-03-080 |
| TEJAS GAS PIPELINE CO. ET AL. | § § | |

### ORDER

Currently, four motions are listed as pending in the above-styled matter: (1) Houston Pipe Line Co. L.P. and HPL Resources Co. L.P.'s Motion to Dismiss (Docket No. 101); (2) Houston Pipe Line Co. L.P. and HPL Resources Co. L.P.'s First Amended Motion to Dismiss (Docket No. 102); (3) Defendants' Motion for Relief from Order Denying Defendants' Motion for Payment of Costs (Docket No. 109); and (4) Houston Pipe Line Co. L.P. and HPL Resources Co. L.P.'s Unopposed Motion to Dismiss with Prejudice. In light of the Order signed by this Court on January 24, 2005 (Docket No. 120), and the Order of Dismissal with Prejudice signed this same day, all four motions are hereby **DENIED** as moot.

Signed in Brownsville, Texas on this 16th day of February, 2005.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1