United States District Court
Southern District of Texas
ENTERED

FEB 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | C. A. NO. B03-080 |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On January 24, 2005, the Court conducted a pretrial/management conference in the above-captioned matter pursuant to Rule 16 of the Federal Rules of Civil Procedure. After considering the claims alleged by the City of San Benito and the arguments and contentions of the parties, the Court ORDERS that all claims that the City of San Benito has brought or could have brought against Conoco, Inc. (now named ConocoPhillips Company), Vastar Gas Marketing, Inc., Union Pacific Resources Company n/k/a Anadarko E&P Company LP, Anadarko Energy Services Company, Natural Gas Clearinghouse, Inc., TOTAL E&P USA, INC., as successor in interest to FINA, Inc. as it relates to the matters contained herein, Texaco Natural Gas, Inc., Texaco Exploration and Production, Inc., Chevron U.S.A., Inc., Amoco Energy Trading Corp. n/k/a BP Energy Company, BP Energy Company, Arco Natural Gas Marketing, Inc. n/k/a Vastar Gas Marketing, Inc. and Texaco Gas Marketing, Inc. (collectively, "Defendants") arising from or out of the facts and circumstances made the subject matter of this litigation are dismissed with prejudice to refiling. This order operates as a final adjudication on the merits that the City of San Benito takes nothing by way of any such claims against Defendants.

AGREED ORDER OF DISMISSAL WITH PREJUDICE – Page 1

To the extent, however, Plaintiff discovers evidence demonstrating that any of the Defendants has owned in the past or presently owns an interest in any pipeline used to transport natural gas within the corporate limits of the City of San Benito, this Order of Dismissal shall be construed as *without prejudice* as to such Defendant(s). Each party bears its own costs.

SIGNED on this 16th day of Feb, 2005.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

*[signature]* 7 perm.35m
CSJ

Jerry K. Clements
(Attorney-in-Charge)
Texas State Bar No. 20888200
Southern District of Texas Bar No. 15814
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

**Attorney-in-Charge for Defendants**

*[signature]*

Adam Poncio
(Attorney-in-Charge)
Texas State Bar No. 16109800
Law Offices of Cerda & Poncio
A Professional Corporation
924 McCullough Corporation
San Antonio, Texas 778215-1642
Telephone: (210) 212-7979
Telecopier: (210) 212-5880

**Attorney-in-Charge for Plaintiff
City of San Benito**

AGREED ORDER OF DISMISSAL WITH PREJUDICE – Page 3