United States District Court
Southern District of Texas
FILED

FEB 2 2 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, | § | |
| ET AL. | § | |

## PENNZOIL'S MOTION TO AMEND ORDER DISMISSING PENNZOIL AND ENTER FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANDREW HANEN:

1. **The Court dismissed all claims against Pennzoil** On September 23, 2004, the Court granted the plaintiff City of San Benito's ("San Benito") motion to dismiss certain named defendants, including the defendant Pennzoil Gas Marketing Company ("Pennzoil").[1] Because the Court's Order disposed of all claims against Pennzoil, Pennzoil respectfully requests that the Court amend its Order, certify that there is no reason to delay the entry of final judgment, and direct the entry of final judgment as to Pennzoil. See Fed. R. Civ. P. 54(b).

Respectfully submitted,

J. D. Page
State Bar No. 15406700
3040 Post Oak Blvd., Suite 850
Houston, Texas 77056
(713) 840-9200 Telephone
(713) 840-9217 Facsimile

---

[1] A true and correct copy of the Court's Order is attached at Ex. A.

_____
Bradley M. Whalen
State Bar No. 21238800
Doyle, Restrepo, Harvin
   & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

Rene O. Oliveira
State Bar No.15254700
Roerig, Oliveira & Fisher, L.L.P.
Cameron County Office
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR PENNZOIL
GAS MARKETING COMPANY

### CERTIFICATE OF CONFERENCE

I certify that on February 18, 2005 I called counsel for the plaintiff Adam Poncio twice to discuss the foregoing Motion to Amend Order Dismissing Pennzoil and Enter Final Judgment. On both attempts to reach him, I was advised that Mr. Poncio was not in the office. I left one voice mail message and one message with the receptionist explaining the substance of the motion and the purpose of the call. In the absence of a response from Mr. Poncio, the issues in this motion remain unresolved.

_____
N. Kimberly Bohannon

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via certified mail, hand delivery or facsimile on February 22, 2005, addressed as follows:

Adam Poncio
Law Office of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215
Facsimile: (210) 212-5880

Osborne J. Dykes, III
1301 McKinney, Suite 5100
Houston, Texas 77010
Facsimile: (713) 651-5246

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana
Facsimile: (317) 838-6001

Randy Beevis
Cinergy Marketing & Trading, L.P.
1100 Louisiana, Suite 4900
Houston, Texas 77002
Facsimile: (713) 393-6903

David G. Oliveira
Roerig, Oliveira & Fisher LLP
866 West Price Road, Suite 9
Brownsville, Texas 78520
Facsimile: (956) 542-0016

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475
Facsimile: (361) 883-0148

Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 West Pike, Suite 300
Weslaco, Texas 78599-1247
Facsimile: (956) 968-6089

C. Scott Jones
Jerry K. Clements
Locke, Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Facsimile: (214) 740-8800

_____
Rene O. Oliveira

3