IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| v. | § § | C.A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL. | § § | |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

On this day the Court considered the defendant Pennzoil Gas Marketing Company's Motion to Amend Order Dismissing Pennzoil and Enter Final Judgment. After considering the motion, the evidence, the pleadings and discovery on file, and the arguments of counsel, if any, the Court hereby GRANTS the motion and ORDERS that the Court's September 23, 2004 Order dismissing the defendant Pennzoil Gas Marketing Company with prejudice for the plaintiff's failure to prosecute any claims against it in a timely manner is amended, based on the Court's finding that there is no just reason for delay, and shall be entered as judgment as to the defendant Pennzoil Gas Marketing Company. This Order operates as a final adjudication on the merits that the City of San Benito takes nothing by way of any such claims against Pennzoil Gas Marketing Company.

SIGNED on this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE