United States District Court
Southern District of Texas
FILED

MAR 0 7 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § § | |
| Plaintiff, | § § § | |
| V. | § § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § § § | JURY TRIAL REQUESTED |
| Defendants. | § | |

### SHELL GAS TRADING COMPANY'S MOTION TO AMEND DISMISSAL ORDER AND ENTER FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(b), defendant Shell Gas Trading Company files this Motion to Amend Dismissal Order and Enter Final Judgment, and respectfully show the Court the following:

1. The Court has dismissed all claims against Shell Gas Trading Company. On September 23, 2004, the Court granted the plaintiff City of San Benito's ("San Benito") motion to dismiss with prejudice certain named defendants, including defendant Shell Gas Trading Company. *See* Order, entered September 23, 2004, attached as Exhibit A. Defendant Shell Gas Trading Company respectfully requests that the Court amend its previous Order, certify that there is no reason to delay the entry of final judgment, and direct the entry of final judgment as to Shell Gas Trading Company. *See* Fed. R. Civ. P. 54(b).

Respectfully submitted,

*[signature]*

Osborne J. Dykes, III
Federal ID No. 1796
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

ATTORNEY-IN-CHARGE FOR
SHELL GAS TRADING COMPANY

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   Federal ID No. 2002
   State Bar No. 21916500
   Jeffrey D. Palmer
   Federal ID No. 27014
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on March 4, 2005.

Adam Poncio
Law Office of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215
Facsimile: (210) 212-5880

J.D. Page
Attorney at Law
3040 Post Oak Blvd., Suite 850
Houston, Texas 77056
Facsimile: (713) 840-9217

Francis I. Gandy
Attorney at Law
148 American Bank Plaza
Corpus Christi, Texas 78475
Facsimile: (361) 883-0148

Robert Galligan
Jones, Galligan, Key & Lozano, LLP
2300 West Pike, Suite 300
Weslaco, Texas 78599-1247
Facsimile: (956) 968-6089

C. Scott Jones
Jerry K. Clements
Locke, Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Facsimile: (214) 740-8800

David G. Oliveira
Roerig, Oliveira & Fisher LLP
855 West Price Road, Suite 9
Brownsville, Texas 78520
Facsimile: (956) 542-0016

Bradley M. Whalen
Doyle, Restrepo, Harvin & Robbins, L.L.P.
600 Travis Street, Suite 4700
Houston, Texas 77002
Facsimile: (713) 228-6138

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana
Facsimile: (317) 838-6001

Randy Beevis
Cinergy Marketing & Trading, L.P.
1100 Louisiana, Suite 4900
Houston, Texas 77002
Facsimile: (713) 393-6903

Rene O. Oliveira
Roerig, Oliveira & Fisher LLP
855 West Price Road, Suite 9
Brownsville, Texas 78520
Facsimile: (956) 542-0016

_____
Jeffrey D. Palmer

## CERTIFICATE OF CONFERENCE

I certify that on March 1, 2005, my assistant Kim Glaize contacted the assistant for plaintiff's counsel who stated that plaintiffs did not oppose the motion but also would not agree to the motion.

---
Jeffrey D. Palmer