IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CITY OF SAN BENITO | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-080 |
| | § | |
| TEJAS GAS PIPELINE CO., ET AL. | § | |

### ORDER REGARDING CITY OF SAN BENITO'S MOTION TO DISMISS

Be IT REMEMBERED that on this day came to be heard Plaintiff's Motion to Dismiss Certain named Defendants in the above styled and numbered cause. After considering the motion and this court's order of June 16, 2004, this Court is of the opinion that Plaintiff's Motion should be granted as follows:

1. Defendants for which Plaintiff is seeking dismissal by this motion, were never served and/or they have not answered herein. Moreover, although they were not served, the remaining Defendants have entered an appearance in this cause.

2. The following Defendants were never served and/or they have not answered or appeared in the above entitled and numbered cause: MOBIL NATURAL GAS, INC., ADONIS ENERGY CORP., J.C. ENERGY RESOURCES, INC., ENGAGE ENERGY U.S., L.P., ONEOK GAS MARKETING CO., ONEOK EXPLORATION CO., ONEOK ENERGY MARKETING & TRADING CO., L.P., ICC ENERGY CORP., TENASKA MARKETING, INC., AQUILA SOUTHWEST MARKETING, AQUILA ENERGY MARKETING CORP., CROSSTEX ENERGY SERVICES, LTD., COASTAL GAS MARKETING CO., ADAMS RESOURCES MARKETING,



EX. A.

LTD., KOCH ENERGY TRADING, INC., NATIONAL ENERGY & TRADE, L.L.C., PRODUCERS ENERGY MARKETING, L.L.C., NORAM ENERGY SERVICES, INC., ONYX PIPELINE CO., KN MARKETING, L.P., DELHI GAS PIPELINE CORP., CHANNEL GAS MARKETING CO., CORPUS CHRISTI LEASEHOLDS, INC., COASTAL BORDER GAS SALES, INC., LASALLE GAS CORPORATION, ENJET, INC., ORYX GAS MARKETING COMPANY, ORYX GAS MARKETING LIMITED PARTNERSHIP, SOUTHERN GAS PIPELINE COMPANY, BALCONES PIPELINE COMPANY, REPUBLIC GAS CORP., TRANSOK GAS COMPANY, TRANSOK GAS, L.L.C., and SEAGULL GAS CO.

3. The court holds that the following parties are also dismissed with prejudice due to the plaintiff's failure to include them in its most recent Complaint—"Eighth Amended Petition (sic)": HOUSTON PIPE LINE CO., L.P., HPL RESOURCES CO., L.P., DUKE ENERGY TRADING AND MARKETING, L.L.C., GULF COAST ENERGY, INC., PANENERGY TRADING & MARKETING, L.L.C., PANENERGY TRADING & MARKETING SERVICES, L.L.C., PENNZOIL GAS MARKETING CO., CINERGY MARKETING & TRADING, L.P. f/k/a PRODUCERS ENERGY MARKETING, L.L.C., and SHELL GAS TRADING CO.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Dismiss the above named Defendants is hereby, GRANTED.

It is therefore ORDERED that the following Defendants are dismissed without prejudice: MOBIL NATURAL GAS, INC., ADONIS ENERGY CORP., J.C. ENERGY RESOURCES, INC., ENGAGE ENERGY U.S., L.P., ONEOK GAS MARKETING CO., ONEOK EXPLORATION CO.,

ONEOK ENERGY MARKETING & TRADING CO., L.P., ICC ENERGY CORP., TENASKA MARKETING, INC., AQUILA SOUTHWEST MARKETING, AQUILA ENERGY MARKETING CORP., CROSSTEX ENERGY SERVICES, LTD., COASTAL GAS MARKETING CO., ADAMS RESOURCES MARKETING, LTD., KOCH ENERGY TRADING, INC., NATIONAL ENERGY & TRADE, L.L.C., PRODUCERS ENERGY MARKETING, L.L.C., NORAM ENERGY SERVICES, INC., ONYX PIPELINE CO., KN MARKETING, L.P., DELHI GAS PIPELINE CORP., CHANNEL GAS MARKETING CO., CORPUS CHRISTI LEASEHOLDS, INC., COASTAL BORDER GAS SALES, INC., LASALLE GAS CORPORATION, ENJET, INC., ORYX GAS MARKETING COMPANY, ORYX GAS MARKETING LIMITED PARTNERSHIP, SOUTHERN GAS PIPELINE COMPANY, BALCONES PIPELINE COMPANY, REPUBLIC GAS CORP., TRANSOK GAS COMPANY, TRANSOK GAS, L.L.C., and SEAGULL GAS CO.

HOUSTON PIPE LINE CO., L.P., HPL RESOURCES CO., L.P., DUKE ENERGY TRADING AND MARKETING, L.L.C., GULF COAST ENERGY, INC., PANENERGY TRADING & MARKETING, L.L.C., PANENERGY TRADING & MARKETING SERVICES, L.L.C., PENNZOIL GAS MARKETING CO., CINERGY MARKETING & TRADING, L.P. f/k/a PRODUCERS ENERGY MARKETING, L.L.C., and SHELL GAS TRADING CO. are hereby dismissed with prejudice for Plaintiff's failure to prosecute any claims against them in a timely fashion.

Signed this 23rd day of September, 2004.

Andrew S. Hanen
United States District Judge

3