IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

On this day the Court considered the defendant Shell Gas Trading Company's Motion to Amend Dismissal Order and Enter Final Judgment. After considering the motion, the evidence, the pleadings and discovery on file, and the arguments of counsel, if any, the Court hereby GRANTS the motion and ORDERS that the Court's September 23, 2004 Order dismissing the defendant Shell Gas Trading Company with prejudice for the plaintiff's failure to prosecute any claims against it in a timely manner is amended, based on the Court's finding that there is no just reason for delay, and shall be entered as judgment as to the defendant Shell Gas Trading Company. This Order operates as a final adjudication on the merits that the City of San Benito takes nothing by way of any such claims against Shell Gas Trading Company.

SIGNED on this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

30883005.1