United States District Court,
Southern District of Texas
FILED

MAR 2 3 2005

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, | § | |
| ET AL. | § | |

## CITY OF SAN BENITO'S AND PENNZOIL'S JOINT MOTION TO DISMISS PENNZOIL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANDREW HANEN:

The plaintiff City of San Benito and the defendant Pennzoil Gas Marketing Company move that all claims that the City of San Benito has brought or could have brought against the defendant Pennzoil Gas Marketing Company relating to or arising from or out of the claims or causes of action made the subject matter of the litigation in this case be dismissed with prejudice to refiling, and that the Court, upon certifying that there is no just reason for delay, enter final judgment as to the defendant Pennzoil Gas Marketing Company.

Respectfully submitted,

ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215
Telephone (210) 212-7979
Facsimile (210) 212-5880

ATTORNEY FOR PLAINTIFF

J. D. Page
State Bar No. 15406700
3040 Post Oak Blvd., Suite 850
Houston, Texas  77056
(713) 840-9200 Telephone
(713) 840-9217 Facsimile

Bradley M. Whalen
State Bar No. 21238800
Doyle, Restrepo, Harvin
        & Robbins, L.L.P.
4700 Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

Rene O. Oliveira
State Bar No.15254700
Roerig, Oliveira & Fisher, L.L.P.
Cameron County Office
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR PENNZOIL
GAS MARKETING COMPANY

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via certified mail, hand delivery or facsimile on March 22, 2005, addressed as follows:

Osborne J. Dykes, III
Tejas Gas LLC,
Tejas Gas Marketing LLC
Tejas Gas Pipeline Company
Tejas Gas Pipeline LP
1301 McKinney, Suite 5100
Houston, Texas 77010
Facsimile: (713) 651-5246

Francis I. Gandy
Attorney at Law
Gulf Coast Energy Inc.
148 American Bank Plaza
Corpus Christi, Texas 78475
Facsimile: (361) 883-0148

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana
Facsimile: (317) 838-6001

David G. Oliveira
Roerig, Oliveira & Fisher LLP
866 West Price Road, Suite 9
Brownsville, Texas 78520
Facsimile: (956) 542-0016

N. Kimberley Bohannon

## CERTIFICATE OF CONFERENCE

I certify that on March 21 and 22, 2005, I spoke with Osborne J. Dykes, III, counsel for defendants Tejas Gas LLC, Tejas Gas Marketing LLC, Tejas Gas Pipeline Company, and Tejas Gas Pipeline LP, and Francis I. Gandy, counsel for Gulf Coast Energy Inc., to discuss the foregoing Joint Motion to Dismiss Pennzoil with Prejudice. Both indicated that those defendants are unopposed to the relief sought in this motion. I also attempted to contact Julie Ezell, counsel for Cinergy Marketing & Trading, L.P., but was unable to reach her. I left a voice mail message for Ms. Ezell describing the relief sought in this motion.

N. Kimberly Bohannon