

United States District Court
Southern D...
FILED

MAR 23 2005

Michael ......,
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, | § | |
| ET AL. | § | |

## PENNZOIL'S MOTION TO WITHDRAW MOTION TO AMEND ORDER DISMISSING PENNZOIL AND ENTER FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANDREW HANEN:

The defendant Pennzoil Gas Marketing Company requests to withdraw its Motion to Amend Order Dismissing Pennzoil and Enter Final Judgment which was filed on February 18, 2005 and is currently pending before the Court.

Respectfully submitted,

_____
J. D. Page
State Bar No. 15406700
3040 Post Oak Blvd., Suite 850
Houston, Texas 77056
(713) 840-9200 Telephone
(713) 840-9217 Facsimile

Bradley M. Whalen
State Bar No. 21238800
Doyle, Restrepo, Harvin
    &amp; Robbins, L.L.P.
4700 Chase Tower
600 Travis Street

Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

Rene O. Oliveira
State Bar No.15254700
Roerig, Oliveira & Fisher, L.L.P.
Cameron County Office
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666 Telephone
(956) 542-0016 Facsimile

ATTORNEYS FOR PENNZOIL
GAS MARKETING COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via certified mail, hand delivery or facsimile on March 22, 2005, addressed as follows:

Osborne J. Dykes, III
Tejas Gas LLC,
Tejas Gas Marketing LLC
Tejas Gas Pipeline Company
Tejas Gas Pipeline LP
1301 McKinney, Suite 5100
Houston, Texas 77010
Facsimile: (713) 651-5246

Julie Ezell
Cinergy Marketing & Trading, L.P.
1000 East Main Street
Plainfield, Indiana
Facsimile: (317) 838-6001

Francis I. Gandy
Attorney at Law
Gulf Coast Energy Inc.
148 American Bank Plaza
Corpus Christi, Texas 78475
Facsimile: (361) 883-0148

David G. Oliveira
Roerig, Oliveira & Fisher LLP
866 West Price Road, Suite 9
Brownsville, Texas 78520
Facsimile: (956) 542-0016

_____
N. Kimberley Bohannon

2