United States District Court
Southern District of Texas
ENTERED

MAR 23 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, | § | |
| ET AL. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the plaintiff City of San Benito's and the defendant Pennzoil Gas Marketing Company's Joint Motion to Dismiss Pennzoil with Prejudice. After considering the motion, the evidence, the pleadings and discovery on file, and the arguments of counsel, if any, the Court hereby GRANTS the motion and ORDERS that all claims that the City of San Benito has brought or could have brought against the defendant Pennzoil Gas Marketing Company relating to or arising from or out of the claims or causes of action made the subject matter of the litigation in this case are dismissed with prejudice to refiling. This Order, based on the Court's finding that there is no just reason for delay, shall be entered as final judgment as to defendant Pennzoil Gas Marketing Company and operates as a final adjudication on the merits that the City of San Benito takes nothing by way of any such claims against Pennzoil Gas Marketing Company. Each party bears its own costs.

SIGNED on this 23rd day of March, 2005.

UNITED STATES DISTRICT JUDGE