United States District Court
Southern District of Texas
ENTERED

MAR 23 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, | § |
| | § |
| v. | § |
| | § C.A. NO. B03-080 |
| | § |
| TEJAS GAS PIPELINE COMPANY, | § |
| ET AL. | § |

## ORDER GRANTING MOTION TO WITHDRAW MOTION TO AMEND ORDER DISMISSING PENNZOIL AND ENTER FINAL JUDGMENT

On this day the Court considered the defendant Pennzoil Gas Marketing Company's Motion to Withdraw Motion to Amend Order Dismissing Pennzoil and Enter Final Judgment. After considering the motion, the evidence, the pleadings and discovery on file, and the arguments of counsel, if any, the Court hereby GRANTS the motion and ORDERS that defendant Pennzoil Gas Marketing Company's Motion to Amend Order Dismissing Pennzoil and Enter Final Judgment is withdrawn.

SIGNED on this 23rd day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE