IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CITY OF SAN BENITO | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-080 |
| | § | |
| TEJAS GAS PIPELINE CO. ET AL. | § | |

## ORDER

This Court previously entered a judgment in favor of the defendants on March 18, 2004. *Docket No. 54*. Upon reconsideration, the Court conditionally reinstated the case provided Plaintiff complied with certain conditions. *Docket No. 74*. Having been satisfied that Plaintiff has complied with the enumerated conditions, it is hereby **ORDERED** that the above styled and numbered cause be reinstated. The Scheduling Order issued on September 23, 2004 (Docket No. 105) will govern the remainder of the case.

It is also **ORDERED** that the above style be changed. Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., and Tejas Gas Pipeline, L.P., are now referred to as Kinder Morgan Tejas Pipeline, L.P. Since Kinder Morgan Tejas Pipeline, L.P. is the sole remaining defendant in this lawsuit, the above style should read "City of San Benito vs. Kinder Morgan Tejas Pipeline, L.P."

Signed in Brownsville, Texas on this 31st day of March, 2005.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE