IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, | § |
| | § |
| Plaintiff, | § |
| | § |
| | § |
| | § |
| V. | § C. A. NO. B03-080 |
| | § JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § |
| | § |
| Defendants. | § |

### UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY DEFENDANTS

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. file this motion for substitution of party defendants and respectfully show the Court the following:

1. Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. are the only remaining defendants in the lawsuit.

2. As noted in the Stipulation of Corporate Identity simultaneously filed with this Court, Tejas Gas Pipeline Company, Tejas Gas Pipeline LLC, and Tejas Gas Pipeline LP are now collectively known as Kinder Morgan Tejas Pipeline, L.P.

3. Additionally as noted in the stipulation, by merger and name change, Tejas Gas Marketing, LLC is also now known as Kinder Morgan Tejas Pipeline, L.P.

4. Therefore, Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. move this Court for a substitution of parties naming Kinder Morgan Tejas Pipeline, L.P. as the sole defendant in this action.

5. Defendants represent to this Court that they have obtained Plaintiff City of San Benito's consent to this motion.

WHEREFORE, Defendants respectfully request this Court to substitute Kinder Morgan Tejas Pipeline, L.P. for Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. in this action. Defendants further request such other relief to which they may be justly entitled.

Respectfully submitted,

*[signature: Osborne J. Dykes]*

Osborne J. Dykes, III
Federal ID No. 1796
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C.

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   Federal ID No. 2002
   State Bar No. 21916500
   Jeffrey D. Palmer
   Federal ID No. 27014
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on ~~March~~ April 8, 2005.

*[signature]*

Jeffrey D. Palmer