IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION
## FOR SUBSTITUTION OF PARTY DEFENDANTS

On this day, the Court considered the Unopposed Motion for Substitution of Party Defendants (the "Motion") and after reviewing the Motion and the evidence, the Court finds that the Motion should be GRANTED. It is, therefore,

ORDERED that the Unopposed Motion for Substitution of Party Defendants is GRANTED. It is further

ORDERED that Kinder Morgan Tejas Pipeline, L.P. is substituted for the remaining defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. who are dismissed with prejudice from this action.

SIGNED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE