United States District Court
Southern District of Texas
FILED

APR 1 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, § § | |
| Plaintiff, § § § | |
| V. § § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL., § § § | JURY TRIAL REQUESTED |
| Defendants. § | |

### STIPULATION OF CORPORATE IDENTITY

Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. and plaintiff, City of San Benito hereby stipulate to the following facts:

1. Tejas Gas Pipeline Company, Tejas Gas Pipeline LLC, Tejas Gas Pipeline LP, and Tejas Gas Marketing, LLC (all currently named in the lawsuit) are now known as Kinder Morgan Tejas Pipeline, L.P. as explained below.

2. Tejas Gas Pipeline Company was converted into Tejas Gas Pipeline LLC, which in turn was converted into Tejas Gas Pipeline LP. This entity and Texas Gas Marketing LLC were also merged into Kinder Morgan Tejas Pipeline, LP.

3. On August 1, 2002, Tejas Gas Marketing, LLC was merged into Tejas Pipeline Holding, LLC. On August 5, 2002, Tejas Pipeline Holding, LLC was merged into Tejas Gas Pipeline, LP. Additionally, on August 5, 2002, Tejas Gas Pipeline, LP changed its name to Kinder Morgan Tejas Pipeline, L.P.

30872942.1

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| *[signature]* | *[signature]* |
| Osborne J. Dykes, III<br>Federal ID No. 1796<br>State Bar No. 06325500<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010<br>Telephone: 713-651-5151<br>Facsimile: 713-651-5246 | Adam Poncio<br>State Bar No. 16109800<br>924 McCullough Ave.<br>San Antonio, Texas 78215<br>Telephone: 210-212-7979<br>Facsimile: 210-212-5880 |

ATTORNEY-IN-CHARGE FOR
TEJAS GAS PIPELINE COMPANY,
TEJAS GAS PIPELINE, L.L.C.,
TEJAS GAS PIPELINE, L.P.,
AND TEJAS GAS MARKETING, L.L.C.

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   Federal ID No. 2002
   State Bar No. 21916500
   Jeffrey D. Palmer
   Federal ID No. 27014
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

**OF COUNSEL:**

LAW OFFICES OF CERDA & PONCIO