United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION
FOR SUBSTITUTION OF PARTY DEFENDANTS**

On this day, the Court considered the Unopposed Motion for Substitution of Party Defendants (the "Motion") and after reviewing the Motion and the evidence, the Court finds that the Motion should be GRANTED. It is, therefore,

ORDERED that the Unopposed Motion for Substitution of Party Defendants is GRANTED. It is further

ORDERED that Kinder Morgan Tejas Pipeline, L.P. is substituted for the remaining defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. who are dismissed with prejudice from this action.

SIGNED this 12th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE