# EXHIBIT "B"

United States District Court
Southern District of Texas
FILED

APR 1 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF CORPORATE IDENTITY

Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. and plaintiff, City of San Benito hereby stipulate to the following facts:

1. Tejas Gas Pipeline Company, Tejas Gas Pipeline LLC, Tejas Gas Pipeline LP, and Tejas Gas Marketing, LLC (all currently named in the lawsuit) are now known as Kinder Morgan Tejas Pipeline, L.P. as explained below.

2. Tejas Gas Pipeline Company was converted into Tejas Gas Pipeline LLC, which in turn was converted into Tejas Gas Pipeline LP. This entity and Texas Gas Marketing LLC were also merged into Kinder Morgan Tejas Pipeline, LP.

3. On August 1, 2002, Tejas Gas Marketing, LLC was merged into Tejas Pipeline Holding, LLC. On August 5, 2002, Tejas Pipeline Holding, LLC was merged into Tejas Gas Pipeline, LP. Additionally, on August 5, 2002, Tejas Gas Pipeline, LP changed its name to Kinder Morgan Tejas Pipeline, L.P.

30872942.1

Respectfully submitted,

*Osborne J. Dykes*
Osborne J. Dykes, III
Federal ID No. 1796
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

ATTORNEY-IN-CHARGE FOR
TEJAS GAS PIPELINE COMPANY,
TEJAS GAS PIPELINE, L.L.C.,
TEJAS GAS PIPELINE, L.P.,
AND TEJAS GAS MARKETING, L.L.C.

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   Federal ID No. 2002
   State Bar No. 21916500
   Jeffrey D. Palmer
   Federal ID No. 27014
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

Respectfully Submitted,

*Adam Poncio*
Adam Poncio
State Bar No. 16109800
924 McCullough Ave.
San Antonio, Texas 78215
Telephone: 210-212-7979
Facsimile: 210-212-5880

OF COUNSEL:

LAW OFFICES OF CERDA &
PONCIO

30872942.1     2

United States District Court
Southern District of Texas
FILED

APR 1 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § § § § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY DEFENDANTS**

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. file this motion for substitution of party defendants and respectfully show the Court the following:

1.  Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. are the only remaining defendants in the lawsuit.

2.  As noted in the Stipulation of Corporate Identity simultaneously filed with this Court, Tejas Gas Pipeline Company, Tejas Gas Pipeline LLC, and Tejas Gas Pipeline LP are now collectively known as Kinder Morgan Tejas Pipeline, L.P.

3.  Additionally as noted in the stipulation, by merger and name change, Tejas Gas Marketing, LLC is also now known as Kinder Morgan Tejas Pipeline, L.P.

4.  Therefore, Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. move this Court for a substitution of parties naming Kinder Morgan Tejas Pipeline, L.P. as the sole defendant in this action.

30894060.1

5. Defendants represent to this Court that they have obtained Plaintiff City of San Benito's consent to this motion.

WHEREFORE, Defendants respectfully request this Court to substitute Kinder Morgan Tejas Pipeline, L.P. for Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. in this action. Defendants further request such other relief to which they may be justly entitled.

Respectfully submitted,

*Osborne J. Dykes*
Osborne J. Dykes, III
Federal ID No. 1796
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C.

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   Federal ID No. 2002
   State Bar No. 21916500
   Jeffrey D. Palmer
   Federal ID No. 27014
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on ~~March~~ April 8, 2005.

Jeffrey D. Palmer

30894060.1                                                 3

Received 04/15/2005 04:30PM in 01:20 on line [0] for JD00304 * Pg 2/2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING UNOPPOSED MOTION
### FOR SUBSTITUTION OF PARTY DEFENDANTS

On this day, the Court considered the Unopposed Motion for Substitution of Party Defendants (the "Motion") and after reviewing the Motion and the evidence, the Court finds that the Motion should be GRANTED. It is, therefore,

ORDERED that the Unopposed Motion for Substitution of Party Defendants is GRANTED. It is further

ORDERED that Kinder Morgan Tejas Pipeline, L.P. is substituted for the remaining defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. who are dismissed with prejudice from this action.

SIGNED this 12th day of April, 2005.

UNITED STATES DISTRICT JUDGE

30894060.1

4

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

## FACSIMILE TRANSMISSION

| DATE: | June 22, 2005 | MATTER NUMBER: | 10312296 |
|---|---|---|---|

| RECIPIENT: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Dorothy Hearn<br>CERDA & PONCIO | 210/212-5880 | 210/212-7979 |

| FROM: | Jeffrey D. Palmer | USER ID: | JP01576 | FLOOR: | 4239 |
|---|---|---|---|---|---|
| PHONE: | (713) 651-3719 | FAX: | (713) 651-5246 | | |

RE: Cause No. B03-080; *City of San Benito v. Tejas Gas Pipeline Company, et al.*; In the United States District Court for the Southern District of Texas, Brownsville

NUMBER OF PAGES INCLUDING COVER PAGE: 8

Message:

## CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
KIM GLAIZE AT (713) 651-3674 AS SOON AS POSSIBLE.**