# EXHIBIT "D"

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

CITY OF SAN BENITO                    §
                                      §
VS.                                   §          United States District Court
                                      §          Southern District of Texas
                                      §   CIVIL ACTION NO. B-03-080    ENTERED
TEJAS GAS PIPELINE COMPANY, ET AL.    §
                                                 SEP 2 3 2004

                                                 Michael N. Milby, Clerk of Court
                                                 By Deputy Clerk _____

## Scheduling Order

1.   Trial: Estimated time to try: __5__ days.                   ☐ Bench   ■ Jury

2.   No new parties may be joined without leave of Court.
2a.  Defendants may file summary judgments after:                December 1, 2004

3.   The plaintiff's experts will be named with a report furnished by: *7-13-05* April 29, 2005

4.   The defendant's experts must be named with a report furnished by: *8-31-05* June 17, 2005

5.   Discovery must be completed by:              *9-16-05* September 1, 2005

     *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
     *No continuance will be granted because of information acquired in post-deadline discovery.*

6.   Dispositive Motions will be filed by:                       July 15, 2005

     Non-Dispositive Motions will be filed by:                   October 14, 2005

     ************************* The court will provide these dates. *************************

7.   Joint pretrial order is due:                                October 14, 2005

     *The plaintiff is responsible for filing the pretrial order on time.*

8.   Final Pretrial conference is set for 1:30 p.m. on:          November 1, 2005

9.   Trial will be on the docket for:*                           November 3, 2005

     Signed this 23rd day of September, 2004.

                                              _____
                                                     Andrew S. Hanen
                                                  United States District Judge

*Counsel to do voir dire. Jury to be twelve (12) members (with no alternates) with ten (10) or more members required to reach
a verdict.

*Cal-*

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Adam Poncio
924 McCullough
San Antonio  TX  78215

---

Case: 1:03-cv-00080   Instrument: 105   (1 pages)
Date: Sep 23, 2004
Control: 040927199
FAX number: 210-212-5880 fax   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.