# EXHIBIT "F"

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

JPALMER@FULBRIGHT.COM
DIRECT DIAL: (713) 651-3719

TELEPHONE: (713) 651-5151
FACSIMILE: (713) 651-5246

July 6, 2005

**BY FEDERAL EXPRESS**

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, TX 78215-1642

    Re:    Cause No. B03-080; *City of San Benito v. Kinder Morgan Tejas Pipeline, LP*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Adam:

In response to your discovery requests, we enclose document production, Bates labeled KM 0001 – KM 0162. As noted previously, this is only a partial production of documents. The remaining documents cannot be produced due to confidentiality and proprietary information concerns absent an executed Agreed Confidentiality and Protective Order.

If you have any questions please feel free to contact me.

                Yours very truly,

                Jeffrey D. Palmer

JDP:krg
Enclosures
cc:    Mr. Osborne J. Dykes *(Firm)*

RECEIVED
JUL - 7 200*

30957558.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH