# EXHIBIT "H"

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

JPALMER@FULBRIGHT.COM
DIRECT DIAL: (713) 651-3718

TELEPHONE:  (713) 651-5151
FACSIMILE:  (713) 651-5246

July 5, 2005

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, TX 78215-1642

Re: Cause No. B03-080; *City of San Benito v. Kinder Morgan Tejas Pipeline, L.P.*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Adam:

I am writing in response to your legal assistant's, Dorothy Hearne, voice mail message stating that you did not feel that you could enter into any Agreed Protective and Confidentiality Order ("Confidentiality Order") in this matter. Please be aware that due to confidentiality concerns, Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") will be unable to produce several documents without an executed Confidentiality Order or a Court order. These documents include contracts and filings which contain confidential and proprietary information. We do not understand your reluctance to enter into a Confidentiality Order which expressly provides that the confidential documents can be provided to and reviewed by not only the parties in the lawsuit but also their experts and consultants. Please provide me, in writing, the reason for your reluctance to enter into a Confidentiality Order.

Additionally, regarding your request for an extension of time to designate your experts in this lawsuit, you will have to discuss this matter with Jeff Dykes, the attorney in charge. However, since plaintiff's expert designation date has already been extended twice for approximately two and a half months, another extension without a continuance of the trial date is unlikely.

Yours very truly,

*[signature]*

Jeffrey D. Palmer

30956872.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

## FACSIMILE TRANSMISSION

| DATE: | July 5, 2005 | MATTER NUMBER: | 10312296 |

| RECIPIENT: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Adam Poncio<br>CERDA & PONCIO | 210/212-5880 | 210/212-7979 |

| FROM: | Jeffrey D. Palmer | USER ID: | JP01576 | FLOOR: | 4239 |
| PHONE: | (713) 651-3719 | FAX: | (713) 651-5246 | | |

RE: Cause No. B03-080; *City of San Benito v. Kinder Morgan Tejas Pipeline, L.P.;* In the United States District Court for the Southern District of Texas, Brownsville

NUMBER OF PAGES INCLUDING COVER PAGE: 7

Message:

### CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
KIM GLAIZE AT (713) 651-3674 AS SOON AS POSSIBLE.