IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| Defendants | § | |

### ORDER GRANTING MOTION TO COMPEL, CONTINUANCE AND/OR EXTENDING TIME

Be IT REMEMBERED that on this day came on to be heard Plaintiff's Motion to Compel, Motion for Continuance and/or Motion to Extend Time for Designation of Experts. After considering the motion and the arguments of counsel, this Court is of the opinion that Plaintiff's Motion for Continuance should be granted.

Plaintiff's Motion is GRANTED and Defendant's objections are overruled and any request for a confidentiality agreement and/or protective order is denied. The date for designating experts and providing expert reports is extended and trial in this matter is continued.

SIGNED this _____ day of _____, 2005.

_____
United States District Judge

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 9