United States District Court
Southern District of Texas
FILED

JUL 18 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V | § | C. A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| | § | |
| Defendants | § | |

## CITY OF SAN BENITO'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the City of San Benito, Plaintiff in the above entitled and numbered cause, and submits the following as their designation of expert witnesses pursuant to the present scheduling order:

1. Adam Poncio
   Cerda & Poncio, P.C.
   924 McCullough
   San Antonio, Texas 78215

   Mr. Poncio will testify as to reasonable and necessary attorney's fees, cost of litigation and calculation of damages owed.

2. Ramon Garcia
   Oscar Alvarez
   LAW OFFICES OF RAMON GARCIA, P.C.
   222 West University Drive
   Edinburg, Texas 78539

   Mr. Garcia and Mr. Alvarez will testify as to reasonable and necessary attorney's fees, cost of litigation and calculation of damages owed.

Respectfully submitted,

_____
**ADAM PONCIO**
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile (210) 212-5880

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 13 day of July, 2005, forwarded a true and correct copy of the above document to all counsel of record:

Ramon Garcia
Oscar Alvarez
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

Osborne J. Dykes, III
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

**ADAM PONCIO**