Case 1:03-cv-00080   Document 146   Filed in TXSD on 07/18/2005   Page 1 of 4

United States District Court
Southern District of Texas
FILED

JUL 1 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § | |
| | § | |
| Defendant. | § | |

# APPENDIX TO
# DEFENDANT KINDER MORGAN'S
# MOTION FOR SUMMARY JUDGMENT

Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.

William D. Wood
State Bar No. 21916500
Jeffrey D. Palmer
State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.

David G. Oliveira
State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

ATTORNEY-IN-CHARGE FOR KINDER
MORGAN TEJAS PIPELINE, L.P.

AT WIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § | |
| | § | |
| Defendant. | § | |

## APPENDIX TO DEFENDANT KINDER MORGAN'S MOTION FOR SUMMARY JUDGMENT

Defendant Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") submits this Appendix in support of Defendant Kinder Morgan's Motion for Summary Judgment, which is being contemporaneously filed. The contents of this Appendix are:

| | |
|---|---|
| **Exhibit A** | Stipulation of Corporate Identity |
| **Exhibit B** | Affidavit of Stewart Lee Baskin ("Baskin Affidavit") |
| **Exhibit C** | City of San Benito Ordinance No. 478 ("Street Rental Ordinance" or "Ordinance") |
| **Exhibit D** | Op. Tex. Att'y Gen. No. V-1084 (1950) |
| **Exhibit E** | Op. Tex. Att'y Gen. No. V-994 (1950) |
| **Exhibit F** | 12 EUGENE MCQUILLIN, THE LAW OF MUNICIPAL CORPORATIONS § 34.08, at p.29 (3d ed. 1988) |
| **Exhibit G** | *City of Arlington v. Lillard*, 294 S.W. 829 (1927) |
| **Exhibit H** | *City of Brownwood v. Brown Telegraph & Telegraph Co.*, 157, S.W. 1163 |

        Respectfully submitted,

        */s/ Osborne J. Dykes*
        Osborne J. Dykes, III
        State Bar No. 06325500
        1301 McKinney, Suite 5100
        Houston, Texas 77010
        Telephone: 713-651-5151
        Facsimile: 713-651-5246

        Attorney-in-Charge for Kinder Morgan Tejas Pipeline, L.P.

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## Certificate of Service

This pleading was served on July 14th, 2005, by First Class U.S. Mail on the following counsel of record:

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78125

_____
Osborne J. Dykes, III