IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

### STIPULATION OF CORPORATE IDENTITY

Defendants Tejas Gas Pipeline Company, Tejas Gas Pipeline, L.L.C., Tejas Gas Pipeline, L.P., and Tejas Gas Marketing, L.L.C. and plaintiff, City of San Benito hereby stipulate to the following facts:

1.  Tejas Gas Pipeline Company, Tejas Gas Pipeline LLC, Tejas Gas Pipeline LP, and Tejas Gas Marketing, LLC (all currently named in the lawsuit) are now known as Kinder Morgan Tejas Pipeline, L.P. as explained below.

2.  Tejas Gas Pipeline Company was converted into Tejas Gas Pipeline LLC, which in turn was converted into Tejas Gas Pipeline LP. This entity and Texas Gas Marketing LLC were also merged into Kinder Morgan Tejas Pipeline, LP.

3.  On August 1, 2002, Tejas Gas Marketing, LLC was merged into Tejas Pipeline Holding, LLC. On August 5, 2002, Tejas Pipeline Holding, LLC was merged into Tejas Gas Pipeline, LP. Additionally, on August 5, 2002, Tejas Gas Pipeline, LP changed its name to Kinder Morgan Tejas Pipeline, L.P.

30872942.1



EXHIBIT A