## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | **C. A. NO. B03-080** |
| | § | **JURY TRIAL REQUESTED** |
| **KINDER MORGAN TEJAS PIPELINE, L.P.,** | § | |
| | § | |
| **Defendant.** | § | |

### AFFIDAVIT OF STEWART LEE BASKIN

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| THE COUNTY OF HARRIS | § |

Before me the undersigned authority this day personally appeared Stewart Lee Baskin,

who after first being duly sworn did upon his oath depose and say:

1.  My name is Stewart Lee Baskin. I am a resident of Stafford, Texas, and my business address is 500 Dallas Street, Suite 1000, Houston, Texas. I am over the age of eighteen and am competent to testify as to the matters contained herein. The facts set forth herein are true and correct to my personal knowledge. If called to testify in this matter, I could and would testify to the matters set forth in this affidavit from my own personal knowledge and recollection and from information and materials gathered from my experience and provided to me by others upon whom I rely on a daily basis to perform the duties of my occupation.

2.  I am Director-Regulatory for Kinder Morgan, Inc. and as such I have responsibility for regulatory affairs for the Texas intrastate pipeline group of Kinder Morgan Energy Partners, L.P. The pipeline entity discussed in this affidavit, Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan"), is an indirect subsidiary of Kinder Morgan Energy Partners, L.P. Kinder Morgan is a statutory "gas utility" under Sections 102.001 and 121.051 of the Texas Utility Code and regulated by the Texas Railroad Commission.



EXHIBIT

B

3. I graduated from Eastern New Mexico University in 1973 with a Bachelor of Music Education degree. In 1976, I received a Master of Music degree, also from Eastern New Mexico University. From 1976 through 1985, I was employed by LoVaca Gathering Company / Valero Transmission Company in various capacities in its Gas Control Department. In 1985, I went to work for Gulf Energy Development Corporation as a Contract Administrator. When Gulf Energy was acquired by Tejas Gas Corporation in 1988, I was promoted to Senior Contract Administrator, then to Manager of Contract Administration, and finally to Director, Contract Administration. In 1999, I became General Manager, Regulatory Compliance for Tejas Gas, LLC (successor to Tejas Gas Corporation). Then, in 2002, Tejas Gas, LLC was acquired by Kinder Morgan, Inc. and I became Director-Regulatory for all of Kinder Morgan, Inc.'s Texas intrastate gas pipeline subsidiaries, including Kinder Morgan Tejas Pipeline, L.P.

4. I am responsible for the compliance of Kinder Morgan, Inc.'s Texas intrastate gas pipeline subsidiaries with the rules and requirements of the Railroad Commission of Texas ("Commission"), including developing, supporting and implementing rates, filing and maintaining T-4 Permits to Operate Pipelines and P-5 Organization Reports, coordinating the filing and maintenance of tariffs and annual reports with the Commission and coordinating Commission audits and responses. I am also responsible for developing and supporting rates for Kinder Morgan's Texas intrastate gas pipeline subsidiaries under Section 311 of the Natural Gas Policy Act of 1978 ("NGPA"), and for representing these entities before the Federal Energy Regulatory Commission ("FERC") and the Commission with respect to such NGPA Section 311 filings.

5. Since approximately 1986, Kinder Morgan and its predecessors have owned and operated an intrastate natural gas pipeline, which enters the City of San Benito, Texas ("City") on the southwest side and connects to the La Palma electric generating plant in the City. In approximately 1990, the pipeline was extended northeast of the City and connected to the Fruit of the Loom plant outside the City, as shown on the map attached to this affidavit as Exhibit 1.

6. From 1985 to July 1, 1988, I was employed by Gulf Energy Development Corporation as Contract Administrator, based in San Antonio. Gulf Energy Development Corporation was the parent company of Gulf Energy Pipeline Company (formerly Intrastate Gathering Corporation) which built the City of San Benito pipeline segment described above in approximately 1986. The initial sole

purpose of building the line was to serve the La Palma plant. It does cross under some streets in San Benito, as shown on the attached map (Exhibit 1).

7. The above-described pipeline segment which lies partially in the City of San Benito is part of a larger pipeline system owned by Kinder Morgan, as depicted on the map attached hereto as Exhibit 2. As shown on the map, the pipeline system extends from a location as far southwest as Webb County to as far southeast as Del Mar Heights in Cameron County and then segments go as far North as Orange County and Morris County.

8. Kinder Morgan (including its predecessors) has made sales of natural gas from the above-described pipeline only at a single location within the City of San Benito, namely at the reference point for the La Palma plant, Pin# 350601. The business records of Kinder Morgan have been searched under my supervision and with my participation for the sales within the City, and there are no records of sales within the City except at Pin# 350601.

9. The first sales by Kinder Morgan (including its predecessors) at the La Palma plant began when the owner of the plant was Central Power & Light Company ("CP&L"). In 2004, CP&L sold the plant to Sempra Energy Resources ("Sempra"), which remains the owner today. During the period of Kinder Morgan's (including its predecessors) sales of natural gas to the La Palma plant, the buyer of gas at the La Palma plant has been either the plant owner or a party supplying gas to the plant owner.

10. Kinder Morgan has never operated the pipeline as a local distribution company in the City of San Benito. All gas delivered by Kinder Morgan within the City of San Benito was sold and delivered on a privately negotiated basis at the La Palma plant, Pin #350601. Kinder Morgan is neither willing, able, nor required to serve the general public in the City of San Benito.

FURTHER, AFFIANT SAYETH NOT.

_____
Stewart Lee Baskin

SWORN TO AND SUBSCRIBED before me on July 13th, 2005.

[SEAL]

_____
Notary Public In And For
The State of Texas



# Exhibit 1
# to Affidavit of
# Stewart Lee
# Baskin

30921196.1

N

Fruit of the Loom

Arroyo Colorado Esta

Harlingen

San Benito

**Legend**

**KM Pipeline**

—— TEJAS

· Meter Station

423-304

San Benito / Harlingen Area
Cameron County, Texas

0    0.125   0.25        0.5         0.75

# Exhibit 2
# to Affidavit of
# Stewart Lee
# Baskin

KM Tejas Pipeline, LP