ORDINANCE NO. 478

AN ORDINANCE FIXING RENTALS TO BE PAID BY NATURAL GAS UTILITIES FOR THE PRIVILEGE OF USING, WITH THEIR NATURAL GAS AND AUXILIARY LINES, APPURTENANCES AND FIXTURES, THE STREETS, ALLEYS AND PUBLIC WAYS, WITHIN THE CORPORATE LIMITS OF THE CITY OF SAN BENITO, TEXAS; PROVIDING THAT SUCH UTILITIES SHALL MAKE SEMI-ANNUAL REPORTS; PROVIDING PENALTIES FOR THE VIOLATION HEREOF; REPEALING ALL LAWS IN CONFLICT HEREWITH; AND DECLARING AN EMERGENCY.

BE IT ORDAINED BY THE CITY COMMISSION OF THE CITY OF SAN BENITO, TEXAS.

Section I.

That all persons and corporations using and maintaining any main and auxiliary lines, appurtenances and fixtures for the sale and distribution of natural gas in any of the streets, alleys, parks and other public places within the corporate limits of the City of San Benito, Texas, shall within thirty (30) days after the 30th. day of September and the 31st. day of March of each year file with the City Secretary a report sworn to by the auditor of such person or corporation showing the gross receipts derived from the sale by gas utilities of natural gas sold for heat, power or other purposes from consumer of such natural gas located within and using such natural gas within the corporate limits of the City of San Benito, Texas, for the six (6) months preceeding each of said dates.

Section II.

That upon the 1st. day of November and the 1st. day of May of each year hereafter, every person or corporation using the streets, highways, alleys, parks or other public places within the City of San Benito, Texas, with main and/or auxiliary lines, fixtures and appurtenances for the sale and distribution of natural gas to consumers, shall pay to the City of San Benito, Texas, a rental equal to two percent (2%) of the gross receipts received by such person or corporation from its sale of natural gas for heat, power and/or other purposes derived from consumers of such natural gas located within and using within the corporate limits of the City of San Benito, Texas, for the six (6) months preceeding September 30th, and March 31st, of each year, which sum shall be paid to the Tax Collector of the City of San Benito, Texas, who shall thereupon deliver to the person or corporation paying the same a receipt for the amount so paid as rental.

Section III.

Any Special taxes, rentals, contributions or charges accruing before the effective date of this ordinance under the term of any pre-existing ordinance, contract or franchise against any such person or corporation, when paid to said City, shall be credited on the amount owed by such person or corporation as a charge or rental imposed for the use of the streets, alleys and other public places and ways within the said City, and the Tax Collector of said City is hereby authorized to give credit to such person or corporation when it or they pay the street rental charges in the manner described herein for all sums paid or special taxes, rentals, contributions, charges or otherwise under the terms of any pre-existing ordinance, contract or franchise.

Section IV.

That any person or corporation and the local manager or agent of any such person or corporation, wilfully failing or refusing after thirty (30) days written notice from the City Secretary to make the report required above herein shall, upon conviction in the Corporation Court of the said City, be fined in a sum not to exceed $50.00, and each day's failure or refusal shall be deemed a separate offense.

Section V.

All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Section VI.

The fact that the Legislature of the State of Texas, has, by proper enactment, permitted incorporated cities and towns to levy a tax against all persons and corporations occupying the public streets, alleys, public ways and places, as a rental or charge for the use and occupancy of said streets, alleys, public

EXHIBIT C

ways and places, and the fact that the general fund of said City in is need of immediate replenishment, creates an emergency, and the rule requiring the reading of all ordinances on two several meetings, is hereby suspended and this ordinance shall take effect immediately upon its passage, approval and publication as provided by the Charter of the City of San Benito, Texas.

Passed and approved this 25th. day of June, A. D. 1941.

Attest:
City Secretary.

Mayor