Case 1:03-cv-00080   Document 146-7   Filed in TXSD on 07/18/2005   Page 1 of 5

# THE LAW OF MUNICIPAL CORPORATIONS

## THIRD EDITION

EUGENE McQUILLIN

---

### 1995 REVISED VOLUME

By BETH A. BUDAY, J.D.
and DENNIS JENSEN, J.D.

## VOLUME 12

Cite as: **McQuillin Mun Corp § — (3rd Ed)**



CLARK
BOARDMAN
CALLAGHAN®

FROM THE LIBRARY OF
FULBRIGHT & JAWORSKI, L.L.P.

NOV 2 8 1995

HOUSTON TEXAS

DEERFIELD, IL • NEW YORK, NY • ROCHESTER, NY
Customer Service: 1-800-323-1336

EXHIBIT
F

FRANCHISES                                              § 34.08

**New York.** Bradley v. Degnon Contracting Co., 80 Misc 90, 140 NYS 825.

**North Carolina.** Kornegay v. Raleigh, 269 NC 155, 152 SE2d 186 (community antenna television system, including towers, poles, lines, cables, etc.).

**Texas.** Dallas v. Gill, 199 SW 1144 (Tex Civ App).

[9] **Minnesota.** Duluth Terminal Ry. Co. v. Duluth, 113 Minn 459, 130 NW 18 (municipal franchise required).

**New York.** People v. State Tax Commission, 247 NY 281, 160 NE 371.

[10] **Nebraska.** O'Neill v. Consumers Public Power Dist., 179 Neb 773, 140 NW2d 644.

**Washington.** Contract between municipality and public service company for lighting streets for term of years is not grant of franchise. Des Moines v. Welsbach St. Lighting Co., 188 F 906; Washington Fruit & Produce Co. v. Yakima, 3 Wash 2d 152, 100 P2d 8, 103 P2d 1106.

[11] **United States.** El Paso County Water Improvement Dist. No. 1 v. El Paso, 133 F Supp 894 (distinguishing between franchise and easement).

**Michigan.** Maybury v. Mutual Gas Light Co., 38 Mich 154 (right to lay gas pipes).

**Minnesota.** Village of Blaine v. Independent School Dist. No. 12, Anoka County, 265 Minn 9, 121 NW2d 183 (mere easement or license).

**Tennessee.** Knoxville v. Phillips, 162 Tenn 328, 36 SW2d 434 (grant of right of way to railroad).

Franchise distinguished from easement, see Fletcher Cyc Corp § 2873 (Perm Ed).

Franchise termed as easement, § 34.03.

[12] **California.** Western Union Tel. Co. v. Visalia, 149 Cal 744, 87 P 1023.

**Wisconsin.** State v. Sheboygan, 111 Wis 23, 86 NW 657.

[13] **California.** Western Union Tel. Co. v. Hopkins, 160 Cal 106, 116 P 557.

[14] **Wisconsin.** State v. Milwaukee, B. & L. G. R. Co., 116 Wis 142, 92 NW 546.

## § 34.08. Public utility defined.

In connection with the law relating to franchises, the term "public utilities" is often used. One of the distinguishing characteristics of a public utility is the devotion of private property by the owner to a service that is useful to the public, and that the public has the right to have rendered with reasonable efficiency and at proper charges, so long as it is continued.[1] The term implies public use and the duty to serve the public without discrimination, as distinguished from private service.[2] The test is whether the public utility serves the public,[3] whether the public may enjoy its service outright or by permission only,[4] and whether it is subject to appropriate governmental regulation.[5] In sum, in order to constitute a public utility, the business or enterprise must be impressed with a public interest, and those engaged in that business must hold themselves out as serving or

ready to serve all members of the public to the extent of their capacity, and the nature of the service must be such that all members of the public have an enforceable right to demand it.[6] With reference to the power of municipal corporations to acquire "public utilities," the term customarily embraces enterprises engaged in by private corporations or individuals, such as supplying water and electricity to the inhabitants.[7]

