IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## SUMMARY JUDGMENT

On this day came on for hearing Kinder Morgan's Motion for Summary Judgment and after considering said motion, plaintiff's response, the reply, and the evidence, the Court finds that such motion should be GRANTED and judgment rendered for defendant. It is therefore

ORDERED that Kinder Morgan's Motion for Summary Judgment is GRANTED and that plaintiff City of San Benito take nothing by reason of its suit against defendant Kinder Morgan Tejas Pipeline, L.P. It is further

ORDERED that this action brought by the City of San Benito against Kinder Morgan Tejas Pipeline, L.P. be and the same is hereby dismissed with prejudice. This order operates as a final adjudication on the merits with regard to claims asserted by, and that could have been asserted by, the City of San Benito. It is further

ORDERED that costs of court are taxed against plaintiff.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

30888260.1