IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| V. § | C. A. NO. B03-080 |
| § | JURY TRIAL REQUESTED |
| KINDER MORGAN TEJAS PIPELINE, L.P., § | |
| § | |
| Defendant. § | |

## ORDER

On this day came on for hearing City of San Benito's Motion to Compel, Motion for Continuance, and Motion to Extend Time for Designation of Experts ("Plaintiff's Motion") and after considering Plaintiff's Motion, defendant's response, the reply, and the evidence, the Court finds that such motion should be DENIED. It is therefore

ORDERED that Plaintiff's Motion is DENIED. It is further

ORDERED that the Protective and Confidentiality Order is entered and effective as of the date this Order is signed.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

30971804.1                                    -vii-