IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V | § | C. A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| | § | |
| Defendants | § | |

### ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Be IT REMEMBERED that on this day came on to be heard Defendants' Motion for Summary Judgment. After considering the motion and the arguments of counsel, this Court is of the opinion that Defendants' motion should be denied.

Defendants' Motion is DENIED

SIGNED this _____ day of _____, 2005.

_____
United States District Judge

City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 18