IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Kinder Morgan Tejas Pipeline, L.P.'s Motion for Leave to File its Motion for Summary Judgment is GRANTED.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE