MAIL

**FULBRIGHT & JAWORSKI L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

United States District Court
Southern District of Texas
RECEIVED

JUL 18 2005

Michael N. Milby, Clerk of Court

JDYKES@FULBRIGHT.COM
PARTNER

TELEPHONE: (713) 651-5545
FACSIMILE: (713) 651-5246

July 14, 2005

**BY U.S. EXPRESS MAIL**

Re:  C.A. No. B03-080; *City of San Benito v. Tejas Gas Pipeline Company, et al.*; In the United States District Court for the Southern District of Texas, Brownsville Division

United States District Clerk
Southern District of Texas
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

Dear Clerk:

Enclosed for filing please find an original and three copies of the following documents:

- Defendant Kinder Morgan's Motion For Summary Judgment;

- Appendix to Defendant Kinder Morgan's Motion For Summary Judgment; and

- proposed form of Summary Judgment.

Please file-mark the additional copies for our file and kindly return in the enclosed self addressed, stamped envelope.

All counsel of record have been served with a copy of this pleading.

Thank you for your courteous cooperation.

Very truly yours,

Osborne J. Dykes, III

OJD:jag
Enclosures

30961416.1



AUSTIN • DALLAS • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS • MUNICH • NEW YORK • SAN ANTONIO • WASHINGTON DC

United States District Clerk
July 14, 2005
Page 2


cc:    Mr. Adam Poncio
Law Offices of Cerda & Poncio
924 McCullough
San Antonio, Texas 78215-1642

Mr. David Oliviera
Roerig, Oliviera & Fisher, LLP
855 West Price Road - Suite 9
Brownsville, TX 78520-8718

30961416.1


