**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V** | § | **C. A. NO. B03-080** |
| | § | |
| **TEJAS GAS PIPELINE COMPANY, ET AL** | § | |
| | § | |
| **Defendants** | § | |

## ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE ITS MOTION FOR SUMMARY JUDGMENT

Be IT REMEMBERED that on this day came on to be heard Defendants' Motin fro Leave to File Its Motion for Summary Judgment.  After considering the motion, response and the arguments of counsel, this Court is of the opinion that the Motion should be DENIED.

Defendants' Motion is DENIED.

SIGNED this _____ day of _____, 2005.


_____
United States District Judge


City of San Benito's Motion to Extend Time
to Comply with Court Order
Page 9