IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF SAN BENITO, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| V. § | C. A. NO. B03-080 |
| § | JURY TRIAL REQUESTED |
| KINDER MORGAN TEJAS PIPELINE, L.P., § | |
| § | |
| Defendant. § | |

**DEFENDANT KINDER MORGAN TEJAS PIPELINE, L.P.'S
DESIGNATION OF EXPERTS**

Defendant Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") files its Designation of Experts pursuant to the parties' letter agreement dated June 28, 2005, and Federal Rule of Civil Procedure 26(a)(2). Kinder Morgan designates the following expert witnesses who may testify on its behalf:

1. Mr. David G. Oliveira
   Roerig, Oliveira & Fisher, L.L.P.
   855 West Price Road, Suite 9
   Brownsville, Texas 78520
   (956) 542-5666

   Mr. Oliveira may testify concerning attorneys' fees and related matters. Mr. Oliveira may also testify to additional matters including rebuttal testimony.

2. Mr. Osborne J. Dykes, III
   Mr. Jeffrey D. Palmer
   Fulbright & Jaworski L.L.P.
   1301 McKinney, Suite 4200
   Houston, Texas 77010
   (713) 651-5151

   Mr. Dykes and Mr. Palmer may testify concerning attorneys' fees and related matters. Mr. Dykes and Mr. Palmer also testify to additional matters including rebuttal testimony.

Kinder Morgan reserves the right to supplement this designation and to modify or supplement the topics on which expert testimony is anticipated, or to withdraw the designation of any expert and to positively aver that the same will not be called at trial and re-designate the same as a consulting expert only, as may be necessary or appropriate in light of any subsequent effort by plaintiff to designate testifying expert(s) or elicit expert testimony from any witness. To the extent fact witnesses who are experts in their field have expert opinions, or have limited fact and expert knowledge, their expert opinions may also be utilized.

Kinder Morgan reserves the right to amend or supplement its designation of experts, modify or supplement the topics on which its expert is expected to testify, or withdraw the designation of the expert.

Respectfully submitted,

/s/ Osborne J. Dykes, III
Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Kinder Morgan Tejas Pipeline, L.P.

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served on August 30, 2005, by First Class U.S. Mail on the following counsel of record:

| | |
|---|---|
| Mr. Adam Poncio | Mr. Ramon Garcia |
| Cerda & Poncio | Law Offices of Ramon Garcia, P.C. |
| 924 McCullough | 222 West University Drive |
| San Antonio, Texas 78125 | Edinburg, Texas 78539 |

_____
Jeffrey D. Palmer

30988546.1        -iii-