United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

SEP 0 6 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CITY OF SAN BENITO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | **C. A. NO. B03-080** |
| | § | **JURY TRIAL REQUESTED** |
| **KINDER MORGAN TEJAS PIPELINE, L.P.,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT KINDER MORGAN'S RESPONSE TO THE CITY OF SAN BENITO'S**
**MOTION TO COMPEL, MOTION FOR CONTINUANCE, AND**
**MOTION TO EXTEND TIME FOR DESIGNATION OF EXPERTS**

Defendant Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") files this Response to the City of San Benito's Motion to Compel, Motion for Continuance, and Motion to Extend Time for Designation of Experts, filed August 18, 2005 ("Motion").

**INTRODUCTION**

Kinder Morgan's motion for summary judgment (filed July 18, 2005) is fully briefed. All responses and replies have now been submitted to the Court. Plaintiff's instant Motion, which is virtually a verbatim copy of the previous discovery motion filed by plaintiff on July 12, 2005 and of a portion of the City of San Benito's Response to Defendants' Motion for Summary Judgment filed on August 9, 2005, is designed solely to prevent a ruling on the motion for summary judgment. Plaintiff asserts in the Motion that Kinder Morgan has been less than forthright in responding to discovery. Nothing could be further from the truth. Plaintiff's Motion should be denied because: (1) plaintiff has failed to comply with Local Rule 5(K); (2) the Motion is a mere duplicate of earlier filings; and (3) on the facts the Motion is wholly lacking in merit.

30987279.1

## ARGUMENT

### I.  Plaintiff Has Failed to Comply With Local Rule 5(K).

The Court's Local Rule 5(K) provides that "the Court will not hear discovery motions unless moving counsel has advised the Court, in the motion, that counsel have conferred in a good faith effort to resolve matters in dispute but are unable to reach an agreement." L.R. 5(K). Plaintiff's counsel's certificate of conference ambiguously states that he "conferred or attempted to confer with opposing counsel regarding the substance of this motion. Defendants' counsel could not be reached and agreement could not be made." Motion at 9 (emphasis added). In fact, plaintiff's counsel left a single message with the secretary for the undersigned counsel to the effect that he (plaintiff's counsel) assumed defendant would oppose the motion plaintiff was about to file. Plaintiff's counsel did not disclose the content or substance of his proposed motion and could not be reached by telephone later the same day to discuss the matter. Plaintiff's counsel's cryptic message does not comply with the letter or the spirit of Local Rule 5(K), nor does the certificate of conference meet the requirements of the Local Rule. Therefore, plaintiff's Motion should be denied or stricken.

### II.  The Instant Motion Filed By Plaintiff Duplicates Earlier Filings.

The first part of the Motion (up to page 3) merely copies verbatim the discovery motion filed by plaintiff on July 12, 2005. The second part of the Motion duplicates nearly verbatim pages 4 through 6 of City of San Benito's Response to Defendants' Motion for Summary Judgment. The repetitive filing of verbatim copies of motions is an unwarranted imposition upon the Court and on opposing parties. The redundant nature of the instant Motion is an independent ground upon which the Motion should be denied or stricken.

### III.  Kinder Morgan Has Complied With Its Discovery Obligations.

Plaintiff makes the following incorrect contentions:  (A) that Kinder Morgan has withheld documents from production; (B) that Kinder Morgan's interrogatory responses are improper; and (C) that Kinder Morgan has refused to produce certain electronic data.

#### A.    Kinder Morgan has Produced all Documents That do not Contain Confidential or Proprietary Information.

Plaintiff complains that Kinder Morgan has wrongfully withheld documents.  For response, and to avoid repetition, defendant adopts and incorporates its Response to the City of San Benito's Motion to Compel, Motion for Continuance, and Motion to Extend Time for Designation of Experts (the response to plaintiff's first motion to compel), filed August 1, 2005. As noted in the earlier response, Kinder Morgan has produced all documents evidencing actual sales of natural gas within the City of San Benito.  Gas sales contracts, which contain confidential and proprietary information but which do not show actual sales, have been offered to plaintiff's counsel upon execution of an agreed confidentiality order.

#### B.    Kinder Morgan's Interrogatory Responses are Proper.

Plaintiff complains of the answers to interrogatories Nos. 2, 6, 7, and 8.  For response, and to avoid repetition, defendant adopts and incorporates pages 3 through 4 of Defendant Kinder Morgan's Reply in Support of Motion for Summary Judgment.  In brief, Kinder Morgan has properly responded to plaintiff's interrogatories.

#### C.    Kinder Morgan Offered to Produce Electronic Data

Plaintiff complains that Kinder Morgan has refused to produce certain transportation tariffs filed with the Texas Railroad Commission.  On the contrary, Kinder Morgan informed plaintiff by letter dated June 21, 2005 (attached as Exhibit A) that Kinder Morgan submits its tariffs electronically and that the software Kinder Morgan uses to submit these tariffs does not

allow for these tariffs to be printed out in hardcopy. Kinder Morgan has offered to produce the tariffs in electronic format, but plaintiff has never asked for this electronic data to be produced. The transportation tariffs contain pricing information but do not show actual sales.

## CONCLUSION AND PRAYER

Kinder Morgan respectfully asks the Court to strike or deny the City of San Benito's Motion to Compel, Motion for Continuance, and Motion to Extend Time for Designation of Experts, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Kinder Morgan Tejas Pipeline, L.P.

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
William D. Wood
State Bar No. 21916500
Jeffrey D. Palmer
State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
David G. Oliveira
State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

30987279.1

-4-

**<u>CERTIFICATE OF SERVICE</u>**

This pleading was served on September 2, 2005, by U.S. Mail on the following counsel

of record:

Mr. Adam Poncio                    Mr. Ramon Garcia
Cerda & Poncio                     Law Offices of Ramon Garcia, P.C.
924 McCullough                     222 West University Drive
San Antonio, Texas  78125          Edinburg, Texas  78539


_Jeffrey D. Palmer_