IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on for hearing City of San Benito's Motion to Compel, Motion for Continuance, and Motion to Extend Time for Designation of Experts, filed August 18, 2005 and after considering such motion and defendant's response, the Court finds that such motion should be DENIED. It is therefore

ORDERED that City of San Benito's Motion to Compel, Motion for Continuance, and Motion to Extend Time for Designation of Experts is DENIED.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE