# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

JPALMER@FULBRIGHT.COM              TELEPHONE:   (713) 651-5151
DIRECT DIAL: (713) 651-3719        FACSIMILE:   (713) 651-5246

June 21, 2005

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, TX 78215-1642

Re: Cause No. B03-080; *City of San Benito v. Tejas Gas Pipeline Company, et al.*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Adam:

Due to confidentiality concerns, before any documents can be produced by Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") in response to Plaintiff's First and Second Request for Production, we request that the parties enter into an Agreed Protective and Confidentiality Order ("Order"). Accordingly, please find attached the Order along with the Joint Motion to enter the Order with the Court. If everything is in order, please sign both the Order and the Motion and return both to me for filing with the Court.

Additionally, Kinder Morgan does have various regulatory filings, including tariffs, that are relevant to the plaintiff's request for production. Unfortunately, the Texas Railroad Commission requires that these tariffs be submitted electronically and the software Kinder Morgan uses to submit these tariffs does not allow for these tariffs to be printed out in hardcopy. Accordingly, Kinder Morgan is only able to produce an electronic version of these tariffs. Please let me know if you want Kinder Morgan to produce the electronic versions of these tariffs.

Yours very truly,

Jeffrey D. Palmer

cc: Mr. Osborne J. Dykes, III (firm)

EXHIBIT
A

RECEIVED
JUN 2 2 2005

30863273.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH