United States District Court
Southern District of Texas
FILED

SEP 2 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL, | § | |
| Defendants | § | |

### CITY OF SAN BENITO'S SECOND SUPPLEMENTAL MOTION TO COMPEL, MOTION FOR <u>CONTINUANCE</u> AND MOTION TO EXTEND TIME FOR DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the City of San Benito, Plaintiff in the above entitled and numbered cause, and files this Second Supplemental Motion to Compel, Motion for Continuance and Motion to Extend Time for Designation of Experts, and in support thereof, would show the Court the following:

1. This is a suit involving Defendant's failure to pay for use of City property and/or rights of way. The Court should note that the Plaintiff did not join Defendants in the litigation. Initially the matter was a class action pending and resolved in Cameron County. After resolution of the class action, Plaintiff filed an Amended Petition naming Defendants and informing the Defendants that they had not been served, in an attempt to resolve the matters without litigation. Defendants voluntarily filed answers and joined in the litigation without having been served. The basis of this litigation was the ordinance, which does not expressly require pipeline ownership for application of the Ordinance.

2. Plaintiff previously filed its motion and supplemental motion requesting, among other things, a continuance of the trial in this matter, an extension of certain deadlines and an order compelling Defendants to comply with discovery.

City of San Benito's Second Supplemental Motion for Continuance and to Extend Time
for Designation of Experts
Page 1

3. In addition to the prior reasons and arguments set out, Plaintiff points out to the Court that the parties mutually agreed to extend the discovery deadline in this matter to depose, among others, the City Manager for Plaintiff and Mr. Lee Baskin, a representative for Defendants and the person who signed the affidavit supporting Defendants' Motion for Summary Judgment.

4. Plaintiff had agreed to produce the City Manager on Friday September 23, 2005, in San Benito, Texas. Defendants had agreed to produce Mr. Baskin on Tuesday September 27, 2005, in Houston, Texas (see Defendants' letter and deposition notice of Mr. Baskin, attached hereto as Exhibit "A").

5. On September 21, 2005, the immediate evacuation of Houston was ordered because of Hurricane Rita. Defendants' offices and the offices of their counsel are in Houston, Texas. As a result of the unexpected emergency, Defendants cancelled the deposition of the City Manager set for September 23, 2005. On September 26, 2005, Plaintiff's counsel was notified by Defendants' counsel that the deposition of Mr. Baskin set for September 27, 2005, had to be cancelled because of the unexpected emergency and because Mr. Baskin was called to an emergency meeting in Austin, Texas. Defendants are still running on a skeleton staff until September 28, 2005, the date Houstonians are expected to fully return to Houston based on the federal return plan, because of the Houston evacuation and Plaintiff has not been provided with alternative dates for the deposition of Mr. Baskin and other Defendants' representatives.

6. Without the information requested in written discovery and without the deposition of Mr. Baskin and other Defendants' representatives, Plaintiff cannot adequately respond to discovery, the summary judgment motion and/or prepare for trial in this matter. A determination of the amounts and sources of sales and pipes maintained, used and/or owned by Defendant is essential to the proper preparation of the Plaintiff's case. Defendants refuse

City of San Benito's Second Supplemental Motion for Continuance and to Extend Time
for Designation of Experts
Page 2

to provide proper responses and provide responsive documents and the depositions had to be cancelled because of the hurricane emergency.

CONCLUSION

16. Based on the foregoing, Plaintiff contends that the record reflects that it has been diligent in pursuing discovery in this matter. The current circumstances are based not on Plaintiffs lack of diligence, but rather on the hurricane emergency and Defendants' prior refusal to properly produce proper responses and documents and Defendants' improper objections. Because of the emergency situation and Defendants' acts or omissions, Plaintiff is unable to properly prepare an expert report, respond to summary judgment and properly prepare for trial.

REQUEST FOR RELIEF

17. Plaintiff requests that the Court overrule Defendants' objections and/or order Defendants to immediately produce all responsive documents and other information in written form, and/or extend the deadlines for designating experts and/or producing expert reports, and/or extend the time for preparing a response to the summary judgment and continue the trial in this matter.

**Respectfully submitted,**

_____
**ADAM PONCIO**
State Bar No. 16109800
**LAW OFFICES OF CERDA & PONCIO**
**A Professional Corporation**
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile (210) 212-5880

**ATTORNEY FOR PLAINTIFF**

City of San Benito's Second Supplemental Motion for Continuance and to Extend Time
for Designation of Experts
Page 4

## CERTIFICATE OF CONFERENCE

    I certify that I conferred or attempted to confer with opposing counsel regarding the substance of this motion. Defendants' counsel could not be reached and agreement could not be made. It is believed that Defendants oppose this motion based on prior responses and actions.

_____<br>Adam Poncio

City of San Benito's Second Supplemental Motion for Continuance and to Extend Time
for Designation of Experts
Page 5

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of September, 2005, forwarded a true and correct copy of the above document to all counsel of record:

Ramon Garcia
Oscar Alvarez
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

Osborne J. Dykes, III
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

_____
**ADAM PONCIO**

City of San Benito's Second Supplemental Motion for Continuance and to Extend Time
for Designation of Experts
Page 6