**EXHIBIT "A"**

<u>**VICTOR I. CERDA**</u>
ATTORNEY·AT·LAW

<u>**ADAM PONCIO**</u>
ATTORNEY·AT·LAW
**Board Certified Civil Appellate Law**
Texas Board of Legal Specialization



LAW OFFICES
CERDA & PONCIO
A PROFESSIONAL CORPORATION

924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5880

September 21, 2005

**VIA FACSIMILE TRANSMISSION**
OSBORNE J. Dykes, III
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Re: Civil Action No. B03-080
*City of San Benito v. Tejas Gas Pipeline Company*

Dear Counsel:

Please find enclosed, *Notice of Intention to Take Oral/Video Deposition of Lee Baskin* on September 27, 2005, beginning at 10:00 a.m. in your offices.

Thank you for your attention to this matter.

Sincerely,

**LAW OFFICES OF CERDA & PONCIO**
**A Professional Corporation**

Dorothy J. Hearne, CLA, CP
Certified Paralegal to Adam Poncio

/djh
Enclosure

cc:   Esquire Deposition Services         **VIA FACSIMILE (210) 558-3670**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § § § | |
| V | § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL., | § § § | |
| Defendants | § | |

### NOTICE OF INTENTION TO TAKE ORAL/VIDEO DEPOSITION OF LEE BASKIN

TO:   DEFENDANT KINDER MORGAN TEJAS PIPELINE, L.P.
By and through their attorneys of record
Osborne J. Dykes, III
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

You will take notice that the oral deposition of **LEE BASKIN** will be taken, to be used as evidence at the trial of such cause and that such deposition will be so taken in **THE LAW OFFICES OF FULBRIGHT & JAWORSKI, LLP, 1301 McKinney, Suite 5100, Houston, Texas 77010** on September 27, 2005, beginning at 10:00 a.m., as allowed by Texas Rules of Civil Procedures, by Esquire Deposition Services, from day to day until completed. The deposition may be videotaped.

Respectfully submitted,

_/s/ Adam Poncio by permission_
**ADAM PONCIO**
State Bar No. 16109800
**LAW OFFICES OF CERDA & PONCIO**
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile (210) 212-5880

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I do hereby certify that on this 21 day of September, 2005, forwarded a true and correct copy of the above document to all counsel of record:

Osborne J. Dykes, III              **VIA FACSIMILE TRANSMISSION**
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Ramon Garcia                   **VIA FACSIMILE TRANSMISSION**
Oscar Alvarez
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539

                                                 _____
                                                 **ADAM PONCIO**

**VICTOR I. CERDA**
ATTORNEY-AT-LAW

**ADAM PONCIO**
ATTORNEY-AT-LAW
Board Certified Civil Appellate Law
Texas Board of Legal Specialization

LAW OFFICES
CERDA

PONCIO
A PROFESSIONAL CORPORATION

SAN ANTONIO OFFICE
924 McCullough — San Antonio, Texas 78215-1642
Tel: (210) 212-7979 — Fax: (210) 212-5880

# FACSIMILE TRANSMISSION

DATE: 9-21-05

Client # 03-1791 ~~02-1035~~

TO: Jeffrey Galmer        Fax No. 713-651-5246

TO: Osbourn Dyker         Fax No. _____

TO: Ramon Garcia          Fax No. 956-381-0825

TO: _____               Fax No. _____

TO: Esquire Depo Svc      Fax No. 558-3670

FROM: A. Kesim

RE: COSB vs Kinder

NUMBER OF PAGES: 4 (including cover sheet)

COMMENTS: _____

The documents and information contained in this telecopy transmission may contain confidential legally privileged information, intended only for the use of the individual or entity named above. If you have received this telecopy in error, please notify us immediately by telephone to arrange for return of the telecopied documents and you are here by notified that any disclosure, copying, distribution or the taking of any action in regards to the contents of this telecopied information, is strictly prohibited.