**EXHIBIT "B"**

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

JPALMER@FULBRIGHT.COM  
DIRECT DIAL: (713) 651-3719

TELEPHONE: (713) 651-5151  
FACSIMILE: (713) 651-5246

September 15, 2005

**BY FACSIMILE AND CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, TX 78215-1642

    Re:    Cause No. B03-080; *City of San Benito v. Kinder Morgan Tejas Pipeline, LP*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Adam:

    Attached please find our amended notice of deposition for the corporate representative for the City of San Benito. We understand that Victor Trevino will be the person being deposed.

    Additionally, Lee Baskin will be available to be deposed on September 27, 2005, commencing at 10:00 a.m., at the offices of Fulbright & Jaworski L.L.P., Houston, Texas.

    Lastly, we still have not received responses to the written discovery we served on June 1, 2005. In our last conversation you stated that you would be sending the responses and documentation but inexplicably we still have not received anything. We would like to try to avoid court intervention so once again I request that you send these discovery responses and related documentation immediately.

    If you have any questions please feel free to contact me.

Yours very truly,

Jeffrey D. Palmer

JDP:krg
Enclosures
cc:    Mr. Osborne J. Dykes *(Firm)*

RECEIVED
SEP 20 2005

30998952.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH