IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENTIO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, INC, ET AL | § | |

# Amended Scheduling Order

1. Trial: Estimated time to try:  5  days.   ☐ Bench   ■ Jury

2. New parties must be joined by: _____

   *Furnish a copy of this scheduling order to new parties.*

2a  Plaintiff to submit initial disclosures by:*          December 31, 2003
2b  Defendants to do research by:                         February 27, 2004
2c  Plaintiff to submit pipeline ownership discovery by:  February 27, 2004
2d  Defendants to respond by:                             March 31, 2004
2e  Defendants may file summary judgments after           April 30, 2004

3. The plaintiff's experts will be named with a report furnished by:   November 18, 2005

4. The defendant's experts must be named with a report furnished by:   December 15, 2005

5. Discovery must be completed by:   January 06, 2006

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:          September 17, 2004

   Non-Dispositive Motions will be filed by:     October 14, 2004

*************************   The Court will provide these dates.   *************************

7. Joint pretrial order is due:                 January 20, 2006

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:   January 31, 2006

9. Jury Selection is set for 9:00 a.m. on:*             February 02, 2006

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

    Signed this the 18th day of October, 2005.

                                            Andrew S. Hanen
                                     United States District Judge

**XC: ALL COUNSEL OF RECORD**