United States District Court
Southern District of Texas
FILED

OCT 3 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § § | |
| Plaintiff, | § § | |
| V. | § § | C. A. NO. B03-080 |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

## JOINT MOTION TO ENTER AGREED
## PROTECTIVE AND CONFIDENTIALITY ORDER

Kinder Morgan Tejas Pipeline, L.P. and the City of San Benito hereby submit and jointly move for entry of the Agreed Protective and Confidentiality Order attached hereto as Exhibit 1.

Respectfully submitted,

*[signature]*

Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Kinder Morgan Tejas Pipeline, L.P.

30948209.1

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

                LAW OFFICES OF CERDA & PONCIO

                _____
                Adam Poncio
                State Bar No. 16109800
924 McCullough
San Antonio, TX 78215-1642
Telephone: (210) 212-7979
Facsimile: (210) 212-5880

Attorney-in-Charge for City of San Benito

**CERTIFICATE OF SERVICE**

     This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on October 28, 2005.

                             _____
                             Jeffrey D. Palmer