United States District Court
Southern District of Texas
FILED

NOV 1 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT KINDER MORGAN'S
SUPPLEMENTAL MEMORANDUM CONCERNING
SUMMARY JUDGMENT**

Defendant Kinder Morgan Tejas Pipeline, LP ("Kinder Morgan") submits this Supplemental Memorandum Concerning Summary Judgment Evidence.

1.

The purpose of this Memorandum is to correct a clerical error. Plaintiff took the deposition of Mr. Lee Baskin, Director–Regulatory for Kinder Morgan, Inc., on October 28, 2005. In the course of preparing for Mr. Baskin's deposition, Kinder Morgan became aware of a clerical error in a document previously prepared and produced by Kinder Morgan, specifically a document labeled KM 0007-9, which summarized Kinder Morgan's sales of natural gas at the La Palma Plant in the City of Benito from November 1994 through June 2005. This document was attached as an exhibit to Defendant Kinder Morgan's Reply In Support of Motion For Summary Judgment (filed August 18, 2005). The document incorrectly identifies "Houston Pipeline Company LP" as the purchaser from November 1994 through March 2002, whereas the correct customer name of the purchaser for those months was "Central Power & Light" ("CP&L"). A

31033196.1                    -1-

corrected version of the document (KM 1013-15) was provided to plaintiff's counsel before the deposition of Mr. Baskin, as seen in the attached Exhibit A.

2.

Because KM 0007-9 was also attached to and referred to in Kinder Morgan's interrogatory answers, those answers will be correspondingly amended or supplemented.

3.

The correction made relates only to the correct name of the purchaser for the months November 1994 through March 2002. The volumes, months, and place of the sales in KM 0007-9 are unchanged in KM 1013-15 and are correct.

WHEREFORE, Kinder Morgan asks the Court to take notice of the correction reflected in the attached Exhibit A.

Respectfully submitted,

_____
Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Kinder Morgan Tejas Pipeline, LP

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

     This pleading was served on November 17, 2005, U.S. Mail on the following counsel of record:

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78125

Mr. Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

_____
Osborne J. Dykes, III