# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

JEFF DYKES
PARTNER
JDYKES@FULBRIGHT.COM

DIRECT DIAL:  (713) 651-5545
TELEPHONE:    (713) 651-5151
FACSIMILE:    (713) 651-5246

October 27, 2005

*VIA FACSIMILE (210) 212-5880*
Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, TX 78215-1642

Re: Cause No. B03-080; *City of San Benito v. Kinder Morgan Tejas Pipeline, LP*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Adam:

In preparing for Lee Baskin's deposition we have discovered that a clerical error was made on the sales summary sheet we produced to you some months ago (KM007-9), and I am enclosing a corrected sales summary (KM1013-15). This covers sales at the La Palma meter from November 1994 through June 2005. The only change to what was previously provided is that gas sold before and including March 2002 was sold to CP&L and not to HPL. Initial sales to HPL began in April 2002.

You may recall that HPL and CP&L became affiliated around 2000 or 2001.

I regret the clerical error, and I wanted to bring the correction to your attention as soon as possible.

Yours very truly,

Osborne J. Dykes, III

OJD:jag
Enclosure


EXHIBIT A

31021815.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH

# Kinder Morgan Texas Intrastate Pipeline Group
## Monthly Sales Volumes for the La Palma Plant (PIN 350601)

| Production Month | Customer Name | Sales Volume in MMBtu |
|---|---|---:|
| Nov-94 | CENTRAL POWER AND LIGHT (CP&L) | - |
| Dec-94 | CENTRAL POWER AND LIGHT (CP&L) | - |
| Jan-95 | CENTRAL POWER AND LIGHT (CP&L) | 337,602 |
| Feb-95 | CENTRAL POWER AND LIGHT (CP&L) | 357,269 |
| Mar-95 | CENTRAL POWER AND LIGHT (CP&L) | 291,841 |
| Apr-95 | CENTRAL POWER AND LIGHT (CP&L) | 252,137 |
| May-95 | CENTRAL POWER AND LIGHT (CP&L) | 341,481 |
| Jun-95 | CENTRAL POWER AND LIGHT (CP&L) | 357,086 |
| Jul-95 | CENTRAL POWER AND LIGHT (CP&L) | 263,516 |
| Aug-95 | CENTRAL POWER AND LIGHT (CP&L) | 241,514 |
| Sep-95 | CENTRAL POWER AND LIGHT (CP&L) | 159,806 |
| Oct-95 | CENTRAL POWER AND LIGHT (CP&L) | 252,646 |
| Nov-95 | CENTRAL POWER AND LIGHT (CP&L) | 277,871 |
| Dec-95 | CENTRAL POWER AND LIGHT (CP&L) | 360,398 |
| Jan-96 | CENTRAL POWER AND LIGHT (CP&L) | 322,362 |
| Feb-96 | CENTRAL POWER AND LIGHT (CP&L) | 392,193 |
| Mar-96 | CENTRAL POWER AND LIGHT (CP&L) | 48,552 |
| Apr-96 | CENTRAL POWER AND LIGHT (CP&L) | 43,757 |
| May-96 | CENTRAL POWER AND LIGHT (CP&L) | 364,144 |
| Jun-96 | CENTRAL POWER AND LIGHT (CP&L) | 196,619 |
| Jul-96 | CENTRAL POWER AND LIGHT (CP&L) | 247,749 |
| Aug-96 | CENTRAL POWER AND LIGHT (CP&L) | 332,428 |
| Sep-96 | CENTRAL POWER AND LIGHT (CP&L) | 281,831 |
| Oct-96 | CENTRAL POWER AND LIGHT (CP&L) | 327,810 |
| Nov-96 | CENTRAL POWER AND LIGHT (CP&L) | 224,939 |
| Dec-96 | CENTRAL POWER AND LIGHT (CP&L) | 252,104 |
| Jan-97 | CENTRAL POWER AND LIGHT (CP&L) | 264,361 |
| Feb-97 | CENTRAL POWER AND LIGHT (CP&L) | 197,556 |
| Mar-97 | CENTRAL POWER AND LIGHT (CP&L) | 173,160 |
| Apr-97 | CENTRAL POWER AND LIGHT (CP&L) | 85,090 |
| May-97 | CENTRAL POWER AND LIGHT (CP&L) | 79,028 |
| Jun-97 | CENTRAL POWER AND LIGHT (CP&L) | 283,293 |
| Jul-97 | CENTRAL POWER AND LIGHT (CP&L) | 285,093 |
| Aug-97 | CENTRAL POWER AND LIGHT (CP&L) | 333,445 |
| Sep-97 | CENTRAL POWER AND LIGHT (CP&L) | 361,984 |
| Oct-97 | CENTRAL POWER AND LIGHT (CP&L) | 284,551 |
| Nov-97 | CENTRAL POWER AND LIGHT (CP&L) | 282,343 |
| Dec-97 | CENTRAL POWER AND LIGHT (CP&L) | 273,275 |
| Jan-98 | CENTRAL POWER AND LIGHT (CP&L) | 188,631 |
| Feb-98 | CENTRAL POWER AND LIGHT (CP&L) | 264,495 |
| Mar-98 | CENTRAL POWER AND LIGHT (CP&L) | 373,779 |
| Apr-98 | CENTRAL POWER AND LIGHT (CP&L) | 305,259 |
| May-98 | CENTRAL POWER AND LIGHT (CP&L) | 410,770 |
| Jun-98 | CENTRAL POWER AND LIGHT (CP&L) | 442,561 |
| Jul-98 | CENTRAL POWER AND LIGHT (CP&L) | 457,657 |
| Aug-98 | CENTRAL POWER AND LIGHT (CP&L) | 473,307 |
| Sep-98 | CENTRAL POWER AND LIGHT (CP&L) | 423,603 |

