IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 6 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT KINDER MORGAN TEJAS PIPELINE, L.P.'S
SUPPLEMENTAL DESIGNATION OF EXPERTS**

Defendant Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") serves and files its

Supplemental Designation of Experts pursuant to the Court's Amended Scheduling Order, dated

October 18, 2005, and Federal Rule of Civil Procedure 26(a)(2). Kinder Morgan designates the

following expert witnesses who may testify on its behalf:

1.    Mr. Jack E. Earnest
      5945 Shady River Drive
      Houston, Texas 77057
      (713) 781-9700

Mr. Earnest may testify, without limitation, as to the meaning of "distribution" within the

oil and gas industry, and that Kinder Morgan did not distribute gas within the City of San Benito.

Mr. Earnest may also testify to additional matters including rebuttal testimony. A copy of Mr.

Earnest's expert report is attached.

Kinder Morgan reserves the right to supplement this designation and to modify or

supplement the topics on which expert testimony is anticipated, or to withdraw the designation of

any expert and to positively aver that the same will not be called at trial and re-designate the

same as a consulting expert only, as may be necessary or appropriate in light of any subsequent

effort by plaintiff to designate testifying expert(s) or elicit expert testimony from any witness. To the extent fact witnesses who are experts in their field have expert opinions, or have limited fact and expert knowledge, their expert opinions may also be utilized.

Kinder Morgan reserves the right to amend or supplement its designation of experts, modify or supplement the topics on which its expert is expected to testify, or withdraw the designation of the expert.

Respectfully submitted,

Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Kinder Morgan Tejas Pipeline, L.P.

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
    William D. Wood
    State Bar No. 21916500
    Jeffrey D. Palmer
    State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
    David G. Oliveira
    State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served on December 15, 2005, on the following counsel of record:

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78125

Mr. Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

Jeffrey D. Palmer

31047328.1

-iii-