*Appendix A*

# Jack E. Earnest
Biographical Data 1/1/92

## Personal

Born:  Dallas, Texas
Birthdate:  June 18, 1928
Married with 2 Children, ages 30 and 25
Residence & Office:  5945 Shady River Road
                     Houston, Texas  77057
                     (713) 781-9700  Voice
                     (713) 781-1630  Facsimile

## Education

Attended Dallas Public Schools
Attended Vanderbilt University 1944-46 on Founders Scholarship
Attended Southern Methodist University Night School 1946-48  -  BBA with major in Accounting
Attended Southern Methodist University School of Law 1948-52  -  LLB
Attended Southern Methodist University 1956-60  -  Masters Degree Program
Attended Stanford University Executive Program Summer 1967

## Business Career

From age 9 to 16 - various clerical jobs in the Dallas area, including food stores, Internal
     Revenue Service and U.S. Post Office.

Mobil Oil Corporation - 33 years - Started as clerk in Title Records and Land Department.
     Served as Legal Counsel for 18 years, the last four of which were as Associate General
     Counsel with responsibilities for Mobil's U.S. and Canadian exploration and
     production activities and pipeline activities.  For six years served  as Vice President of
     Natural Gas with responsibility for natural gas marketing in the U.S. and Canada, and
     for four years as Vice President of Natural Gas Worldwide.

Transcontinental Gas Pipeline Corporation  -  1979-81 - President and Chief Operating
     Officer.

Texas Eastern Corporation - 1981-83 - Senior Vice President and  General  Counsel and
     member of the Management Committee.

1983 to Date - see attached summary.

## Industry Activities

Member  -  American Petroleum Institute and Natural Gas Men of Houston
Former Director  -  Southern Gas Association and Interstate Natural Gas Association of
      America
Former Chairman of Natural Gas Supply Association
Member  -  American Bar Association,  Federal Energy Bar Assocaiation,  Texas State Bar
      and New York State Bar
Director - Destec Energy, Inc.

## Admitted to Practice

U. S. Supreme Court;  Second, Fifth, Tenth and Eleventh U.S. Cercuit Courts of Appeal;
various Federal District Courts;  U.S. Court of Military Appeals

## Organizations

Hella Temple of Dallas;  Royal Order of Jesters of Dallas;  University Club of Houston  -
Board of Governors;  Ramada Club of Houston;  Lakeside Country Club  -  Houston, TX

## SUMMARY OF PRACTICE AND MATTERS
## HANDLED SINCE OCTOBER 1, 1983

**I.      Testified as Expert Witness:**

1.      EL PASO v. TENNECO, et al.    83-50539
District Court  -  Harris County, TX
- Retained by Conoco and Tenneco
- Attempted reassignment of San Juan Basin Leases involving impact of changed
  regulatory treatment of EL Paso prices and construction of basic documents creating
  rights.

2.      SOHIO v. ARCO/EXXON    83-70098
District Court  -  Harris County, TX
- Retained by Sohio
- Interpretation of contract provision

3.      SOHIO v. ARCO/EXXON ARBITRATION
- Retained by Sohio
- Interpretation of value to be placed on natural gas used as fuel in the Prudhoe Bay Unit

4.      AMOCO v. UGI    CA80-1411
U.S. Distrct Court  -  E.D.,  PA
- Retained by Amoco
- Construction of area rate clauses as affected by passage of the NGPA

5.      UNION DRILLING COMPANY/IOGA-FERC    RI  74-188-003,  RI  74-188- 004,
RI  75-21-002
- Retained by Union Drilling
- Effectiveness of area rate clauses obtained in settlement agreements in the
  Appalachian area

6.      HOUSTON LIGHTING & POWER/TEXAS   PUC 5779
- Retained by HL&P
- Reasonableness of gas purchase contracts for inclusion in rates

7.      BARBY v. CABOT    CIV-84-1840-W
U.S. District Court  -  W.D.,  Okla.
- Retained by Cabot
- Development  -  market value

8.  **TEXAS GAS TRANSMISSION PGA CASE/FERC**  **TA 85-1-18-000**
    - Retained by Amoco
    - Prudency of gas purchases

9.  **CONOCO v. TENNECO, INC.**  **85-1855-J**
    **District Court  -  Lafayette, LA**
    - Retained by Conoco
    - Proper payment under gas contract

10. **NEW MEXICO ANTI-TRUST CASE**   **MDL #403**
    **U. S. District Court  -  New Mexico**
    - Retained by Conoco, et al.
    - Settlement approval  -  comparison of prices with and without tainted  agreement

11. **ARCO v. ANR**   **86-17291**
    **District Court  -  Harris County, TX**
    - Retained by Arco
    - Take or Pay

12. **HARTMAN v. EL PASO**   **CV 86-369-J**
    **District Court  -  Lea County, New Mexico**
    - Retained by Hartman
    - Ratable take

13. **TRANSWESTERN/FERC**   **RP86-126-000**
    - Retained by Transwestern
    - Request to direct bill take or pay costs

14. **NORTHERN NATURAL/FERC**   **GP 80-43-009**
    - Retained by producers
    - Validity of area rate clauses

15. **LOUISIANA POWER & LIGHT v. UNITED**   **84-5156   Sec E  Mag 1**
    **U.S. District Court  -  E.D., LA**
    - Retained by LP&L
    - Delivery of gas under "requirements" contracts

16. **PINEY WOODS v. SHELL**   **CA J74-307(W)**
    **U.S. District Court  -  S.D., Miss.**
    - Retained by Shell
    - Royalty payments on plant products

17. **AMOCO v. WILLIAMS NATURAL GAS**   RP87-33-000
    - Retained by Amoco
    - Rates - gathering

18. **OIL BASINS LTD v. EXXON/BHP ARBITRATION**
    - Retained by Oil Basins Ltd.
    - Overriding royalty payments

19. **AMOCO/MORGANZA FIELD**   84-167, 84-330
    Louisiana Commision Hearing
    - Retained by Amoco
    - Balancing/forced pool

20. **PGT RATE CASE**

21. **ARCO v. MDU**   86-1106-D
    District Court - Dallas County, Texas
    - Retained by Arco
    - Take or Pay

