United States District Court
Southern District of Texas
FILED

DEC 1 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | C. A. NO. B03-080 |
| | § | JURY TRIAL REQUESTED |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") files this request for leave of the Court to file their Notice of Supplemental Authority and would respectfully show the Court the following:

### I.

A recent judgment by a state court in Victoria, Texas in a lawsuit by the City of Victoria involving a substantially similar street rental ordinance clearly support Defendant Kinder Morgan's Motion for Summary Judgment previously submitted to this Court.

### II.

Kinder Morgan believes the attached Notice of Supplemental Authority will be of assistance to the Court in resolving Defendant Kinder Morgan's Motion for Summary Judgment.

Kinder Morgan respectfully requests that the Court grant this Motion to allow them to file the attached Notice of Supplemental Authority in support of Defendant Kinder Morgan's Motion for Summary Judgment.

31045652.1

Respectfully submitted,

_____
Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Kinder Morgan Tejas
Pipeline, L.P.

**OF COUNSEL:**

FULBRIGHT & JAWORSKI L.L.P.
 William D. Wood
 State Bar No. 21916500
 Jeffrey D. Palmer
 State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
 David G. Oliveira
 State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF CONFERENCE

I, Jeffrey D. Palmer, do hereby certify that on December 13, 2005 I left a message for Adam Poncio that we would be filing a motion for leave to file the notice of supplemental authority and for him to call me back to tell me if he would oppose the motion. On December 14, 2005 my legal assistant attempted to contact Mr. Poncio. I never received a call back from Mr. Poncio and assume he opposes the motion.

_____
Jeffrey D. Palmer

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on December 15, 2005 on the following counsel of record:

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas  78125

Mr. Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas  78539

_____
Jeffrey D. Palmer

31045652.1

3