IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, § § | |
| Plaintiff, § § § | |
| V. § | C. A. NO. B03-080 |
| § § | |
| KINDER MORGAN TEJAS PIPELINE, L.P., § § | |
| Defendant. § | |

## ORDER

On this day came on for hearing Defendant's Motion for Leave to File Supplemental Authority, and after considering such motion and plaintiff's response, the Court finds that such motion should be GRANTED. It is therefore

ORDERED that the clerk of the Court file Defendant's Notice of Supplemental Authority.

SIGNED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

31045652.1                                        4