CAUSE NO. 03-6-59,833-C

| | | |
|---|---|---|
| CITY OF VICTORIA, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| V. | § | VICTORIA COUNTY, TEXAS |
| HOUSTON PIPE LINE COMPANY, et al. | § | |
| Defendants. | § | 267th JUDICIAL DISTRICT |

## FINAL JUDGMENT

The parties in this case are: City of Victoria, plaintiff, and Houston Pipe Line Company LP, defendant (previously named defendant Houston Pipe Line Company is now known as Houston Pipe Line Company LP and previously named defendant Houston Pipe Line Company L.L.C. was renamed AEP Houston Pipe Line Company L.L.C and then renamed HPL Houston Pipe Line Company L.L.C. which is a wholly owned direct subsidiary of Houston Pipe Line Company LP).

On this day, the Court considered Defendant's Motion for Summary Judgment and Plaintiff's Motion For Partial Summary Judgment, the responses, and any replies, and after considering same and the argument of counsel, the Court finds that defendant's motion should be GRANTED and that plaintiff's motion should be DENIED. It is, therefore,

ORDERED that Defendant's Motion For Summary Judgment is GRANTED. It is further

ORDERED that Plaintiff's Motion For Partial Summary Judgment is DENIED. It is further

ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing on its claims against defendant Houston Pipe Line Company, LP. It is further

31007901.2        -8-        EXHIBIT 4

ORDERED that all costs of court are to be taxed against plaintiff and that all other requested relief not expressly granted is denied.

SIGNED this 18th day of ~~October~~ November, 2005.

_____
PRESIDING JUDGE