Case 1:03-cv-00080    Document 163-9    Filed in TXSD on 12/16/2005    Page 1 of 39

No Transmission Information Available    in  on line [0] for KG11749 * Pg 4/9
09/16/2005  16:22    3614853534    CITY OF VICTORIA    PAGE  04/09

NO. 03-6-59,825-C

| | | |
|---|---|---|
| THE CITY OF VICTORIA, | § | IN THE DISTRICT COURT |
| PLAINTIFF, | § | |
| V. | § | |
| DELHI GAS PIPELINE CORP. | § | 267TH JUDICIAL DISTRICT |
| ET AL., | § | |
| DEFENDANTS | § | VICTORIA COUNTY, TEXAS |

## AFFIDAVIT OF KENNETH E. GILL

Kenneth E. Gill, "Affiant," appeared in person before me today and stated under oath:

"My name is Kenneth E. Gill. I am over the age of 21 and am legally competent in all ways to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am a professional engineer registered by the State of Texas. I am employed by the City of Victoria, Texas (the "City.") I work in the Public Works Department of the City and my job title is City Engineer. In my capacity as a City Engineer in the Public Works Department, I have become personally familiar with the city boundaries, the city owned property both inside and outside of the city limits, and the location of City streets, alleys, drainage ditches, water and sewer lines and other City owned or controlled rights of way and public property. I am familiar with the original four league grant property owned by the City, including those portions outside of the current City limits.

I have reviewed and am familiar with the map provided to the City by the Houston Pipeline company through its attorneys during the discovery process in this lawsuit, a true and correct copy of which is attached hereto as Exhibit "A." I was personally involved in the efforts of the City to apply the information from such map to create a new and current map that depicts such pipeline in relationship to the City boundaries and City rights of way. In the process of doing this, I have reviewed City records which included maps showing the property covered by the original four league grant to the City during the nineteenth century, the location and date of annexations into the city during the past decades, maps showing the current names and locations of city streets and rights of way, maps of the City created by aerial photography, and maps of gas

L:\LITIGATE\GAS PIPELINES\AEP Gas Pipeline - Four League Grant Affidavit1 (4).doc

No Transmission Information Available
09/16/2005  16:22    3614853534    in  on line [0] for KG11749 * Pg 5/9
CITY OF VICTORIA
PAGE  05/09

and petrochemical pipelines in and near the City obtained from the computer files and records of the Texas Railroad Commission, which is the Texas state agency that has maintains maps, records and reports of, among other things, intrastate natural gas pipelines such as the HPL facilities.

I have also earlier this year personally participated in a "walk through" by which the actual physical locations of HPL's above ground pipeline facilities, such as meters, signs, sheds, and related facilities, were observed and photographed. I am familiar with and can verify that the photographs which have been copied and attached as Exhibit "B" are accurate depictions of certain HPL above ground pipelines, signs, meters, sheds and related facilities inside the city.

I have participated in the creation of a map utilizing and combining the information obtained from these sources, a true and correct copy of which map is attached hereto as Exhibit "C." This map (Exhibit "C") accurately depicts to the best of the City's ability, absent global positioning data, which has not been received from HPL, the present location of the HPL pipeline facilities, both those that are located underground and with regard to the related above ground facilities such as meters, signs and buildings that are located in, along, under and/or across the city streets and other City rights of way which are listed and identified in a chart verified by me to be a true and correct, a copy of which is attached hereto as Exhibit "D."

I am also familiar with and have reviewed certain City ordinances, easements and permits granted at various times over the last several years that address certain limited portions of the HPL pipelines and related facilities located in or near City rights of way that are or were at the time owned by Houston Pipeline Company or its predecessors in interest ("HPL"), true and correct copies of which are attached hereto as Exhibit "E." The four documents attached as Exhibit "E" are the only agreements with or consent by the City known to exist which address any portion of HPL's pipeline system that is located within the City limits.

