| UNITED STATES DISTRICT | ☆ | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|---|

| | |
|---|---|
| CITY OF SAN BENITO<br>*VERSUS*<br>KINDER MORGAN TEJAS GAS PIPELINE, L. P. | CASE NO. B 03-080 |
| | EXHIBIT LIST |
| JUDGE ANDREW S. HANEN | CASE MANAGER: IRMA SOTO<br>COURT REPORTER: BARBARA BARNARD |
| LIST OF KINDER MORGAN'S EXHIBITS | PROCEEDING            DATE |

| NO. | DESCRIPTION | ADM | EXD |
|---|---|---|---|
| 1. | Map – KM Tejas Pipeline, San Benito / Harlingen Area, Cameron County, Texas, 06/28/05 – KM 0001 | | |
| 2. | Map – KM Tejas Pipeline, San Benito / Harlingen Area, Cameron County, Texas, 06/28/05 – KM 0002 | | |
| 3. | Map – KM Tejas Pipeline, San Benito / Harlingen Area, Cameron County, Texas, 06/08/05 – KM 0003 | | |
| 4. | Map – KM Tejas Pipeline, LP, 6/29/05 KM 0004 | | |
| 5. | Map – KM Tejas Pipeline, LP South Texas System, 06/29/05 – KM 0005 | | |
| 6. | AEP News Release – "AEP to sell remaining Texas Central generation assets to a joint venture of Sempra Energy and Carlyle / Riverstone", 03/15/04 – KM 0012 – KM 0014 | | |
| 7. | Easement no. 423-300-0324, William and May Hart and Taylor Refining Company and Mayfair Minerals, Inc., 05/21/51, KM 0015 – KM 0018 | | |
| 8. | Easement no. 423-300-0325 Bryan Long and Taylor Refining Company and Mayfair Minerals, Inc., 03/22/51, KM 0019 – KM 0022 | | |
| 9. | Easement no. 423-300-0326, Ben Klepland and Continental Pipeline Company, 06/15/53, KM 0023 – KM 0026 | | |
| 10. | Easement no. 423-300-0327 a. l. Howeth and L. P. Nicholson and Taylor Refining Company, 05/11/51, KM 0027 – KM0030 | | |

31013215.1                                  - 1 -



| | | | |
|---|---|---|---|
| 11. | Easement no. 423-300-0328, Martin Ringlesletter and Taylor Refining Company and Mayfair Minerals, Inc., 03/26/51, KM 0031 – KM 0034 | | |
| 12. | Easement no. 423-0304-0001, Raymond and Heidi Burgess and Gulf Energy Pipeline, 03/22/01, KM 0035 – KM 0039 | | |
| 13. | Easement Approval no. 423-0304-0002, State Department of Highway and Public Transportation and Intrastate Gathering Corporation, 08/18/86, KM 0040 – KM 0046 | | |
| 14. | Easement no. 423-0304-0004, Cameron County Irrigation District No. 2 and Intrastate Gathering Corporation, 11/03/86, KM 0047 – KM 0051 | | |
| 15. | Easement Permit no. 423-0304-0004, Cameron County Irrigation District No. 2 and Intrastate Gathering Corporation, 11/19/86, KM 0052 – KM 0055 | | |
| 16. | Right-of-Way Easement no. 423-0304-0005, Cameron County Department of Public Works and Intrastate Gathering Corporation, 09/04/86, KM 0056 – KM 0060 | | |
| 17. | Easement Approval no. 423-0304-0006, State Department of Highways and Public Transportation and Intrastate Gathering Corporation, 08/18/86, KM 0061 – KM 0065 | | |
| 18. | Right-of-Way Easement no. 423-0304-0007, Naomi Woolam and Intrastate Gathering Corporation, 08/27/86, KM 0066 – KM 00069 | | |
| 19. | Right-of-Way Easement no. 423-0304-0008, San Benito Consolidated Independent School District and Intrastate Gathering Corporation, 09/17/86, KM 0070 – KM 0073 | | |
| 20. | Pipeline Agreement Easement no. 423-0304-0009, Missouri Pacific Railroad Company and Intrastate Gathering Corporation, 11/11/86, KM 0074 – KM 0080 | | |
| 21. | Right-of-Way Agreement Easement no. 423-0304A-001, 0003, Central Power and Light Company and Gulf Energy Pipeline Company, 07/03/90, KM 0081 – KM 0089 | | |
| 22. | Surface Lease Agreement no. 423-0304A-003, 001, Central Power and Light Company and Gulf Energy Pipeline Company, 07/01/90, KM 0090 – KM 0104 | | |
| 23. | Pipeline Relocation Agreement, Gulf Energy Pipeline Company and San Benito Cameron County Drainage District No. 3, 12/12/96, KM 0105 – KM 0114 | | |
| 24. | Easement Approval no. 423-0304A-0002, State Department of Highways and Public Transportation and Gulf Energy Pipeline Co., 03/26/90, KM 0115 – KM 0119 | | |

| 25. | Right-of-Way Easement no. 423-0304A-0004, Cameron County Department of Public Works and Gulf Energy Pipeline Co., 03/26//90, KM 0120 – KM 0122 | | |
|---|---|---|---|
| 26. | Supplement Right-of-Way Agreement no. 423-0304A-0005, Victoria de La Fuente and Gulf Energy Pipeline Company, 06/20/90, KM 0123 – KM 0139 | | |
| 27. | Judgment in Absence of Objections, *Gulf Energy Pipeline Company v. W. Maurice Simpson, et al*, 08/07/90, KM 0140 – KM 0150 | | |
| 28. | Map – Gulf Energy Pipeline Company no. 423-034A-0007, 03/05/90, KM 0151 | | |
| 29. | Right-of-Way Agreement Easement no. 423-0304A-0008, Louis Oden and Gulf Energy Pipeline Co., 04/19/90, KM 0152 – KM 0157 | | |
| 30. | Easement Approval no. 423-0304A-0009, State Department of Highways and Public Transportation and Gulf Energy Pipeline Co., 03/26/90, KM 0158 – KM 0162 | | |
| 31. | Kinder Morgan Texas Intrastate Pipeline Group Monthly Sales Volumes for the La Palma Plant (PIN 350601), KM 1384 - 1386 | | |