| UNITED STATES DISTRICT | ☆ | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|---|

| CITY OF SAN BENITO | CASE NO. B 03-080 |
|---|---|
| *VERSUS* <br> KINDER MORGAN TEJAS PIPELINE, L.P. | WITNESS LIST |
| JUDGE ANDREW S. HANEN | CASE MANAGER: IRMA SOTO <br> COURT REPORTER: BARBARA BARNARD |
| LIST OF KINDER MORGAN'S WITNESSES | PROCEEDING              DATE |

| NO. | WITNESS | ADDRESS/PHONE NUMBER | SUBJECTS OF INFORMATION |
|---|---|---|---|
| 1. | Lee Baskin | Kinder Morgan Energy Partners, L.P. <br> One Allen Center <br> 500 Dallas, Suite 1000 <br> Houston, TX 77002 <br> (713) 369-9000 | Mr. Baskin is Director-IC and has knowledge about filings with regulatory agencies, as well as, the location of Kinder Morgan's pipeline and sales of natural gas within the City of San Benito. |
| 2. | Rick Dietz | Kinder Morgan Energy Partners, L.P. <br> One Allen Center <br> 500 Dallas, Suite 1000 <br> Houston, TX 77002 <br> (713) 369-9000 | Mr. Dietz is Director of Contract Administration and has knowledge regarding contract administration, as well as, Kinder Morgan's sales of natural gas within the City of San Benito. |
| 3. | Jack E. Earnest | 5945 Shady River Drive <br> Houston, Texas 77057 <br> (713) 781-9700 | Mr. Earnest is Kinder Morgan's designated expert and may testify, without limitation, as to the meaning of "distribution" within the oil and gas industry, and that Kinder Morgan did not distribute gas within the City of San Benito. |
| 4. | Rick Gonzalez | KMTP <br> 505 North Jackson <br> McAllen, Texas 78501 <br> (956) 687-7561 | Mr. Gonzalez is a Supervisor has knowledge regarding the location of Kinder Morgan's pipeline and sales of natural gas within the City of San Benito. |

31016241.2

- 1 -

