United States District Court
Southern District of Texas
FILED

JAN 2 0 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § § § § | |
| V. | § | C. A. NO. B03-080 |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § § § | |
| Defendant. | § § | |

### DEFENDANT'S REQUEST FOR LAWYER VOIR DIRE AND PROPOSED VOIR DIRE QUESTIONS

Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") respectfully requests that the Court allow lawyer voir dire and proposes the following questions be asked during the voir dire examination of the jury panel:

1. All panel members should be asked their occupation, educational background, where they presently reside, and whether they know any of the parties, lawyers, witnesses, court personnel, or other panel members.

2. Who believes jury service is a civic duty or civic responsibility, kind of like a sacred trust? Anyone disagree with that?

3. Who has served on a jury before? What type of jury (civil or criminal) and did you reach a verdict?

4. That the plaintiff has the burden of proof in the case and it must prove its case by a preponderance of the evidence—greater weight of credible evidence. The reason why is that anyone can file a lawsuit, you just pay a fee and can accuse anyone of anything you want. Whether any panel member has a problem holding the plaintiff to its burden of proof or feels like because a suit has been brought that the defendant is automatically or more likely to be guilty.

5. Because the plaintiff has the burden of proof they get to go first and last and they get a head start. Does any panel member feel like they will not be able to wait to hear the whole story once the defendant is able to put on its case?

6.  Whether any of the panel members have family members or relatives that work for the City of San Benito? If so, the relation of that family member or relative to the panel member and the job done for the city.

7.  Whether any panel member has ever worked for any city, including being on the city council or a city committee? If so, the type of work done.

8.  Has any panel member ever had any dispute with a utility company or a gas pipeline company? If so, the nature of the dispute and how resolved.

9.  Nothing said by a lawyer is evidence. Lawyers are not under oath. Lawyers don't take the stand and don't give testimony because lawyers are advocates. All the evidence will come from the witness stand and any documents the judge admits as evidence. When the witnesses testify you need to listen to their testimony and determine whether the lawyer is actually sponsoring their testimony. Does any panel member have a problem with deciding the case based only on the evidence admitted in this case?

10.  Does anyone here work for a company or corporation? I think all of us realize corporations are just a collection of people who work hard and try to do a good job. Does anyone disagree with the idea that a company is entitled to fair trial? Does anyone feel like no matter how they tried they couldn't be as fair to Kinder Morgan? Anyone think that because Kinder Morgan is a company, it's automatically a wrongdoer or automatically owes money?

11.  Has any panel member either been sued before or sued someone else before? If so, what were the circumstances surrounding the lawsuit and how resolved.

Respectfully submitted,

_____
Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Kinder Morgan Tejas Pipeline, L.P.

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

This pleading was served on January 19, 2006, on the following counsel of record:

Mr. Adam Poncio
Cerda & Poncio
924 McCullough
San Antonio, Texas 78125

Mr. Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, Texas 78539

_____
Jeffrey D. Palmer