United States District Court
Southern District of Texas
FILED

JAN 2 7 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, § § | |
| Plaintiff, § § § | |
| V. § | C. A. NO. B03-080 |
| § § | |
| KINDER MORGAN TEJAS PIPELINE, L.P., § § | |
| Defendant. § | |

## THE PARTIES' STIPULATION OF WAIVER OF TRIAL BY JURY

Pursuant to Rule 39 of the Federal Rules of Civil Procedure, defendant Kinder Morgan Tejas Pipeline, L.P. and plaintiff, City of San Benito, being all the parties to this cause, hereby stipulate to the waiver of trial by jury and consent to trial by the Court sitting without a jury.

Respectfully submitted,

_____
Osborne J. Dykes, III
Federal ID No. 179
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

ATTORNEY-IN-CHARGE FOR
KINDER MORGAN TEJAS PIPELINE, L.P.

Respectfully Submitted,

_____
Adam Poncio
State Bar No. 16109800
924 McCullough Ave.
San Antonio, Texas 78215
Telephone: 210-212-7979
Facsimile: 210-212-5880

ATTORNEY-IN-CHARGE FOR
CITY OF SAN BENITO

31064536.1

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| FULBRIGHT & JAWORSKI L.L.P.<br>   William D. Wood<br>   Federal ID No. 2002<br>   State Bar No. 21916500<br>   Jeffrey D. Palmer<br>   Federal ID No. 27014<br>   State Bar No. 24027585 | LAW OFFICES OF CERDA &<br>PONCIO |
| ROERIG, OLIVEIRA & FISHER, L.L.P.<br>   David G. Oliveira<br>   State Bar No. 15254675<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520<br>Telephone: 956-542-5666<br>Facsimile: 956-542-0016 | LAW OFFICES OF RAMON<br>GARCIA, P.C.<br>   Ramon Garcia<br>   Oscar Alvarez<br>222 West University Drive<br>Edinburg, Texas 78539<br>Telephone: 956-383-7441 |