# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-080 |
| | § | |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § | |
| Defendant. | § | |

## JUDGMENT

Defendant's Motion for Summary Judgment was granted in this Court's Memorandum Opinion and Order today. It is, therefore, **ORDERED** that Plaintiff takes nothing. Furthermore, all scheduled conferences are hereby canceled.

Signed in Brownsville, Texas, this 27th day of January, 2006.

Andrew S. Hanen
United States District Judge