IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § | |
| Plaintiff, | § § | C.A. No. B03-080 |
| v. | § § | |
| TEJAS GAS PIPELINE COMPANY, et al., | § § § | |
| Defendants. | § § | |

**PLAINTIFF, THE CITY OF SAN BENITO'S,
OBJECTION TO EXHIBIT "A" OF DEFENDANT'S
NOTICE OF INTENTION TO TAKE ORAL
DEPOSITION OF HECTOR JALOMO**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the City of San Benito, and pursuant to Rule 34, Federal Rules of Civil Procedure files its objection Defendant's Exhibit "A" of Defendant's Notice of Intention to Take Oral Deposition of Hector Jalomo, and in support thereof, respectfully shows unto the Court the following:

I.

The parties agreed to the oral deposition of this witness on January 31, 2006. However, the parties never discussed or agreed to a duces tecum request. Notwithstanding Rule 34 of the Federal Rules of Civil Procedure, Defendant unilaterally issued its Exhibit "A", which is of course, tantamount to a duces tecum request without leave of Court or the requisite thirty (30) days imposed by Rule 34. A copy of the Notice of Intention To Take Oral Deposition and attendant Exhibit "A" is attached hereto as Exhibit "A" and made a part hereof for all intents and purposes as if recited in the verbatim.

## II.

Further, Plaintiff objects to such requests as being overly broad, vague, unduly burdensome and fail to state with any reasonable particularity what category of documents they seek, and as such, the requests amount to nothing more than an impermissible fishing expedition.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court consider its objections and strike the items sought by Exhibit "A" attached to the Notice of Intention to Take Oral Deposition of Hector Jalomo, and for such other and further relief, to which Plaintiff may show itself justly entitled at law, or in equity.

**Respectfully submitted,**

**ADAM PONCIO**
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough
San Antonio, Texas 778215-1642
Telephone (210) 212-7979
Telecopier (210) 212-5880
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I, the undersigned attorney of record, do hereby certify that I have on this _26_ day of January, 2006, forwarded a true and correct copy of the above document to counsel of record as follows, pursuant to Rule 5 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Ramon Garcia<br>LAW OFFICES OF RAMON GARCIA, P.C.<br>222 West University Drive<br>Edinburg, Texas 78539 | **VIA FACSIMILE TRANSMISSION** |
| OSBORNE J. Dykes, III<br>Jeffrey D. Palmer<br>FULBRIGHT & JAWORSKI, LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010 | **VIA FACSIMILE TRANSMISSION** |

_____
**ADAM PONCIO**