IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § § § | |
| Plaintiff, | § § | |
| V. | § § | C. A. NO. B03-080 |
| KINDER MORGAN TEJAS PIPELINE, L.P., | § § § | |
| Defendant. | § | |

**NOTICE OF INTENTION TO TAKE
ORAL DEPOSITION OF HECTOR JALOMO**

TO: Plaintiff, City of San Benito, by and through its counsel of record, Mr. Adam Poncio, Cerda & Poncio, 924 McCullough, San Antonio, TX 78215-1642

Please take notice that Kinder Morgan Tejas Pipeline, L.P. ("Kinder Morgan") will take the deposition of HECTOR JALOMO, pursuant to Rule 30 of the Federal Rules of Civil Procedure on January 31, 2006, at the law office of Law Offices of Ramon Garcia, P.C., 222 West University Drive, Edinburg, Texas 78539, commencing at 10:00 a.m. The deposition will be taken by stenographic means and may be videotaped. The matters on which examination is requested are:

1. The documents described on Exhibit A, attached hereto.

2. City of San Benito Ordinance No. 478, including the facts surrounding its adoption amendment, and/or repeal, and/or any proposal and/or actions to enforce such ordinance.

3. The City's authorization to file this suit, including what individuals (by name and position with the City) made or participated in such authorization, identification of documents reflecting or constituting such authorization, and the City's engagement agreement with its counsel in this matter.

4. The information and the sources of information the City relied on in authorizing this suit to be filed.

31065087.1 - 1 -

EXHIBIT "A"

5. The City of San Benito's city limits from January 1, 1941 to present, including any annexations or de-annexations, and identification of all maps and other documents evidencing same.

6. Identification of all payments made to, and all reports filed with, the City of San Benito, by any entity pursuant to City of San Benito Ordinance No. 478.

7. The City's knowledge of Kinder Morgan, including but not limited to the City's knowledge or awareness of Kinder Morgan's:

    a. Ownership, if any, of a natural gas pipeline or of any other facilities in the City and the inclusive dates of any such ownership, and the location of any such pipeline or facilities.

    b. Sales, if any, of natural gas within the City, the dates of any such sales, the amount of any such sales, and the buyer or buyers to which any such sales were made.

    c. Pipeline business at any time and whether any such business is or was interstate, intrastate, or exclusively local to the City of San Benito.

8. The Central Power & Light Company ("CP&L") La Palma electric generating station at the City of San Benito, including but not limited to:

    a. Location of the CP&L La Palma electric generating station relative to the City limits.

    b. When the CP&L La Palma electric generating station was originally placed into commercial operation.

    c. The period of time in which the CP&L La Palma electric generating station was commercially operational.

    d. The current status, with respect to any current operation or any anticipated future operation, of the CP&L La Palma electric generating station at San Benito.

9. The location of the Fruit of the Loom facility in Cameron County, Texas relative to the City limits of the City of San Benito.

10. Identification of the local public utility for gas in the City.

11. Identification of any franchise ordinances or franchise agreements under which public utilities in the City are required to make payments to the City of San Benito, as well as, the amounts of such payments made.

12. All bills, statements, and/or demands made by the City to Kinder Morgan for payment of any charges or any monies whatsoever pursuant to City of San Benito Ordinance No. 478.

13. Construction and operation of Kinder Morgan's pipeline in the City.

14. Any and all objections, whether written or oral, made by or on behalf of the City relating to the construction or operation of any natural gas pipeline or any other facility by Kinder Morgan within the City, including the date and substance thereof and by whom and to whom any such objection was made.

15. All sales of natural gas by Kinder Morgan in the City.

16. Any and all consents, whether written or oral, made by or on behalf of the City relating to the construction or operation of any natural gas pipeline or any other facility by Kinder Morgan within the City, including the date and substance thereof and by whom and to whom any such objection was made.

17. All instances in which the City contends that Kinder Morgan has interfered with business activities of the City, including but not limited to identification of all entities which have communicated with the City about renting the space occupied by Kinder Morgan's pipeline and all entities which the City contends have ever desired to rent any space occupied by Kinder Morgan's pipeline.

18. The amount of damages which the City contends it is entitled to recover in this suit, including the complete methods by which this damages figure has been calculated or arrived at.

Plaintiff, City of San Benito, is here advised that it must designate one or more individuals to testify on its behalf with respect to the matters described above and that such individuals must testify as to matters known or reasonably available to the City.

Plaintiff, City of San Benito, is here further advised that it must produce at the time and place designated above for the deposition the documents described on Exhibit A, attached hereto.

Respectfully submitted,

Osborne J. Dykes, III
State Bar No. 06325500
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

Attorney-in-Charge for Kinder Morgan Tejas Pipeline, L.P.

31065087.1

- 3 -

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
   William D. Wood
   State Bar No. 21916500
   Jeffrey D. Palmer
   State Bar No. 24027585

ROERIG, OLIVEIRA & FISHER, L.L.P.
   David G. Oliveira
   State Bar No. 15254675
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

     This pleading was served on January 23, 2006, by facsimile on the following counsel of record:

| | |
|---|---|
| Mr. Adam Poncio | Mr. Ramon Garcia |
| Cerda & Poncio | Law Offices of Ramon Garcia, P.C. |
| 924 McCullough | 222 West University Drive |
| San Antonio, Texas 78125 | Edinburg, Texas 78539 |

_____
Jeffrey D. Palmer

## EXHIBIT A

### Documents To Be Produced

The City of San Benito shall produce the following documents and categories of documents that are within the possession, custody, or control of the City:

1. City Council meeting minutes and all other documents relating to adoption of City Ordinance 478, amendment or repeal of such ordinance, and/or enforcement of such ordinance.

2. All documents constituting or relating to authorization to file this lawsuit.

3. All documents constituting, reflecting, or relating to the engagement agreement between the City and its lawyers in this case.

4. All documents reflecting or evidencing fees or expenses incurred by the City in this case.

5. All documents that the City contends show, or tend to show, any wrongful conduct on the part of Kinder Morgan.

6. Maps and other documents sufficient to show the City limits, from January 1, 1941 to the present including any annexation and de-annexation.

7. Documents constituting, reflecting, or relating to all payments made to, and all reports filed with, the City by any entity pursuant to San Benito Ordinance 478.

8. All franchise ordinances for any local public utility in the City.

9. All bills, statements, and/or demands made by the City to Kinder Morgan for payment under City Ordinance 478.

10. All documents authorizing, reflecting, or relating to objections or complaints by the City concerning any pipeline or facility of Kinder Morgan in the City.

11. All documents constituting, reflecting, or relating to consent by the City to any pipeline or facility of Kinder Morgan.

12. All documents constituting, reflecting or relating to payment of taxes by Kinder Morgan to the City.

13. All documents evidencing, reflecting, or relating to any damages the City contends it is entitled to recover in this suit.

14. All documents evidencing, reflecting, or relating to sales of natural gas by Kinder Morgan in the City.