## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF SAN BENITO, | § | |
| Plaintiff, | § | |
| | § | |
| V | § | C. A. NO. B03-080 |
| | § | |
| TEJAS GAS PIPELINE COMPANY, ET AL | § | |
| | § | |
| Defendants | § | |

## ORDER

Be IT REMEMBERED that on this day came on to be heard Plaintiff's Motion to Reconsider Summary Judgment Order, Motion for New Trial And/or Motion to Alter or Amend Judgment. After considering the motion and the arguments of counsel, this Court is of the opinion that Plaintiff's motion should be granted.

Plaintiff's Motion is GRANTED

SIGNED this _____ day of _____, 2006.

_____
United States District Judge