IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF SAN BENITO, § § | |
| Plaintiff, § § § | |
| V. § § | C. A. NO. B03-080 |
| TEJAS GAS PIPELINE COMPANY, ET AL., § § § | JURY TRIAL REQUESTED |
| Defendants. § | |

### ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER SUMMARY JUDGMENT ORDER, MOTION FOR NEW TRIAL AND/OR MOTION TO ALTER OR AMEND JUDGMENT

On this day, the Court considered Plaintiff's Motion to Reconsider Summary Judgment Order, Motion for New Trial and/or Motion to Alter or Amend Judgment ("Plaintiff's Motion"), defendant's response, and the reply, and after reviewing Plaintiff's Motion, the response, the reply, and the evidence, the Court finds that Plaintiff's Motion should be DENIED. It is, therefore,

ORDERED that Plaintiff's Motion is DENIED.

SIGNED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE