# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| CITY OF SAN BENITO,<br>　　　Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL NO. B-03-080 |
| | § | |
| KINDER MORGAN TEJAS PIPELINE, L.P.,<br>　　　Defendant. | §<br>§ | |

## ORDER

Defendant filed a Response to Plaintiff's Motion to Reconsider Summary Judgment Order, Motion for New Trial, and/or Motion to Alter or Amend Judgment [Docket No. 175]. Due to the ambiguous title of the document, said response was docketed twice and treated as a response and a Motion to Alter or Amend Judgment [Docket No. 176]. Docket No. 176 is currently listed as a pending motion in the above-styled cause of action even though it is clear that Defendant did not intend to file a motion in conjunction with its response. Therefore, the Clerk's Office is hereby directed to strike Docket No. 176.

Signed in Brownsville, Texas, this 28th day of April, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　Andrew S. Hanen
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge