UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY 2 5 2006

| | | |
|---|---|---|
| CITY OF SAN BENITO,<br>**Plaintiff,** | §<br>§<br>§ | |
| **vs.** | §<br>§ | CIVIL ACTION NO. B-03-080<br>NOTICE OF APPEAL |
| KINDER MORGAN TEJAS PIPELINE,<br>L.P., | §<br>§<br>§ | |
| **Defendant.** | §<br>§ | |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CITY OF SAN BENITO, Plaintiff in the above styled and numbered cause of action, and hereby gives notice that it is appealing to the United States Court of Appeals for the Fifth Circuit from the adverse summary judgment order entered in this action on February 2, 2006 titled "Memorandum Opinion and Order Granting Defendant's Motion for Summary Judgment. A timely Motion for New Trial was previously filed, and an Order regarding Plaintiff's Motion to Reconsider Summary Judgment Order, Motion for New Trial, and/or Motion to Alter or Amend Judgment [Docket No. 174] was issued by the Court on April 27, 2006. To the extent necessary, Plaintiff also appeals from the April 27, 2006, order.

The United States is not a party. Therefore the notice of appeal must be filed within 30 days after entry of the judgment or order appealed from, Fed. R. App. P. 4(a)(1), 4(a)(4). This notice of appeal is due on or about May 27, 2006, and is timely.

The parties to the judgment or order appealed from and the names and addresses of their respective attorneys are as follows:

Defendants TEJAS GAS PIPELINE COMPANY, TEJAS GAS PIPELINE, L.L.C.,

TEJAS GAS PIPELINE, L.P., TEJAS GAS, L.L.C., and TEJAS GAS MARKETING,

L.L.C., now known as the Kinder Morgan Defendants, represented by:

Osborne J. Dykes, III
State Bar No. 06325500
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP

1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone (713) 651-5151
Facsimile  (713) 651-52460

Plaintiff City of San Bernito, represented in the trial court by:

ADAM PONCIO
State Bar No. 16109800
LAW OFFICES OF CERDA & PONCIO
A Professional Corporation
924 McCullough Ave.
San Antonio, Texas 78215-1642
Telephone (210) 212-7979
Facsimile  (210) 212-5880

RAMON GARCIA
State Bar No.:  07641800
OSCAR R. ALVAREZ
State Bar No.: 2403613307641800
LAW OFFICE OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
(956) 383-7441 Telephone
(956) 381-0825 Telecopier

    WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court accept

this Notice of Appeal and that the Motion for Summary Judgment order be reversed in

whole or in part and for such further relief at law and in equity to which Plaintiff is

entitled.

Respectfully submitted,

**ADAM PONCIO**
**Federal I.D. No. 34460**
**State Bar No. 16109800**
**LAW OFFICES OF CERDA & PONCIO**
**A Professional Corporation**
**924 McCullough Ave.**
**San Antonio, Texas 78215-1642**
**Telephone (210) 212-7979**
**Facsimile  (210) 212-5880**

## CERTIFICATE OF SERVICE

I certify that on May 24, 2006, a complete and correct copy of the foregoing was served on each party by delivery to the following attorneys of record by first class mail:

Osborne J. Dykes, III
State Bar No. 06325500
Jeffrey D. Palmer
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone (713) 651-5151
Facsimile  (713) 651-52460

RAMON GARCIA
State Bar No.:  07641800
OSCAR R. ALVAREZ
State Bar No.: 2403613307641800
LAW OFFICE OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
(956) 383-7441 Telephone
(956) 381-0825 Telecopier

**ADAM PONCIO**