

United States District Court
Southern District of Texas
Office of the Clerk
600 E. Harrison #101
Brownsville, Texas 78520
(956) 548-2500



United States District Court
Southern District of Texas
FILED

MAY 2 6 2006


Michael N. Milby
Clerk of Court

Michael N. Milby, Clerk

May 26, 2006

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130


U.S. COURT OF APPEALS
RECEIVED
JUN 0 5 2006
NEW ORLEANS, LA.

Re: Civil Action B-03-CV-80

Dear Mr. Fulbruge:

# 06-40936

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[✓]  Certified Copy of Notice of Appeal and docket entries.

[ ]  Certified copy of the notice of cross-appeal and docket entries.

[ ]  Record of appeal consisting of _____ Volume(s) of the record; _____ volume(s) of the Transcript ___ Sealed PSI Report; _____ Sealed Sentencing Recommendation;

[ ]  OTHER _____

In regard to the notice of appeal, the following information is furnished:

[✓]  The Court of Appeals docket fee __✓__ HAS / __ HAS NOT been paid.

[ ]  This case is proceeding in forma pauperis.

[ ]  Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:

[✓]  District Judge Entering final order is _____Andrew S. Hanen_____

[✓]  Court reporter assigned to this case is ERO Gabriel Mendieta and Barbara Barnard

[ ]  This case was decided without a hearing, and, therefore, there will be no transcript.

Mr. Charles R. Fulbruge, III, Clerk
Re: Civil Action B:03cv80; City of San Benito vs. Kinder Morgan Tejas Pipeline
May 25, 2006
Page 2

Very truly yours,

By: *Dahlila Ahumada*
Dahlila Ahumada, Deputy Clerk

/da
Enclosure

Barbara Barnard/Court Reporter/Judge Hanen
Gabriel Mendieta/ ERO
U.S. Court of Appeals Fifth Circuit

**TRUE COPY I CERTIFY**
**ATTEST:**
MICHAEL N. MILBY, Clerk of Court
By: *Dahlila Ahumada*
       Deputy Clerk

Copies to:

**Adam Poncio**
Law Office of Cerda & Poncio
924 McCullough
San Antonio, TX 78215
210-212-7979
Fax: 210-212-5880 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramon Garcia**
Attorney at Law
222 W University Dr
Edinburg, TX 78539
956-383-7441
Fax: 956-381-0825 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTIC*

**David George Oliveira**
Roerig Oliveira & Fisher
855 W Price Rd

Mr. Charles R. Fulbruge, III, Clerk
Re: Civil Action B:03cv80; City of San Benito vs. Kinder Morgan Tejas Pipeline
May 25, 2006
Page 3


Ste 9
Brownsville, TX 78520
956-542-5666
Fax: 956-542-0016 fax


**Osborne J Dykes, III**
Fulbright & Jaworski
1301 McKinney
Ste 5100
Houston, TX 77010-3095
713-651-5151
Fax: 713-651-5246 fax

**Julie L Ezell**
Cinergy Services
1000 E Main St
Plainfield, IN 46168
317-838-1100
Fax: 317-838-6001 fax

**Francis I Gandy, Jr**
Attorney at Law
711 N Carancahua
Ste 148
Corpus Christi, TX 78475-1197
361-883-6333
Fax: 361-883-0148 fax

**John David Page**
Attorney at Law
3040 Post Oak Blvd
Ste 850
Houston, TX 77056
713-840-9200
Fax: 713-840-9217


**Bradley Mark Whalen**
Doyle Restrepo et al

Mr. Charles R. Fulbruge, III, Clerk
Re: Civil Action B:03cv80; City of San Benito vs. Kinder Morgan Tejas Pipeline
May 25, 2006
Page 4


600 Travis
Ste 4700
Houston, TX 77002
713-228-5100

**Jerry Kay Clements**
Locke Liddell et al
2200 Ross Ave
Ste 2200
Dallas, TX 75201-6776
214-740-8799
Fax: 214-740-8800 fax

**David Van Susteren**
1301 McKinney Suite 5100
Houston, TX 77010-3095
713-651-5650
Fax: 713-651-5246