# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 9, 2006

United States District Court
Southern District of Texas
FILED

AUG 15 2006

Michael N. Milby, Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 06-40936 City of San Benito v. Kinder Morgan Tejas
    USDC No.  1:03-CV-80

Enclosed is a certified copy of the judgment issued as the mandate.

             Sincerely,

             CHARLES R. FULBRUGE III, Clerk

        By: _____
             Linda Miles, Deputy Clerk
             504-310-7709

cc: w/encl:
    Mr Adam Poncio
    Mr Osborne J Dykes

MDT-1