IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-40936

CITY OF SAN BENITO

    Plaintiff - Appellant

v.

KINDER MORGAN TEJAS PIPELINE LP

    Defendant - Appellee

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2006

Charles R. Fulbruge III
Clerk

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5™ CIR. R. 42.3, the appeal is dismissed as of August 9, 2006, for want of prosecution. The appellant failed to timely orcder the transcript and make financial arrangements with the court reporter.

                CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

        By: _____
             Linda Miles, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
        Deputy
New Orleans, Louisiana    AUG 9 2006