Specifically, the term "public utility" is understood to refer to such things as steam and street railways,[8] telegraph and telephones, waterworks, gasworks, electric light plants,[9] public utility wharves,[10] cable television systems,[11] and other public conveniences and activities of a city, examples of which are given in the note.[12] Moreover the term "public utility" has a broader meaning than that of mere physical equipment; as operated by a municipality, the term refers to the entire business, including both the plant and its operation.[13] In addition, the term has been given a broader meaning in construing a particular constitutional provision, where it is held that a convention hall owned by the city is a public utility within the meaning of a constitutional provision requiring a vote of the people before incurring indebtedness above the constitutional limit for the purchase or construction of a "public utility" or for repairing it,[14] and also that a public park owned by the municipality is a public utility within such provision,[15] as are public fire stations and street cleaning equipment and machinery.[16] A constitutional provision enumerating public utilities required to obtain a franchise to use streets may be construed to apply to all public utilities and service that might today be proper subjects for control.[17] In some jurisdictions, the term "public utility" is defined by statute.[18]

---

[1] **Ohio.** The term "public utility" contemplates a privately owned utility, many of which operate under a franchise, and a publicly owned operation, such as a municipal water or sewage disposal system, both kinds being public utilities and both quite commonly enjoying a monopolistic position. Columbus v. Cremean, 27 Ohio App 2d 137, 273 NE2d 324.

**Texas.** Wichita Falls v. Kemp Hotel Operating Co., 162 SW2d 150 (Tex Civ App).

[2] **Illinois.** State Public Utilities Commission v. Bethany Mut. Tel. Ass'n, 270 Ill 183, 110 NE 334.

[3] **South Carolina.** Sheppard v. City of Orangeburg, 442 SE2d 601 (SC 1994) (cable television not public utility).

**Wisconsin.** Ford Hydro-Electric Co. v. Town of Aurora, 206 Wis 489, 240 NW 418; Ford Hydro-Electric Co. v. Town of Florence, 206 Wis 502, 240 NW 422.

[4] **New Jersey.** Junction Water Co. v. Riddle, 108 NJ Eq 523, 155 A 887.

[5] **Massachusetts.** Save the Bay, Inc. v. Department of Public Utilities, 366 Mass 667, 322 NE2d 742.

[6] **Colorado.** Englewood v. Denver, 123 Colo 290, 229 P2d 667.

[7] **California.** National City v. Fritz, 33 Cal 2d 635, 204 P2d 7 (sewer system as not "public utility" within meaning of statute authorizing fund for capital outlays except for utilities).

Municipality's power to acquire utility plant of existing company, § 35.18.

[8] **California.** Platt v. San Francisco, 158 Cal 74, 110 P 304.

**North Carolina.** Turner v. North Carolina Public Service Co., 170 NC 172, 86 SE 1033 (street railway hauling freight cars).

**Ohio.** Industrial Gas Co. v. Public Utilities Commission of Ohio, 135 Ohio St 408, 14 Ohio Op 290, 21 NE2d 166.

**Washington.** Jahn Contracting Co. v. Seattle, 74 Wash 298, 133 P 458 (as distinguished from local improvement).

[9] **United States.** Batesville Tel. Co. v. Public Service Commission, 38 F2d 511.

**California.** Platt v. San Francisco, 158 Cal 74, 110 P 304.

**Colorado.** Colorado Springs v. Pike's Peak Hydro-Electric Co., 57 Colo 169, 140 P 921.

**New York.** New York v. New York Water Service Corp., 274 NY 100, 8 NE2d 294.

**North Carolina.** Turner v. North Carolina Public Service Co., 170 NC 172, 86 SE 1033.

**Ohio.** Bever Tel. Co. v. Public Utilities Commission, 121 Ohio St 533, 170 NE 173.

The requirements of the articles of incorporation of a nonprofit electrical cooperative corporation, that it serve only its members, who shall pay a membership fee, agree to purchase electrical energy, and agree to comply with its articles of incorporation and code of regulations, do not preclude the nonprofit corporation from achieving the status of a public utility. Ohio Power Co. v. Village of Attica, 19 Ohio App 2d 89, 250 NE2d 111.

**South Dakota.** Spangler v. Mitchell, 35 SD 335, 347, 152 NW 339.

**Tennessee.** Water supply company as public utility. Nashville Water Co. v. Dunlap, 176 Tenn 79, 138 SW2d 424.

**Texas.** Moore v. Logan, 10 SW2d 428 (Tex Civ App).

[10] **California.** Oakland v. El Dorado Terminal Co., 41 Cal App 2d 320, 106 P2d 1000.