KM 1013

# Kinder Morgan Texas Intrastate Pipeline Group
## Monthly Sales Volumes for the La Palma Plant (PIN 350601)

| Production Month | Customer Name | Sales Volume in MMBtu |
|---|---|---:|
| Oct-98 | CENTRAL POWER AND LIGHT (CP&L) | 222,509 |
| Nov-98 | CENTRAL POWER AND LIGHT (CP&L) | - |
| Dec-98 | CENTRAL POWER AND LIGHT (CP&L) | 308,981 |
| Jan-99 | CENTRAL POWER AND LIGHT (CP&L) | 327,832 |
| Feb-99 | CENTRAL POWER AND LIGHT (CP&L) | 242,951 |
| Mar-99 | CENTRAL POWER AND LIGHT (CP&L) | 362,083 |
| Apr-99 | CENTRAL POWER AND LIGHT (CP&L) | 382,357 |
| May-99 | CENTRAL POWER AND LIGHT (CP&L) | 439,371 |
| Jun-99 | CENTRAL POWER AND LIGHT (CP&L) | 426,657 |
| Jul-99 | CENTRAL POWER AND LIGHT (CP&L) | 454,367 |
| Aug-99 | CENTRAL POWER AND LIGHT (CP&L) | 419,910 |
| Sep-99 | CENTRAL POWER AND LIGHT (CP&L) | 219,236 |
| Oct-99 | CENTRAL POWER AND LIGHT (CP&L) | 260,330 |
| Nov-99 | CENTRAL POWER AND LIGHT (CP&L) | 228,238 |
| Dec-99 | CENTRAL POWER AND LIGHT (CP&L) | 181,410 |
| Jan-00 | CENTRAL POWER AND LIGHT (CP&L) | 307,490 |
| Feb-00 | CENTRAL POWER AND LIGHT (CP&L) | 95,672 |
| Mar-00 | CENTRAL POWER AND LIGHT (CP&L) | - |
| Apr-00 | CENTRAL POWER AND LIGHT (CP&L) | - |
| May-00 | CENTRAL POWER AND LIGHT (CP&L) | 247,091 |
| Jun-00 | CENTRAL POWER AND LIGHT (CP&L) | 281,542 |
| Jul-00 | CENTRAL POWER AND LIGHT (CP&L) | 382,225 |
| Aug-00 | CENTRAL POWER AND LIGHT (CP&L) | 378,953 |
| Sep-00 | CENTRAL POWER AND LIGHT (CP&L) | 383,876 |
| Oct-00 | CENTRAL POWER AND LIGHT (CP&L) | 251,166 |
| Nov-00 | CENTRAL POWER AND LIGHT (CP&L) | 371,435 |
| Dec-00 | CENTRAL POWER AND LIGHT (CP&L) | 177,843 |
| Jan-01 | CENTRAL POWER AND LIGHT (CP&L) | 18,032 |
| Feb-01 | CENTRAL POWER AND LIGHT (CP&L) | 228,091 |
| Mar-01 | CENTRAL POWER AND LIGHT (CP&L) | 336,077 |
| Apr-01 | CENTRAL POWER AND LIGHT (CP&L) | 362,035 |
| May-01 | CENTRAL POWER AND LIGHT (CP&L) | 394,359 |
| Jun-01 | CENTRAL POWER AND LIGHT (CP&L) | 329,621 |
| Jul-01 | CENTRAL POWER AND LIGHT (CP&L) | 356,090 |
| Aug-01 | CENTRAL POWER AND LIGHT (CP&L) | 330,534 |
| Sep-01 | CENTRAL POWER AND LIGHT (CP&L) | 322,131 |
| Oct-01 | CENTRAL POWER AND LIGHT (CP&L) | 309,358 |
| Nov-01 | CENTRAL POWER AND LIGHT (CP&L) | 80,911 |
| Dec-01 | CENTRAL POWER AND LIGHT (CP&L) | 51,030 |
| Jan-02 | CENTRAL POWER AND LIGHT (CP&L) | 158,082 |
| Feb-02 | CENTRAL POWER AND LIGHT (CP&L) | 32,590 |
| Mar-02 | CENTRAL POWER AND LIGHT (CP&L) | 10,670 |
| Apr-02 | HOUSTON PIPE LINE COMPANY LP | 35,207 |
| May-02 | HOUSTON PIPE LINE COMPANY LP | 136,762 |
| Jun-02 | HOUSTON PIPE LINE COMPANY LP | 415,104 |
| Jul-02 | HOUSTON PIPE LINE COMPANY LP | 418,972 |
| Aug-02 | HOUSTON PIPE LINE COMPANY LP | 379,139 |
| Sep-02 | HOUSTON PIPE LINE COMPANY LP | 370,052 |