22. **UNITED GAS PIPELINE/FERC**   CP89-
    - Retained by United

23. **TRANS ALASKA PIPELINE/FERC**   OR 89-2 et al,  APUC P-89-1 et al
    - Retained by Phillips
    - Liquid Bank

24. **WILLIAMS NATURAL GAS CO./FERC**   RP 89-183
    - Retained by Amoco
    - Gathering

25. **FINA v. TENN. GAS P/L - ARBITRATION**
    - Retained by Fina
    - Price

27. **MID PLAINS REEVES v. FARMLAND and ENERFIN**   A-36, 532
    District Court - Midland County, TX
    - Retained by Enerfin, subsequently Farmland
    - Gas sale/resale dispute

28. **BURR & SUTTON v. HARTMAN**   B37-557
    District Court - Midland County, TX
    - Retained by Hartman

29.  **CHEVRON v. HUTCHINGS, et al.**   88-10-15627CVW
     District Court  -  Ward County, TX
     - Retained by Hutchings
     - Royalty payments

30.  **NICOR EXPLORATION**   FERC GP90-11
     - Retained by Scarth Oil & Gas Co.
     - Area rate clause

31.  **MILLER et al. v. PHILLIPS PETROLEUM CO.**   88-6898
     District Court  -  Dallas County, TX
     - Retained by Phillips
     - Pricing

32.  **MARTIN EXPLORATION v. AMOCO**   18,033 Div "C"
     District Court  -  Pointe Coupee Par, La.
     - Retained by Amoco
     - Purported AMI

33.  **UNION NATURAL v. SUNBELT**   CA 3-89-3033-F
     Arbitration
     - Retained by Sunbelt
     - Gas deliveries-payment

**II.      Deposition Testimony as Expert:**

1.      <u>FOREST v. COLUMBIA</u>    CA 86-5685    Sec "F"(3),  CA 87-4176
        U.S. Distict Court  -  E.D.,  LA
        - Retained by Columbia
        - Right to select wells to produce
        - Take or pay


2.      <u>UNIONOIL v. EL PASO</u>    MO 86  CA  143
        U.S. District Court  -  W.D.,  TX
        - Retained by Unionoil
        - Take or pay  -  ratable take


3.      <u>FOREST v. EL PASO    CIV  86-1948-W</u>
        U.S. District Court  -  W.D., Okla.
        - Retained by Forest
        - Take or pay  -  anticipatory breach


4.      <u>KULAWIK v. CONOCO/MONSANTO</u>    78-375-B
        District Court  -  Nucces County, TX
        - Retained by Monsanto
        - Development  -  market value  -  pooling


5.      <u>GADSCO v. TRANSWESTERN ARBITRATION</u>
        - Retained by Transwestern
        - Take or pay


6.      <u>WAGNER & BROWN v. VALERO</u>    B-29601
        District Court  -  Midland County, TX
        - Retained by Wagner & Brown
        - Price redetermination


7.      <u>KIMBALL v. VALERO</u>    85-37021
        District Court  -  Harris County, TX
        - Retained by Kimball
        - Gas contract specifications


8.      <u>CABOT v. NORTHEN NATURAL</u>    CA 82C-0C-121
        Delaware State Court
        - Retained by Cabot
        - Contract offer/acceptance

9. **KIMBELL v. EL PASO**   RA 87-93(c)
   District Court - Rio Arriba County, New Mexico
   - Retained by Kimbell
   - Take or pay

10. **ZAPATA v. VALERO**   87-CI-15060
    District Court - Bexar County, TX
    - Retained by Zapata
    - Take or pay

11. **SANTA FE v. ANR**   84-09792
    District Court - Harris County, TX
    - Retained by Santa Fe
    - Take or pay

12. **SUN v. ANR**   88-4439 K
    District Court - Dallas County, TX
    - Retained by Sun
    - Price controversy

13. **ROYE v. ARKLA**   C-86-67
    District Court - Haskell County, Okla.
    - Retained by Arkla
    - Take or pay

14. **SOUTHLAND ROYALTY CO. v. PSCNM, et al.**   88-36506
    District Court - Harris County, TX
    **PSCNM et al. v. SOUTHLAND ROYALTY CO.**   CIU 88-0519 SC
    N. Mex. Federal District Court
    - Retained by Southland
    - Take or pay
    - Ratable take
    - Pricing

15. **PRENALTA CORP., et al. v. COLORADO INTERSTATE GAS CO.,**   C89- 1010-B
    Federal District Court - Wyoming
    - Retained by Prenalta
    - Pricing

16. **BRANNON v. BHP PETROLEUM**   CV88-279-4
    San Juan County District Court - N. Mex.
    - Retained by Brannon
    - Rights under operating agreement
    - Breach of agent's duty

17.    __WAGNER & BROWN v. VALERO__    8-85, 158
       Railroad Comm. - TX
       - Retained by Wagner & Brown
       - Market Demand

18.    __SOUTHERN UNION EXPLORATION v. PSCNM__    CA3-87-219-D
       U. S. District Court - N.D. - TX
       - Retained by SX
       - Take or pay

19.    __RYAN v. AMOCO__    CA86-3983 Sec. J, CA86-4681 Sec. J
       U.S. District Court - ED, La.
       - Retained by Amoco (Columbia)

20.    __SAMSON v. BASF__    87-C-809-B
       U.S. District Court - N.D. Okla.
       - Retained by BASF
       - Pricing

21.    __ARCO v. HAGIST RANCH, INC., et al.__    A-89-CA-0039
       U.S. District Court - W.D. TX
       - Retained by Arco
       - Market value

22.    __PWG v. EL PASO__    RA 87-1076(c)
       District Court - Rio Arriba County, New Mexico
       - Retained by PWG
       - Take or pay

23.    __TETCO v. AMERADA HESS, et al.__    CA CV 89-2036
       U.S. District Court - W.D. La.
       - Retained by TETco
       - Take or pay

24.    __WOOD v. PENNZOIL__    90-1-6655
       District Court - Refugio County, TX
       - Retained by Pennzoil
       - Market value