I hereby attest and aver that HPL has an underground series of natural gas pipelines and related above

L:\LITIGATE\GAS PIPELINES\AEP Gas Pipeline - Four League Grant Affidavit I (4).doc

ground facilities including meters, sheds, signs and other physical facilities which are located within the City rights of way listed in Exhibit "D" and for which no official City consent, easement or permit has ever been issued or enacted, save and except for the specific portions of the current HPL facilities that are expressly identified and made the subject of the documents contained in the attached Exhibit "E." Specifically, the only City streets or rights of way made subject of the Exhibit "E" agreements are those specific street highlighted in bold face type on Exhibit "D." No City permit, consent or agreement exists as to any of the other streets listed on Exhibit "D."

As an employee of the City Public Works Department and a Professional Engineer, I am also familiar with the nature and attributes of natural gas and natural gas pipelines, including the fact that natural gas transport via an underground pipeline can pose a public safety and security risk and can create a fire or explosion hazard, particularly if any digging or other construction activity occurs in the vicinity of such pipeline. Consequently, it is important that the City, for reasons of public health, safety and security, have up to date and complete and accurate knowledge of the exact location of any natural gas pipeline facilities located in or near the City. However, at the time this lawsuit was initiated in 2003, the City had received nothing from HPL or its predecessors that identified the specific location of all of HPL's pipelines and related facilities within the City. In fact, it was not until the map of such facilities that is attached as Exhibit "C" was created that the specific City rights of way occupied without consent by HPL's facilities could be determined and specifically identified and listed."

L:\LITIGATE\GAS PIPELINES\AEP Gas Pipeline - Four League Grant Affidavit1 (4).doc

Further affiant sayeth naught.


Signed on the 16 day of September, 2005, by:

*Kenneth E. Gill*

Kenneth E. Gill, Affiant



State of Texas                    §
County of Victoria                §

SIGNED under oath before the me, undersigned notary public, by Affiant, Kenneth E. Gill, on this 16th day of September, 2005.



DEBORAH RAINS
Notary Public, State of Texas
My Commission Expires
August 12, 2008

*Deborah Rains*
Notary Public, State of Texas

L:\LITIGATE\GAS PIPELINES\AEP Gas Pipeline - Four League Grant Affidavit I (4).doc

## Exhibit "D" to

## Affidavit of Kenneth E. Gill

STATE OF TEXAS
COUNTY OF VICTORIA:

I, Kenneth E. Gill, City Engineer, on oath swear that the following statements are true and are within my personal knowledge:

"The AEP/HPL Gas Pipeline appears to lie within the limits of street right-of-way or drainage easement owned by the City of Victoria, a Texas municipal corporation, at the approximate locations and distances described as follows:

| Direction | Street | Crossing distance in feet | Following distance in feet |
|-----------|--------|---------------------------|----------------------------|
| Crosses | Wharf | 55 | |
| Crosses | Charles | 51 | |
| Crosses | Senecio | 55 | |
| Crosses | Elder | 52 | |
| Crosses | Willow | 55 | |
| Crosses | Peachtree | 55 | |
| Crosses | Bottom | 70 | |
| Follows | Grant | | 280 |
| Crosses | Lincoln | 50 | |
| Follows | Grant | | 280 |
| Crosses | Garfield | 45 | |
| Crosses | Hand Rd. | 45 | |
| Crosses | South Outfall ((labeled on map as "Jim Branch Outfall") | 85 | |
| Crosses | Laurent St. | 90 | |
| Crosses | E. Juan Linn | 73 | |
| Crosses | Port Lavaca Hwy | 100 | |
| Crosses | S. Ben Jordan | 105 | |
| Crosses | E. North | 105 | |
| Crosses | Raab | 55 | |
| Follows | North | | 2,620 |
| Crosses | S. Ben Wilson | 150 | |
| Follows | North | | 1,130 |
| Crosses | Loya | 65 | |
| Follows | Hanselman Rd. | | 1,580 |
| Follows | Delmar | | 150 |
| Crosses | Delmar | 75 | |
| Follows | Delmar | | 2,318 |
| Crosses | Lone Tree | 75 | |
| Follows | Delmar | | 1,183 |
| Crosses | Allendale | 52 | |
| Follows | Delmar | | 1,414 |
| Crosses | E. Rio Grande | 52 | |