**Texas.** See Moore v. Logan, 10 SW2d 428 many specific examples of public utilities (Tex Civ App).

[11] **Arkansas.** Paragould Cablevision, Inc. v. City of Paragould, 305 Ark 476, 809 SW2d 688 (1991) (statute established that cable systems were not public utilities).

**Michigan.** Charter Tp. of Meridian v. Roberts, 114 Mich App 803, 319 NW2d 678.

**South Carolina.** Sheppard v. City of Orangeburg, 442 SE2d 601 (SC 1994) (cable television not public utility).

Comprehensive federal cable television franchising scheme, see § 34.23.10.

See also § 34.08.10.

[12] **United States.** Dispatch v. Erie, 249 F Supp 267 (cable TV).

§ 34.08  MUNICIPAL CORPORATIONS

Manufacturing and distribution of ice as public utility has been said to be question of law. New State Ice Co. v. Liebmann, 42 F2d 913.

Railroad and streetcar companies are public utilities. Columbia Railway, Gas & Electric Co. v. South Carolina, 27 F2d 52, affg In re Columbia Railway, Gas & Electric Co., 24 F2d 828, 25 F2d 329.

**California.** Baldwin v. Railroad Commission, 206 Cal 581, 275 P 425 (canal and irrigation company).

**Colorado.** Jacobucci v. District Court in & for County of Jefferson, 189 Colo 380, 541 P2d 667 (mutual ditch companies furnishing water to shareholders).

**Iowa.** Des Moines v. West Des Moines, 239 Iowa 1, 30 NW2d 500 (sewage disposal business).

**Massachusetts.** Save the Bay, Inc. v. Department of Public Utilities, 366 Mass 667, 322 NE2d 742 (liquid natural gas company).

**Nebraska.** State v. Johnson, 117 Neb 301, 220 NW 273 (city aviation field).

**Ohio.** State v. Jackson, 121 Ohio St 186, 167 NE 396 (Landing field for aircraft); Columbus v. Cremean, 27 Ohio App 2d 137, 273 NE2d 324 (finding municipally owned sewage disposal system to be in a distinct class of public utilities with which state constitution and statutes have treated particularly); Village of Dennison v. Martin, 4 Ohio Misc 1, 210 NE2d 912 (city sewage system).

**Texas.** City of Denton v. Denton Home Ice Co., 18 SW2d 606 (Tex Com App) (ice manufacture and sale).

The collection and disposal of garbage is a public utility. Moore v. Logan, 10 SW2d 428 (Tex Civ App); Wichita Falls v. Kemp Hotel Operating Co., 162 SW2d 150 (Tex Civ App).

[13] **Texas.** Moore v. Logan, 10 SW2d 428 (Tex Civ App).

[14] **Oklahoma.** State v. Barnes, 22 Okla 191, 97 P 997.

[15] **Oklahoma.** Ardmore v. State, 24 Okla 862, 104 P 913.

[16] **Oklahoma.** Oklahoma City v. State, 28 Okla 780, 115 P 1108.

**Texas.** Moore v. Logan, 10 SW2d 427 (Tex Civ App) (enumerating public utilities).

[17] **Kentucky.** Ray v. Owensboro, 415 SW2d 77 (Ky) (ambulance service).

[18] **California.** Western Canal Co. v. Railroad Commission, 216 Cal 639, 15 P2d 853.

**North Carolina.** Turner v. North Carolina Public Service Co., 170 NC 172, 86 SE 1033.

**Ohio.** Ohio Power Co. v. Village of Attica, 23 Ohio St 2d 37, 261 NE2d 123 (construed as including public utilities operating their utilities not for profit).

**Wisconsin.** Cawker v. Meyer, 147 Wis 320, 133 NW 157.

§ 34.08.10.  —What are not public utilities.

Under particular legal provisions and the facts and circumstances, a sanitation district,[1] a municipal auditorium,[2] a taxicab operation,[3] a hospital,[4] a radio broadcasting station,[5] a gas marketing company which does not operate gas mains or other facilities within the city,[6] and an auto parking system[7] have been