KM 1014

# Kinder Morgan Texas Intrastate Pipeline Group
## Monthly Sales Volumes for the La Palma Plant (PIN 350601)

| Production Month | Customer Name | Sales Volume in MMBtu |
|---|---|---:|
| Oct-02 | HOUSTON PIPE LINE COMPANY LP | 345,062 |
| Nov-02 | HOUSTON PIPE LINE COMPANY LP | 35,631 |
| Dec-02 | HOUSTON PIPE LINE COMPANY LP | 128,512 |
| Jan-03 | HOUSTON PIPE LINE COMPANY LP | 211,152 |
| Feb-03 | HOUSTON PIPE LINE COMPANY LP | 314,726 |
| Mar-03 | HOUSTON PIPE LINE COMPANY LP | 138,463 |
| Apr-03 | HOUSTON PIPE LINE COMPANY LP | 348,711 |
| May-03 | HOUSTON PIPE LINE COMPANY LP | 380,786 |
| Jun-03 | HOUSTON PIPE LINE COMPANY LP | 154,127 |
| Jul-03 | HOUSTON PIPE LINE COMPANY LP | 96,578 |
| Aug-03 | HOUSTON PIPE LINE COMPANY LP | 295,294 |
| Sep-03 | HOUSTON PIPE LINE COMPANY LP | 423,200 |
| Oct-03 | HOUSTON PIPE LINE COMPANY LP | 391,131 |
| Nov-03 | HOUSTON PIPE LINE COMPANY LP | 342,462 |
| Dec-03 | HOUSTON PIPE LINE COMPANY LP | 372,439 |
| Jan-04 | HOUSTON PIPE LINE COMPANY LP | 385,367 |
| Feb-04 | HOUSTON PIPE LINE COMPANY LP | 413,774 |
| Mar-04 | HOUSTON PIPE LINE COMPANY LP | 287,708 |
| Apr-04 | HOUSTON PIPE LINE COMPANY LP | 356,813 |
| May-04 | AMERICAN ELECTRIC POWER SERVICE CORPORATION | 332,190 |
| Jun-04 | AMERICAN ELECTRIC POWER SERVICE CORPORATION | 483,970 |
| Jul-04 | AMERICAN ELECTRIC POWER SERVICE CORPORATION | 471,866 |
| Aug-04 | SEMPRA ENERGY TRADING CORP. | 465,007 |
| Sep-04 | SEMPRA ENERGY TRADING CORP. | 351,749 |
| Oct-04 | SEMPRA ENERGY TRADING CORP. | 350,971 |
| Nov-04 | SEMPRA ENERGY TRADING CORP. | 272,258 |
| Dec-04 | SEMPRA ENERGY TRADING CORP. | 341,841 |
| Jan-05 | SEMPRA ENERGY TRADING CORP. | 6,176 |
| Feb-05 | SEMPRA ENERGY TRADING CORP. | 65,877 |
| Mar-05 | SEMPRA ENERGY TRADING CORP. | 256,166 |
| Apr-05 | SEMPRA ENERGY TRADING CORP. | 291,127 |
| May-05 | SEMPRA ENERGY TRADING CORP. | 344,210 |
| Jun-05 | SEMPRA ENERGY TRADING CORP. | 237,728 |

KM 1015