25.    __CHAMPLIN EXPLORATION CO., et al. v. PHILLIPS PETROLEUM CO. et al.__
       C-88-1118
       District Court - Garfield County, Okla.
       - Retained by Phillips
       - Pricing

26.   <u>MERIDIAN v. COLUMBIA</u>   86-51788
      District Court  -  Harris County, TX
      -  Retained by Columbia
      -  Pricing

27.   <u>POTASHNICK v. ALL-AMERICAN PIPELINE</u>   CA H-87-672
      U.S. District Court  -  S.D. TX
      -  Retained by Potashnick
      -  Contract termination

28.   <u>STATE OF LOUISIANA v. MID-LOUISIANA</u>   86-19860   Div C
      District Court  -  Orleans Parish, LA
      -  Retained by State, et al.
      -  Pricing  -  takes

29.   <u>WEISER-BROWN, et al v. SAMSON</u>   No 90-2171
      US District Court-Western District Ark.
      -  Retained by Meisner-Brown, et al.
      -  Balancing

30.   <u>CLICK et al v. PSCNM, et al</u>   CA No CA3-90-1016-J
      United States District Court-Northern Dist.-Texas
      -  Retained by Click
      -  Take or Pay
      -  Pricing

31.   <u>HUFFCO v. TRUNKLINE</u>   86-53018
      District Court  -  Harris County, TX
      -  Retained by Huffco
      -  Effectiveness of gas contract

32.   <u>HANLEY v. EL PASO</u>   B-37, 237
      District Court  -  Midland County, TX
      -  Retained by Hanley
      -  Takes
      -  Pricing

33.   <u>FINA v. NORTHWEST PIPELINE et al.</u>   RA-90-2611(c)
      District Court  -  Rio Arriba County, N. Mex.
      -  Retained by Fina
      -  Takes-pricing

### III.    Selected as Arbitrator

1.    <u>GIBSON v. DELHI</u>
       - Selected by Delhi
       - Take or pay  -  ratable take

2.    <u>TEXOIL v. DELTA</u>
       - Selected by Texoil
       - Price redetermination

3.    <u>TEXOIL v. DELTA</u>
       - Selected by Texoil
       - Price redetermination

4.    <u>MERIDIAN v. COLUMBIA</u>
       - Selected by Arbitrators
       - Price redetermination

5.    <u>MERIDIAN v. COLUMBIA</u>
       - Selected by Columbia
       - Price redetermination

6.    <u>PEND OREILLE v. LRC</u>
       - Selected by Pend Oreille
       - Pricing

7.    <u>COPANO v. HPL</u>
       - Selected by HPL

8.    <u>ANADARKO v. NORTHERN NATURAL</u>
       - Selected by N. Natural
       - Price redetermination

9.    <u>COLUMBIA v. INEXCO</u>
       - Selected by Columbia
       - Price redetermination

10.   <u>ENSOURCE v. SOUTHERN NATURAL</u>
       - Selected by Arbitrators
       - Take or pay

11.   <u>PLAINS PETROLEUM v. KN ENERGY</u>
       - Selected by Plains
       - Price redetermination

12. <u>SAMSON v. DELHI</u>
- Selected by Delhi
- Take or pay

13. <u>GRACE PETROLEUM v. MISSISSIPPI VALLEY GAS</u>
- Selected by Grace
- Price - take or pay

14. <u>MARKEY v. HT GATHERING COMPANY</u>
- Selected by HT Gathering

15. <u>ANSHUTZ v. NATURAL GAS PIPELINE</u>
- Selected by Arbitrators
- Loan repayment

16. <u>TUCO v. SWPS</u>
- Selected by TUCO
- Coal services agreement prices

17. <u>CABOT v. TENNESSEE</u>
- Selected by Cabot
- Price redetermination

18. <u>CHAMPLIN v. CIG</u>
- Selected by Cabot
- Price redetermination

19. <u>NATURAL GAS PIPELINE v. GHR</u>
- Selected by Natural
- Price and takes

20. <u>TRANSWESTERN v. MESA</u>
- Selected by Transwestern
- Take or pay

21. <u>COLUMBIA v. WAGNER & BROWN</u>
- Selected by Arbitrators
- Price redetermination

22. <u>MURRELL v. TRANSWESTERN</u>
- Selected by Transwestern
- Take or pay

23.    **COLUMBIA v. ITR**
  - Selected by Columbia
  - Price redetermination

24.    **COLUMBIA v. REBEL PETROLEUM**
  - Selected by Columbia
  - Price redetermination

25.    **MONCRIEF v. INTRATEX**
  - Selected by Intratex

26.    **TRANSWESTERN v. DUNIGAN OPERATING COMPANY**
  - Selected by Transwestern
  - Take or pay

27.    **LRC v. QUINTANA**
  - Selected by Quintana
  - Price redetermination

28.    **MEWBOURNE OIL CO. v. TRANSWESTERN PIPELINE CO.**
  - Selected by Transwestern
  - Take or Pay
  - Pricing

29.    **TEXAS EASTERN v. WT OFFSHORE**
  - Selected by Texas Eastern
  - Pricing

30.    **CORINNE GRACE v. TRANSWESTERN PIPELINE CO.**
  - Selected by Transwestern
  - Take or pay

31.    **NEW BREMEN CORP. v. COLUMBIA GAS TRANSMISSION CO.**
  - Selected by Columbia
  - Pricing

32.    **SABINE PRODUCTION CO. v. TRANSWESTERN PIPELINE CO.**
  - Selected by Transwestern
  - Take or pay (?)