L:\LITIGATE\GAS PIPELINES\AEP Gas Pipeline - Four League Grant Affidavit1 (4).doc

| Crosses | Delmar | 85 | |
|---------|--------|-----|------|
| Follows | Delmar | | 935 |
| Crosses | Sonoco | 66 | |
| Follows | Delmar | | 565 |
| Crosses | John Stockbauer | 120 | |
| Crosses | Zac Lentz Parkway | 540 | |
| Crosses | Barroughsville | 45 | |
| Crosses | Houston Hwy | 142 | |
| (Crosses - Second Side) | (Houston Hwy) | 142 | |
| Crosses | Lane Tree Road | 60 | |
| Crosses | Houston Hwy | 375 | |
| Total | | 3,190 | 12,455 |
| **Total Distance of Pipeline in City Right-of-Way (feet)** | | 15,645 | |

*Kenneth E. Gill*
Kenneth E. Gill, Affiant

STATE OF TEXAS
COUNTY OF VICTORIA:

SIGNED under oath before me on the 16th day of September, 2005.

*Deborah Rains*
Notary Public

DEBORAH RAINS
Notary Public, State of Texas
My Commission Expires
August 12, 2008

**Exhibit "D" Page 2 of 2**

L:\LITIGATE\GAS PIPELINES\AER Gas Pipeline - Four League Grant Affidavit1 (4).doc



Exhibit "A"

to Kenneth E. Gill

Affidavit

From Kevin Cullen

to Jeff Palmer

713-659-3496

Houston Pipe Line
Company LP

Exhibit "A"

Exhibit "B"
to Kenneth C. Gill Affidavit





SEP. 28. 2005  4:31PM    CULLEN CARSNER SEERDEN CULLEN    NO. 167    P. 4
No Transmission Information Available. in on line [0] for KG117749 * pg 4/32

















Ex. "C" is full sizel
colei mp of Current
APL Pipeline locatims
w/in City

Exhibit "D" to

Affidavit of Kenneth E. Gill

STATE OF TEXAS
COUNTY OF VICTORIA:

I, Kenneth E. Gill, City Engineer, on oath swear that the following statements are true and are within my personal knowledge:

"The ABP/HPL Gas Pipeline appears to lie within the limits of street right-of-way or drainage easement owned by the City of Victoria, a Texas municipal corporation, at the approximate locations and distances described as follows:

"

| Direction | | Street | Crossing distance in feet | Following distance in feet |
|---|---|---|---|---|
| Crosses | | Wharf | 55 | |
| Crosses | | Charles | 51 | |
| Crosses | | Senecio | 55 | |
| Crosses | | Elder | 52 | |
| Crosses | | Willow | 55 | |
| Crosses | | Peachtree | 55 | |
| Crosses | | Bottom | 70 | |
| Follows | | Grant | | 280 |
| Crosses | | Lincoln | 50 | |
| Follows | | Grant | | 280 |
| Crosses | | Garfield | 45 | |
| Crosses | | Hand Rd. | 45 | |
| Crosses | | South Outfall ((labeled on map as "Jim Branch Outfall") | 85 | |
| Crosses | | Laurent St. | 90 | |
| Crosses | | E. Juan Linn | 73 | |
| Crosses | | Port Lavaca Hwy | 100 | |
| Crosses | | S. Ben Jordan | 105 | |
| Crosses | | E. North | 105 | |
| Crosses | | Rasb | 55 | |
| Follows | | North | | 2,620 |
| Crosses | | S. Ben Wilson | 150 | |
| Follows | | North | | 1,130 |
| Crosses | | Lova | 65 | |
| Follows | | Hanselman Rd. | | 1,580 |
| Follows | | Delmar | | 150 |
| Crosses | | Delmar | 75 | |
| Follows | | Delmar | | 2,318 |
| Crosses | | Lone Tree | 75 | |
| Follows | | Delmar | | 1,183 |
| Crosses | | Allendale | 52 | |
| Follows | | Delmar | | 1,414 |
| Crosses | | E. Rio Grande | 52 | |