33.    **UNION TEXAS v. ARCO**
  - Selected by Arco
  - Contract termination

34.   **CABOT v. EQUITABLE**
  - Selected by Cabot
  - Pricing

35.   **ANTHEM & WESTAR v. MAPLE**
  - Selected by Anthem & Westar
  - Pricing

36.   **VALENCE v. TRANSWESTERN**
  - Selected by Transwestern
  - Take or pay

37.   **ANDERMAN/SMITH v. TENNESSEE**
  - Selected by Tennessee
  - Pricing

38.   **OTC v. TRANSWESTERN**
  - Selected by Transwestern
  - Pricing

39.   **CONCORDE v. TEXAS EASTERN**
  - Selected by Texas Eastern
  - Pricing

40.   **ANDERMAN/SMITH v. TENNESSEE**
  - Selected by Tennessee
  - Ratable Taking

41.   **LOUISIANA STATE GAS v. BAYOU STEEL CORP.**
  - Selected by LSG
  - Gas Pricing

42.   **PIERCE ESTATE V. TEXACO**
  - Selected by Texaco
  - Royalty

43.   **TOTAL v. TEXAS EASTERN**
  - Selected by Texas Eastern
  - Take or Pay

IV.    **Consultation in Arbitration/Litigation/Administrative Matters:**

1.    <u>PLAINS RESOURCES v. ANR</u>   C-86-417
       Oklahoma District Court  -  Woodward County, Olka.
       - Retained by Plains
       - Take or pay

2.    <u>HUNT v. ANR</u>   86-6314  Div J
       Louisiana District Court  -  Lafayette
       - Retained by Hunt
       - Price redetermination  -  take or pay

3.    <u>CONOCO v. ANR</u>   86-6972-CK
       Circuit Court  -  Mecosta County, Mich.
       - Retained by Conoco
       - Take or pay

4.    <u>SWPS v. DIAMOND SHAMROCK</u>   67,245-B
       District Court  -  Potter County, TX
       - Retained by SWPS
       - Pricing

5.    <u>CALIFORNIA PUBLIC SERVICE COMMISION</u>   I86-06-005/R86-06-00
       - Retained by Conoco and Tennaco
       - California utility gas purchase practices

6.    <u>MARATHON v. STATE OF NEW MEXICO</u>   CV 85-535-F
       District Court  -  Eddy County, New Mexico
       - Retained by Marathon
       - Royalty payments on plant products

7.    <u>HEINMILLER v. UNION PACIFIC RESOURCES</u>  CA No. 88-0708-RV
       US District Court - Southern Disrtrict Ala.
       - Retained by Union Pacfic
       - Royalty

8.    <u>ENDREX EXPLORATION CO. v. PHILLIPS PETROLEUM CO., et al.</u>   88-11518
       District Court  -  Dallas County, TX
       - Retained by Phillips
       - Pricing

9.  KOCH v. FLORIDA GAS TRANSMISSION  No V-90-5
    US District Court - Southern District Texas, Victoria Div.
    - Retained by Florida
    - Take or Pay

10. PAYNE et al v. TENNECO, et al  CA No C-90-23
    District Court -  Sweetwater Country, Wyo
    - Retained by Tennaco
    - Accounting w/ Owners

11. CONOCO v. EXXON
    District Court  -  Harris County, TX
    - Retained by Conoco
    - Pricing

12. STATE OF TEXAS v. BELCO    H87-1005
    General Land Office Audit
    - Retained by Belco
    - Market Value

13. CHAMPLIN PETROLEUM v. PANHANDLE    86CV858
    District Court  -  Weld County, CO
    - Retained by Champlin
    - Take or pay

14. COLUMBIA GAS PIPELINE PASSTHROUGH    RP88-187-000
    - Retained by Columbia
    - Purchase Practices

15. JJCC v. HPL
    Federal District Court  -  Western Division, TX
    - Consulted with HPL
    - Take or pay

16. JOHN W. HENDRIX CORP. et al. v. EL PASO NATURAL GAS CO.
    District Court  -  Lea County, N. Mex.    CU89-2156
    - Retained by Hendrix
    - Take or Pay

17. TRANSWESTERN/FERC
    - Retained by Transwestern
    - Prudency  -  take or pay

18.  CLOUGH, et al. v. FINA, et al.   87-Z-1754
     U.S. District Court  -  Colorado
     - Retained by FINA

19.  AMOCO v. SEALY
     - Retained by Amoco

20.  POOL v. EL PASO   CIV 89-0588-JB
     U.S. District Court  -  N. Mex.
     - Retained by Pool
     - Take or pay

21.  BROWN v. EL PASO   89-390-JP
     U.S. District Court  -  N. Mex.
     - Retained by Brown
     - Take or pay

22.  ROSEWOOD RESOURCES v. LIG   138006
     District Court  -  Rapides Parish,  LA
     - Retained by LIG
     - Take or pay

23.  ALLEN v. FOREST/TENNECO  30896
     District Court  -  Hinds County, Miss.
     - Retained by Forest
     - Operator's obligation to non-operators  -  gas sales, contract terms

24.  ANADARKO v. AMOCO   CA 6-85-492
     U.S. District Court  -  S.D.,  TX
     - Retained by Amoco
     - Operator obligations  -  pricing

25.  MARTIN APPALACHIAN v. NEWARK   CA 87-0275  Mag 5
     U.S. District Court  -  E.D., LA
     - Retained by Newark
     - Contract termination

26.  SHELL v. PARISH   CA H83-0323(N)
     U.S. District Court  -  S.D.,  Miss.
     - Retained by Shell
     - Breach of covenant to market  -  market value

27.   SYSTEM FUELS v. FLORIDA GAS   CA J85-0377(W)
      U.S. District Court - S.D., Miss.
      - Retained by Florida Gas
      - Pricing - quality specifications

28.   DOUGLAS ENERGY v. MOBIL   CA 84-1150
      U.S. District Court - Kansas
      - Retained by Mobil
      - Implied covenant to develop deep rights

29.   FOREST v. TENNECO   CA J84-0084(L)
      U.S. District Court - S.D., Miss.
      - Retained by Forest
      - Take or pay

30.   CRUTCHER-TUFTS v. CONOCO (LGS)   CA 83-4381   Sec "C", Mag Div. 1
      U.S. District Court - E.D., LA
      - Retained by Conoco
      - Take or pay

31.   TELTSCHIK v. DAMSON   27362-C
      District Court - San Patricio County, TX
      - Retained by Damson
      - Market value

32.   UNICON PRODUCING v. PUBLIC SERVICES COMPANY OF NEW MEXICO
      District Court - Bernalillo County, New Mexico   CV 86-01392
      - Retained by Unicon
      - Take or pay