L:\LITIGATE\GAS PIPELINES\AEP Gas Pipeline - Four League Grant Affidavit1 (4).doc

| | | | |
|---|---|---|---|
| Crosses | Delmar | 85 | |
| Follows | Delmar | | 935 |
| Crosses | Sonoco | 66 | |
| Follows | Delmar | | 565 |
| Crosses | John Stockbauer | 120 | |
| Crosses | Zac Lentz Parkway | 540 | |
| Crosses | Burroughsville | 45 | |
| Crosses | Houston Hwy | 142 | |
| (Crosses - Second Side) | (Houston Hwy) | 142 | |
| Crosses | Lone Tree Road | 60 | |
| Crosses | Houston Hwy | 375 | |
| Total | | 3,190 | 12,455 |
| Total Distance of Pipeline in City Right-of-Way (feet) | 15,645 | | |

_Kenneth E. Gill_
Kenneth E. Gill, Affiant

STATE OF TEXAS
COUNTY OF VICTORIA:

SIGNED under oath before me on the 16ᵗʰ day of September, 2005.

_Deborah Rains_
Notary Public

DEBORAH RAINS
Notary Public, State of Texas
My Commission Expires
August 12, 2008

**Exhibit "D" Page 2 of 2**

L:\LITIGATE\GAS PIPELINES\AEP Gas Pipeline - Four League Grant Affidavit1 (4).doc

Exhibit "E"



EASEMENT AGREEMENT

THE STATE OF TEXAS     §
                                          KNOW ALL MEN BY THESE PRESENTS
COUNTY OF VICTORIA     §

THIS AGREEMENT, made and entered into as of this __6th__ day of November, 1987, by and between HOUSTON PIPE LINE COMPANY, a Texas corporation, hereinafter referred to as "Houston", and CITY OF VICTORIA, TEXAS, a municipal corporation, hereinafter referred to as "City".

WITNESSETH:

WHEREAS, Houston acquired a pipeline easement from Nazareth Academy by an instrument dated May 26, 1925, filed of record in Volume 108, Page 629 of the Deed Records of Victoria County, Texas; and

WHEREAS, City desires to construct and extend a roadway known as John Stockbauer Drive, hereinafter referred to as "Roadway" across a portion of Houston's easement and pipeline located therein and desires to obtain the authority and right from Houston to use a part of the easement surface area to construct such Roadway over and across said above-mentioned easement; and

WHEREAS, Houston is willing to grant to City the right and authority to make use of such part of the surface of the easement area for the purposes and uses herein expressly stated, subject to certain conditions and agreements.

NOW THEREFORE, for and in consideration of the premises and of the mutual agreements by and between the parties hereto, as well as the sum of Ten and No/100 Dollars ($10.00) and other good and valuable consideration paid by City to Houston, the receipt and sufficiency of which are hereby acknowledged and confessed, Houston hereby grants and conveys, insofar as Houston has a right to do so, to City the right to construct a roadway across Houston's said easement in Victoria County, Texas; this grant however, being subject to the following conditions and agreements between the parties, to-wit:

1. Houston shall, at the sole cost and expense of City, install or cause to be installed, approximately one hundred (100) feet of 24-inch O.D. split casing on Houston's Swinney Switch-Edna 18-inch pipeline that will be crossed by Roadway, all such work to be in accordance with standard specifications and at the expense of City. Houston estimates that the total cost for said installation shall be approximately Twenty Eight Thousand Dollars ($28,000.00), which amount has been this day delivered to Houston by City; however, it is agreed by Houston and City that City shall pay the actual cost of such installation whether more or less than Twenty Eight Thousand Dollars ($28,000.00) and

No Transmission Information Available  in on line [0] for KG117749 * Pg 17/32

additional payments to Houston, or a refund to City, as appropriate, shall be made within ninety (90) days of completion of such work.

2. Houston agrees to perform inspection and maintenance work in connection with its pipeline in a manner that minimizes, to the extent reasonably possible, damage to and interference with the use of the Roadway.  In the event excavation of the Roadway is necessary, Houston agrees to backfill the excavated area at its expense upon completion of its operation, and City agrees to perform such other work as it deems necessary to restore the condition of the Roadway.

3. City agrees to indemnify and hold Houston harmless from and against all claims, losses, expenses or causes of action arising out of the negligence of City, its agents, servants, employees or contractors with relation to Houston's pipeline. Houston agrees to indemnify and hold City harmless from and against any and all claims, losses, expenses or causes of action arising out of the negligence of Houston, its agents, servants, employees or contractors with relation to Houston's pipeline.