33.   CHAMPLIN v. TENNESSEE ARBITRATION
      - Retained by Champlin
      - Take or pay

34.   GAMILL, et al. v. FOREST/TENNESSEE
      U.S. District Court - S.D., Miss.
      - Retained by Forest
      - Operator's obligation to non-operators - gas sales contract terms

35.   HUGOTON FIELD INFILL   #C-164
      Kansas Corporation Commission
      - Retained by Mobil
      - To allow second well on Hugoton Field spacing units

36. COV, Inc. v. UTP/LONE STAR    34072
    District Court  -  Midland County, TX
    - Retained by Union Texas
    - Balancing  -  contract termination

37. FOSTER v. ARCO    C-82213
    U.S. District Court  -  S.D., TX
    - Retained by Arco
    - Market value for royalty
    - Development

38. MOBIL v. VALERO    82-43670
    District Court   -  Harris County, TX
    - Retained by Mobil
    - Take or pay

39. N.W. CENTRAL v. CABOT    CA 85-K-631
    U.S. District Court  -  Colorado
    - Retained by Cabot
    - Price redetermination

40. HARRINGTON, et al. v. CIG    64, 825-B
    District Court  -  Potter Country, TX
    - Retained by Harrington
    - Attempted reassignment  -  contract interpretation

41. TENNECO v. LIG ARBITRATION
    - Retained by Tennaco
    - Pricing

42. USX v. IMC    86 C 2254
    U.S. District Court  -  Northern District of Ill.
    - Retained by IMC
    - Price redetermination

43. MISSISSIPPI VALLEY GAS v. MONTEITH, et al  CA No J90-0245(B)
    US District Court - Jackson, Miss.
    - Retained by Monteith
    - Pricing
    - Takes

44.    **BARTIE et al v. WILLIAMS, et al** CA No 89-1516
       US District Court - Western District LA
       - Retained by Williams
       - Royalty

45.    **HUNT ENERGY v. ANR**
       - Retained by Hunt
       - Take or pay

46.    **GRYNBERG v. EL PASO**    87 CV 4717
       Denver District Court
       - Retained by Grynberg
       - Take or pay

47.    **UNITED v. MRT**
       - Retained by United
       - Contract dispute

48.    **CONSOLIDATED GAS v. ASHLAND**    87-C-103-1
       - Retained by Ashland
       - Take or pay

49.    **PLUMB OFFSHORE v. TEXAS GAS TRANSMISSION**    87-3985    Sec "G",
       Mag 4
       U.S. District Court  -  Louisiana
       - Retained by Huffco

50.    **AMOCO v. NGPL**    87-48
       District Court  -  Uinta County, Wyoming
       - Retained by Amoco
       - Take or pay

51.    **HAYES, et al. v. MCO Resources**    87-0708-L
       U.S. District Court  -  Western District of Louisiana
       - Retained by MCO
       - Market value

52.    **SLICK, et al. v. CONOCO**
       District Court  - Starr County, TX
       - Retained by Conoco
       - Market value

53. <u>DEKALB v. EL PASO</u>
    - Retained by DeKalb
    - Take or pay

54. <u>SEAFIRST AMERICAN CORP. v. EL PASO NATURAL GAS CO.</u>
    District Court - Santa Fe, N. Mex.   SF89-5961(C)
    - Retained by Seafirst
    - Take or pay

55. <u>HARRINGTON et al. v. EL PASO NATURAL GAS CO.</u>
    N. Mex. Federal District Court   CIU880420 SC
    - Retained by Harrington
    - Take or pay

56. <u>SANTA FE-ANDOVER OIL CO.. et al.  v. ARKLA. INC.. et al.</u>
    N. Federal District Court - Okla.   88-C-418-E
    - Retained by Arkla
    - Take or pay

57. <u>RIPCO v. COTTON PETROLEUM CORP.</u>   87-19958
    Orleans Parish District Court  -  LA
    - Retained by Cotton
    - Market value

58. <u>TUFTS. et al. v. AMOCO PRODUCTION CO.. et al.</u>   CA87-3015
    E.D. Federal District Court  -  LA
    - Retained by Southern Natural Gas Pipeline Co.
    - Operator duty

59. <u>CLANTON v. VITCO</u>   88-CI-17229
    District Court  -  Bexar County, TX
    - Retained by Clanton
    - Take or pay

60. <u>VESGAS CO. v. S.D.S.</u>   89CV-8361
    District Court  -  Denver County, Colo.
    - Retained by S.D.S.
    - Failure to deliver

61. <u>PRUDENTIAL BACHE ENERGY et al v. BHP</u>  No 89-56620 Div D
    District COurt - Vermilion Parish, LA
    - Retained by Prudential Bache
    - Sales Transaction

62.  **NEW BREMEN v. COLUMBIA**   89-0072
     U.S. District Court  -  S.D. Tex.
     - Retained by Columbia
     - Pricing

63.  **TENNESSEE GAS PIPELINE v. PNB**   CA 89-0706
     U.S. District Court  -  W.D. Pa.
     - Retained by Tenn.
     - Pricing

64.  **IKARD v. INTRATEX**   89-08550
     District Court  -  Harris County, TX
     - Retained by Intratex

65.  **MEWBORNE v. ARKLA**   CA-2-89-0064
     U.S. District Court  -  N.D. Tex. (Amarillo Div.)
     - Retained by Arkla
     - Take or pay

66.  **NORTHWEST v. NATIONAL FUEL**   4302-A-1986
     Court of CommonPleas  -  Erie Co., PA
     - Retained by Northwest
     - Pricing

67.  **DAY v. GRACE, et al.**    CA J89-0131 (B), CA J-89-0167
     U.S. District Court  -  S. D. Miss.
     - Retained by Grace

68.  **HAWN, et al  v PENNZOIL**   No 91-2-6838
     District Court - Refugio County, Texas
     - Retained by Pennzoil
     - Royalty

69.  **DEKALB, et al. v. PSCNM**
     U.S. District Court  -  N. Mexico
     - Retained by DeKalb, et al.
     - Takes
     - Pricing

70.  **ENTERPRISE, et al. v. COLUMBIA**   CZ-85-1209
     U.S. District Court  -  E.D. Southern Ohio Dist.
     - Retained by Columbia
     - Pricing