4. The terms, conditions and agreements hereof shall bind each of the parties hereto and their successors and assigns.

5. This agreement shall only amend the above referenced pipeline easement of Houston in the particulars herein provided and shall not be deemed to have replaced or cancelled such pipeline easement.

IN WITNESS WHEREOF, the parties hereto through their authorized officers have executed this instrument on the day first above written.

HOUSTON PIPE LINE COMPANY

By: _____

Agent and Attorney in Fact

CITY OF VICTORIA, TEXAS

By: _____
James J. Miller, City Manager

THE STATE OF TEXAS          §

COUNTY OF HARRIS            §

BEFORE ME, the undersigned authority, on this day personally appeared *C. E. Buchholz*, Agent and Attorney-in-Fact of the HOUSTON PIPE LINE COMPANY, a corporation, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein set forth and as the act and deed of said corporation.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the _6th_ day of November, 1987.

*Carolyn S. Willis*
Notary Public in and for the
State of Texas
CAROLYN S. WILLIS
NOTARY PUBLIC IN AND FOR HARRIS COUNTY, TEXAS
MY COMMISSION EXPIRES  3-31-90

THE STATE OF TEXAS          §

COUNTY OF VICTORIA          §

BEFORE ME, the undersigned authority, on this day personally appeared James J. Miller, City Manager of the CITY OF VICTORIA, TEXAS, a municipal corporation, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein set forth and as the act and deed of said corporation.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the _3rd_ day of November, 1987.

*Beverly J. Horadam*
Notary Public in and for the
State of Texas
BEVERLY J. HORADAM
My Commission Expires _10-31-88_

C-166

## RIGHT-OF-WAY PERMIT



STATE OF TEXAS                    *

COUNTY OF VICTORIA                *

The City of Victoria, Texas, (City) a municipal corporation located in Victoria County, Texas, hereby grants the right, privilege and permission to Houston Pipe Line Company, (HPLC), located in Houston, Texas, to own, locate, maintain, operate, repair, replace and remove its existing pipeline and necessary appurtenances in, under and along Delmar Drive, between Hanselman Road and Lone Tree Road, in the City of Victoria, Victoria County, Texas, as shown in Exhibit "A" attached hereto and incorporated herein, subject to the following terms and conditions:

1.

HPLC agrees that the granting of this Permit, and the issuance by the City of any related permits, shall not constitute any abandonment by the City of any rights of any nature in the above described locations. This Permit does not grant any right, privilege or permission for any pipeline in any location other than as described above.

2.

HPLC agrees that any repair, maintenance, or operation of any pipeline located within any of the above described locations shall be performed in accordance with good engineering practice, taking care for the convenience and safety of the public and in a manner so as not to interfere with the public use thereof except during repair and maintenance; and provided that said public location shall be replaced and restored to the former condition as is reasonably possible.

3.

In the event that the City of Victoria performs road improvements on the above described rights-of-way in order to widen, straighten or change traffic lanes, HPLC will be given thirty (30) days written notice to relocate its pipeline at its own sole cost and expense.

**4.**

HPLC agrees to hold harmless, defend and unconditionally indemnify the City, its officers, employees, agents, and insurers from, against and for any and all liability, costs, expenses, damages and claims, whether for personal injury, property damage, or both, which the City may at any time suffer or sustain or become liable for in any manner, arising from or in relation, whether directly or indirectly, to any pipeline for which this permit is granted.

**5.**

HPLC agrees to comply with the City of Victoria Special Provisions For Right-of-Way Permits (attached) as amended from time to time when performing repair or maintenance work on the above described pipeline when such work requires that the right-of-way be partially or completely closed.

**6.**

The rights granted in the permit are personal to HPLC, and HPLC shall not assign or transfer these rights in whole or in part to any third person without the express written consent of the City which will not be unreasonably withheld except that HPLC may, without the express written consent of the City, assign all or part of this Right-of-Way Permit to any entity in which HPLC or HPLC's parent company (or any wholly owned subsidiary or affiliate) owns or holds at least a fifty percent (50%) ownership interest. In the event that HPLC's use of the above described right-of-ways ceases for a consecutive period of not less than one (1) year, the permit shall terminate and HPLC shall at the City's sole option either (1) assign all ownership of the pipeline located under the right-of-way to the City and be relieved of any further liability therefor, or (2) remove all of its pipelines and repair and restore any damage to the roadway surface within thirty (30) days of receipt of written notice to do so from the City.