71.  **TOTAL v. COLUMBIA**   CA H-88-4198
     U.S. District Court  -  S.D. TX
     - Retained by Columbia
     - Take or pay
     - Pricing

72.  **STATE OF LOUISIANA, et al v MOBIL**  No 96082-A
     District Court, Terrebonne Parish, LA.
     - Retained by Mobil
     - Royalty

73.  **HUNTER v. MOBIL et al.**   CIV-90-844-P
     U.S. District Court  -  W.D. Okla.
     - Retained by Mobil
     - Development

74.  **ZINK v. CHEVRON**  CA No 89-4923, Sec. K
     US District Court, Eastern Dist.-LA.
     - Retained by Chevron
     - Market Value

75.  **GRYNBERG v. GALLEGOS**  CA 89-M-242
     U.S. District Court  -  Colo.
     - Retained by Gallegos
     - Legal representation

76.  **DISCOVERY v. FARMLAND**   A-37, 648
     District Court  -  Midland Co., TX
     - Retained by Farmland
     - Pricing

77.  **HECTOR v. INTRATEX**  No 3953
     District Court-Crane County Texas
     - Retained by Intratex
     - Pricing

**V.     Appointed as Special Master**

1.     <u>GRACE v. CIG</u>   CA 85CV2089  Div. 8
       Colorado District Court
       - Complicated case involving gas contract dedication and takes


**VI.     Consultation/Natural Gas Contract and Regulatory Matters:**

Have acted as consultant to:

    Cabot Corporation
    Mark Producing Company
    Integrated Resources, Inc.
    U.S. Companies, Inc.
    Champlin Petroleum Company
    Transco Energy Company
    Pennzoil
    Mobil
    CLECO
    Houston Natural Gas
    Texaco
    City of Alexandria, LA
    Conoco
    InterFirst Bank,  Trustee
    Oaklahoma Natural Gas
    Graham Resources
    Triton
    Plains Petroleum
    Amoco
    Anschutz Corporation
    Tri Star Exploration, Inc.
    Total Minatome
    Pacific Gas & Electric
    Southern California Gas
    Southern California Edison

    In most instances, the issues involved have been the negotiation of or proper construction of natural gas sales contract provisions, price redetermination, and other areas of controversy relating to gas sales contracts or regulatory matters affecting natural gas sales, rates and transportation.

**VII.** **Appeared as Speaker at the following seminars**

1. <u>Executive Enterprise</u> - "Natural Gas Contract Dispute Resolution through Arbitration and Mini Trials"

2. <u>Inside Oil & Gas</u> - "Natural Gas Spot Marketing"

3. <u>Inside Oil & Gas</u> - "E&P"

4. <u>PEO</u> - "Marketing Directly to Consumers"

5. <u>Executive Enterprises</u> - "Drafting New Natural Gas Marketing and     Transportation Contracts"

**DEPOSITION OR TRIAL TESTIMONY IN CASES SINCE 1/1/92:**

1.    Self, et al v. Texaco #90-49657
      District Court - Harris County, Texas

      Griffin, et al v. Texaco, et al #B39,155
      District Court - Midland County, Texas
      - Retained by Texaco
      - Royalty prices

2.    Columbia Gas System Inc.                 Chap 11
      and Columbia Gas Transmission            Case Nos 91-803,
      - Retained by Exxon                       91-804
      - Price redeterminations

3.    Fox v. Columbia Gas   #88v-655
      District Court - Austin County, Texas
      - Retained by Columbia
      - Pricing

4.    Aquilla v. Valero    O&G #8-98, 524
      Texas RR Com
      - Retained by Aquilla
      - Market demand rule

5.    Utilicorp. et al v. Stegall, et al                    C.A. #H-92-1786
      U, S. Dist Ct. - S. D. Houston
      - Retained by Utilicorp
      - Employee-broker transactions

6.    Mississippi Valley Gas v. Monteith   CA#J90-0245(B)
      U. S. District Court - Jackson, Miss.
      - Retained by Monteith
      - Pricing
      - Takes

7.    De Kalb, et al v. PSCNM      Civ 90-0856 JP
      U.S. District Court - N. Mexico
      -Retained by De Kalb et al
      -Takes
      -Pricing

                                             Revised 12-15-05

8.    El Paso v. Great Lakes Chemical #89-3090 District Court - Harris County, Tex.
      - Retained by GLCC
      - Take or pay

9.    PG&E Resources     v. Questar     CA#93CV063
      U. S. District  Court - Wyoming
      - Retained by  PG&E
      - Take or pay
      - Pricing

10.   Merrion v. Bannon        No 91-1200 JC
      U.S. District Court - N. Mexico - Retained by Bannon
      - Gas Plant accounting

11.   Arbitration - Esso & BHP v. SECV
      - Retained by Esso-BHP
      - Tax Passthrough

12.   Exxon v. U.S.A.     No 660-89T
      U.S. Court of Federal Claims
      - Retained by Exxon
      - Depletion Allowance

13.   Nicor Exploration v. ARCO #C-88-97
      District Court - Latimer County, Okla.
      - Retained by ARCO
      - Take or pay settlements

14.   San Rio Oil & Gas v. El Paso - arbitration
      - Retained by El Paso
      - Title question

15.   Moffett & Brewster et al v. Arco, et al #C-90-72
      Dist.  Ct. - Latimer County, Okla.
      - Retained by ARCO
      - Paying quantities
      - Gas settlement

16.   Freeport McMoran v. K N Energy CV-91-11-BLG-JDS
      U. S. Dist Ct - Montana
      - Retained by FMI
      - Pricing

17. Champlin Exploration v. Clajon #90-Cl-05869
    District Court - Bexar County, Texas
    - Retained by Clajon
    - Termination of contracts
    - Pricing

18. Texas Utilities Fuel v. Southwestern P/L et al #92-09575
    District Court - Dallas County, Texas
    - Retained by Southwestern
    - Purchase obligations

19. Sylvan v Amoco      No. 88-05215
    District Court  - Harris County, Texas
    - Retained by  Amoco
    - Pricing

20. Amoco and Oryx Investigation      #IN92-2-000
    Federal Energy Regulatory Comm
    - Retained by  Amoco
    - Plant processing fees