EXECUTED this ___18th___ day of ___November___, 1992.

HOUSTON PIPE LINE COMPANY          CITY OF VICTORIA, TEXAS

By:_____         By:_____
                                      James J. Miller
                                      City Manager

STATE OF TEXAS                          *

COUNTY OF VICTORIA                      *

Before me, the undersigned Notary Public, on this day
personally appeared *Edwin R. Peck Jr.*, Authorized
Representative of the Houston Pipe Line Company, known to me
to be the person and representative whose name is subscribed
to the foregoing instrument, and acknowledged to me that the
same was the act of the said Houston Pipe Line Company, and
that he executed the same as the act for such Company for
the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 5
day of *November*, 1992.



HAROLD H. TYLER
Notary Public, State of Texas
My Commission Expires 8-5-93

_____
Notary Public, State of Texas

Typed or Printed Name: _____

My Commission Expires: _____


STATE OF TEXAS                          *

COUNTY OF VICTORIA                      *

Before me, the undersigned Notary Public, on this day
personally appeared James J. Miller, City Manager of the
City of Victoria, known to me to be the person and
representative whose name is subscribed to the foregoing
instrument, and acknowledged to me that the same was the act
of the said City of Victoria, and that he executed the same
as the act for such City for the purposes and consideration
therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 18th
day of _November_, 1992.

_____
Notary Public, State of Texas

Typed or Printed Name: _____

My Commission Expires: _____



RACHAEL R. GONZALES
MY COMMISSION EXPIRES
October 3, 1993

## CITY OF VICTORIA
## SPECIAL PROVISIONS
## FOR RIGHT-OF-WAY PERMITS

1.  The following Special Provisions to Houston Pipe Line Company's Right-of-Way Permit from the City of Victoria shall apply to all construction, reconstruction, repairs, replacement, removal and maintenance of its pipeline.

2.  Houston Pipe Line Company (HPL) shall provide for a dust free operation so far as possible.

3.  HPL will be required to perform the covered activities in an orderly manner. It is not the intent of the City of Victoria to allow the said company to spread out over the entire pipeline all at once.

4.  HPL should work only that portion of the pipeline that can be completed in a working day.

5.  A neat condition shall be maintained during the day and at the end of the day.

6.  A HPL representative shall be on site whenever work is in progress.

7.  Outriggers for all backhoes, etc., shall have rubber pads when used on asphalt or concrete surfaces.

8.  HPL will be allowed to stockpile excavated material removed from the trench, but the material must be removed from the project at the end of each day. After excavated material is removed, the site shall be swept and washed down.

9.  All excavations within the street right-of-way and not under surfacing shall be thoroughly compacted to density equal to that of the surrounding soil and finished flush with the surrounding ground. Backfill material used under streets shall consist of compacted cement stabilized base material (2 sacks of cement per cubic yard of base material).

10. All necessary labor, materials and equipment for the covered activities shall be available prior to beginning work, and the work once started, shall continue without delay through completion of the job.

11. Where applicable, all asphalt and concrete surfaces shall be saw cut.

12. Open trenches or pits shall be kept to a bare minimum

during the day and at the end of the day.

13. Materials for use on HPLC's pipeline stored in the right-of-way shall be mainly for that particular work day.

14. All asphalt surfaces removed shall be replaced with a minimum of two (2) inches of hot laid hot mix asphaltic concrete pavement.

15. Proper drainage shall be maintained throughout the covered activities of the construction.

16. HPL shall use special care not to damage any City or private property.

17. No rotary boom will be allowed on the job unless otherwise authorized by the City representative.

18. Ingress and egress to private property shall be provided at all times.

19. Proper barricading shall be provided by HPL AT ALL TIMES during covered activities. ALL flashing lights shall be checked each day to insure they are working properly. All barricading shall be in accordance with the Texas Manual on Uniform Traffic Control Devices, Part VI.