21. Payne v. Tenneco et al CA No. C-90-23
    District Court - Sweetwater County, Wyoming - Retained by Tenneco
    - Accounting w/owners

22. Weiner et al v. Intratex No. 91-41706
    District Court - Harris County, Texas
    - Retained by Intratex
    - Pricing

23. Amoco/Conoco v. El Paso      CA12083
    Chancery Ct - New Castle County,Del    CA 12083
    - Retained by plaintiffs          Consol. w/12398
    - Transportation charges

24. Coastal/ANR v. Tennessee #3165
    District Court - Zapata County, Texas - Retained by plaintiffs
    - Gas Contract dedication

25. Duplantis, et. al. v. Mobil, et. al.      No. 94023 consol
    District Court - Terrebonne Parish, LA
    - Retained by Freeport-Piedmont Group
    - Royalties-Take or Pay

3

26.   Frey v. Amoco        CA    88-1622 Sec H
      U.S. District Court, Eastern District of LA
      - Retained by Amoco
      - Royalties Take or Pay

27.   ANS Royalty Litigation      1 JU-77-847 Civil
      Alaska Superior Court, 1st Judicial District
      - Retained by Mobil
      - Royalties

28.   Marathon v. State of New Mexico    CV 85-535W
      5th Judicial District Court-Eddy County, New Mexico
      - Retained by Marathon
      - Royalties - plant proceeds

29.   San Rio v. Meridian et. al. Arbitration
      - Retained by Meridian
      - Take or Pay

30.   Altheide, et.al. v. Meridian Oil, et al  No. 92-026182
      270th District Court - Harris County, Texas
      - Retained by Meridian
      - Royalties ect.
      - Class action

31.   Application - Gas Company of New Mexico        PUC Case # 2639
      Public Utilty Commission New Mexico
      - Retained by Southern Union
      - Pass Through of Take or Pay

32.   Marathon Oil v. Transco      No. 94-027
      Fourth District Court - Rusk County Texas
      - Retained by Marathon
      - Excess Royalty Indemnity

33.   Texaco v. Transco          No. 94-011538
      189th District Court, Harris County Texas
      - Retained by Texaco
      - Excess Royaly Indemnity

34.   Hinze v. Aquila Energy      No. 93-CI-01897
      73rd District Court, Bexar County Texas
      - Retained by Aquila
      - Broker Letter

35.  Yturria et al v. Oryx   No. C-2890-93-F
     332nd District Court, Hidalgo County Texas
     - Retained by Yturria et al
     - Royalty on Plant Products

36.  Mustang v. Colorado Interstate Gas        No. CA-SA94CA0878
     US District Court, Western District, Texas
     - Retained by Mustang
     - Price Redetermination

37.  Doris Feerer, et al vs. Amoco Production Co., et al     CA No. 95-0012- JB/WWD
     U.S. District Court, New Mexico
     -  Retained by Shell, et al
     -  Royalties, etc. on CO2
     -  Class Action

38.  Detroit-Texas Gas Gathering Co. vs. Reata Natural Gas   No. 93-034709
     District Court - Harris County, Texas
     - Retained by Detroit-Texas
     - Gas Purchase Contract breach

39.  Watts, et al vs. Arco, et al                  No. Civ - 95-339-S
     U. S District Court, Eastern District, Okla.
     -  Retained by Arco, et al
     -  Mineral Purchases

40.  KN Gas Supply vs. American Production Partnership Arbitration
     - Retained by American
     - Order 636
     - Price redetermination

41.  Bank One, Tr. Vs. Meridian Oil. et al            No.SF 94-1982 C
     First Judicial District Court - Santa Fe, N.M.
     -  Retained by Meridian
     -  Net profits - royalty trust

42.  Tennessee Gas Pipeline vs. Conoco, et al          No. 402,076-F
     District Court-East Baton Rouge Parish, La.
     -  Retained by Conoco
     -  Gas Processing Agreement

43.  Louisiana Gas Marketing vs. Union Natural         CA No.H-94-1898
     U. S. District Court-Southern Dist., Texas
     Union Natural vs. Enron Gas Mktg.                 No. 94-015429

District Court, Harris County, Texas
- Retained by Enron - Gas Contract termination

44. KN Gas Supply vs. Westerman, et al Arbitration
- Retained by Westerman
- Order 636 - price redetermination

45. Ensley v. Cody Resources                          CA-H-95-265
U. S. District Court - S.D. Texas, Houston Division
- Retained by Cody
- Finder's Fee

46. Rogers, et al v. J.W. Operating, et al             No 95 CV5
District Court - Yuma County, Colo
- Retained by defendants
- Gas Royalty

47. Barnaby, et al v. Marathon                         C-96-40
- District Court - Latimer County, Okla.
- Retained by Marathon
- Class action - gas

48. Engwall, et al v. Amerada Hess, et al              CV-95-00322
District Court - Chaves County, N. Mex.
- Retained by Marathon
- Class action - oil

49. Kershaw, et al v. Amoco, et al                     CJ-95-184
- District Court - Seminole County, Okla.
- Retained by Marathon
- Class action - oil

50. Gillespie, et al v. Amoco                          Civ-96-063-M
- United States District Court - Western District, Okla.
- Retained by Amoco
- Class action – gas

51. In re: Patrick H. Welder, Jr.                      C-94-22379-V11
debtor Tribo Petroleum v. Louise Robinson et al        AP no. 96-2003-V
U.S. Bankruptcy Court, S.D. Tex.
- Retained by Robinson
- Validity of Lease - Consent Provision

52. Smith, et al v. Amoco
    - District Court - Stevens County, Kansas      Case No. 89 CV 22
    - Retained by Amoco      consolidated with Finney,
    - Gas Royalties      County Case 93-C-207

53. Noram, et al v. Seagull      No. 95-06790
    - District Court - Harris County, Texas
    - Retained by Noram
    - Gas Contract pricing - termination

54. Powell, et al v. Oxy      No. 1997-015
    - County Court at law - Panola County, Texas
    - Retained by Oxy
    - Class action - condensate