20. It is the intent of the above provisions to provide for a neat and orderly manner to complete the covered activities with a minimum of complaints and inconvenience to the public.

21. No work shall be performed on weekends and legal holidays.

22. HPL and the contractor for said company shall notify the Department of Engineering of the City of Victoria forty-eight (48) hours prior to commencing work by calling 572-2722, except in emergencies. Notification shall be made as soon as possible in emergencies.

23. HPL will not be allowed to do any mixing of materials on site.

24. HPL shall provide the Police Department at 572-2736 with the name and telephone number of the person responsible for the work during and after working hours.

25. HPL shall be responsible for the repair of all City and privately owned utilities damaged by the covered activities.

No Transmission Information Available  in  on line (01 for KG117749 • Pg 24/32







ORDINANCE NO. 65-23

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF VICTORIA,
TEXAS, CLOSING, VACATING, ABANDONING AND QUITCLAIMING TO
OWNERS OF THE SUBSERVIENT ESTATES ALL RIGHTS OF WAY AND
EASEMENTS ACQUIRED BY THE CITY OF VICTORIA FROM THE
HOUSTON PIPE LINE COMPANY AND DECLARING AN EMERGENCY.

WHEREAS, by instrument dated September 18, 1964, recorded
in Volume 830, Page 326 of the Deed Records of Victoria County,
Texas, Houston Pipe Line Company conveyed to the City of Victoria
all that certain 18 inch pipe line and appurtenant right of way
agreements and easements described therein, reference to which is
here made for a more particular description of the premises; and,

WHEREAS, the City of Victoria has availed itself of all
rights and privileges in and to said pipe line and right of way,
and it is now the intention of the City Council to dispose of
said right of way in the public interest, to the end that the
properties heretofore burdened by said easements and right of way
agreements henceforth may be enjoyed, unencumbered by said right
of way jointly and severally by the owners of the subservient pro-
perties;

NOW THEREFORE BE IT ORDAINED BY THE CITY COUNCIL OF THE
CITY OF VICTORIA, TEXAS, THAT:

SECTION I.  The City of Victoria, Texas acting by and through
its duly elected Mayor and City Council, in regular session
assembled, hereby orders the closing, vacating and abandonment
of the pipe line right of way described in the easements and agree-
ments aforesaid, and does by these presents quitclaim unto the
owners of the subservient land and estates, whoever they may be,
any and all claim and/or interest, of whatsoever nature, that the
City of Victoria may have acquired by virtue of the aforesaid con-
veyance.

SECTION II.  The presence of the right of way and easements
upon, over and across the lands subservient thereto constitutes an

No Transmission Information Available in on line No [0] for KG117749 * Pg 28/32

encumbrance which unnecessarily burdens the right of the owners of the abutting and subservient properties in the further development of such properties and creates an emergency; it is therefore declared that a public emergency exists which requires that this ordinance be finally passed and adopted on the date of its introduction and the rule requiring the reading of the ordinance at more than one council meeting should be and is hereby waived.

PASSED, this the 15th day of _____March_____, 1965.

AYES: 4

NAYS: None

APPROVED AND ADOPTED, this the Nth day of _____March_____, 1965.

_____
Kemper Williams, Jr., Mayor of
the City of Victoria, Texas

ATTEST:

_____
Davis, City Secretary

APPROVED AS TO FORM:

_____
Argyle McLachlan, City Attorney

THE STATE OF TEXAS     ‖

COUNTY OF VICTORIA     ‖

BEFORE ME, the undersigned authority, on this day personally appeared Kemper Williams, Jr., Mayor of the City of Victoria, Texas, a municipal corporation, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, and as the act and deed of said City of Victoria, Texas

GIVEN under my hand and seal of office this 15th day of March, 1965.

_____
Notary Public in and for
Victoria County, Texas

—2—

No Transmission Information Available   In  on line [0] for KG117149 * Pg 29/32

BJB:dmj   9-21-62



ORDINANCE NO. 62-25

AN ORDINANCE GRANTING THE HOUSTON PIPE LINE COMPANY
THE RIGHT AND PRIVILEGE TO CONSTRUCT AND PLACE A
NATURAL GAS PIPE LINE UNDER AND ALONG STREETS AND
ALLEYS AS SHOWN ON ATTACHED MAP MARKED EXHIBIT "A"

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF VICTORIA:

Section 1:  The City of Victoria does hereby grant unto the
Houston Pipe Line Company, its successors and assigns, the right and
privilege to construct and put in place the following:

A natural gas pipe line under streets and alleys as follows:

See map attached marked Exhibit "A".