55. Exxon v. U.S.A.      No. 96-588T
    - U.S. Court of Appeals
    - Retained by Exxon
    - Depletion Allowance

56. Bartie, et al v. The Williams Co., et al.      CA No. 89-1516
    USDC - Western District LA, Lake Charles Div.
    - Retained by The Williams Co.
    - Royalties - processing

57. Grynberg v. Rocky Mountain Natural Gas      GP91-8-008
    Rocky Mountain Natural Gas v. Grynberg      GP91-10-008
    Federal Energy Regulatory Commission
    - Retained by Rocky Mountain
    - Dedication

58. Shovlin, et al. v. Shell, et al.      #13940
    229th Judicial District Court, Duval County, Texas
    - Retained by Shell
    - Royalty

59. Carnes Oil Corp. v. Wagner & Brown, LTD., et al.      No. 97-34582
    190th Judicial District Court, Harris County, Texas
    - Retained by Wagner & Brown
    - Title - broker's fee

60. Hagood - New Mexico Trust No. 1 v. Phillips      No. 97-0515JP-RLP
    U.S. District Court - New Mexico
    - Retained by Phillips
    - Royalty

61. NGT v. AGF                                   No. 96-06976-F
    116th District Court - Dallas County, Texas
    -   Retained by AGF
    -   Performance under "firm" sales contract

62. North Central v. Mitchell                    No. 96-59241
    281st District Court - Harris County, Texas
    -   Retained by Mitchell
    -   Gas Contract Dispute

63. Lopez v. Mobil et al.                        No. 96-08-07451CV
    79th District Court - Brooks County, Texas
    -   Retained by Mobil
    -   Royalty

64. Transco v. Manta Ray Gathering              No. 96-45582
    157th District Court - Harris County, Texas
    -   Retained by Transco
    -   Pipeline - Platform

65. William Corbello, et al. v. Shell            No. 96-2568
    14th District Court - Calcasieu Parish, LA
    -   Retained by Shell
    -   Salt water damages - processing

66. Florance v. Amoco                            No. D-0101-CV-00097-02928
    1st District Court - Santa Fe County, NM
    -   Retained by Amoco
    -   Overriding Royalty Payments

67. Texas Utilities v. Marathon v. Headington, et al.   No. 94-10618-D
    95th District Court - Dallas County, Texas
    -   Retained by Marathon
    -   Output Gas Purchase Contracts
    -   Right to drill wells

68. Utilicorp United, Inc. et al. v. Commissioner of Internal Revenue
    Docket No. 19037-97
    Clajon Gas Co., et al. v. Comer Commissioner of Internal Revenue
    Docket No. 15968-97
    United States Tax Court
    -   Retained by Utilicorp-Clajon
    -   Gathering Line Depreciation

8

69.  Shockey, et al.. v. Chevron U.S.A. Inc. et al.    No. CJ-2001-7
     District Court - Washita County, Okla.
     -   Retained by Chevron
     -   Class Action - royalty

70.  Questar Gas Management Co., et al. v. Ultra Petroleum (U.S.A.) No. 99CV7655
     District Court - Denver, Colo.
     -   Retained by Ultra
     -   Gathering Agreement

71.  McMurry Energy Co., et al, v. Ultra Resource Inc. et al.    Civil No. 6173
     Ninth  District Court - Sublette County, Wyo.
     -   Retained by Ultra
     -   Farmout Agreement

72.  Youngren, et al. v. Amoco                        No. 89 CV22
     District Court - Stevens County, Kansas
     -   Retained by Amoco
     -   Gas Royalties

73.  Roberto Vela, et al. v. Wagner & Brown, et al.        CA.5125
     49th District Court – Zapata County, Texas
     -   Retained by Wagner & Brown
     -   Drainage, development, directional well

74.  General Gas Company, L.P. v. Duke Energy Field Services, L.P. CA2:01-CV351-J
     U.S. District Court – N.D. Texas, Amarillo Div.
     -   Retained by Duke
     -   Gas Purchase Contract – Take obligation

75.  Hanlon Gas Processing, Ltd. v. Canterra Resources, Inc. Arbitration
     -   Retained by Canterra
     -   Gas Processing, Economic out

76.  Agrium v. Union Oil Co.                          BC 275407
     Superior Court – Los Angeles, CA
     -   Retained by Agrium
     -   Gas Supply Contract

77.  Barnes v. Dreyfus                            00-02-18 651CV
     25th Judicial District Court – Lavaca County, TX
     -   Retained by Dreyfus
     -   Pooling

9

78.  Migl v. Dominion                                    03-06-19472CV
     25th Judicial Court – Lavaca County, TX
     -    Retained by Dominion
     -    Royalty – On/Off premises

79.  Nations Bank v. Burlington                          CJ-97-68, CJ-97-132
     District Court – Washita, OK
     -    Retained by Burlington
     -    Market Value - Royalty


**ARBITRATIONS SINCE 1/1/92**

1.   LIG v TOC Acquisition Corp
     - selected by TOC
     - Pricing

2.   Parks v Total
     - selected by Total

3.   Sun v Oryx
     - selected by Sun

4.   Marathon v SoCal
     - selected by Marathon

5.   Hadson vs. TDC
     - selected by Hadson

6.   Apache vs. NGC
     - selected by NGC

7.   Hollo v. Isramco
     - selected by Isramco
     - agency - scope of agreement

8.   Dynegy v. Forcenergy
     - selected by Dynegy
     - Gas pricing

9.   Dynegy v. Unocal
     - selected by Dynegy

- Price renegotiation

10.  Cinergy v. Apache
     - selected by Cinergy
     - Gas Purchase – Canada

11.  E.E.O.C. v. Morningstar Gas, Inc.
     - selected by E.E.O.C.
     - Operator – ownership

12.  Oasis Pipeline v. Guadalupe Power Partners
     - selected by Oasis
     - firm transportation agreement – swing

13.  Pioneer v. LaVanCo Energy
     - selected by Pioneer
     - Partnership – buyout

## MEDIATION

1.  Pinnacle - West, et al. v. Sonat et al.
    - Gas ownership - coal mining

2.  American Exploration v. Buchanan, et al.        No. 04-99-00117CV
    - Appointed as mediator by 4th Court of Appeals - San Antonio