Section 2:  In consideration of the installation and construction
of the gas.pipe line by the Houston Pipe Line Company, the conditions
and terms of this privilege are as follows:

a.  Said streets and other properties of the City of Victoria
affected by said construction are to be promptly restored by the Houston
Pipe Line Company to as good condition as before working thereon and to
the reasonable satisfaction of the Chief of Engineering.

b.  The Houston Pipe Line Company shall construct said pipe line
in such a manner as not to interfere with the use of said streets by the
traveling public.

c.  The Houston Pipe Line Company shall indemnify and hold harm-
less the City of Victoria from any and all claims for injuries and damages
to persons or property occasioned by or arising out of the construction,
maintenance, operation, or repair of said pipe line; and all expenses
incidental to the defense of any such claims or actions based upon or
arising out of damage or injury (including death) to persons or property
caused or sustained in connection with the performance of the privilege
or by conditions created thereby, and among other things, if requested
by the City, to assume, without expense to the City, the defense of any
such claims or actions.

d.  If the City, in constructing, maintaining or repairing its
streets, avenues, thoroughfares, etcetera, or its sewers or other public
works, should require any pipe or pipes of Grantee to be shifted, removed
or relocated, such pipe or pipes, after written notice of such requirements,
shall be promptly shifted, removed and relocated by Grantee at its own
expense when so required by the City.

SEP.28.2005  4:35PM   CULLEN CARSNER SEERDEN CULLEN           NO.167   P. 30
No Transmission Information Available  In on line (0) for KG117749 * Pg 30/32

e.  This privilege may be repealed at the discretion of the City Council for non-compliance of the Houston Pipe Line Company with any provision, condition, or stipulation contained herein.

Section 3:  This ordinance shall be effective only after final adoption by the City Council and its approval by the Mayor of the City of Victoria, Texas.

PASSED FIRST READING, this the ___ day of _____, 1962.

PASSED SECOND READING, this the ___ day of _October_, 1962.

APPROVED AND ADOPTED, this the _15th_ day of _October_, 1962.

_Joe E. Kelly_
Joe E. Kelly, Mayor of the
City of Victoria, Texas

ATTEST:

T. H. ____, City Secretary

APPROVED AS TO FORM:

_Robert J. Seerden_
Robert J. Seerden, City Attorney



# C A T H Y   S T U A R T
======================================================
**DISTRICT CLERK**                  **VICTORIA COUNTY**
======================================================
Victoria County Courthouse          P. O. Box 2238
361-575-0581                 Victoria, Texas 77902


August 16th, 2005


RE: #03-6-59,833-C  CITY OF VICTORIA vs. HOUSTON PIPE LINE COMPANY, ET AL


TO THE ATTORNEYS OF RECORD IN THE ABOVE NUMBERED AND ENTITLED CAUSE:


The captioned cause is set for DEFENDANT'S MOTION FOR SUMMARY JUDGMENT at 10:00 A.M.  on FRIDAY, OCTOBER 7, 2005, as case number 9 on the NON-JURY docket.

Please advise immediately upon receipt of this notice if you have any conflicting setting or settings.  Unless so advised, the Court will not entertain any motion for continuance.


Cathy Stuart, District Clerk
24th, 135th, 267th, and 377th Judicial
District of Victoria County, Texas

By *Emily Means*
Emily Means (361) 575-2351


PAUL D. ANDREWS                  KEVIN D CULLEN
ATTORNEY AT LAW                 ATTORNEY AT LAW
5959 S.  STAPLES, SUITE 228A       P O BOX 2938
CORPUS CHRISTI, TEXAS 78413        VICTORIA TX   77902

EMMETT COLE JR
ATTORNEY AT LAW
P O BOX 510
VICTORIA TX     77902-0510

JEFFREY D PALMER
ATTORNEY AT LAW
1301 MCKINNEY   SUITE 5100